INTAKE COPY

# FILING FEE RECEIPT COPY

```
Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500054682
Cashier ID: dgarci
Transaction Date: 06/24/2020
Payer Name: RODRIGO CANTU
------------------------------------
CIVIL FILING FEE
 For: MELODY CANTU;DR. RODRIGO CANTU
 Amount:         $400.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 119
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

5:20-CV-746. MELODY JOY CANTU AND
DR. RODRIGO CANTU V. DR. SANDRA
GUERRA AND DIGITAL FORENSICS
CORPORATION.
```