

Tor Ekeland
Managing Partner

(718) 737-7264
tor@torekeland.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

**SA20CA0746JKP**

**Attention: Clerk of the Court**

U.S.D.C. Western District of Texas San Antonio Division
Clerk of the Court
655 East César E. Chávez Blvd, Room G65
San Antonio, TX 78206

June 24, 2020

**RE: Melody Joy Cantu and Dr. Rodrigo Cantu v. Dr. Sandra Guerra and Digital Forensics Corporation.**

Please find attached, four copies of the complaint, a check for the $400 filing fee, and a $100 check for attorney Tor Ekeland's *pro hac vice* application.

The original complaint was sent to the court yesterday via USPS Priority Mail Express 1-Day. This service is "guaranteed delivery" by the date provided, as shown on the attached screenshot. As noted in the tracking information, also attached, it was to have arrived at the court by 10:30 a.m., but is still in-transit. As it is necessary to preserve the filing date of June 24, 2020, and because the original complaint has not yet arrived at the court, we are filing these exact copies in person.

Sincerely,

*Tor Ekeland*

Tor Ekeland

195 Montague Street, 14th Floor Brooklyn, NY 11201
www.torekeland.com



**USPS.COM**

Quick Tools    Mail & Ship    Track & Manage    Postal Store    Business    International    Help

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-19 IMPACTS, PACKAGE DELIVERY TIMES MAY BE EXTENDED. PRIORITY MAIL EXPRESS® SERVICE WILL NOT CHANGE. READ MORE

# USPS Tracking®

Tracking    FAQs >

Track Another Package +

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More

Remove ✕

**Tracking Number:** 9471203699300006157204

**Scheduled Delivery by**

Scheduled delivery by the date provided is the guaranteed delivery day for most destinations.  ✕

**WE**

**24** JUNE 2020 ⓘ    **10:30am** ⓘ

USPS Premium Tracking™ Available ⌄

**Status**

**In-Transit**

June 23, 2020 at 8:29 pm
Departed Post Office
BROOKLYN, NY 11201

Get Updates ⌄

In-Transit

Text & Email Updates    ⌄

Proof of Delivery    ⌄

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE ...**

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number: 9471203699300006157204**

**Scheduled Delivery by**

# WEDNESDAY
# 24 JUNE 2020 ⓘ by 10:30am ⓘ

**USPS Premium Tracking™ Available** ∨

## In-Transit

June 23, 2020 at 8:29 pm
Departed Post Office
BROOKLYN, NY 11201

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Proof of Delivery** ∨

**Tracking History** ⌄

---

**Premium Tracking** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Did you know you can request a refund online for unused Click-N-Ship® labels in your Shipping History? Click <u>here</u> to learn more.

**Create Label**    **Preferences**    **Shipping History**    **Address Book**

Account # 75877458

# Label Details

### Label Number:
<u>9471203699300006157204</u>

**Terms**
Acceptance Cutoff: 06/23/2020 5:00 PM
Acceptance Time: 06/23/2020 4:50 PM
Scheduled Date: 06/24/2020 10:30 AM
Delivery Status: Departed Post Office

**Label Actions**

<u>USPS Tracking®</u>
<u>Ship Again</u>

**Need help**

<u>File an insurance claim</u>
<u>Request A Service Refund</u>

**Return Address:**
TOR EKELAND LAW PLLC
195 MONTAGUE ST
FL 14
BROOKLYN, NY 11201-3631
billing@torekeland.com

**Delivery Address:**
U.S. DISTRICT CLERK'S OFFICE
655 E CESAR E CHAVEZ BLVD RM G65
SAN ANTONIO, TX 78206-1106

**Package:**
Ship Date: 06/23/20
Value: $500.00
From: 11201

**Service:**
Priority Mail Express™ 1-Day
Flat Rate Envelope
Signature Required
10:30 Delivery Time
Insurance

| | | | |
|---|---|---|---|
| Transaction Number: | 497700641 | Postage Cost | $26.35 |
| | | Signature Required | Free |
| Transaction Type: | Label | 10:30 Delivery Time | $5.00 |
| | | Insurance | $7.10 |
| Payment Method: | VISA-5695 | Label Total: $38.45 | |
| Payment Status: | Account Charged | Order Total: $38.45 | |

| Timestamp | Message |
|---|---|
| 06-23-2020 14:41:19 | LABEL REPRINTED |
| 06-23-2020 14:29:04 | LABEL PRINTED |
| 06-23-2020 14:24:00 | Getting Payment |
| 06-23-2020 14:23:02 | Setting Payment |

Tracking for this label is available until June 24, 2022. Need to keep Tracking history longer? Find out if your label is eligible for Premium Tracking today!

Back to Shipping History