UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 2 4 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

MELODY JOY CANTU AND DR. RODRIGO CANTU

vs.

DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION

Case No.: SA20CA0746 JKP

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Tor Ekeland**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Melody Joy Cantu & Dr. Rodrigo Cantu** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Tor Ekeland Law, PLLC** with offices at:

   Mailing address: **195 Montague Street, 14th Floor**

   City, State, Zip Code: **Brooklyn, NY 11201**

   Telephone: **718-737-7264**    Facsimile: **718-504-5417**

2. Since **May 16, 2007**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **New York**.

   Applicant's bar license number is **4493631**.

3. Applicant has been admitted to practice before the following courts:

   Court: **See Attached List of Admissions**    Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Not applicable.

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the ____ day of _____, _____.

Number: _____ on the ____ day of _____, _____.

Number: _____ on the ____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
Not applicable.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
I've been arrested three times in the last thirty years; all charges were dismissed. None were for fraud or financial impropriety, and all have been disclosed to the New York State Bar which never chose to investigate any of them. I am happy to provide the Court with further details upon request.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Paula Elliott Estefan

Mailing address: 817 North Thompson

City, State, Zip Code: Conroe, Texas 77301

Telephone: 936-718-1706

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Tor Ekeland to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Tor Ekeland
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 23 day of June, 2020.

Tor Ekeland
[printed name of Applicant]

*[signature]*
[signature of Applicant]

**Tor Ekeland Admissions**

| Court Type | Court Name | Date of Admission | Bar/Registration Code | Status |
|---|---|---|---|---|
| State | New York Unified Courts | Admitted 5/16/2007 | 4493631 | In good standing |
| US District Court | New York: Eastern District of NY | Admitted 4/21/2008 | TE5608 | In good standing |
| US District Court | New York: Southern District of NY | Admitted 4/8/2008 | TE5608 | In good standing |
| US District Court | New York: Northern District of NY | Admitted 7/27/2015 | 519557 | In good standing |
| US District Court | Texas: Southern District of Texas | Admitted 6/24/2014 | 2329176 | In good standing |
| US District Court | Texas: Eastern District of Texas | Admitted 5/24/2016 | Eastern District of Texas Does not assign a number | In good standing |
| Federal Appeals | 2nd Circuit | Admitted 8/25/2015 | N/A | In good standing |
| Federal Appeals | 3rd Circuit | Admitted 3/27/2013 | N/A | In good standing |
| Federal Appeals | 5th Circuit | Admitted 9/12/2016 | N/A | In good standing |
| Federal Appeals | 9th Circuit | Admitted 5/13/2016 | N/A | In good standing |
| US Supreme Court | United States Supreme Court | Admitted 5/14/2018 | N/A | In good standing |

| Attorney Search |
|---|
| Attorney Registration |
| Registered In-House Counsel/ Legal Consultant In-House Counsel Search |
| In-House Counsel Registration |
| Legal Consultant Registration |
| Resources |
| E-Courts |
| Contact Us |

# COURTS

## Attorney Search

To search you must enter at least the first character of the Attorney's first name OR the first character of the Attorney's middle name AND the first character of the last name. To narrow your search enter the Attorney's full name.

**Required Fields:**

First Name: Tor

Middle Name: Bernhard

Last Name: Ekeland

**Sort by:**

| | |
|---|---|
| City | Registration Number |
| Last Name | Registration Status |
| State | Year Admitted |

**Search Results: 1 Returned**

Click on the attorney's name below to view additional details, including business address, phone number and disciplinary history (if any).

| | Attorney Name (Click name for details) | Registration Number | City | State | Year Admitted | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|---|
| 1 | TOR BERNHARD EKELAND | 4493631 | Brooklyn | NY | 2007 | Currently registered | |

Search Again

If the name of the attorney you are searching for does not appear, please try again with a different spelling. In addition, please be advised that attorneys listed in this database are listed by the name that corresponds to their name in the Appellate Division Admissions file. There are attorneys who currently use a name that differs from the name under which they were admitted. If you need additional information, please contact the NYS Office of Court Administration, Attorney Registration Unit at 212-428-2800 or attyreg@nycourts.gov.

www.NYCOURTS.gov



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Tor Bernhard Ekeland** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 16th day of **May 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 12, 2020.



Clerk of the Court