# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## SAN ANTONIO DIVISION

MELODY JOY CANTU AND DR. RODRIGO
CANTU

vs.

DR. SANDRA GUERRA and DIGITAL
FORENSICS CORPORATION

Case No.: **SA20CA0746 JKP**

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Tor Ekeland , counsel for

Melody Joy Cantu & Dr. Rodrigo Cantu , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Tor Ekeland may appear on behalf of Melody Joy Cantu & Dr. Rodrigo

in the above case.

IT IS FURTHER ORDERED that Tor Ekeland , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 22nd day of June , 20 20 .

_____

**Please Choose Judge**