**DOCKET COPY**

# Pro Hac Vice Receipt Copy

```
Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500054681
Cashier ID: dgarci
Transaction Date: 06/24/2020
Payer Name: RODRIGO CANTU
------------------------------------
PRO HAC VICE
 For: TOR EKELAND
 Case/Party: D-TXW-5-20-LB-000000-001
 Amount:         $100.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 120
 Amt Tendered:  $100.00
------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

PRO HAC VICE FOR TOR EKELAND.

5:20-CV-746. MELODY JOY CANTU AND
DR. RODRIGO CANTU V. DR. SANDRA
GUERRA AND DIGITAL FORENSICS
CORPORATION.
```