

Tor Ekeland
Managing Partner

(718) 737-7264
tor@torekeland.com

June 23, 2020

**VIA HAND DELIVERY**

SA20CA0746 **JKP**

U.S. DISTRICT CLERK'S OFFICE
655 E CESAR E CHAVEZ BLVD RM G65
SAN ANTONIO, TX 78206-1106

RE:  **Pro Hac Vice Admission for Tor B. Ekeland**

To the Clerk of the Court:

Attached please find the Motion and Order for Pro Hac Vice admission to the U.S. District Court, Western District of Texas for appearance on behalf of our clients Melody Joy Cantu and Dr. Rodrigo Cantu.

Due to the COVID-19 crisis in New York the New York we were unable to obtain a new Certificate of Good Standing in person, copies requested by mail from the courts will not arrive in time for this filing. We've attached a screenshot from the New York Unified Court System, dated this week, showing my current status as well as a copy of an older Certificate of Good Standing. We are willing to provide a new copy as soon as one has been received.

Sincerely,

Tor Ekeland