UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | | |
|---|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU,<br>*Plaintiffs*<br>v.<br><br>DR. SANDRA GUERRA and<br>DIGITAL FORENSICS CORPORATION, LLC,<br>*Defendants* | § § § § § § § § | 5:20-CV-00746-JKP |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I respectfully request to appear in this case as local counsel for Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu.

Respectfully submitted,

*/s/ Rain Minns*

Rain Levy Minns
State Bar No. 24034581
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Road, Suite 500
Austin, Texas 78759-8583
Phone: (512) 372-3222
Facsimile: (512) 861-2403
Email: rain@rainminnslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 27, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

_____
Rain Levy Minns