

Tor Ekeland
Managing Partner

(718) 737-7264
tor@torekeland.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

**Attention: Clerk of the Court**

U.S.D.C. Western District of Texas San Antonio Division
Clerk of the Court
655 East César E. Chávez Blvd, Room G65
San Antonio, TX 78206

August 28, 2020

**RE: Melody Joy Cantu and Dr. Rodrigo Cantu v. Dr. Sandra Guerra and Digital Forensics Corporation, 5:20-CV-0746 (JKP)**

In the matter of Melody Joy Cantu and Dr. Rodrigo Cantu v. Dr. Sandra Guerra and Digital Forensics Corporation, 5:20-CV-0746 (JKP). Plaintiffs' counsel had a change of address, and therefore, are re-filing the Summons with the new address.

The original Summons was filed on July 15, 2020, Dkt. 4 and then issued by the court on July 16, 2020, Dkt. 5.

In addition, Defendant Digital Forensics Corporation is registered with the Secretary of State in Ohio under multiple fictious names with several registered agents, all of which are added to the Summons.

Sincerely,

*Tor Ekeland*
Tor Ekeland