AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Western District of Texas

| | | |
|---|---|---|
| MELODY JOY CANTU<br>AND<br>DR. RODRIGO CANTU<br><br>*Plaintiff(s)*<br>v.<br>DR. SANDRA GUERRA<br>and<br>DIGITAL FORENSICS CORPORATION,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:20-CV-0746 (JKP) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DIGITAL FORENSICS CORPORATION
ABK WEB DEVELOPMENT CORP.
5755 GRANGER ROAD
INDEPENDENCE OH 44131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tor Ekeland, Esq.
Pro Hac Vice
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005-2205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK

Date: 08/28/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:20-CV-0746 (JKP)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Digital Forensics Corporation, LLC
was received by me on *(date)* 9/14/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* David Workman
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* David Workman , who is
designated by law to accept service of process on behalf of *(name of organization)* Digital Forensics Corporation, LLC
on *(date)* 9/16/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service was completed at 4400 Renaissance Pkwy Warrensville Heights, Ohio 44128, as 5755 Granger Rd Independence Ohio 4413 was vacant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/2020

*Server's signature*

MARK BERUS PROCESS SERVER
*Printed name and title*

PO BOX 93447 CLEVELAND OHIO 44101
*Server's address*

Additional information regarding attempted service, etc: