AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU <br><br> *Plaintiff(s)* <br><br> v. <br><br> DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, <br><br> *Defendant(s)* | Civil Action No. 5:20-CV-0746 (JKP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DR. SANDRA GUERRA
CO RICARDO G. CEDILLO, ESQ. DAVIS, CEDILLO & MENDOZA, INC.
755 E. MULBERRY AVE., SUITE 500     SAN ANTONIO TX 78212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tor Ekeland, Esq.
Pro Hac Vice
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005-2205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    JEANNETTE J. CLACK

Date: 08/28/2020

*Signature of Clerk or Deputy Clerk*



## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 5:20-CV-0746 (JKP)

Plaintiff:
**MELODY JOY CANTU AND DR. RODRIGO CANTU**

vs.

Defendant:
**DR. SANDRA GUERRA AND DIGITAL FORENSICS CORPORATION**

For:
Tor Ekeland Law, PLLC
30 Wall Street
8th Floor
New York, NY 10005-2205

Received these papers on the 15th day of September, 2020 at 1:00 pm to be served on **Dr. Sandra Guerra co Ricardo G. Cedillo, Esq. Davis, Cedillo & Mendoza, Inc., 755 E. Mulberry Ave., Suite 500, San Antonio, TX 78212.**

I, Richard A. Mayen PSC-841, being duly sworn, depose and say that on the **15th day of September, 2020** at **4:14 pm, I:**

delivered a true copy of the **Summons in a Civil Action** with the date and hour of service endorsed thereon by me, to: **Kathleen Folkes** as **Paralegal**, who stated they are authorized to accept service for: **Dr. Sandra Guerra co Ricardo G. Cedillo, Esq. Davis, Cedillo & Mendoza, Inc.** at the address of: **755 E. Mulberry Ave., Suite 500, San Antonio, TX 78212**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 years, of sound mind, am not a party to or interested in the above styled and numbered cause. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. Further Affiant Sayeth Not.

Subscribed and Sworn to before me on the 16th day of September, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Janet Alongio
My Commission Expires
09/13/2023
ID No. 11722960

**Richard A. Mayen PSC-841**
Expiration Date: 7/31/22

Our Job Serial Number: MAY-2020000938

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c