AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| MELODY JOY CANTU<br>AND<br>DR. RODRIGO CANTU<br><br><br>*Plaintiff(s)*<br>v.<br>DR. SANDRA GUERRA<br>and<br>DIGITAL FORENSICS CORPORATION,<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:20-CV-0746 (JKP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DIGITAL FORENSICS CORPORATION
Service of Process
Secretary of State
P.O. Box 12079
Austin, Texas 78711-2079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tor Ekeland, Esq.
Pro Hac Vice
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005-2205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK

Date: 08/28/2020

*Signature of Clerk or Deputy Clerk*

DocuSign Envelope ID: 781E0BC1-9FF5-447A-B31F-811554625B15

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| Melody Joy Cantu and<br>Dr. Rodrigo Cantu,<br>　　　　　　　Plaintiffs,<br>　　　v.<br><br>Dr. Sandra Guerra and<br>Digital Forensics Corporation,<br><br>　　　　　　　Defendants. | Case No.: 5:20-CV-0746 (JKP)<br><br>**DECLARATION OF NICOLE GUITELMAN**<br><br>**PROOF OF SERVICE** |

　　　　I declare under 28 U.S.C. § 1746 and the penalty of perjury that the following is true and correct:

　　　　1.　　On September 10, 2020 I, Nicole Guitelman, mailed to the Texas Secretary of State via USPS certified mail, with return receipt requested, Service of Process and Summons upon defendant Digital Forensics Corporation, on behalf of Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu.

　　　　2.　　Texas Business Organizations Code § 5.251(2)(B) permits substituted service of process upon the Texas Secretary of State as an agent of a foreign entity if such entity transacts business in this state without registering with the Secretary of State.

　　　　3.　　Digital Forensics' website states they do business in Texas.1

　　　　4.　　On September 21, 2020, I searched the Texas Secretary of State registration database located at https://direct.sos.state.tx.us/corp_inquiry/corp_inquiry-find.asp

and it does not list Digital Forensics Corporation, LLC as either a domestic or as a foreign entity.

5.   On September 15, 2020 at 9:45 AM, the Texas Secretary of State received a true copy of the Summons in a Civil Action serving defendant Digital Forensics Corporation in the State of Texas, at the address P.O. Box 12079, Austin, Texas 78711-2079.

6.   As per Texas Business Organizations Code § 5.252, the documents served had duplicate copies of the relevant documents along with the $55 required fee.

7.   Due to the absence of a registered agent and as according to Texas Business Organizations Code § 5.251(2)(B), I served the Texas Secretary of State.

8.   I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed On:

*Nicole Guitelman*
C84175C5FD76487...

September 21, 2020