UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Melody Joy Cantu and Dr. Rodrigo Cantu

vs.                                              Case No.:  5:20-cv-0746-jkp

Dr. Sandra Guerra, et al.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Lewis K. Harley, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Digital Forensics Corporation LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) The Harley Law Group with offices at:

   Mailing address: 4801 Woodway Drive, Suite 300E

   City, State, Zip Code: Houston, Texas 77056

   Telephone: (713) 968-6540         Facsimile: (281) 763-2681

2. Since November 6, 1986, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 09015500.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:
   Southern District of Texas          June 19, 1987

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

Georgia

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

Applicant was subject to a grievance in Georgia regarding an attorney fee issue buy a prospective client, which was stolen by a third party. Applicant made the claimant whole and the matter was resolved. This incident occurred in 1991.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Ramon Gerardo "Jerry" Rios

Mailing address: 13809 Research Boulevard, Suite 500

City, State, Zip Code: Austin, Texas 78750

Telephone: (512) 501-6270

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Lewis K. Harley to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Lewis K. Harley
[printed name of Applicant]

_/s/ Lewis K. Harley_
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 26 day of October, 2020.

Lewis K. Harley
[printed name of Applicant]

_/s/ Lewis K. Harley_
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Melody Joy Cantu and Dr. Rodrigo Cantu

vs.  Case No.: 5:20-cv-0746-jkp

Dr. Sandra Guerra, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Lewis K. Harley, counsel for Digital Forensics Corporation LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Lewis K. Harley may appear on behalf of Digital Forensics Corporation LLC in the above case.

IT IS FURTHER ORDERED that Lewis K. Harley, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields     Print Form