## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

Melody Joy Cantu and Dr. Rodrigo Cantu

vs.                                    Case No.: 5:20-cv-0746-jkp (HJB)

Dr. Sandra Guerra, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Lewis K. Harley_____, counsel for

_Digital Forensics Corporation LLC_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Lewis K. Harley_____ may appear on behalf of _Digital Forensics Corporation LLC___

in the above case.

IT IS FURTHER ORDERED that _Lewis K. Harley_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the __26th__ day of __October_____, 20_20_.

Henry J. Bemporad
United States Magistrate Judge