IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and **DR. RODRIGO CANTU,** *Plaintiffs* | § § § § § § § § § § § § |
| V. | |
| **DR. SANDRA GUERRA** and **DIGITAL FORENSICS CORPORATION, LLC** *Defendants* | |

CIVIL ACTION NO 5:20-CV-00746-JKP

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO PLAINTIFFS' MOTION TO DISMISS
DEFENDANT DR. SANDRA GUERRA'S COUNTERCLAIMS**

Defendant, Dr. Sandra Guerra ("Defendant"), moves for a seventeen (17)-day extension of the deadline to file Defendant's response to Plaintiff's Motion to Dismiss Defendant Dr. Sandra Guerra's Counterclaims (Document 21) (the "Motion to Dismiss").

Plaintiffs filed their Motion to Dismiss on October 27, 2020. Defendant's response to the Motion was due on Tuesday, November 10, 2020. Defendant requests additional time to prepare and submit her response to the Motion to Dismiss due to unexpected conflicts and scheduling issues experienced by counsel for Defendant. Defendant advised Plaintiff's counsel of such conflicts and issues and Plaintiffs agreed and consented to the requested extension of time as the parties continue to negotiate scheduling deadlines and discuss potential options for alternative dispute resolution.

Defendant respectfully requests that the Court allow Defendant until Friday, November 27, 2020 to file Defendant's response to the Motion to Dismiss.

Dated: November 13, 2020.   Respectfully submitted,

                    **DAVIS, CEDILLO & MENDOZA, INC.**

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 822-1151

By:    */s/Ricardo G. Cedillo*
   RICARDO G. CEDILLO
   Texas State Bar No. 04043600
   rcedillo@lawdcm.com
   LESLIE J. STRIEBER, III.
   Texas State Bar No. 19398000
   lstrieber@lawdcm.com
   BRANDY C. PEERY
   Texas State Bar No. 24057666
   bpeery@lawdcm.com
   COURTNEY R. GAINES
   State Bar No. 24098273
   cgaines@lawdcm.com

ATTORNEYS FOR DEFENDANT, DR. SANDRA GUERRA

## CERTIFICATE OF SERVICE

I certify that on this 13th day of October 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

    */s/Ricardo G. Cedillo*
    RICARDO G. CEDILLO