**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MELODY JOY CANTU and** | § | |
| **DR. RODRIGO CANTU,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | **CIVIL ACTION NO 5:20-CV-00746-JKP** |
| | § | |
| V. | § | |
| | § | |
| **DR. SANDRA GUERRA and** | § | |
| **DIGITAL FORENSICS** | § | |
| **CORPORATION, LLC** | | |
| *Defendants* | | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFFS' MOTION TO DISMISS
DEFENDANT DR. SANDRA GUERRA'S COUNTERCLAIMS**

On this date came on to be considered Defendant, Dr. Sandra Guerra's Unopposed Motion

for Extension of Time to File Response to Plaintiffs' Motion to Dismiss Defendant Dr. Sandra

Guerra's Counterclaims (Document _____).  The Court has carefully considered the motion

and finds that it should be **GRANTED**.

   **IT IS THEREFORE ORDERED** that the deadline for Defendant, Dr. Sandra Guerra, to

file her response to Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Counterclaims

(Document 21) is extended through and including November 27, 2020.

   It is so **ORDERED**.


Dated: _____          _____
                                         **HENRY J. BEMPORAD**
                                         UNITED STATES MAGISTRATE JUDGE