IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU,<br>*Plaintiffs*<br><br>V.<br><br>DR. SANDRA GUERRA and<br>DIGITAL FORENSICS<br>CORPORATION, LLC<br>*Defendants* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO 5:20-CV-00746-JKP<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFFS' MOTION TO DISMISS
DEFENDANT DR. SANDRA GUERRA'S COUNTERCLAIMS**

On this date came on to be considered Defendant, Dr. Sandra Guerra's Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Counterclaims (Document __23__). The Court has carefully considered the motion and finds that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for Defendant, Dr. Sandra Guerra, to file her response to Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Counterclaims (Document 21) is extended through and including November 27, 2020.

It is so **ORDERED**.

Dated: November 13, 2020.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE