UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | SA-20-CV-746-JKP (HJB) |

**SHOW CAUSE ORDER**

Before the Court is the status of the above case. This case was set for an Initial Pretrial Conference on November 17, 2020; counsel for Defendant Digital Forensics Corporation did not appear at the conference.

Federal Rule of Civil Procedure states that, on its own motion, the Court may order an appropriate sanction "if a party or its attorney . . . fails to appear at a scheduling or other pretrial conference." FED. R. CIV. P. 16(f). Accordingly, it is hereby **ORDERED** that, **on or before December 1, 2020**, counsel for Defendant Digital Forensics Corporation must **SHOW CAUSE** why they should not be sanctioned for failing to appear for the scheduling conference as ordered.

**SIGNED** on November 17, 2020.

Henry J. Bemporad
United States Magistrate Judge