# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MELODY JOY CANTU and** | § | |
| **DR. RODRIGO CANTU,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| | § | |
| V. | § | |
| | § | |
| **DR. SANDRA GUERRA and** | § | |
| **DIGITAL FORENSICS** | § | |
| **CORPORATION, LLC** | | |
| *Defendants* | | |

### ORDER GRANTING DR. SANDRA GUERRA'S MOTION FOR LEAVE TO TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND FIRST AMENDED COUNTERCLAIM

On this date came on to be considered Defendant, Dr. Sandra Guerra's Motion for Leave to File First Amended Answer, Affirmative Defenses, and First Amended Counterclaim (Document No. ____). The Court has carefully considered the motion and finds that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Defendant, Dr. Sandra Guerra's Motion for Leave to File First Amended Answer, Affirmative Defenses, and First Amended Counterclaim is hereby **GRANTED** in all respects.

It is so **ORDERED**.

Dated: _____          _____
                                        **HENRY J. BEMPORAD**
                                        UNITED STATES MAGISTRATE JUDGE