# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU and** § | |
| **DR. RODRIGO CANTU,** § | |
| *Plaintiffs* § | |
| § | |
| § | **CASE NO.: 5:20-CV-00746-JKP (HJB)** |
| § | |
| V. § | |
| § | |
| **DR. SANDRA GUERRA and** § | |
| **DIGITAL FORENSICS** § | |
| **CORPORATION, LLC** § | |
| *Defendants* § | |

## ORDER DENYING PLAINTIFFS' MOTION TO DISMISS
## DEFENDANT DR. SANDRA GUERRA'S COUNTERCLAIMS

On this date came on to be considered Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Counterclaims (Doc. No. 21) (the "Motion"). Upon due consideration of the Motion and Defendant, Dr. Sandra Guerra's Response thereto (Doc. No. ____), the Court finds that the Motion should be **DENIED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Counterclaims is **DENIED** in all respects.

It is so **ORDERED.**


Dated: _____           _____
                                         UNITED STATES DISTRICT JUDGE