UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU<br>PLAINTIFFS | §<br>§<br>§<br>§ | 5:20-cv-00746-jkp |
| v. | §<br>§ | |
| DR. SANDRA GUERRA AND DIGITAL FORENSICS CORPORATION LLC<br>DEFENDANTS | §<br>§<br>§<br>§ | |

**DEFENDANT DIGITAL FORENSICS CORPORATION LLC'S INITIAL DISCLOSURES**

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Digital Forensics Corporation, LLC, respectfully makes their mandatory disclosures as follows:

A.   Witnesses

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

Melody Joy Cantu & Dr. Rodrigo Cantu
c/o their counsel Tor Ekeland & Rain Levy Minns
195 Montague Street, 14th Floor
Brooklyn, New York 11201
(718) 737-7264

Dr. Sandra Guerra
c/o her counsel Richard G. Cedillo & Courtney R. Gaines
755 E. Mulberry Avenue
San Antonio, Texas 78212
(210) 822-6666

B.   Documents

A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

- Client Services Agreement between 1ST All File Recovery LLC and Sandra Guerra
- Phase 1 Report provided to Sandra Guerra from Digital Forensics Corp

C.   Computation of Damages

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

Defendant has not calculated all of its potential damages and claims but will do so and supplement accordingly.

D.  Insurance Agreements

For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

There are none.

                    Respectfully submitted,

                    **THE HARLEY LAW GROUP**
                    4801 Woodway Drive
                    Suite 300E
                    Houston, Texas 77056
                    (713) 968-6540
                    lewis.harley@harleylawgroup.com

By: _____
     Lewis K. Harley
     Texas Bar No. 09015500

**ATTORNEY FOR DEFENDANT DIGITAL FORENSICS CORPORATION LLC**

## CERTIFICATE OF SERVICE

      I certify that on December 1, 2020, a true and correct copy of the foregoing document was served via CM/ECF in accordance with the Federal Rules of Civil Procedure, on the attorneys of record listed below.

_____
Lewis K. Harley

**Via Electronic Mail:**
Tor Ekeland
Tor Ekeland Law, PLLC
195 Montague Street, 14th Floor
Brooklyn, New York 11201
Phone: (718) 737-7264
Email: tor@torekeland.com
*Attorney for Plaintiffs*

Rain Levy Minns
Rain Minns Law Firm
4412 Spicewood Springs Road
Suite 500
Austin, Texas 78759
Phone: (512) 372-3222
Email: rain@rainminnslaw.com
*Attorney for Plaintiffs*

Richard G. Cedillo
Courtney R. Gaines
Davis Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Phone: (210) 822-6666
Email: rcedillo@lawdcm.com
Email: cgaines@lawdcm.com
*Attorneys for Defendant*
*Dr. Sandra Guerra*