UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | SA-20-CV-746-JKP (HJB) |

**ORDER**

Before the Court is the status of the above case. This case was set for an Initial Pretrial Conference on November 17, 2020; counsel for Defendant Digital Forensics Corporation did not appear at the conference. Accordingly, the undersigned issued an order requiring counsel for the Defendant to show cause why they should not be sanctioned pursuant to Federal Rule of Civil Procedure 16(f) for failing to appear. (Docket Entry 30.)

Counsel has responded to the Court's order (Docket Entry 34), and based on the information provided, the Court is satisfied that the circumstances of the case make sanctions unnecessary. *Cf.* FED. R. CIV. P. 16(f) (expenses need not be awarded if "circumstances make an award of expenses unjust"). Accordingly it is hereby **ORDERED** that no sanctions will be imposed as a result of counsel's failure to appear.

**SIGNED** on December 4, 2020.

_____
Henry J. Bemporad
United States Magistrate Judge