IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and **DR. RODRIGO CANTU,** *Plaintiffs* | § § § § § § § § § § § § § |
| V. | |
| **DR. SANDRA GUERRA** and **DIGITAL FORENSICS CORPORATION, LLC** *Defendants* | |

CASE NO 5:20-CV-00746-JKP (HJB)

**ORDER DENYING PLAINTIFFS' MOTION TO DISMISS DEFENDANT DR. SANDRA GUERRA'S AMENDED COUNTERCLAIMS**

On this date came on to be considered Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Amended Counterclaims (Doc. No. 38) (the "Motion"). Upon due consideration of the Motion and Defendant, Dr. Sandra Guerra's Response thereto (Doc. No. ____), the Court finds that the Motion should be **DENIED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Amended Counterclaims is **DENIED** in all respects.

It is so **ORDERED**.

Dated: _____          _____
                                                                                  UNITED STATES DISTRICT JUDGE