UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU,<br><br>  Plaintiffs,<br><br>v.<br><br>DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC,<br><br>  Defendants. | 5:20-CV-0746 JKP – HJB |

**ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANT DR. SANDRA GUERRA'S AMENDED COUNTERCLAIMS**

On this date came on to be considered Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Amended Counterclaims (Doc. No. 38) (the "Motion"). Upon due consideration of the Motion and Reply in Support thereto (Doc. No. 40), the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Dismiss Defendant Dr. Sandra Guerra's Amended Counterclaims is **GRANTED** in all respects.

It is so **ORDERED**.

Dated: _____        _____
                                UNITED STATES DISTRICT JUDGE