IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and | § | |
| DR. RODRIGO CANTU, | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | CASE NO 5:20-CV-00746-JKP (HJB) |
| | § | |
| V. | § | |
| | § | |
| DR. SANDRA GUERRA and | § | |
| DIGITAL FORENSICS CORPORATION, | § | |
| LLC | § | |
| *Defendants* | § | <u>JURY DEMANDED</u> |

**<u>JOINT ALTERNATIVE DISPUTE RESOLUTION STATUS REPORT</u>**

Pursuant to the Court's Scheduling Order, the parties have discussed Alternative Dispute Resolution and file this their ADR Report in compliance with Local Rule CV-88(b).

1.      STATUS OF SETTLEMENT NEGOTIATIONS – Plaintiffs/Counter-Defendants and Defendant/Counter-Plaintiff, Dr. Sandra Guerra, submitted written settlement offers to the other on March 15, 2021.  Each opposing party shall respond to such applicable written settlement offer on or before April 15, 2021.  The is no current deadline for mediation.

2.      PERSONS RESPONSIBLE FOR SETTLEMENT NEGOTIATIONS –

Plaintiffs/Counter-Defendants, MELODY JOY CANTU and DR. RODRIGO CANTU, and their counsel Tor Ekland and Rain Minns, are responsible for settlement negotiations on behalf of Plaintiffs/Counter-Defendants.

Defendant/Counter-Plaintiff, DR. SANDRA GUERRA ("Dr. Guerra"), and her counsel, Ricardo G. Cedillo and Brandy C. Peery, are responsible for settlement negotiations on behalf of Defendant/Counter-Plaintiff, Dr. Guerra.

Defendant, DIGITAL FORENSICS CORPORATION, LLC ("DFC"), and its counsel, Lewis K. Harley, are responsible for settlement negotiations on behalf of said Defendant, DFC. However, Mr. Harley has advised the parties and their respective that he intends to withdraw as counsel for DFC due to health issues.

3.      APPROPRIATENESS OF ADR –

Counsel for Plaintiffs/Counter-Defendants has advised counsel for Defendants, Dr. Guerra and DFC, that Plaintiff/Counter-Defendant, Melody Joy Cantu, has suffered a medical emergency. As a result, Plaintiffs/Counter-Defendants have requested an additional continuance of the current scheduling deadlines.  The parties agree and stipulate to a sixty (60) day continuance of the current scheduling deadlines.   All parties believe mediation is appropriate any time after the expiration of sixty (60) days from the date hereof in order to allow for (i) further recovery time for Plaintiff/Counter-Defendant, Melody Joy Cantu, and (ii) the withdrawal of Mr. Harley and the substitution of new counsel for, DFC.

4.      All parties have agreed to mediate this case with Donald R. Philbin, Jr., J.D., M.B.A., LL.M.

5.      The undersigned counsel hereby certify that they have informed their clients of the ADR proceedings available in the Western District of Texas.

Date:   March 15, 2021.                    Respectfully submitted,

                                           **TOR EKELAND LAW, PLLC**
                                           30 Wall Street, 8th Floor
                                           New York, NY
                                           Telephone: (718) 737 - 7264
                                           Facsimile: (718) 504 - 5417


                                           By:   */s/Tor Ekeland*
                                                 TOR EKELAND
                                                 NY Bar No. 4493631
                                                 *Pro Hac Vice*
                                                 tor@torekeland.com

                                           *and*

                                           **MINNS LAW FIRM, P.C.**
                                           **D/B/A RAIN MINNS LAW FIRM**
                                           4412 Spicewood Springs Rd., Suite 500
                                           Austin, Texas 78759-8583
                                           Telephone: (512) 372-3222
                                           Facsimile: (512) 861-2403

                                           By:   */s/Rain Levy Minns*
                                                 RAIN LEVY MINNS
                                                 Texas State Bar No. 24034581
                                                 rain@rainminnslaw.com

                                           COUNSEL FOR PLAINTIFFS/COUNTER-
                                           DEFENDANTS, MELODY JOY CANTU AND
                                           DR. RODRIGO CANTU

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza
755 E. Mulberry Avenue, Suite 500
San Antonio, Texas 78212
Telephone: (210) 822-6666
Facsimile: (210) 660-3795

By:     */s/Ricardo G. Cedillo*
        RICARDO G. CEDILLO
        Texas State Bar No. 04043600
        rcedillo@lawdcm.com
        BRANDY C. PEERY
        Texas State Bar No. 24057666
        bpeery@lawdcm.com

ATTORNEYS FOR DEFENDANT/COUNTER-
PLAINTIFF, DR. SANDRA GUERRA


**THE HARLEY LAW GROUP**
4801 Woodway Drive
Suite 300E
Houston, Texas 77056
Telephone:  (713) 968-6540

By:     */s/Lewis K. Harley*
        LEWIS K. HARLEY
        Texas Bar No. 09015500
        lewis.harley@harleylawgroup.com

ATTORNEY FOR DEFENDANT, DIGITAL
FORENSICS CORPORATION LLC