# STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU, | Civil Action 5:20-CV-0746-JKP |
| Plaintiffs, | |
| v. UNITED | |
| DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC, | |
| Defendants. | |

## MOTION TO WITHDRAW AS ATTORNEY
## FOR DIGITAL FORENSICS COPORATION LLC

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes Lewis K. Harley, counsel for Digital Forensics Corporation LLC, ("Digital") and files this his Motion to Withdraw as Counsel for Digital, and in support thereof, would respectfully show the court as follows:

1. Movant has developed health issues which require his full attention, resulting in his desire to withdraw as counsel from this and other pending cases.

2. Movant has notified Digital of his need to withdraw as counsel. Digital will substitute counsel in place of Movant.

1

3. The address for Digital is:

   Digital Forensics Corporation LLC.
   4400 Renaissance Pkwy
   Warrensville Heights, OH, 44128
   Attn: Jeromy Simonovic, Esq.
   800.849.6515 | Extn: 231

4. Counsel for Digital is not filing this motion as any attempt to delay this matter, but so that justice may be done regarding this matter. Counsel for Digital feels that to continue to represent Digital may place Digital without proper representation for the continued defense of this cause.

5. As a result of the foregoing, Counsel for Digital moves this court for an order removing Counsel as the attorney of record for Digital and relieving him of all further responsibilities regarding this matter.

6. Counsel for Digital further moves this court for another 30-day extension of all pending deadlines, pursuant to this court's Scheduling Order, in order to allow Digital time to comply with the upcoming deadlines.

   WHEREFORE, PREMISES CONSIDERED, Counsel for Plaintiffs prays that this court enter an order removing John M. Henderson as attorney of record of this cause, that he have no further responsibility regarding this matter and for such other and further relief to which he may show himself justly entitled.

RESPECTFULLY SUBMITTED,

THE HARLEY LAW GROUP

By:
   */s/Lewis K. Harley*
Lewis K Harley
Texas Bar No. 09015500
4801 Woodway Drive
Suite 300E
Houston, Texas 77056
Tel. (713) 968-6540
Fax. (281) 763-2681
Lewis.harley@harleylawgroup.com
Attorney for Plaintiff

## Certificate of Conference

Counsel for Digital has conferred with all other counsel in this case via email and they are unopposed.

## Certificate of Service

I certify that on this 21st of July, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

*/s/Lewis K. Harley*