STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and DIGITALFORENSICS CORPORATION, LLC, <br><br> Defendants. | Civil Action 5:20-CV-0746-JKP |

# AFFIDAVIT

## OF

## LEWIS K. HARLEY

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, personally appeared Lewis Kenneth Harley, who being by me duly sworn, deposed, and said:

"My name is Lewis Kenneth Harley; I am over the age of 18 and fully competent to make this affidavit. The facts and statements contained herein are with my personal knowledge and they are true and correct.

1

I am attorney of record for Defendant Digital Forensics Corporation LLC. I have read the facts and statement contained in the attached Motion to Withdraw as Counsel for Digital Forensics Corporation LLC contained in the attached Motion to Withdraw, and they are true and correct. For health reasons I am withdrawing from representing Digital Forensics Corporation LLC, as well as withdrawing from other cases I have pending for the same reason. I have not filing the motion to withdraw as any attempt to delay this matter, but so that justice may be done regarding this matter. I believe that my health issues may place Digital without proper representation for the continued defense of this of its case.

FURTHER AFFIANT sayeth not.

_____
Lewis Kenneth Harley

SUBSCRIBED AND SWORN TO on the __21__ day of __July__ 2021.

LILIANA ESPINOZA
Notary Public, State of Texas
Comm. Expires 09-29-2024
Notary ID 132701316

_____
Notary Public