STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGOCANTU, | Civil Action 5:20-CV-0746-JKP |
| Plaintiffs, | |
| v. | |
| DR. SANDRA GUERRA and DIGITALFORENSICS CORPORATION, LLC, | |
| Defendants. | |

**ORDER**

On this day, came on to be heard, Defendant Digital Forensic Corporation LLC's Counsel's Motion to Withdraw as attorney of record and this court finds that same should be granted.

It is therefore, Ordered, Adjudged, and Decreed that Lewis K. Harley is hereby removed as counsel for Defendant Digital Forensic Corporation LLC and shall have no further responsibility regarding this matter, from this date forward.

It is further ordered that all deadlines pending, pursuant to the existing Scheduling Order are hereby extended for an additional _____ days.

Signed and Ordered, this the _____ day of _____, 2021.

_____
JUDGE PRESIDING