UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and | § | |
| DR. RODRIGO CANTU, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | SA-20-CV-746-JKP (HJB) |
| | § | |
| DR. SANDRA GUERRA and | § | |
| DIGITAL FORENSICS CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Movant Lewis K. Harley's Motion to Withdraw as Attorney for Digital Forensics Corporation LLC. (Docket Entry 54.) It is hereby **ORDERED** that Movant Harley's motion is **GRANTED** and he is withdrawn as counsel of record for Defendant Digital Forensics Corporation.

It is **FURTHER ORDERED** that a Status Conference in this case will be held on **August 27, 2021**, at **10:00 A.M.** and this conference will be held by phone. In advance of the conference, counsel is directed to dial: **888-363-4734**, and when prompted to do so, enter **Access Code 1223006** (and press #).

**SIGNED** on August 6, 2021.

Henry J. Bemporad
United States Magistrate Judge