UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVEN R. FERNANDEZ, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | SA-21-CA-734-FB (HJB) |
| CITY OF SAN ANTONIO; JOHN DOYLE, D. SCARNATO; MICHAEL SEPANSKI; and H-E-B, LP a/k/a HEB, | | |
| Defendants. | | |

**CONSENT ADVISORY TO THE CLERK OF COURT**

The undersigned party in the above captioned case elects as follows (please select only one of the following options):

☐ <u>I Consent to Proceed Before A United States Magistrate Judge in accordance with provisions of 28 U.S.C. § 636</u>. The undersigned party in the above captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal must be taken to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. § 636(c)(3).

☐ <u>I Do Not Consent to Proceed Before A United States Magistrate Judge</u>.  The undersigned party in the above captioned case elects not to have this case decided by a United States Magistrate Judge, and prefers that this case proceed before the District Judge.

_____        Dated: _____, _____.
Party Name (Printed)

By: _____
   Signature of Attorney or *Pro Se* Party