UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § <br><br> SA-20-CV-746-JKP (HJB) |

**ORDER CANCELLING STATUS CONFERENCE**

On August 16, 2021, the parties filed a Fifth Continuance Request. In that motion, the parties indicate they are starting mediation on August 20, 2021. (See Docket Entry 54, at 2.) In light of the scheduled mediation in case, it is hereby **ORDERED** that the Status Conference on August 27, 2021, is **CANCELLED** and the parties are excused from appearing on that date.

It is **FURTHER ORDERED** that the parties must file a Joint Advisory to the Court **on or before August 27, 2021**, regarding the outcome of their mediation proceedings.

**SIGNED** on August 17, 2021.

Henry J. Bemporad
United States Magistrate Judge