UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DR. SANDRA GUERRA and<br>DIGITAL FORENSICS CORPORATION,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　　SA-20-CV-746-JKP (HJB)<br>§<br>§<br>§<br>§<br>§ |

**FIFTH AMENDED
SCHEDULING ORDER**

Before the Court is the parties' Fifth Continuance Request. (Docket Entry 57.) It is hereby

**ORDERED** that the parties' request to continue the Scheduling Order deadlines is **GRANTED**,

and the following dates are entered to further control the course of this case:

　　　　1.　　Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **September 15, 2021**.

　　　　2.　　Each opposing party shall respond, in writing on or before **September 29, 2021**, to settlement offers. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings. If a settlement is reached, the parties should immediately notify the Court so the case may be closed.

　　　　3.　　On or before **October 14, 2021**, the parties shall file any motion seeking leave to amend pleadings or join parties.

　　　　4.　　Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 1, 2021**.

　　　　5.　　Parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fourteen days of receipt of the report of the opposing expert.

6. Parties shall initiate all discovery procedures in time to complete discovery on or before **December 15, 2021**.

7. Counsel shall confer and file a joint report setting forth the status of settlement negotiations on or before **December 29, 2021**.

8. All dispositive motions must be filed by **January 12, 2022**. Dispositive motions, and responses to dispositive motions, must be limited to 20 pages in length which is the standard page limit for this Court. (*See* WDTX, SA Div., Local Rule CV-7(h).)

9. The District Court will set dates for trial and the final pretrial conference after receiving and reviewing filed dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, it will likewise set appropriate deadlines for trial and pretrial conference matters.

**SIGNED** on August 17, 2021.

Henry J. Bemporad
United States Magistrate Judge