# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO

_____

MELODY JOY CANTU AND DR. RODRIGO                    5:20-CV-0746 JKP – HJB
CANTU,

                Plaintiffs,

      v.

DR. SANDRA GUERRA and DIGITAL
FORENSICS CORPORATION, LLC,

                Defendants.

_____

**Plaintiffs' and Co-Defendant Dr. Sandra Guerra's Joint Advisory to the Court**

**First Mediation on August 20, 2021**

1. Plaintiffs and Co-Defendant, Dr. Sandra Guerra, along with undersigned counsel, participated in mediation on Friday August 20, 2021, with mediator, Don Philbin, via Zoom.

2. As for the result of the mediation, the parties were not able to come to an agreement after 8 hours of mediation.

3. As for additional mediation sessions, currently, Plaintiffs and Co-Defendant, Dr. Sandra Guerra, have no intent to continue with mediation.

4. As for the status of discovery, Plaintiffs and Co-Defendant, Dr. Sandra Guerra, intend to move forward and continue discovery as per the deadlines from the Dkt. No. 59, August 17, 2021 court order.

5. Counsel for Co-Defendant, Digital Forensics Corporation ("DFC"), was permitted to withdraw as counsel of record for DFC on August 6, 2021 (Dkt. No. 56). No attorney has filed a Notice of Appearance on behalf of DFC following the withdrawal of DFC's former counsel. DFC did not participate in the mediation held on August 20, 2021.

Dated: August 27, 2021

Respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland (NY Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

and

/s/ Rain Levy Minns

Rain Minns
State Bar No. 24034581
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Rd., Suite 500
Austin, Texas 78759-8583
Tel.: 512-372-3222
Fax: 512-861-2403
rain@rainminnslaw.com

*Counsel for Plaintiffs Melody Joy Cantu and
Dr. Rodrigo Cantu*

**DAVIS, CEDILLO & MENDOZA, INC.**
McCombs Plaza
755 E. Mulberry Avenue, Suite 500
San Antonio, Texas 78212
Telephone: (210) 822-6666
Facsimile: (210) 660-3795

By: /s/ Ricardo G. Cedillo
RICARDO G. CEDILLO
Texas State Bar No. 04043600
rcedillo@lawdcm.com
BRANDY C. PEERY
Texas State Bar No. 24057666
bpeery@lawdcm.com

ATTORNEYS FOR DEFENDANT/COUNTER-
PLAINTIFF, DR. SANDRA GUERRA

**Certificate of Service**

I certify that on this 27th of August, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

/s/ Tor Ekeland