# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU, | 5:20-CV-0746 JKP – HJB |
| Plaintiffs, | |
| v. | |
| DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC, | |
| Defendants. | |

**Plaintiffs' Designation of Expert Witness**

Plaintiffs Dr. Rodrigo Cantu and Melody Joy Cantu, through their undersigned attorneys, hereby submit the following expert witness designation pursuant to the Court's Fifth Amended Scheduling Order (Dkt. No. 59), and The Rules of Civil Procedure Rule 26(a)(2)(A).

1. Jeff Fischbach
   Forensic Technologist
   SecondWave, Inc.
   9909 Topanga Canyon Boulevard, #205
   Chatsworth, California 91311
   (818) 773-0400 x34

Mr. Fischbach will testify regarding the matters and opinions contained in his expert report. Mr. Fischbach's report containing the information required by The Rules of Civil Procedure Rule 26(a)(2)(B) was provided to the opposing parties. Mr. Fischbach is retained to provide expert testimony and may be contacted through undersigned counsel.

Discovery in this matter is ongoing, and Plaintiffs reserve the right to amend and supplement this designation if it is determined that additional expert testimony is required, and further specifically reserves the right to call additional, supplemental, and rebuttal experts in accordance with Rule 26 of the Federal Rules of Civil Procedure.

The above-listed expert witness has agreed to testify at trial and will be sufficiently familiar with the pending action.

Dated: September 15, 2021

Stipulated and respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland (NY Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

and

/s/ Rain Levy Minns

Rain Minns
State Bar No. 24034581
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Rd., Suite 500
Austin, Texas 78759-8583
Tel.: 512-372-3222
Fax: 512-861-2403
rain@rainminnslaw.com

*Counsel for Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu*

**Certificate of Service**

I certify that on this 15th of September 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

/s/ Tor Ekeland