# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU AND <br> DR. RODRIGO CANTU, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 5:20-CV-0746-JKP |
| DR. SANDRA GUERRA and DIGITAL <br> FORENSICS CORPORATION, LLC, | § § § § | |
| Defendants. | § | |

## NOTICE OF ATTORNEY APPEARANCE FOR
## DEFENDANT DIGITAL FORENSICS CORPORATION, LLC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that the undersigned attorney, J. David Apple, of the law firm of Apple & Fink, LLP, enters his appearance in this case as counsel of record for Defendant Digital Forensics Corporation, LLC for all purposes including, but not limited to, the purpose of receiving notices and orders from the Court, and appearing at all conferences, hearings and at trial as necessary.

Respectfully submitted,

By: /s/ J. David Apple_____
 J. David Apple
 State Bar No. 01278850

APPLE & FINK, L.L.P.
735 Plaza Blvd., Suite 200
Coppell, Texas 75019
Telephone: (972) 315-1900
Facsimile: (972) 315-1955
Email: jdapple@applefinklaw.com

**ATTORNEYS FOR DEFENDANT DIGITAL FORENSICS CORPORATION, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the court, which will send a "Notice of Electronic Filing" to the following counsel:

Tor Ekeland
Tor Ekeland Law, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201
*tor@torekeland.com*

Rain Levy Minns
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Road, Suite 500
Austin, Texas 78759
*rain@rainminnslaw.com*

Ricardo G. Cedillo
Brandy C. Perry
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry, Suite 250
San Antonio, Texas 78212
*rcedillo@lawdcm.com*
*bperry@lawdcm.com*

/s/ J. David Apple_____
J. David Apple