UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-20-CV-746-JKP (HJB) |
| DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, | § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' Sixth Continuance Request. (Docket Entry 65.) It is hereby

**ORDERED** that the parties' request to continue three deadlines in this case is **GRANTED** with

the addition of section 3 as follows:

1. Parties shall initiate all discovery procedures in time to complete discovery on or before **February 14, 2022.** Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the expiration of the deadline. *See* Local Rule CV-16(e). Counsel may be agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in exceptional circumstances. *See id.* No trial date setting or other deadline set forth herein will be vacated due to information obtained in post-deadline discovery.

2. Parties must complete the agreed mediation or other ADR proceeding by **February 28, 2022.** At the conclusion of any ADR proceeding, a report must be filed with the Court. *See* Local Rule CV-88(g).

3. On or before **March 14, 2022,** the parties shall file any *Daubert* motions and challenge to or motion to exclude expert witnesses. Any such motion must specifically state the basis for the objection and identify the objectionable testimony.

4. On or before **March 14, 2022,** parties shall file any dispositive motions, including motions for summary judgment on all or some of the claims. Further, notwithstanding any deadline provided herein, no motion (other than a motion in limine) may be filed after this date except for good cause.

**SIGNED** on December 14, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge