**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| MELODY JOY CANTU AND § <br> DR. RODRIGO CANTU, § <br> § <br> Plaintiffs, § <br> § <br> V. § <br> § <br> DR. SANDRA GUERRA and DIGITAL § <br> FORENSICS CORPORATION, LLC, § <br> § <br> Defendants. § | CIVIL ACTION NO. 5:20-CV-0746-JKP |

## Joint Continuance Request

Plaintiffs Dr. Rodrigo Cantu and Melody Joy Cantu and Defendants Digital Forensics Corporation, LLC and Dr. Sandra Guerra, in their Joint Continuance Request, through their undersigned attorneys, hereby stipulate:

1. The parties are still going through discovery. Plaintiffs and Defendants have designated experts and have sent or plan to send out discovery requests, and possibly schedule and take certain depositions.

2. All parties request a continuance of the current discovery deadline to have more time to complete the necessary discovery in this case.

3. Counsel for Plaintiffs and Defendants have had a good faith conference regarding the requested continuance.

4. The parties are in agreement to a 60-day continuance, after which, they will reconvene to review whether another continuance is necessary.

5. The parties are in agreement and stipulate to a 60-day continuance of the current discovery deadlines, with the new deadlines as follows:

1

- April 15, 2022: Discovery Deadline

- April 29, 2022: Joint Report on Settlement Negotiations

- May 13, 2022: Last Day to File Dispositive Motions

Dated: February 16, 2022

                                            Stipulated and respectfully submitted,

/s/ Tor Ekeland
Tor Ekeland (NY Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

and

/s/ Rain Levy Minns
Rain Minns
State Bar No. 24034581
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Rd., Suite 500
Austin, Texas 78759-8583
Tel.: 512-372-3222
Fax: 512-861-2403
rain@rainminnslaw.com

**COUNSEL FOR PLAINTIFFS
MELODY JOY CANTU AND DR. RODRIGO CANTU**

/s/ Ricardo G. Cedillo
Ricardo G. Cedillo
State Bar No. 04043600
rcedillo@lawdcm.com
Brandy C. Peery
State Bar No. 24057666
bpeery@lawdcm.com
Davis, Decillo & Mendoza, Inc.
755 E. Mulberry, Suite 250
San Antonio, Texas 78212
Telephone: (210) 822-6666
Telecopier: (210) 660-3795

**ATTORNEYS FOR DEFENDANT
DR. SANDRA GUERRA**

/s/ J. David Apple
J. David Apple
State Bar No. 01278850
jdapple@applefinklaw.com
APPLE & FINK, L.L.P.
735 Plaza Blvd., Suite 200
Coppell, Texas 75019
Telephone: (972) 315-1900
Facsimile: (972) 315-1955

**ATTORNEYS FOR DEFENDANT DIGITAL
FORENSICS CORPORATION, LLC**

## CERTIFICATE OF SERVICE

I certify that on this 16th of February, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

/s/ J. David Apple
J. David Apple