UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU,<br><br>Plaintiffs,<br><br>v.<br><br>DR. SANDRA GUERRA and<br>DIGITAL FORENSICS CORPORATION,<br><br>Defendants. | § § § § § § § § § § § § § | SA-20-CV-746-JKP (HJB) |

**ORDER**
**SETTING VIDEO HEARING**

Before the Court is the parties' [Seventh] Joint Continuance Request. (Docket Entry 67.) It is hereby **ORDERED** that the parties' motion (Docket Entry 67) is set for hearing on **February 25, 2022**, at **11:00 A.M.** The hearing will be held by video teleconference using the Zoom video platform.

The parties will be contacted through their email addresses in CM/ECF in advance of the hearing with further instructions for joining.

**SIGNED** on February 17 2022.

Henry J. Bemporad
United States Magistrate Judge