UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DR. SANDRA GUERRA and<br>DIGITAL FORENSICS CORPORATION,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-20-CV-746-JKP (HJB) |

**ORDER**

Before the Court is the parties' [Seventh] Joint Continuance Request. (Docket Entry 67.) In accordance with the Court's ruling at the hearing held on today's date, it is hereby **ORDERED** that the parties' request to continue is **GRANTED** as follows:

　　　　1.　　Parties shall initiate all discovery procedures in time to complete discovery on or before **June 15, 2022**. Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the expiration of the deadline. *See* Local Rule CV-16(e). Counsel may be agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in exceptional circumstances. *See id.* No trial date setting or other deadline set forth herein will be vacated due to information obtained in post-deadline discovery.

　　　　2.　　Parties must complete the agreed mediation or other ADR proceeding by **June 29, 2022**. At the conclusion of any ADR proceeding, a report must be filed with the Court. *See* Local Rule CV-88(g).

　　　　3.　　On or before **July 13, 2022**, parties shall file any dispositive motions, including motions for summary judgment on all or some of the claims. Further, notwithstanding any deadline provided herein, no motion (other than a motion in limine) may be filed after this date except for good cause.

　　　　No further extensions will be granted absent extraordinary circumstances.

**SIGNED** on February 25 2022.

_____
Henry J. Bemporad
United States Magistrate Judge