UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MELODY JOY CANTU AND DR. RODRIGO CANTU,

Plaintiffs,

v.

DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC,

Defendants.

5:20-CV-0746 JKP – HJB

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that the undersigned attorney, Michael Hassard, of the law firm Tor Ekeland Law PLLC, enters his appearance in this case as counsel of record for Plaintiffs Melody Joy Cantu & Dr. Rodrigo Cantu for all purposes including, but not limited to, the purpose of receiving notices and orders from the Court, and appearing at all conferences, hearings and at trial as necessary.

Submitted,

Michael Hassard
NYS Bar #: 5824768
Tor Ekeland Law PLLC
30 Wall St., 8th Floor
New York, NY
10005

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

Submitted,

Michael Hassard
NYS Bar #: 5824768
Tor Ekeland Law PLLC
30 Wall St., 8th Floor
New York, NY
10005