# EXHIBIT A

| | |
|---|---|
| **From:** | Brandy Peery |
| **To:** | Nicole Guitelman |
| **Cc:** | Tor Ekeland; Ricardo Cedillo; David Apple |
| **Subject:** | RE: [External] Re: Cantu v. Guerra and DFC |
| **Date:** | Wednesday, May 18, 2022 10:21:00 AM |

We will advise the Court of your opposition to the Scheduling Order it entered on February 25, 2022.

You still have not provided us with deposition dates. As stated in my prior emails, we are willing to extend the discovery period to accommodate your clients' request for Zoom depositions. In light of David's surgery on June 21, we are proposing July 6 or 7 for your clients' depositions. We would also be willing to conduct their Zoom depositions on Saturday, July 9th or Sunday, July 10th, subject to David's availability and the availability of a court reporter.

**Brandy C. Peery**
**Shareholder**



*Note: New Suite Number*

OFFICE:     210-822-6666
FAX:          210-660-3795
EMAIL:      bpeery@lawdcm.com
ADDRESS:  755 E. Mulberry Ave., Suite 250
                    San Antonio, Texas 78212

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code. Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this email to create a legally binding obligation.

**From:** Nicole Guitelman <nicoleg@torekeland.com>
**Sent:** Wednesday, May 18, 2022 10:12 AM
**To:** Brandy Peery <bpeery@lawdcm.com>
**Cc:** Tor Ekeland <tor@torekeland.com>; Ricardo Cedillo <rcedillo@lawdcm.com>; David Apple <jdapple@applefinklaw.com>
**Subject:** Re: [External] Re: Cantu v. Guerra and DFC

Good morning Brandy,

We have already mediated with Dr. Guerra in this matter, and see no value in spending our client's money on additional mediation, given your expressed position at the last one.

We are unaware of any mediation requirement or requirement by order of the court. Please feel free to forward us your motion.

Kind Regards,
Nicole Guitelman
Law Clerk
Tor Ekeland Law, PLLC
30 Wall Street,
8th Floor
New York, NY 10005-2205
(718) 737-7264

nicoleg@torekeland.com
www.torekeland.com

This account is checked once in the morning and once in the afternoon. If you need a response before that please call the office number listed above. This email is sent from a law firm and may contain privileged and confidential information. If you have received it in error, please let us know and then delete all copies of it.

---

**From:** Brandy Peery <bpeery@lawdcm.com>
**Date:** Wednesday, May 18, 2022 at 9:37 AM
**To:** Nicole Guitelman <nicoleg@torekeland.com>
**Cc:** Nicole Guitelman <nicoleg@torekeland.com>, Tor Ekeland <tor@torekeland.com>, Ricardo Cedillo <rcedillo@lawdcm.com>, David Apple <jdapple@applefinklaw.com>
**Subject:** RE: [External] Re: Cantu v. Guerra and DFC

Ms. Guitelman-

We still have not received a response from you to the email I sent you yesterday at 1:25 p.m. CST.  Please advise whether you and your clients intend to comply with the Court's order requiring the parties to return to mediation.  If we do not receive a response from you by 12:00 p.m. CST today, we will proceed with filing our Motion to Compel and for Sanctions.

I checked Don Philbin's availability again this morning.  He is no longer available on July 7th. However, he is still available for Zoom mediation on July 11th and 12th.  We need to get on his calendar as soon as possible.

**Brandy C. Peery**
**Shareholder**



***Note: New Suite Number***

OFFICE:    210-822-6666
FAX:       210-660-3795
EMAIL:     bpeery@lawdcm.com
ADDRESS:   755 E. Mulberry Ave., Suite 250
           San Antonio, Texas 78212

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal

Revenue Code.  Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this  email to create a legally binding obligation.

**From:** Brandy Peery
**Sent:** Tuesday, May 17, 2022 6:59 PM
**To:** David Apple <jdapple@applefinklaw.com>
**Cc:** Nicole Guitelman <nicoleg@torekeland.com>; Tor Ekeland <tor@torekeland.com>; Ricardo Cedillo <rcedillo@lawdcm.com>
**Subject:** Re: [External] Re: Cantu v. Guerra and DFC

I apologize, David. If it helps, perhaps we can do depositions on June 27, July 6 or 7 and then mediate on July 11 or 12th to give you more time to recuperate?

Sent from my iPhone

> On May 17, 2022, at 6:28 PM, David Apple <jdapple@applefinklaw.com> wrote:
>
> Remember that my hip replacement surgery is June 21 and I will be on heavy pain meds for a few days according to the doctor, so I would prefer not to do anything that week.  I am also in mediation the morning of June 20.
>
> J. David Apple
> APPLE & FINK, LLP
> 735 Plaza Blvd.
> Suite 200
> Coppell, Texas 75019
> (972) 315-1900 x223
> (972) 315-1955 fax
> jdapple@applefinklaw.com
>
> CONFIDENTIALITY NOTICE:  This electronic mail transmission has been sent by a law firm.  It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure.  If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, or any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.  Thank you for your cooperation.
>
> On Tue, May 17, 2022 at 1:25 PM Brandy Peery <bpeery@lawdcm.com> wrote:

Nicole-

Mediation is not optional.  The Court *ordered* the parties back to mediation.  If you and your clients refuse to comply with the Court's order, we will file a Motion to Compel and for Sanctions and advise the Court accordingly.  Please let me know today so we can get our Motion on file.  If your clients intend to comply with the Court's Order, please advise today as to your and your clients' availability for a Zoom mediation on July 6, 7, 11, or 12.

We asked for dates for your clients' depositions almost 2 weeks ago on May 6th and heard nothing back from you. You still have not provided any dates in your email below. It is already late-May and our "early June" calendars are already full.  We will agree to Zoom depositions as an accommodation, but only on the dates proposed of June 20, 21, 23, 24, or 27.


**Brandy C. Peery**
**Shareholder**



*Note: New Suite Number*

| | |
|---|---|
| OFFICE: | 210-822-6666 |
| FAX: | 210-660-3795 |
| EMAIL: | bpeery@lawdcm.com |
| ADDRESS: | 755 E. Mulberry Ave., Suite 250 |
| | San Antonio, Texas 78212 |

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.  Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this email to create a legally binding obligation.

**From:** Nicole Guitelman <nicoleg@torekeland.com>
**Sent:** Tuesday, May 17, 2022 1:04 PM
**To:** Brandy Peery <bpeery@lawdcm.com>; David Apple <jdapple@applefinklaw.com>
**Cc:** Tor Ekeland <tor@torekeland.com>; Ricardo Cedillo <rcedillo@lawdcm.com>
**Subject:** Re: [External] Re: Cantu v. Guerra and DFC

Good afternoon,

Thanks for checking in.

Brandy, in regards to the mediation, we need to know what has changed from the previous mediation offer. Our clients have mediated with Dr. Guerra multiple times in the past and are left with the notion that your client never had an interest in a

resolution. Therefore, we request to know what has changed for your client this time around. Additionally, if we are to go the mediation route again, we would only consider half a day with Don.

Brandy and David, in regards the depositions, would both of you be agreeable to have them via Zoom? If so, we agree to extend the same courtesy for our deposition requests of your clients. I can let you know which dates are best for our clients, but I believe early June will be best for depositions via Zoom.

Good luck with the surgery David, hope you feel better.

Kind Regards,
Nicole Guitelman
Law Clerk
Tor Ekeland Law, PLLC
30 Wall Street,
8th Floor
New York, NY 10005-2205
(718) 737-7264

nicoleg@torekeland.com
www.torekeland.com

This account is checked once in the morning and once in the afternoon. If you need a response before that please call the office number listed above. This email is sent from a law firm and may contain privileged and confidential information. If you have received it in error, please let us know and then delete all copies of it.

---

**From:** Brandy Peery <bpeery@lawdcm.com>
**Date:** Tuesday, May 17, 2022 at 10:34 AM
**To:** David Apple <jdapple@applefinklaw.com>, Nicole Guitelman <nicoleg@torekeland.com>
**Cc:** Tor Ekeland <tor@torekeland.com>, Ricardo Cedillo <rcedillo@lawdcm.com>
**Subject:** RE: [External] Re: Cantu v. Guerra and DFC

All-

Don Philbin has since become booked up through June 30th while we've been awaiting Plaintiffs' response.  Our June calendars have been filling up as well. Philbin is currently available July 6-7 and the week of July 11th.  The deadline to mediate is June 29th, but I believe we can, by agreement, schedule mediation on one of these July dates, especially in light of the 4th of July holiday falling so close to the June 29th deadline.  The deadline to file dispositive motions is July 13 so I propose that we mediate before this deadline.

We propose the following:

- Extend the discovery deadline to June 30th (the Scheduling Order allows us to do so by agreement)
- Schedule the in-person depositions of Plaintiffs on June 20, 21, 23, 24, or 27
- Mediate (in person or Zoom) on July 6, 7, 11, or 12

We need to get on Philbin's calendar as soon as possible.  We are confirming our clients' availability regarding the July mediation dates and will let everyone know as soon as possible.  Please let us know **today** if you are agreeable with the foregoing.

**Brandy C. Peery**
**Shareholder**



*Note: New Suite Number*

OFFICE:     210-822-6666
FAX:        210-660-3795
EMAIL:      bpeery@lawdcm.com
ADDRESS:    755 E. Mulberry Ave., Suite 250
            San Antonio, Texas 78212

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.  Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this email to create a legally binding obligation.

**From:** David Apple <jdapple@applefinklaw.com>
**Sent:** Tuesday, May 17, 2022 9:02 AM
**To:** Nicole Guitelman <nicoleg@torekeland.com>
**Cc:** Brandy Peery <bpeery@lawdcm.com>; Tor Ekeland <tor@torekeland.com>; Ricardo Cedillo <rcedillo@lawdcm.com>
**Subject:** Re: [External] Re: Cantu v. Guerra and DFC

Any update on the depositions and mediation?  I would be grateful to get these dates on my calendar so I can plan accordingly given my upcoming surgery.  Thank you.

J. David Apple
APPLE & FINK, LLP
735 Plaza Blvd.
Suite 200
Coppell, Texas 75019
(972) 315-1900 x223

(972) 315-1955 fax
jdapple@applefinklaw.com

CONFIDENTIALITY NOTICE:  This electronic mail transmission has been sent by a law firm.  It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure.  If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, or any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.  Thank you for your cooperation.

On Mon, May 9, 2022 at 9:49 AM Nicole Guitelman <nicoleg@torekeland.com> wrote:

> Thanks Brandy.
>
> We'll discuss the mediation and deposition dates with our clients and get back to you.
>
> Best,
> Nicole Guitelman
> Law Clerk
> Tor Ekeland Law, PLLC
> 30 Wall Street,
> 8th Floor
> New York, NY 10005-2205
> (718) 737-7264
>
> nicoleg@torekeland.com
> www.torekeland.com
>
> This account is checked once in the morning and once in the afternoon. If you need a response before that please call the office number listed above. This email is sent from a law firm and may contain privileged and confidential information. If you have received it in error, please let us know and then delete all copies of it.
>
> **From:** Brandy Peery <bpeery@lawdcm.com>
> **Date:** Friday, May 6, 2022 at 11:56 AM
> **To:** David Apple <jdapple@applefinklaw.com>
> **Cc:** Tor Ekeland <tor@torekeland.com>, Nicole Guitelman <nicoleg@torekeland.com>, Ricardo Cedillo <rcedillo@lawdcm.com>
> **Subject:** RE: [External] Re: Cantu v. Guerra and DFC

We are not opposed to a Zoom mediation on the 27th or 28th and Don Philbin is willing to mediate via Zoom on those dates. Nicole/Tor – Please let us know your and your clients availability for Zoom mediation on June 27th or 28th,

Tor/Nicole - As to the in-person depositions, please let us know your and your clients' availability for their depositions on June 9th, 10th, 13th, 14th, 15th, 16th or 17th.

**Brandy C. Peery**
**Shareholder**

**dc&m | Davis, Cedillo & Mendoza, INC.**
ATTORNEYS AT LAW

*Note: New Suite Number*

| | |
|---|---|
| OFFICE: | 210-822-6666 |
| FAX: | 210-660-3795 |
| EMAIL: | bpeery@lawdcm.com |
| ADDRESS: | 755 E. Mulberry Ave., Suite 250 |
| | San Antonio, Texas 78212 |

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code. Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this email to create a legally binding obligation.

**From:** David Apple <jdapple@applefinklaw.com>
**Sent:** Friday, May 6, 2022 10:35 AM
**To:** Brandy Peery <bpeery@lawdcm.com>
**Cc:** Tor Ekeland <tor@torekeland.com>; Nicole Guitelman <nicoleg@torekeland.com>; Ricardo Cedillo <rcedillo@lawdcm.com>
**Subject:** [External] Re: Cantu v. Guerra and DFC

I will not be available for an in person mediation after June 19 due to hip replacement surgery. My client and I should be able attend a Zoom mediation beginning the week of June 27th. As to in person depositions, those would also have to be prior to June 19. Otherwise, my client and I would only be able to attend via Zoom beginning the week of June 27.

J. David Apple
APPLE & FINK, LLP
735 Plaza Blvd.
Suite 200
Coppell, Texas 75019
(972) 315-1900 x223

(972) 315-1955 fax
jdapple@applefinklaw.com

CONFIDENTIALITY NOTICE:  This electronic mail transmission has been sent by a law firm.  It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure.  If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, or any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication.  Thank you for your cooperation.

On Fri, May 6, 2022 at 10:36 AM Brandy Peery <bpeery@lawdcm.com> wrote:

> Nicole-
>
> Will you please provide us with Dr. Cantu's and Mrs. Cantu's availability for their in-person depositions on June 9th, 10th, 13th, 14th, or 15th?  The discovery deadline expires on June 15th, however, pursuant to the Court's order, we are willing to agree to schedule their depositions after this deadline if that works better with your schedules.
>
> In addition, the deadline for mediation is June 29, 2022.  We propose an in-person mediation using Don Philbin again as our mediator since he is already familiar with the case  http://www.donphilbin.com/.  He is currently available, June 20, 21, 23, 24, 27 and 28.  Please let us know if anyone has any objections to using Don Philbin and whether you and/or clients have any conflicts on any of these dates.
>
> **Brandy C. Peery**
> **Shareholder**
>
> 
>
> ***Note: New Suite Number***
>
> | | |
> |---|---|
> | OFFICE: | 210-822-6666 |
> | FAX: | 210-660-3795 |
> | EMAIL: | bpeery@lawdcm.com |
> | ADDRESS: | 755 E. Mulberry Ave., Suite 250 |
> | | San Antonio, Texas 78212 |
>
> The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer

for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.  Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this  email to create a legally binding obligation.

| | |
|---|---|
| **From:** | Brandy Peery |
| **To:** | Tor Ekeland; Nicole Guitelman; David Apple |
| **Cc:** | Ricardo Cedillo |
| **Subject:** | Cantu v. Guerra and DFC |
| **Date:** | Friday, May 6, 2022 10:36:00 AM |

Nicole-

Will you please provide us with Dr. Cantu's and Mrs. Cantu's availability for their in-person depositions on June 9th, 10th, 13th, 14th, or 15th?  The discovery deadline expires on June 15th, however, pursuant to the Court's order, we are willing to agree to schedule their depositions after this deadline if that works better with your schedules.

In addition, the deadline for mediation is June 29, 2022.  We propose an in-person mediation using Don Philbin again as our mediator since he is already familiar with the case http://www.donphilbin.com/.  He is currently available, June 20, 21, 23, 24, 27 and 28.  Please let us know if anyone has any objections to using Don Philbin and whether you and/or clients have any conflicts on any of these dates.

**Brandy C. Peery**
**Shareholder**



*Note: New Suite Number*

| | |
|---|---|
| OFFICE: | 210-822-6666 |
| FAX: | 210-660-3795 |
| EMAIL: | bpeery@lawdcm.com |
| ADDRESS: | 755 E. Mulberry Ave., Suite 250 |
| | San Antonio, Texas 78212 |

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.  Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this  email to create a legally binding obligation.