IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU and** § <br> **DR. RODRIGO CANTU,** § <br> *Plaintiffs* § <br> § <br> § **CASE NO 5:20-CV-00746-JKP (HJB)** <br> § <br> V. § <br> § <br> **DR. SANDRA GUERRA and** § <br> **DIGITAL FORENSICS** § <br> **CORPORATION, LLC** § <br> *Defendants* § | |

**ORDER GRANTING DEFENDANT, DR. SANDRA GUERRA'S MOTION TO ENFORCE SCHEDULING ORDER AND FOR SANCTIONS AGAINST PLAINTIFFS**

On this date came on to be considered Defendant, Dr. Sandra Guerra's Motion to Enforce Scheduling Order and for Sanctions Against Plaintiffs [Doc. ____] (the "Motion"). Upon due consideration of the Motion, the Court finds that the Motion should be **GRANTED** in its entirety. The Court further finds that Plaintiffs did not comply with the Court's Order [Doc. 68] and Plaintiffs were expressly cautioned that failure to comply with such Order might result in the imposition of sanctions.

**IT IS THEREFORE ORDERED** that Defendant, Dr. Sandra Guerra's Motion to Enforce Scheduling Order and for Sanctions Against Plaintiffs is **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that Plaintiffs shall participate in mediation with Defendant, Dr. Guerra, and Defendant, Digital Forensics Corporation, on or before _____, 2022. At the conclusion of such mediation, a report must be filed with the Court. *See* Local Rule CV-88(g).

Pursuant to Fed. Rule. Civ. P. 16(f)(1)(C), **IT IS FURTHER ORDERED** that Plaintiffs shall pay a fine in the amount of $_____ for violation of the Order, which such amount shall be made payable to _____within fourteen (14) days of the date hereof.

Pursuant to Fed. Rule. Civ. P. 16(f)(1)(C), **IT IS FURTHER ORDERED** that Plaintiffs' counsel shall pay a fine in the amount of $_____ for violation of the Order, which such amount shall be made payable to _____within fourteen (14) days of the date hereof.

Pursuant to Fed. Rule. Civ. P. 16(f)(2), **IT IS FURTHER ORDERED** that Plaintiffs shall pay Defendant, Dr. Sandra Guerra, $_____ for the reasonable attorneys' fees incurred by Defendant as a result of Plaintiffs' noncompliance with the Scheduling Order, which such amount shall be made payable to Defendant, Dr. Sandra Guerra, and delivered to her counsel of record within fourteen (14) days of the date hereof.

Pursuant to Fed. Rule. Civ. P. 16(f)(2), **IT IS FURTHER ORDERED** that Plaintiffs' counsel shall pay Defendant, Dr. Sandra Guerra, $_____ for the reasonable attorneys' fees incurred by Defendant as a result of Plaintiffs' noncompliance with the Scheduling Order, which such amount shall be made payable to Defendant, Dr. Sandra Guerra, and delivered to her counsel of record within fourteen (14) days of the date hereof.

It is so **ORDERED**.

Dated: _____                    _____
                                                                            UNITED STATES DISTRICT JUDGE