UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | SA-20-CV-746-JKP (HJB) |

## ORDER SETTING
## IN-PERSON HEARING

Before the Court is Defendant, Dr. Sandra Guerra's Motion to Enforce Scheduling Order and for Sanctions Against Plaintiffs. (Docket Entry 73.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 10.)

It is hereby **ORDERED** that Defendant's motion (Docket Entry 73) is set for hearing on **June 22, 2022**, at **3:00 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

The parties are **FURTHER ORDERED** to confer in good faith, in person or by telephone, regarding the specific relief requested in the motion set on June 22, 2022.[1] After this conference, the parties must file a Joint Advisory specifying any matters which, even after conference, require resolution by this Court. Such Joint Advisory must be filed on or before **noon on June 21, 2022.**

---

[1] This requirement is in addition to the pre-filing conference required by Local Rule CV-7(i).

**SIGNED** on May 31, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge