**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO**

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU, | 5:20-CV-0746 JKP – HJB |
| Plaintiffs, | |
| v. | |
| DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' DISCOVERY**

On this date came on to be considered Plaintiffs' Motion to Compel Co-Defendants' Discovery. Upon due consideration of the Motion (Doc. No. 78), the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Compel Co-Defendants' Discovery is **GRANTED** in all respects.

It is so **ORDERED**.

Dated: _____        _____
UNITED STATES DISTRICT JUDGE

1