IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU and** § <br> **DR. RODRIGO CANTU,** § <br> *Plaintiffs* § <br>  § <br>  § **CASE NO 5:20-CV-00746-JKP (HJB)** <br>  § <br> V. § <br>  § <br> **DR. SANDRA GUERRA and** § <br> **DIGITAL FORENSICS** § <br> **CORPORATION, LLC** § <br> *Defendants* § | |

## ORDER DENYING PLAINTIFFS' NOTICE OF MOTION AND MEMORANDUM IN SUPPORT TO COMPEL DEFENDANTS' DISCOVERY

On this date came on to be considered Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery [Doc. 78] (the "Motion"). Upon due consideration of the Motion and Defendant, Dr. Sandra Guerra's Response to Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery [Doc. ___ ], the Court finds that the Motion should be **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery is **DENIED** in all respects.

It is so **ORDERED**.

Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE