UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | SA-20-CV-746-JKP (HJB) |
| DR. SANDRA GUERRA and<br>DIGITAL FORENSICS CORPORATION, | §<br>§<br>§<br>§ | |
| Defendants. | § | |

## ORDER ADDING MOTION TO
## IN-PERSON HEARING

Before the Court is Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery. (Docket Entry 78.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 10.)

It is hereby **ORDERED** that Plaintiffs' motion (Docket Entry 78) will be heard at the hearing already set in this case on **June 22, 2022**, at **3:00 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207. (*See* Docket Entry 75.)

**SIGNED** on June 17, 2022.

Henry J. Bemporad
United States Magistrate Judge