IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MELODY JOY CANTU AND § <br> DR. RODRIGO CANTU, § <br> § <br> Plaintiffs, § <br> § <br> V. § <br> § <br> DR. SANDRA GUERRA and DIGITAL § <br> FORENSICS CORPORATION, LLC, § <br> § <br> Defendants. § | CIVIL ACTION NO. 5:20-CV-0746-JKP |

### DEFENDANT DIGITAL FORENSICS CORPORATION, LLC'S
### RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Digital Forensics Corporation, LLC ("Defendant") submits its Response to Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery ("Plaintiffs' Motion to Compel"), and would respectfully show the Court as follows:

1. For the sake of brevity, Defendant refers to, adopts and incorporates those arguments made by the Guerra Defendants in response to Plaintiffs' Motion to Compel.

2. Further, Defendant responded to interrogatories, request for admissions and request for production of documents served on it by Plaintiffs, yet Plaintiffs' motion fails to identify any specific discovery request response which Plaintiffs are challenging. Therefore, it is virtually impossible to respond to Plaintiffs' motion with any specificity. However, Defendant stands by and urges the Court to sustain its objections to each of Plaintiffs' discovery requests.

3. Finally, and as explained by the Guerra Defendants, many of the documents sought by Plaintiffs could be produced to the extent they exist if Plaintiffs would simply enter into an Agreed Confidentiality and Protective Order as previously offered by the Guerra

Defendants. Unless and until such a protective order is in place, Defendant is bound by a confidentiality agreement with the Guerra Defendants and, thus, is prohibited from producing any information that is the subject of that agreement.

WHEREFORE, PREMISES CONSIDERED, Defendant Digital Forensics Corporation, LLC respectfully prays that this Court deny Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery and grant Defendant such other and further relief, both general and special, at law or in equity, to which it may be entitled.

    Respectfully submitted,

    By: /s/ J. David Apple
        J. David Apple
        State Bar No. 01278850

    APPLE & FINK, L.L.P.
    735 Plaza Blvd., Suite 200
    Coppell, Texas 75019
    Telephone: (972) 315-1900
    Facsimile: (972) 315-1955
    Email: jdapple@applefinklaw.com

    **ATTORNEYS FOR DEFENDANT DIGITAL FORENSICS CORPORATION, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Western District of Texas, San Antonio Division, using the electronic case filing system of the court, which will send a "Notice of Electronic Filing" to the following counsel:

Tor Ekeland
Tor Ekeland Law, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201
*tor@torekeland.com*

Rain Levy Minns
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Road, Suite 500
Austin, Texas 78759
*rain@rainminnslaw.com*

Ricardo G. Cedillo
Brandy C. Perry
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry, Suite 250
San Antonio, Texas 78212
*rcedillo@lawdcm.com*
*bperry@lawdcm.com*

    /s/ J. David Apple_____
    J. David Apple