UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

MELODY JOY CANTU AND DR. RODRIGO CANTU,     5:20-CV-0746 JKP – HJB

            Plaintiffs,

v.

DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC,

            Defendants.

**PLAINTIFFS MELODY JOY CANTU AND DR. RODRIGO CANTU'S ADVISORY TO THE COURT REGARDING DR. GUERRA'S MOTION TO ENFORCE SCHEDULING ORDER AND FOR SANCTIONS.**

Pursuant to the Court's Order in Dkt. No. 75, Melody Joy Cantu's and Dr. Rodrigo Cantu's ("Plaintiffs") counsel, conferred in good faith via Zoom meeting, regarding the specific relief requested in the motion filed by Co-Defendant Dr. Guerra in Dkt. No. 73. The following is Plaintiffs'' advisory to the Court, as Co-Defendants opted to have their own Joint Advisory instead of a joint one including all parties:

1. Parties conferred via zoom meetings regarding the specific relief requested in the motion in Dkt. No. 73.

2. Parties could not come to an agreement on mediation and agreed to have the Court decide.

3. Parties then discussed the Joint Advisory. Plaintiffs' counsel suggested filing one Joint Advisory. However, Counsel for Dr. Guerra, Ricardo G. Cedillo, stated he wanted to file a separate Joint Advisory, as that is the local practice in Texas.

4. Therefore, there are now two separate Advisories to the Court. One from Co-Defendants and one from Plaintiffs.

5. Plaintiffs repeated their offer to mediate with Co-Defendant Digital Forensics Corporation, LLC ("DFC"). However, counsel for DFC stated they did not want to participate in mediation without Co-Defendant Dr. Guerra.

Dated: June 21, 2022

        Respectfully submitted,

        <u>/s/ Tor Ekeland</u>

        Tor Ekeland (NY Bar No. 4493631)
        *Pro Hac Vice*
        Tor Ekeland Law, PLLC
        30 Wall Street, 8th Floor
        New York, NY
        t:  (718) 737 - 7264
        f:  (718) 504 - 5417
        tor@torekeland.com

        and

        <u>/s/ Rain Levy Minns</u>

        Rain Minns
        State Bar No. 24034581
        Minns Law Firm, P.C.
        d/b/a Rain Minns Law Firm
        4412 Spicewood Springs Rd., Suite 500
        Austin, Texas 78759-8583
        Tel.: 512-372-3222
        Fax: 512-861-2403
        rain@rainminnslaw.com

        *Counsel for Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu*

**Certificate of Service**

I certify that on this 21st of June 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

/s/ Tor Ekeland