UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | SA-20-CV-746-JKP (HJB) |
| DR. SANDRA GUERRA and<br>DIGITAL FORENSICS CORPORATION, | § § § § | |
| Defendants. | § § | |

**ORDER CHANGING HEARING TO VIDEO**

It is hereby **ORDERED** that there hearing in this case set on **June 22, 2022**, at **3:00 P.M.**

will be held by video using the Zoom video platform.  On the designated date and time of the

hearing, the parties are directed to join ZOOMGOV meeting

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

Please make sure you on the zoom.gov, not regular zoom.

If you have any difficulties connecting, please contact our Courtroom Deputy, Crystal

Sosa, at crystal_sosa@txwd.uscourts.gov.

**SIGNED** on June 21, 2022.

Henry J. Bemporad
United States Magistrate Judge