UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and<br>DR. RODRIGO CANTU,<br><br>Plaintiffs,<br><br>v.<br><br>DR. SANDRA GUERRA and<br>DIGITAL FORENSICS CORPORATION,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-20-CV-746-JKP (HJB) |

**ORDER**

Before the Court are the Motion to Enforce Scheduling Order and for Sanctions Against Plaintiffs filed by Defendant Dr. Sandra Guerra (Docket Entry 73) and Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery (Docket Entry 78). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 10.)

A hearing was held on the above motions on June 22, 2022. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

(1) The Motion to Enforce Scheduling Order and for Sanctions Against Plaintiffs filed by Defendant Dr. Sandra Guerra (Docket Entry 73) is **GRANTED IN PART**. The parties must hold another mediation in this case, by the deadline set out in Paragraph (3)(b) below. All parties must engage in mediation in good faith, with the goal of resolving the case if possible. Failure to participate in good faith in the mediation process may subject a party, the party's attorney, or both to an appropriate sanction under Federal Rule of Civil Procedure 16(f)(1)(B).

(2) Plaintiffs' Notice of Motion and Memorandum in Support to Compel Defendants' Discovery (Docket Entry 78) is **GRANTED IN PART**. The Court has today entered a Confidentiality and Protective Order in this case. (*See* Docket Entry 88.) Utilizing the provisions of that Order, Defendants must, **on or before July 7, 2022,** provide to Plaintiffs the contract between Defendants related to this case and any related documents in their possession.

(3) The following extended deadlines are set in this case:

    a. Discovery must be completed **on or before July 31, 2022.**

    b. Mediation must be held **on or before August 15, 2022.**

    c. Dispositive motions must be filed **on or before August 31, 2022.**

(4) The parties' requests for sanctions are **DENIED**.

**SIGNED** on June 23, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge