# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU,<br><br>Plaintiffs,<br><br>v.<br><br>DR. SANDRA GUERRA AND DIGITAL FORENSICS CORPORATION, LLC,<br><br>Defendants. | 5:20-CV-0746 JKP – HJB |

## [Proposed] Order
## Granting Plaintiffs' Motion To Quash Subpoenas For Medical Records

On this day, came on to be considered Plaintiffs' Motion to Quash Subpoenas for Medical Records, and the Court after hearing the argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED by the Court that said Motion for Continuance be GRANTED.

IT IS SO ORDERED.

Dated: _____ 2022          _____
                                            UNITED STATES DISTRICT JUDGE

1