**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO**

_____

MELODY JOY CANTU AND DR. RODRIGO            5:20-CV-0746 JKP – HJB
CANTU,

Plaintiffs,

v.

DR. SANDRA GUERRA AND DIGITAL
FORENSICS CORPORATION, LLC,

Defendants.


_____


**NOTICE OF INTENT TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF**
**DR. SANDRA GUERRA**

TO:    **Dr. Sandra Guerra**, by and through her counsel of record Ricardo G. Cedillo, Email: rcedillo@lawdcm.com and Brandy Peery, Email: bpeery@lawdcm.com, DAVIS, CEDILLO & MENDOZA, INC. 755 E. Mulberry, Suite 250, San Antonio, Texas 78212.

Please take notice that pursuant to Federal Rule of Civil Procedure 30 and the Scheduling Order Dkt. 89, regarding the discovery period, Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu, intent to take the oral and/or videotaped deposition of Defendant, **DR. SANDRA GUERRA**, before a notary public pr some other officer authorized by law to administer oaths, at **9:00 a.m.** on **Thursday, July 21, 2022,** by remote means via a videoconferencing platform.

The deposition, when taken, may continue from day to day until completed, and will be taken by stenographic means and videoconferencing examination with the answers to be used in the final trial of the above-styled and numbered cause. You are invited to have counsel present for purposes of cross-examination.

1

**NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED**
**DEPOSITION OF DR. SANDRA GUERRA**

Dated: July 14, 2022

Stipulated and respectfully submitted,

/s/ Tor Ekeland

Tor Ekeland (NY Bar No. 4493631)
Pro Hac Vice
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
t:  (718) 737 - 7264
f:  (718) 504 - 5417
tor@torekeland.com

and

/s/ Rain Levy Minns

Rain Minns
State Bar No. 24034581
Minns Law Firm, P.C.
d/b/a Rain Minns Law Firm
4412 Spicewood Springs Rd., Suite 500
Austin, Texas 78759-8583
Tel.: 512-372-3222
Fax: 512-861-2403
rain@rainminnslaw.com

*Counsel for Plaintiffs Melody Joy Cantu
and Dr. Rodrigo Cantu*

2

**NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED
DEPOSITION OF DR. SANDRA GUERRA**

**Certificate of Service**

I certify that on this 14th of July 2022, a true and correct copy of the foregoing was electronically

filed with the Clerk of the Court using the CM/ECF system which will send electronic

notification of such filing to the parties on record.

/s/ Tor Ekeland

**NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED**
**DEPOSITION OF DR. SANDRA GUERRA**