IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and **DR. RODRIGO CANTU,** *Plaintiffs* | §§§§§§§§§§§§§ **CASE NO 5:20-CV-00746-JKP (HJB)** |
| V. | |
| **DR. SANDRA GUERRA** and **DIGITAL FORENSICS CORPORATION, LLC** *Defendants* | |

## ORDER DENYING PLAINTIFFS' MOTION TO QUASH SUBPOENAS FOR MEDICAL RECORDS

On this date came on to be considered Plaintiffs' Motion to Quash Subpoenas for Medical Records [Doc. 90] (the "Motion"). Upon due consideration of the Motion and Defendant, Dr. Sandra Guerra's Response to Plaintiffs' Motion to Quash Subpoenas for Medical Records [Doc. ___ ], the Court finds that the Motion should be **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Quash Subpoenas for Medical Records is **DENIED** in all respects.

It is so **ORDERED**.

Dated: _____          _____
                                                                                UNITED STATES DISTRICT JUDGE