UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § § <br><br><br><br> SA-20-CV-746-JKP (HJB) |

**ORDER SETTING**
**VIDEO HEARING**

Before the Court is Plaintiffs' Motion to Quash Subpoenas for Medical Records. (Docket Entry 90). It is hereby **ORDERED** that a hearing on Plaintiffs' motion (Docket Entry 90) is set on **August 11, 2022**, at **1:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. On the designated date and time of the hearing, the parties are directed to join ZOOMGOV meeting

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

Please make sure you on the zoom.gov, not regular zoom.

If you have any difficulties connecting, please contact our Term Law Clerk, Reetu Sinha, at reetu_sinha@txwd.uscourts.gov.

**SIGNED** on July 25, 2022.

Henry J. Bemporad
United States Magistrate Judge