# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU, | 5:20-CV-0746 JKP – HJB |
| Plaintiffs, | |
| v. | |
| DR. SANDRA GUERRA AND DIGITAL FORENSICS CORPORATION, LLC, | |
| Defendants. | |

**[Proposed] Order**
**Granting Plaintiffs' Motion for a Continuance**

On this day, came on to be considered Plaintiffs' Motion for a Continuance, and the Court after hearing the argument and evidence thereon and being of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED by the Court that said Motion for Continuance be GRANTED.

IT IS SO ORDERED.

Dated: _____ 2022          _____
                                              UNITED STATES DISTRICT JUDGE

1