# EXHIBIT 2



GUERRA  000973

7:20

‹ **Melody Joy** 🔍

## Friends

## Posts

🖼 Photos

**Melody Joy** updated her cover photo.
Jun 11, 2021 · 🌐 ···



👍❤️ 7                    3 comments

↗ **Share**

🏠 Home   ▶ Watch   🏪 Marketplace   👤 Profile   🔔 Notifications   ☰ Menu

GUERRA  000974



GUERRA  000975



GUERRA  000976



GUERRA  000977