IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU and** § | |
| **DR. RODRIGO CANTU,** § | |
| *Plaintiffs* § | |
| § | |
| § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| § | |
| V. § | |
| § | |
| **DR. SANDRA GUERRA and** § | |
| **DIGITAL FORENSICS** § | |
| **CORPORATION, LLC** § | |
| *Defendants* § | |

## ORDER DENYING PLAINTIFFS' SEVENTH [SIC] CONTINUANCE REQUEST

On this date came on to be considered Plaintiffs' Seventh [sic] Continuance Request [Doc. 95] (the "Motion"). Upon due consideration of the Motion and Defendant, Dr. Sandra Guerra's Response to Plaintiffs' Seventh [sic] Continuance Request [Doc. ___ ], the Court finds that the Motion should be **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Seventh [sic] Continuance Request [Doc. 95] is **DENIED** in all respects.

It is so **ORDERED**.


Dated: _____        _____
                                    UNITED STATES DISTRICT JUDGE