UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | SA-20-CV-746-JKP (HJB) |

**ORDER**

Before the Court are Plaintiffs' Motion to Quash Subpoenas for Medical Records (Docket Entry 90) and Plaintiffs' Seventh Continuance Request (Docket Entry 95). Pretrial motions in this case have been referred to the undersigned for consideration pursuant to 28 U.S.C. § 636(c).

A hearing was held on the motions on August 11, 2022. In accordance with the Court's rulings at the hearing, it is hereby **ORDERED** as follows:

(1) Plaintiff's Motion to Quash Subpoenas for Medical Records (Docket Entry 90) is **DENIED WITHOUT PREJUDICE**. The parties must confer in good faith as to the records requested by the subpoenas in question, and must, **on or before August 18, 2022**, file a Joint Advisory to the Court regarding the outcome of the parties' conference. If no resolution has been reached, Plaintiff may reurge a request for relief by way of motion for protective order under Federal Rule of Civil Procedure 26(c), **on or before August 25, 2022**. The Court notes that a motion for protective order under Rule 26(c) is subject to the provisions of Federal Rule of Civil Procedure 37; accordingly, any motion filed by Plaintiffs or response by the

Defendants must address whether reasonable expenses, including attorney's fees, should be imposed on any party, attorney, or both. *See* FED. R. CIV. P. 37(a)(5).

(2) Plaintiffs' Seventh Continuance Request (Docket Entry 95) is **GRANTED**. The discovery deadline in this case is extended until **September 15, 2022**, and the dispositive-motion deadline is extended until **October 14, 2022**. Any discovery motion in this case, and any motion seeking sanctions under Federal Rule of Civil Procedure 11 or other relief regarding any prior court filing in this case, must be filed **on or before August 29, 2022**. Any discovery motion or response must address whether reasonable expenses, including attorney's fees, must be awarded against any party, attorney, or both. *See* FED. R. CIV. P. 37(a)(5).

**SIGNED** on August 11, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge