IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MELODY JOY CANTU and § | |
| DR. RODRIGO CANTU, § | |
| *Plaintiffs* § | |
| § | |
| § | CASE NO 5:20-CV-00746-JKP (HJB) |
| § | |
| V. § | |
| § | |
| § | |
| DR. SANDRA GUERRA and § | |
| DIGITAL FORENSICS CORPORATION, § | |
| LLC § | |
| *Defendants* § | <u>JURY DEMANDED</u> |

**<u>JOINT ADVISORY TO THE COURT REGARDING DEFENDANT, DR. GUERRA'S SUBPOENA OF PLAINTIFFS' MEDICAL AND BILLING RECORDS</u>**

Pursuant to paragraph 1 of the Court's Order [Doc. 98], Plaintiffs, MELODY JOY CANTU and DR. RODRIGO CANTU (collectively, "Plaintiffs"), and Defendant, DR. SANDRA GUERRA ("Dr. Guerra"), file this Advisory to the Court:

1. The parties have conferred on Dr. Guerra's subpoenas of Plaintiffs' medical and billing records which are the subject of Plaintiffs' Motion to Quash Subpoenas for Medical Records [Doc. 90] and Defendant, Dr. Guerra's Response thereto [Doc. 93].

2. No resolution has been reached by the parties.

Date:   August 18, 2022.                    Respectfully submitted,

                                              **TOR EKELAND LAW, PLLC**
                                              30 Wall Street, 8th Floor
                                              New York, NY
                                              Telephone: (718) 737 - 7264
                                              Facsimile: (718) 504 - 5417

                                              By:   */s/Tor Ekeland*
                                                     TOR EKELAND
                                                     NY Bar No. 4493631
                                                     *Pro Hac Vice*
                                                     tor@torekeland.com

                                              *and*

                                              **MINNS LAW FIRM, P.C.**
                                              **D/B/A RAIN MINNS LAW FIRM**
                                              4412 Spicewood Springs Rd., Suite 500
                                              Austin, Texas 78759-8583
                                              Telephone: (512) 372-3222
                                              Facsimile: (512) 861-2403

                                              By:   */s/Rain Levy Minns*
                                                   RAIN LEVY MINNS
                                                   Texas State Bar No. 24034581
                                                   rain@rainminnslaw.com

                                              COUNSEL FOR PLAINTIFFS/COUNTER-
                                              DEFENDANTS, MELODY JOY CANTU AND
                                              DR. RODRIGO CANTU

        **DAVIS, CEDILLO & MENDOZA, INC.**
        McCombs Plaza
        755 E. Mulberry Avenue, Suite 500
        San Antonio, Texas 78212
        Telephone: (210) 822-6666
        Facsimile: (210) 660-3795

By:   */s/Ricardo G. Cedillo*
        RICARDO G. CEDILLO
        Texas State Bar No. 04043600
        rcedillo@lawdcm.com
        BRANDY C. PEERY
        Texas State Bar No. 24057666
        bpeery@lawdcm.com

        ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF, DR. SANDRA GUERRA

## CERTIFICATE OF SERVICE

I certify that on this 18th day of August 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

        */s/Tor Ekeland*
        TOR EKELAND

        */s/Ricardo G. Cedillo*
        RICARDO G. CEDILLO