**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO**

| | |
|---|---|
| MELODY JOY CANTU AND DR. RODRIGO CANTU, | 5:20-CV-0746 JKP – HJB |
| Plaintiffs, | |
| v. | |
| DR. SANDRA GUERRA AND DIGITAL FORENSICS CORPORATION, LLC, | |
| Defendants. | |

**NOTICE OF INTENT TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF J. DAVID APPLE.**

TO:   **J. DAVID APPLE** c/o J. David Apple, Email: jdapple@applefinklaw.com; Apple & Fink, LLP, 735 Plaza Blvd., Suite 200, Coppell, Texas 75019.

Please take notice that pursuant to Federal Rule of Civil Procedure 30 and the Scheduling Order Dkt. 89, regarding the discovery period, Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu, intent to take the oral and/or videotaped deposition of Defendant Digital Forensics Corporation, LLC's retained testifying expert, **J. DAVID APPLE**, before a notary public or some other officer authorized by law to administer oaths, at **6:00 p.m.** on **Tuesday, July 19, 2022,** by remote means via a videoconferencing platform.

The deposition, when taken, may continue from day to day until completed, and will be taken by stenographic means and videoconferencing examination with the answers to be used in the final trial of the above-styled and numbered cause. You are invited to have counsel present for purposes of cross-examination.

1

**NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED**
**DEPOSITION OF J. DAVID APPLE.**

| | |
|---|---|
| Dated: July 14, 2022 | Stipulated and respectfully submitted, |
| | /s/ Tor Ekeland |
| | Tor Ekeland (NY Bar No. 4493631)<br>Pro Hac Vice<br>Tor Ekeland Law, PLLC<br>30 Wall Street, 8th Floor<br>New York, NY<br>t:  (718) 737 - 7264<br>f:  (718) 504 - 5417<br>tor@torekeland.com |
| | and |
| | /s/ Rain Levy Minns |
| | Rain Minns<br>State Bar No. 24034581<br>Minns Law Firm, P.C.<br>d/b/a Rain Minns Law Firm<br>4412 Spicewood Springs Rd., Suite 500<br>Austin, Texas 78759-8583<br>Tel.: 512-372-3222<br>Fax: 512-861-2403<br>rain@rainminnslaw.com |
| | *Counsel for Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu* |

**NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION OF J. DAVID APPLE.**