UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | SA-20-CV-746-JKP (HJB) |

### ORDER SETTING
### IN-PERSON HEARING

Before the Court is Plaintiff Melody Joy Cantu's Notice of Motion for Opposed Protective Order (Docket Entry 101), Defendant Dr. Sandra Guerra's Motion to Compel Plaintiffs' Responses to Written Discovery and Request for Sanctions (Docket Entry 102), and Plaintiffs Melody Joy Cantu's and Dr. Rodrigo Cantu's Motion to Compel (Docket Entry 103). Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 10.)

It is hereby **ORDERED** that the parties' motions (Docket Entries 101, 102, and 103) are set for hearing on **November 4, 2022**, at **10:30 A.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

The parties are **FURTHER ORDERED** to confer in good faith, in person or by telephone, regarding the specific relief requested in the motions set on November 4, 2022.[1] After this

---

[1] This requirement is in addition to the pre-filing conference required by Local Rule CV-7(i).

conference, the parties must file a Joint Advisory specifying those matters which, even after conference, require resolution by this Court. Such Joint Advisory must be filed on or before **noon on November 3, 2022**. A failure to confer as to any requested relief may result in the denial of such relief.

The parties are advised that, as to any unresolved matter, the Court will consider at the hearing whether expenses must be awarded against the party, the attorney, or both. *See* FED. R. CIV. P. 37(a)(5). Accordingly, it is hereby **ORDERED** that, in addition to counsel, the parties or their corporate representatives must attend the hearing.

**SIGNED** on September 13, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge