# EXHIBIT 3

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
 2                        SAN ANTONIO DIVISION

 3  MELODY JOY CANTU and DR.       )
    RODRIGO CANTU ,                )
 4                                 )
               Plaintiffs,         )
 5                                 ) CIVIL ACTION
    VS.                            )
 6                                 ) NO.: 5:20-CV-00746-JKP
    DR. SANDRA GUERRA and          ) (HJB)
 7  DIGITAL FORENSICS              )
    CORPORATION, LLC,              )
 8                                 )
               Defendants.         )
 9

10            ------------------------------------

11             ORAL AND VIDEOTAPED DEPOSITION OF

12                     DR. RODRIGO CANTU

13                        (VIA ZOOM)

14                       JULY 16, 2022

15            ------------------------------------

16      ORAL AND VIDEOTAPED DEPOSITION OF DR. RODRIGO CANTU,

17 produced as a witness at the instance of the DEFENDANT,

18 and duly sworn, was taken in the above-styled and

19 numbered cause on July 16, 2022 from 2:24 o'clock p.m.

20 to 5:40 o'clock p.m., Via Zoom, before

21 DEBBIE S. LONGORIA, CSR in and for the State of Texas,

22 reported by machine shorthand, pursuant to the Federal

23 Rules of Civil Procedure.

24

25
```



```
   1                  THE WITNESS:  I don't recall the
   2  specifics of the report.  I don't want to tell you the
   3  wrong answer.
   4        Q.   (By Ms. Peery) Do you have any evidence that
05:20  5  any of your personal information or passwords were
   6  obtained by Digital Forensics Corporation, LLC or
   7  Dr. Guerra?
   8                  MR. EKELAND:  Objection.  You can answer.
   9                  THE WITNESS:  I don't have anything that
05:20 10  specifically shows Digital Forensics or Sandra have
  11  taken my passwords.  I don't have a -- I don't have a
  12  smoking gun, I guess, if you want to call it that.
  13        Q.   (By Ms. Peery) Do you have any evidence that
  14  your other personal information was taken by Dr. Guerra
05:21 15  or Digital Forensics Corporation?
  16        A.   My personal information was on the dark web.
  17  That was found by the -- by Exhibit A.
  18        Q.   Your personal information was found on the
  19  dark web by Exhibit A?
05:21 20                  MR. EKELAND:  Objection.
  21                  THE WITNESS:  Correct.
  22        Q.   (By Ms. Peery) Yes?
  23        A.   Yes.
  24        Q.   Okay.  Did Exhibit A confirm how your personal
05:21 25  information appeared on the dark web?
```

888-893-3767
www.lexitaslegal.com



```
  1                    MR. EKELAND:  Objection.  You can answer.
  2                    THE WITNESS:  They -- they thought it was
  3    stolen by somebody.
  4          Q.   (By Ms. Peery) Do you have any evidence who
  5    stole your personal information and put it on the dark
  6    web?
  7                    MR. EKELAND:  Objection.  You can answer.
  8                    THE WITNESS:  I don't -- like I said, I
  9    don't have a photo of them taking it.  I don't have that
 10    kind of evidence.  That's -- I guess that's what I'm
 11    using as your -- when you say "evidence," yeah.
 12          Q.   (By Ms. Peery) Did Exhibit A confirm that
 13    Dr. Guerra or DFC obtained your personal information and
 14    posted it to the dark web?
 15                    MR. EKELAND:  Objection.  You can answer.
 16                    THE WITNESS:  No.
 17          Q.   (By Ms. Peery) Did you have any discussions
 18    with Spectrum regarding this alleged cable splitter?
 19          A.   I did not.
 20          Q.   What personal knowledge do you have regarding
 21    the discovery of the wire splitter and then its
 22    subsequent disappearance?
 23                    MR. EKELAND:  Objection.  You can answer.
 24                    THE WITNESS:  I discussed it with my
 25    wife.  She told me what had happened.  She showed me, I
```



```
 1  myself.
 2       Q.   (By Ms. Peery) You are alleging a claim
 3  against Dr. Guerra for intentional infliction of
 4  emotional distress; isn't that right?
05:27 5  A.   Yes.
 6       Q.   Okay.  What conduct of Dr. Guerra caused you
 7  to suffer severe emotional distress?
 8            MR. EKELAND:  Objection.  You can answer.
 9            THE WITNESS:  The first thing was
05:27 10 withholding visitation of my children starting in 2018.
11  Then alleging that I physically abused my children in a
12  report to CPS shortly after that.  And then hiring
13  Digital Forensics Corporation to monitor us and access
14  our internet and video surveillance system in our home.
05:28 15      Q.   (By Ms. Peery) And in your -- in this
16  underlying custody case, you requested documents from
17  Digital Forensic Corporation, correct?
18            MR. EKELAND:  Objection.  You can answer.
19            THE WITNESS:  I believe we did, yes.
05:28 20      Q.   (By Ms. Peery) Okay.  And I didn't mean to
21  interrupt, if I did.  But is that -- is that all the
22  conduct that you allege caused you to suffer severe
23  emotional distress?
24            MR. EKELAND:  Objection.  You can answer.
05:28 25           THE WITNESS:  No, that's not all the
```

888-893-3767
www.lexitaslegal.com



```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
 2                        SAN ANTONIO DIVISION

 3  MELODY JOY CANTU and DR.      )
    RODRIGO CANTU,                )
 4                                )
              Plaintiffs,         )
 5                                ) CIVIL ACTION
    VS.                           )
 6                                ) NO.: 5:20-CV-00746-JKP
                                  ) (HJB)
 7  DR. SANDRA GUERRA and         )
    DIGITAL FORENSICS             )
 8  CORPORATION, LLC,             )
                                  )
 9            Defendants.         )

10

11                    REPORTER'S CERTIFICATION

12              DEPOSITION OF DR. RODRIGO CANTU

13                        JULY 16, 2022

14
```

15      I, Debbie S. Longoria, Certified Shorthand Reporter

16 in and for the State of Texas, hereby certify to the

17 following:

18      That the witness, DR. RODRIGO CANTU, was duly sworn

19 by the officer and that the transcript of the oral

20 deposition is a true record of the testimony given by

21 the witness;

22      I further certify that pursuant to FRCP Rule 30(f)

23 (1) that the signature of the deponent:

24      ____was requested by the deponent or a party before

25 the completion of the deposition and returned within 30

1 days from date of receipt of the transcript.  If

2 returned, the attached Changes and Signature Page

3 contains any changes and the reasons therefor;

4     __X__was not requested by the deponent or a party

5 before the completion of the deposition.

6       I further certify that I am neither attorney nor

7 counsel for, related to, nor employed by any of the

8 parties to the action in which this testimony was taken.

9       Further, I am not a relative or employee of any

10 attorney of record in this cause, nor do I have a

11 financial interest in the action.

12       Subscribed and sworn to on this the 28th day

13 of July, 2022.

14

15

16

17     _____
       Debbie S. Longoria, Texas CSR #5232
       Expiration Date:  10/31/23
18     Lexitas - Firm Registration No. 539
       100 N.E. Loop 410, Suite 955
19     San Antonio, Texas 78216
       (210) 481-7575

20

21

22

23

24

25

