# EXHIBIT 8



**From:** Michael Hassard <Michael@torekeland.com>
**Sent:** Thursday, October 13, 2022 4:24 PM
**To:** Brandy Peery <bpeery@lawdcm.com>; Tor Ekeland <tor@torekeland.com>
**Cc:** Ricardo Cedillo <rcedillo@lawdcm.com>; David Apple <jdapple@applefinklaw.com>; Nicole Guitelman <nicoleg@torekeland.com>
**Subject:** RE: [External] Cantu v. Guerra - Plaintiffs' Responses to Dr. Guerra's Interrogatories & Final Discovery Production

Brandy,

We disagree.

Best,
Michael Hassard

**From:** Brandy Peery <bpeery@lawdcm.com>
**Sent:** Wednesday, October 12, 2022 6:36 PM
**To:** Michael Hassard <Michael@torekeland.com>; Tor Ekeland <tor@torekeland.com>
**Cc:** Ricardo Cedillo <rcedillo@lawdcm.com>; David Apple <jdapple@applefinklaw.com>; Nicole Guitelman <nicoleg@torekeland.com>
**Subject:** RE: [External] Cantu v. Guerra - Plaintiffs' Responses to Dr. Guerra's Interrogatories & Final Discovery Production

Counsel:

Per my prior email correspondence (attached), the following written discovery requests were served on Plaintiffs on August 15, 2022:

- *Dr. Guerra' First Set of Interrogatories to Plaintiff, Dr. Rodrigo Cantu*
- *Dr. Guerra' First Set of Interrogatories to Plaintiff, Melody Joy Cantu.*
- *Dr. Guerra's Third Requests for Production to Melody Joy Cantu*
- *Dr. Guerra's Second Requests for Production to Dr. Rodrigo Cantu*

**Pursuant to Rule 33(b) and 34(b)(2)(A), Plaintiffs' objections and responses to the foregoing requests for written discovery were due <u>Wednesday, September 14, 2022</u>** (withing 30 days after date of service). The objections to interrogatories you sent on September 15th were untimely and, are therefore <u>waived</u> by Plaintiffs.

Furthermore, damages (including the amounts and dates incurred) are an essential element of Plaintiffs' purported CFAA and Texas common law claims. Plaintiffs' refusal to respond to Defendant's interrogatories seeking specific information regarding Plaintiffs' alleged damages

based upon boilerplate objections that the interrogatories are overbroad, unduly burdensome, and *irrelevant* is a violation of the discovery rules and a derogation of Defendant's right to fair notice of Plaintiffs' claims.

Lastly, Plaintiffs have failed to submit any written responses to *Dr. Guerra's Third Requests for Production to Melody Joy Cantu* or *Dr. Guerra's Second Requests for Production to Dr. Rodrigo Cantu*. These responses were due on September 14, 2022.

Please immediately serve, without objections, Plaintiffs' responses to the foregoing interrogatories and requests for production. If Plaintiffs continue to fail and/or refuse to respond to these requests for written discovery, we will file a motion to compel and for sanctions with the Court.

**Brandy C. Peery**
**Shareholder**

**dc&m | Davis, Cedillo & Mendoza, INC.**
ATTORNEYS AT LAW

*Note: New Suite Number*

OFFICE:   210-822-6666
FAX:      210-660-3795
EMAIL:    bpeery@lawdcm.com
ADDRESS:  755 E. Mulberry Ave., Suite 250
          San Antonio, Texas 78212

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code. Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this email to create a legally binding obligation.

**From:** Michael Hassard Michael@torekeland.com
**Sent:** Thursday, September 15, 2022 8:01 PM
**To:** Brandy Peery bpeery@lawdcm.com; David Apple jdapple@applefinklaw.com
**Cc:** Tor Ekeland <tor@torekeland.com>
**Subject:** [External] Cantu v. Guerra - Plaintiffs' Responses to Dr. Guerra's Interrogatories & Final Discovery Production

Counsel,

Please see attached responses to Dr. Guerra's First Set of Interrogatories. I have also attached a link for Discovery Production from Mrs. Cantu and Dr. Cantu.

Link for Final Discovery Production:
https://app.box.com/s/ydtpgvconq5o9v5gvo36044rdnk321y1

Michael Hassard
Associate Attorney

Tor Ekeland Law, PLLC
 & TorMark Law, LLP
30 Wall Street, 8th Floor
New York, NY 10005
p. 718-737-7264

torekeland.com
tormarklaw.com

| | |
|---|---|
| **From:** | Brandy Peery |
| **To:** | Tor Ekeland; Michael Hassard; Rain Minns |
| **Cc:** | David Apple; Ricardo Cedillo; Nicole Guitelman |
| **Subject:** | Cantu v. Guerra - Plaintiffs" Responses to Dr. Guerra"s Written Discovery Due on Sept 14, 2022 |
| **Date:** | Thursday, September 15, 2022 5:14:00 PM |
| **Attachments:** | image001.jpg |

Counsel:

The following written discovery requests were served on Plaintiffs on August 15, 2022:

- *Dr. Guerra' First Set of Interrogatories to Plaintiff, Dr. Rodrigo Cantu*
- *Dr. Guerra' First Set of Interrogatories to Plaintiff, Melody Joy Cantu.*
- *Dr. Guerra's Third Requests for Production to Melody Joy Cantu*
- *Dr. Guerra's Second Requests for Production to Dr. Rodrigo Cantu*

**Pursuant to Rule 33(b) and 34(b)(2)(A), Plaintiffs' objections and responses to the foregoing requests for written discovery were due <u>Wednesday, September 14, 2022</u>** (withing 30 days after date of service), but we did not receive any such objections or responses from Plaintiffs. Accordingly, Plaintiffs have waived Plaintiffs' objections to such discovery requests due to their failure to timely object . Please immediately serve, without objections, Plaintiffs' responses to the foregoing interrogatories and requests for production.

**Brandy C. Peery**
**Shareholder**
dcm-logo-HORIZ



*Note: New Suite Number*

OFFICE:   210-822-6666
FAX:      210-660-3795
EMAIL:    bpeery@lawdcm.com
ADDRESS:  755 E. Mulberry Ave., Suite 250
          San Antonio, Texas 78212

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code. Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this email to create a legally binding obligation.