# EXHIBIT 10



NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA.

CAUSE NO. 2008-CI-18856

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| SOFIA ELENA CANTU AND MAYA ISABELLA CANTU, | § § | 150TH JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | BEXAR COUNTY, TEXAS |

ISSUED IN THE NAME OF THE STATE OF TEXAS ON MARCH 29, 2019

TO: Digital Forensics Corporation: 1100 Northwest Loop 410 #700, San Antonio, TX 78213 legal@digitalforensics.com

**At the insistence of RODRIGO DAVID CANTU,** Petitioner, by and through Barry L. Efron, You, Digital, are commanded to appear at Presiding District Court, Bexar County Courthouse, Room 109, San Antonio, Texas 78205, on April 5, 2019 at 9:00 a.m. to produce and permit for inspection and copying the documents or tangible things listed in the attached Exhibit A that are in your possession, custody, or control, regarding the lawsuit styled, "In the Interest of Sofia Elena Cantu and Maya Isabella Cantu, Children," Cause Number 2008-CI-18856, that is currently pending in the 150TH District Court of Bexar County, Texas.

Digital must designate one or more persons to testify on its behalf as to matters known or reasonably available to Digital.

You must produce documents as they are kept in the usual course of business or must organize and label them to correspond with the categories of requested documents and things. You will be reimbursed for all reasonable costs of production by RODRIGO DAVID CANTU.

Notice

Failure by any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena is issued or a district court in the county in which the subpoena is served, and may be punished by fine or confinement, or both.

DOCUMENT SCANNED AS FILED

GUERRA 000631

SIGNED: March 29, 2019.

        Efron & Efron, Inc.
        10010 San Pedro Ave, Suite 660
        San Antonio, TX 78216

        Barry L. Efron, TBN 00793003
        Attorney for: RODRIGO DAVID CANTU
        Phone: (210) 366-9676
        Fax: (210) 634-2615
        Email: befron@efron-efron.com

I, _____, accept service of the attached subpoena and understand that I must comply with the command stated therein unless discharged by the court or by the summoning party.

Date: MARCH 29, 2019

        Signature  REFUSED TO SIGN
                            REFUSED WITNESS FEE

        Printed Name

I, DAVID A. AYES, am 18 years of age or older. I am not a party to this suit. On MARCH 29, 2019 I personally served the attached subpoena on Digital Forensic Corporation by delivering a copy of the subpoena to him or her and tendering any fees required by law.

Date: March 29, 2019.

        Signature

        By: David A. Ayes
        Printed Name

Page 2 of 3

DOCUMENT SCANNED AS FILED

**GUERRA 000632**

## EXHIBIT A

Copies of any reports and/or summaries produced by Digital Forensic Corporation on behalf of **Sandra Guerra**, including any Phase 1 and Phase 2 reports as well as any billing statements or invoices from Digital Forensic Corporation.

DOCUMENT SCANNED AS FILED

**GUERRA 000633**