# EXHIBIT 11

FILED
6/11/2018 4:29 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Cynthia Gonzales

NOTICE:  THIS DOCUMENT
CONTAINS SENSITIVE DATA

NO. 2008-CI-18856

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| SOFIA ELENA CANTU AND | § | 150th JUDICIAL DISTRICT |
| MAYA ISABELLA CANTU | § | |
| | § | |
| CHILDREN | § | BEXAR COUNTY, TEXAS |

**SANDRA GUERRA'S ANSWER TO RODRIGO DAVID CANTU'S
MOTION FOR ENFORCEMENT OF POSSESSION OR ACCESS**

Now comes **SANDRA GUERRA** in the above-styled and numbered cause and files this Answer to **RODRIGO DAVID CANTU'S** *Motion for Enforcement of Possession or Access,* respectfully showing the Court as follows:

1. *General Denial*

**SANDRA GUERRA** files this Answer and general denial requiring that **RODRIGO DAVID CANTU** prove all of the allegations contained in his *Motion for Enforcement of Possession or Access* by a preponderance of the evidence.

2. *Specific Denials*

**SANDRA GUERRA** further alleges that after a traumatizing incident involving **RODRIGO DAVID CANTU'S** current wife, Melody Joy Brown Cantu, and the parties' children (and **SANDRA GUERRA** as well), **SANDRA GUERRA** and the children's father, **RODRIGO DAVID CANTU,** had a number of communications wherein **SANDRA GUERRA** understood **RODRIGO DAVID CANTU** would not be asserting his possession periods with the children. **SANDRA GUERRA** relied on these communications and understood the children's father had no

**SANDRA GUERRA'S ANSWER TO RODRIGO DAVID CANTU'S
MOTION FOR ENFORCEMENT OF POSSESSION OR ACCESS**
*In the Interest of Sofia Elena Cantu and Maya Isabella Cantu, Children*
Page 1 of 3

**GUERRA 000563**

problems with the agreements made by the parties regarding the possession periods complained of in the subject *Motion to Enforce.*

3. **Attorney's Fees, Expenses, Costs, and Interest**

It was necessary for **SANDRA GUERRA** to secure the services of Tina Torres, a licensed attorney, to prepare and defend this suit. Judgment for reasonable attorney's fees, expenses, and costs through trial and appeal should be granted against **RODRIGO DAVID CANTU** and in favor of **SANDRA GUERRA** for the use and benefit of **SANDRA GUERRA'S** attorney and be ordered paid directly to **SANDRA GUERRA'S** attorney, who may enforce the Judgment in the attorney's own name. **SANDRA GUERRA** requests post-judgment interest as allowed by law.

4. **Prayer**

**WHEREFORE, PREMISES CONSIDERED, SANDRA GUERRA** prays that any relief requested by **RODRIGO DAVID CANTU** in his *Motion for Enforcement of Possession or Access* be denied and that the Court award all reasonable attorney's fees, expenses, costs, and interest to **SANDRA GUERRA** as requested above.

**SANDRA GUERRA** prays for such other and further relief, both legal and equitable, to which she may show herself to be justly entitled.
**SANDRA GUERRA'S ANSWER TO RODRIGO DAVID CANTU'S**
**MOTION FOR ENFORCEMENT OF POSSESSION OR ACCESS**
*In the Interest of Sofia Elena Cantu and Maya Isabella Cantu, Children*
Page 2 of 3

**GUERRA 000564**

Respectfully submitted,

**TINA TORRES, PLLC**
8100 Broadway, Suite 105
San Antonio, Texas 78209
210.775.1255 (Telephone)
210.775.1254 (Telecopy)
tina@tinatorreslaw.com

*Tina Torres*

_____
By: Tina Torres
TX Bar Card No. 00797562
Attorney for **SANDRA GUERRA**

## CERTIFICATE OF SERVICE

    In accordance with the Texas Rules of Civil Procedure, I hereby certify that on this 11th day of June 2018, I provided a copy of the attached *Answer* to the following counsel of record:

| | |
|---|---|
| William R. Metz | _____ Hand Delivery |
| **LAW OFFICE OF REBECCA A. GONZALEZ** | _____ Facsimile |
| 10101 Reunion Place, Suite 615 | _____ CM, RRR |
| San Antonio, Texas 78216 | __X__ e-Service & e-Mail |
| 210.368.2608 (Telephone) | |
| 210.332.9078 (Telecopy) | |
| will@rebeccagonzalezlawfirm.com | |
| Attorney for **RODRIGO DAVID CANTU.** | |

**TINA TORRES, PLLC**

*Tina Torres*

_____
By: Tina Torres
TX Bar Card No. 00797562
Attorney for **SANDRA GUERRA**

---

**SANDRA GUERRA'S ANSWER TO RODRIGO DAVID CANTU'S**
**MOTION FOR ENFORCEMENT OF POSSESSION OR ACCESS**
*In the Interest of Sofia Elena Cantu and Maya Isabella Cantu, Children*
Page 3 of 3

**GUERRA 000565**