# EXHIBIT 12

FILED
11/27/2019 9:26 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Ana Cortijo

## NO. 2018-CI-18856

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| SOFIA ELENA CANTU | § | 438TH |
| AND MAYA ISABELLA CANTU | § | ~~150~~TH JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | BEXAR COUNTY, TEXAS |

### MOTION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now come **RODRIGO DAVID CANTU,** movant herein, and files this *Motion for Dismissal with Prejudice*, dismissing **RODRIGO DAVID CANTU'S** *Motion for Enforcement* and other affirmative pleadings on file herein, respectfully showing the Court as follows:

**I.**

**RODRIGO DAVID CANTU** moves this Court to dismiss with prejudice this suit and all claims that were asserted by **RODRIGO DAVID CANTU** against **SANDRA GUERRA** on the grounds that the parties have compromised and settled the claims and disputes related to **RODRIGO DAVID CANTU'S** pleadings on file herein.

**II.**

**WHEREFORE, PREMISES CONSIDERED, RODRIGO DAVID CANTU** prays that this Court enter an order dismissing this action and all claims asserted by **RODRIGO DAVID CANTU** against **SANDRA GUERRA** in this matter and granting such other and further relief, at law or in equity, to which **RODRIGO DAVID CANTU** may show himself to be justly entitled.

Respectfully submitted,

**THE LAW OFFICE OF TANIA K. ROSAMOND PLLC**
111 W. Anderson Lane, Suite E316
Austin, Texas  78752
512.971.8549 (Telephone)
512.233.1765 (Telecopy)
Tania@rosamondlaw.com

_____
By:  Tania K. Rosamond
TX Bar Card No. 24063287
Attorney for **RODRIGO DAVID CANTU**

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Civil Procedure, I hereby certify that on the 27th day of November 2019, I provided a copy of the attached *Motion for Dismissal with Prejudice* to the following counsel of record:

| | |
|---|---|
| Tina Torres<br>**TINA TORRES, PLLC**<br>8100 Broadway, Suite 105<br>San Antonio, Texas  78209<br>210.775.1255 (Telephone)<br>210.775.1254 (Telecopy)<br>tina@tinatorreslaw.com<br>Attorney for **SANDRA GUERRA.** | _____ Hand Delivery<br>_____ Facsimile<br>_____ CM, RRR<br>__X_ e-Service/e-Mail |

**THE LAW OFFICE OF TANIA K. ROSAMOND PLLC**

_____
By:  Tania K. Rosamond
TX Bar Card No. 24063287
Attorney for **RODRIGO DAVID CANTU**

**MOTION TO DISMISS**
*In the Interest of Sofia Elena Cantu and Maya Isabella Cantu, Children*
Page **2** of  **2**

**GUERRA 000735**

**MOTION TO DISMISS**
*In the Interest of Sofia Elena Cantu and Maya Isabella Cantu, Children*
 Page **3** of  **2**

**GUERRA 000736**