IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and **DR. RODRIGO CANTU,** *Plaintiffs* § § § § § § § § § § § § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| V. | |
| **DR. SANDRA GUERRA** and **DIGITAL FORENSICS CORPORATION, LLC** *Defendants* | |

**ORDER GRANTING DEFENDANT, DR. SANDRA GUERRA'S
MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CLAIMS**

On this date came on to be considered Defendant, Dr. Sandra Guerra's Motion for Summary Judgment on Plaintiffs' Claims [Doc. ____] (the "Motion"). Upon due consideration of the Motion, the Court finds that the Motion should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that Defendant, Dr. Sandra Guerra's Motion for Summary Judgment on Plaintiffs' Claims is **GRANTED** in all respects.

It is so **ORDERED**.

Dated: _____        _____
                                     UNITED STATES DISTRICT JUDGE