# Exhibit 'A'



Digital Forensics Corp.
3570 Warrensville Center Rd., Shaker Heights, OH 44122

**AFFIDAVIT**

STATE OF _____Texas_____ )
                          ) ss.
COUNTY OF _____Bexar_____ )

The undersigned Affiant, after being duly sworn upon oath, now deposes and states:

1.  I am over the age of 18.

2.  Digital Forensics Corporation ("**DFC**") is a computer forensics company with over a decade of experience in digital forensic investigations.

3.  I have retained the services of DFC dba Digital Investigations and have authorized them to request information on my behalf.

4.  I authorize and request every Interest Service Provider (ISP), phone service provider (PSP), online service provider (OSP), including but not limited to websites, third-party software application vendors, and telecommunication companies, having custody or control of any documents, records, and other information pertaining to me to furnish to DFC any such information.

5.  The authorization under this Affidavit extended to DFC shall expire on

    _____December 31, 2018_____ .

[This space intentionally left blank]



I DECLARE UNDER PENATLY OF PERJURY THAT THE FOREGOING INFORMATION IS TO THE BEST OF MY KNOWLEDGE, TRUE, CORRECT, AND COMPLETE.

FURTHER, AFFIANT SAYETH NAUGHT

Sandra Guerra
Affiant's Printed Name

Sandra Guerra
Affiant's Signature

8/16/2018
Date

## NOTARY ACKNOWLEDGEMENT

I, the undersigned Notary Public, do hereby affirm that Sandra Guerra

personally appeared before me on the 16Th day of August, 20 18, and signed

the above Affidavit as the Affiant's free and voluntary act.



CORALEE A HERMES
Notary ID # 7659358
My Commission Expires
July 31, 2022

Caralee Herms
Notary Public

Page 2 of 2

D 000061