# Exhibit 'E'

**From:** Melissa McCarthy <mel.mccarthy21@gmail.com>
**Sent:** Tuesday, August 21, 2018 10:23 AM
**To:** brent.w@digitalforensics.com
**Subject:** 157307. Fwd: question

---------- Forwarded message ---------
From: **Melissa McCarthy** <mel.mccarthy21@gmail.com>
Date: Tue, Aug 21, 2018 at 11:22 AM
Subject: question
To: <Aggiemed98@yahoo.com>

Dear Dr. Cantu,

I didn't hear back from your office about this. Could you please let me know the status?

Thanks!

--
Mel~


--
Mel~

1

| | |
|---|---|
| From: | Teresa Fuentes <teresa.fuentes315@gmail.com> |
| Sent: | Tuesday, August 21, 2018 10:24 AM |
| To: | brent.w@digitalforensics.com |
| Subject: | 157307.Fwd: follow-up |

---------- Forwarded message ---------
From: **Teresa Fuentes** <teresa.fuentes315@gmail.com>
Date: Tue, Aug 21, 2018 at 10:59 AM
Subject: follow-up
To: <joyandtyrus@hotmail.com>

Hey Joy,

I haven't heard from you in a while. Did you have a chance to look at this? Let me know what you think.

--
Teresa



--
Teresa

1

D 000111

| | |
|---|---|
| **From:** | Thomas Smite <t.smite.mas@gmail.com> |
| **Sent:** | Tuesday, August 21, 2018 11:41 AM |
| **To:** | brent.w@digitalforensics.com |
| **Subject:** | 157307 |
| **Attachments:** | Screenshot_20180821-123959.png |

1

D  000112

Tuesday, August 21, 2018

12:39 PM — Hi Melody, could you price this for me? Thx https://goo.gl/sCbwZZ




D 000113