# Exhibit 'I'

Subject to Protective Order. Provided to Court for in camera review pursuant to Order.