# Exhibit 'K'

FUG

# CRIMINAL DOCKET

COUNTY COURT AT LAW # _____    BEXAR COUNTY, TEXAS

**GERARD RICKHOFF**
**BEXAR COUNTY CLERK**

### ORDERS OF THE COURT

VS

**THE STATE OF TEXAS**
CANTU, MELODY JOY
04/01/18 HARASSMENT
CC6   CAUSE: 601478   TYPE: MB
SID: 1108267  JN: 1876113  DOB: 01/20/76

001478
601478

| DATE | |
|---|---|
| 12/21/18 | Notice of Entry of Appearance as Retained Counsel (mc) |
| 01-17-19 | Notice to Retained Counsel ⊕ |
| 1-22-19 | RLS 3-11-19 JT PAB |
| 02/04/19 | Motion eFiled (lw) |
| 2-8-19 | RLS 4-8-19 JT PAB |
| 2-26/19 | Notice of Compliance w/ Retained Counsel w/Loraine Efron - E+Vol |
| APR 03 2019 | RLS 6/24/19 JT/03P... |
| JUN 18 2019 | ATA Opposed NOK by ... |
| JUN 24 2019 | ST/NRST RLS JT 10/15A 9/16/19 ... |
| JUN 24 2019 | ATT'y ... |

ATTORNEY: Loraine Efron
BAR NO: 24162020  PH#: (210) 244-6645
ATTORNEY: Co-Cnsl Mark Stevens - 855-7742 (Fw)
BAR NO: 19184203  PH#:
ASST DA: _____
BAR #: _____
COURT REPORTER: _____
COURT COST: _____
WARRANTS: _____
SUBPOENAS: _____
JURY TRIAL: _____
PR BOND FEE: _____
ATTY FEES: _____
PENDING CASES: _____                   TOTAL: _____
JAIL TIME CREDIT: _____
DATE
FILED: NOV 20 2018       ISSUED: NOV 20 2018  CAPIAS

RIGHT THUMB                              SIGNATURE

**GUERRA 000952**