# Exhibit 'L'

# SURETY BAIL BOND

530831



**COURT SETTING:** CC6
**DATE:** 1-22-19
**TIME:** 8:30

**CASE NO** 601478
**CHARGE** Harassment
**SID NO** 1106267
(Defendant)

KNOW ALL MEN BY THESE PRESENTS:

That we, __Melody Joy Cantu__, as principal, and the undersigned **ROLAND RANGEL D/B/A RANGEL'S BONDING SERVICE** as sureties, are held and firmly bound unto the STATE OF TEXAS, in the penal sum of __Eight Hundred__ ($ 800 ) Dollars and, in addition thereto, we are bound for the payment of all fees and expenses that may be incurred by any peace officer in re-arresting the said principal in the event any of the hereinafter stated conditions of this bond are violated for the payment of which sum or sums will and truly to be made, we do bind ourselves, and each of us, our heirs, executors and administrators, jointly and severally.

THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH __Harassment__ a **FELONY - MISDEMEANOR** offense and to secure his release from custody is entering into this obligation binding him to appear before __6th County__ Court of Bexar County, Texas.

NOW THEREFORE, IF THE SAID PRINCIPAL SHALL WELL AND TRULY MAKE HIS PERSONAL APPEARANCE BEFORE SAID COURT **INSTANTER** as well as before any other court to which the same may be transferred and for any and all subsequent proceedings that may be had relative to said charge in the course of criminal actions based on said charge, and there remain from day to day and term to term of said courts, until discharge by due course of law, then and there to answer said accusation against him, this obligation shall become void, otherwise to remain in full force and effect.

This bond is expressly conditioned upon the principal waiving extradition to the STATE OF TEXAS from any jurisdiction in or outside the UNITED STATES, where the principal may be found, and upon the principal not contesting any effort by any jurisdiction to return principal to the UNITED STATES or the STATE OF TEXAS.

TAKEN AND APPROVED THIS DAY OF 12/21, 20 18
SHERIFF, BEXAR COUNTY, TEXAS
By __MW2939__ Deputy
**ROLAND RANGEL** Surety
413857 SID NO
**1323 W. MARTIN**
(Mailing Address)
**SAN ANTONIO, TX 78207**
(City and State)
PH# (210) 244-4000   FAX# (210) 224-1441

SIGNED AND DATED 12-21, 20 18
Melody Joy Cantu  Principal
11772 Jadestone Blvd
(Mailing Address)
San Antonio, TX 78249
(City and State)
RACE W SEX F DOB 1/20/76 HT 5'9" WT 180
HAIR BRN EYES GRN DL# 10698766 STATE TX

R/INDEX                    PRINT

____ Co-Surety

Bond# 181

**OATH OF SURETIES**
**ATTENTION**
**YOU MUST GO TO RANGEL'S BAIL BONDS**
**1323 W. MARTIN**
**ON THE CORNER OF MARTIN AND COMAL ST.**
**WHEN YOU ARE RELEASED.**

THE STATE OF TEXAS
COUNTY OF BEXAR

(Mailing Address)
(City and State)    (Phone)

We, each of us, **ROLAND RANGEL D/B/A RANGEL'S BONDING SERVICE**
DO SWEAR THAT WE ARE WORTH IN OUR OWN RIGHT, AT LEAST THE SUM OF __One Thousand Six Hundred ($1,600)__ DOLLARS, after deducting from our property all that which is exempt by the Constitution Laws of the STATE OF TEXAS from forced sale, and after satisfying all encumbrances upon our property which are known to us; and that we reside in the County of __BEXAR__ and have property in the STATE OF TEXAS liable to execution worth:

THE SAID **ROLAND RANGEL** SUM OF __One Thousand Six Hundred ($1,600)__ DOLLARS
THE SAID _____ SUM OF _____ DOLLARS
(Signature) SURETY (Signature) CO-SURETY

**ATTENTION**
**YOU MUST GO TO RANGEL'S BAIL BONDS**
**1323 W. MARTIN**
**ON THE CORNER OF MARTIN AND COMAL ST.**
**WHEN YOU ARE RELEASED.**

SUBSCRIBED AND SWORN to before me this 20th day of December A.D. 20 18
Frances Trevino
NOTARY PUBLIC STATE OF TEXAS
**APRIL 24, 2022**
(Expiration Date of Notary)

FRANCES TREVINO
My Notary ID # 4651317
Expires April 24, 2022

ORIGINAL CLERK    BLUE COPY    SURETY    GREEN COPY    DEFENDANT
Dr.CantuProd#000029
Form No 351-122 Mar 2011

Dr.CantuProd#000030