# Exhibit 'O'

Subject to Protective Order. Provided to Court for in camera review pursuant to Order.