# Exhibit 'Q'

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

**Invoice #:** 1212
**Invoice Date:** 1/24/2019
**Due Date:** 1/25/2019
**Case:**
**P.O. Number:**

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Dark Web E-mail Live Web Scan | 11 | | 24.99 | 274.89 |
| @hotmail.com | | | 0.00 | 0.00 |
| @gmail.com | | | 0.00 | 0.00 |
| @yahoo.com | | | 0.00 | 0.00 |
| @students.nisd.net | | | 0.00 | 0.00 |
| @gmail.com | | | | |
| @gmail.com | | | | |
| @gmail.com | | | | |
| @gmail.com | | | 0.00 | |
| @yahoo.com | | | | |
| @gmail.com | | | | |
| @gmail.com | | | | |
| | | | | |
| ***No Guarantees - No Refunds*** | | | | |
| Sales Tax | | | 8.25% | 0.00 |

| | | |
|---|---|---|
| | **Total** | $274.89 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $274.89 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000050

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

**Invoice #:** 1417
**Invoice Date:** 8/1/2019
**Due Date:** 8/1/2019
**Case:**
**P.O. Number:**

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Forensic Analysis - 2 reports | 6 | | 150.00 | 900.00T |
| Notary Public Signature | 1 | | 60.00 | 60.00 |
| Sales Tax | | | 8.25% | 74.25 |

| | |
|---|---|
| **Total** | $1,034.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,034.25 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000051