# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

_____

MELODY JOY CANTU AND DR. RODRIGO CANTU,

Plaintiffs,

v.

DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC,

Defendants.

5:20-CV-0746 JKP – HJB

_____

### ORDER GRANTING PLAINTIFFS MELODY JOY CANTU AND DR. RODRIGO CANTU'S MOTION FOR SUMMARY JUDGMENT

Upon due consideration of Plaintiffs' Motion for Summary Judgment the Court finds that the Motion should be **GRANTED** in its entirety

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Summary Judgment is **GRANTED** in all respects.

It is so **ORDERED**.

Dated:_____          _____
                                   UNITED STATES DISTRICT JUDGE