IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MELODY JOY CANTU and** | § | |
| **DR. RODRIGO CANTU,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| | § | |
| V. | § | |
| | § | |
| **DR. SANDRA GUERRA and** | § | |
| **DIGITAL FORENSICS** | § | |
| **CORPORATION, LLC** | § | |
| *Defendants* | § | |

### ORDER GRANTING DEFENDANT, DR. SANDRA GUERRA'S MOTION TO COMPEL PLAINTIFFS' RESPONSES TO WRITTEN REQUESTS FOR DISCOVERY REGARDING PLAINTIFFS' DAMAGES AND REQUEST FOR SANCTIONS

On this date came on to be considered Defendant, Dr. Sandra Guerra's Motion to Compel Plaintiffs' Responses to Written Requests for Discovery Regarding Plaintiffs' Damages and Request for Sanctions [Doc. _____] (the "Motion"). Upon due consideration of the Motion, the Court finds that the Motion should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that Defendant, Dr. Sandra Guerra's Motion to Compel Plaintiffs' Responses to Written Requests for Discovery Regarding Plaintiffs' Damages and Request for Sanctions is **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that Plaintiffs, Melody Joy Cantu and Dr. Rodrigo Cantu, shall serve their signed, sworn responses, without objection, to Dr. Guerra's First Set of Interrogatories dated August 15, 2022 within seven (7) days of the date hereof.

**IT IS FURTHER ORDERED** that Plaintiff, Melody Joy Cantu, shall serve her responses, without objection, to Dr. Guerra's Third Request for Production dated August 15, 2022 within seven (7) days of the date hereof.

**IT IS FURTHER ORDERED** that Plaintiff, Dr. Rodrigo Cantu, shall serve her responses, without objection, to Dr. Guerra's Second Request for Production dated August 15, 2022 within seven (7) days of the date hereof.

Pursuant to Fed. Rule. Civ. P. 26(g) [or, alternatively, Rule 37(a)(5)(A)], **IT IS FURTHER ORDERED** that Plaintiffs shall pay Defendant, Dr. Sandra Guerra, $_____ for the reasonable attorneys' fees incurred by Defendant, Dr. Guerra, as a result of Plaintiffs' failure to comply with the Federal Rule of Civil Procedure concerning discovery and shall tender such amount to Defendant, Dr. Sandra Guerra's counsel of record within fourteen (14) days of the date hereof.

Pursuant to Fed. Rule. Civ. P. 26(g) [or, alternatively, Rule 37(a)(5)(A)],, **IT IS FURTHER ORDERED** that Plaintiffs' counsel shall pay Defendant, Dr. Sandra Guerra, $_____ for the reasonable attorneys' fees incurred by Defendant, Dr. Guerra, as a result of Plaintiffs' failure to comply with the Federal Rule of Civil Procedure concerning discovery and shall tender such amount to Defendant, Dr. Sandra Guerra's counsel of record within fourteen (14) days of the date hereof.

It is so **ORDERED**.

Dated: _____   _____
UNITED STATES DISTRICT JUDGE