# Exhibit 'K'

# CRIMINAL DOCKET

COUNTY COURT AT LAW # ____   BEXAR COUNTY, TEXAS

FUG

**GERARD RICKHOFF**
**BEXAR COUNTY CLERK**

## ORDERS OF THE COURT

VS

**THE STATE OF TEXAS**
CANTU, MELODY JOY
04/01/18 HARASSMENT
CC6   CAUSE: 601478   TYPE: MB
SID: 1108267  JN: 1876113  DOB: 01/20/76

001478

601478

| DATE | |
|---|---|
| 12/21/18 | Notice of Entry of Appearance as Retained Counsel (mc) |
| 01-17-19 | Notice of Retained Counsel filed |
| 1-22-19 | RLS 3-11-19 JT PA3 |
| 02/04/19 | Motion EFiled (lw) |
| 2-8-19 | RLS 4-8-19 JT PA3 |
| 2-26-19 | Notice of Appearance as Retained Counsel w/ Loraine Efron - E-filed |
| APR 03 2019 | RLS 6/28/19 JT/OSP |
| JUN 18 2019 | ATA Order NOK by Defendant + Confirmed |
| JUN 24 2019 | MAJS fef waiving |
| JUN 24 2019 | ATT'y (x) RLS JT 10/15A 8/26/19 |

ATTORNEY: Loraine Efron
BAR NO: 24412020   PH#: (210) 244-6645
ATTORNEY: Co-Cnsl Mark Stevens  855-7747(Fax)
BAR NO: 19184200   PH#:

ASST DA: _____
BAR #: _____

COURT REPORTER: _____
COURT COST: _____
WARRANTS: _____
SUBPOENAS: _____
JURY TRIAL: _____
PR BOND FEE: _____
ATTY FEES: _____
PENDING CASES: _____   TOTAL: _____
JAIL TIME CREDIT: _____

DATE FILED: NOV 20 2018   CAPIAS ISSUED: NOV 20 2018

RIGHT THUMB   SIGNATURE