UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | SA-20-CV-746-JKP (HJB) |

**ORDER ADDING MOTION TO
IN-PERSON HEARING**

Before the Court is Defendant, Dr. Sandra Guerra's Motion to Compel Plaintiffs' Responses to Written Requests for Discovery Regarding Plaintiffs' Damages and Requests for Sanctions. (Docket Entry 111.) Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1). (*See* Docket Entry 10.)

It is hereby **ORDERED** that Defendant Dr. Guerra's motion (Docket Entry 111) will be heard at the hearing already set in this case on **November 4, 2022**, at **10:30 A.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

It is **FURTHER ORDERED** that this motion must be included in the Joint Advisory outlined in the Court's previous Order Setting In-Person Hearing due on or before **noon on November 2, 2022.** (*See* Docket Entry 108.).

**SIGNED** on October 28, 2022.

Henry J. Bemporad
United States Magistrate Judge