# Exhibit A

3\11

RECORD ENTERED TO:CNCIC
DATE: 11/20/16 3:023



WAR # 1670354
SID # 1108267

COUNTY COURT FUG
BOND: 0000800.00

CAPIAS

NO. 601478

THE STATE OF TEXAS
VS.
CANTU, MELODY JOY
11222 JADESTONE
SAN ANTONIO, TX 78249

IN THE COUNTY COURT
AT LAW NO. 6
BEXAR COUNTY, TEXAS

THE STATE OF TEXAS:

TO ANY PEACE OFFICER OF THE STATE OF TEXAS --

YOU ARE HEREBY COMMANDED TO ARREST CANTU, MELODY JOY SO THAT YOU MAY HAVE THE ACCUSED WHEN REQUIRED BEFORE THE HONORABLE COURT, AT LAW NO. 6 OF BEXAR COUNTY, TEXAS, 1ST FLOOR, ROOM 1045 OF THE BEXAR COUNTY JUSTICE CENTER IN THE CITY OF SAN ANTONIO TO ANSWER AN INFORMATION PENDING AGAINST THE ACCUSED WHEREIN THE ACCUSED IS CHARGED WITH THE OFFENSE OF A MISDEMEANOR , TO WIT:

HARASSMENT

GIVEN AND ATTESTED UNDER MY HAND AND SEAL OF SAID COURTS AT MY OFFICE IN THE CITY OF SAN ANTONIO, THIS DAY NOV 20, 2018 .

BEXAR CO.
JUDICIAL SERVICES
CRIMINAL WARRANTS
2018 NOV 21 PH 3:36

GERARD RICKHOFF
BEXAR COUNTY, COUNTY CLERK
BY: _Cynthia Encina_ DEPUTY

SHERIFF'S RETURN

CAME TO HAND THE __20__ DAY __11__ __18__ A.D., 20__18__, AND EXECUTED __DAY OF __12__ A.D., 20__18__, BY ARRESTING

CANTU, MELODY JOY AND CONFINING HIM/HER IN THE JAIL OF THIS COUNTY, TO AWAIT THE FURTHER ORDERS OF THIS COURT.

SHERIFF OF BEXAR COUNTY, TEXAS
BY: _____ DEPUTY

01CSEAL1

**GUERRA 000959**