# Exhibit B

# COMPLAINT – CLERK'S ORIGINAL

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.
Cynthia Encina
2018 NOV 20 P 3: 03

NAME: MELODY JOY CANTU

OFFENSE CODE / CHARGE: 530940 - HARASSMENT

MAG NO:

COUNTY COURT CASE NO: 601478

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me the undersigned authority on this day personally appeared affiant, who, after being by me duly sworn on oath deposes and says that affiant has good reason to believe and does believe that in the County of Bexar and the State of Texas, and before the making and filing of this complaint on or about April 1, 2018, MELODY JOY CANTU committed the offense of HARASSMENT;

against the peace and dignity of the State.

_____
Affiant   JoAnn Cano

SWORN TO AND SUBSCRIBED before me on this date: 11-15-18

_____
Assistant Criminal District Attorney
Bexar County, Texas

**GUERRA 000956**

## INFORMATION – CLERK'S ORIGINAL

**NAME:** MELODY JOY CANTU

**MG. NO.**        **JN:** 1876113-1        **SID:** 1108267        **COUNTY COURT CASE NO:** 601478

**OFFENSE CODE / CHARGE:** 530940 - HARASSMENT

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.
Cynthia Encina
2018 NOV 20 P 3: 03

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Now comes the undersigned Assistant Criminal District Attorney of Bexar County, Texas, upon the affidavit of affiant, hereto attached and made a part thereof, and in behalf of said State presents in the County Court at Law No. 6 of Bexar County, Texas, that heretofore, to-wit: in said County of Bexar and State of Texas, and before the making and filing of this information,

on or about the 1st Day of April, 2018, MELODY JOY CANTU, hereinafter referred to as defendant, with intent to harass, annoy, alarm, abuse, torment, and embarrass another, namely, Sandra Guerra, hereinafter referred to as complainant, did send repeated electronic communications, to Sandra Guerra in a manner reasonably likely to harass, annoy, alarm, abuse, torment, embarrass, and offend another, to-wit: contact the complainants social media contacts using a social media platform, access the complainants Verizon wireless account without the complainants consent, and contact the complainant on social media;

against the peace and dignity of the State.

Assistant Criminal District Attorney
Bexar County, Texas

INFORMATION – CLERK'S ORIGINAL

GUERRA 000957

**WARRANT**

**PROBABLE CAUSE AFFIDAVIT:**

**AT-LARGE CASE**

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.
Cynthia Encino
2018 NOV 20 P 3: 03

**NAME: MELODY JOY CANTU**
**OFFENSE CODE / CHARGE: 530940 - HARASSMENT**

**JN: 1876113-1**

**COUNTY COURT CASE NO: 601478**

## PROBABLE CAUSE AFFIDAVIT: AT-LARGE CASE

### IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me the undersigned authority on this day personally appeared affiant, who after being by me duly sworn on oath, deposes and says that affiant has good reason to believe and does believe that in the County of Bexar and the State of Texas, on or about April 1, 2018, MELODY JOY CANTU committed the offense of HARASSMENT. Affiant's belief is based upon having read San Antonio Police Department offense report under case number 2018188993 concerning MELODY JOY CANTU, in which E Gallardo wrote that Sandra Guerra stated that on or about the 1st Day of April, 2018, MELODY JOY CANTU, hereinafter referred to as defendant, with intent to harass, annoy, alarm, abuse, torment, and embarrass another, namely, Sandra Guerra, hereinafter referred to as complainant, did send repeated electronic communications, to Sandra Guerra in a manner reasonably likely to harass, annoy, alarm, abuse, torment, embarrass, and offend another, to-wit: contact the complainants social media contacts using a social media platform, access the complainants Verizon wireless account without the complainants consent, and contact the complainant on social media;

Detective E Gallardo further wrote in an offense report under the same case number that Sandra Guerra, who lived at 7515 Steeple Course which is located in Bexar County Texas, was able to positively identify the defendant as the person making the repeated electronic communications because complainant knows defendant as someone who used to date her ex-husband and she hired a Digital Forensic Investigative team to see if the defendants IP address was used to access her Verizon wireless account without her consent and the investigative report concluded that the IP address used came from the same area where the defendant lives; that the defendant contacted Stacey Bellinger, the ex-wife of the complainants new boyfriend; that the defendant told Stacey Bellinger that the complainant has a sexually transmitted disease and that Stacey Bellinger should not trust the complainant around the kids she and Mark Bellinger, the complainants new boyfriend, share; that the defendant used social media to contact Stacey Bellinger; the complainant does not have a sexually transmitted disease; that the defendant contacted Humana, the place where the complainant works; that the defendant made a false report to Humana about the complainant in hope of getting the complainant fired from her job; that the defendant has repeatedly contacted the complainant on social media and mentioned a sex video that the complainant might be depicted in; that the complainant fears the defendant might release a sex video electronically; that the complainant feels harassed by the actions of the defendant;

as alleged in the complaint; against the peace and dignity of the State.

Affiant

SWORN TO AND SUBSCRIBED before me on this date: 11-15-18

Assistant Criminal District Attorney
of Bexar County, Texas

COURT FINDS PROBABLE CAUSE on this date: 11-19-18

Judge Presiding

## AT-LARGE AFFIDAVIT – CLERK'S ORIGINAL

**GUERRA 000958**