# Exhibit C





GUERRA 000142

📶 AT&T LTE     7:55 AM     68% 🔋

< Home (5)     **Joy Brown** >

> U never said how u know him?

I'm sorry I bothered you. The woman he is dating is manipulative and deceptive. I was concerned. Sorry I contacted you.

I'm happy to talk not text

I don't know Nate

I know who he is with

And that is why I reached out

GUERRA 000143



GUERRA 000144

**Joy Brown**

> Well I would say just let it go.

She destroys people and that will be Nate's income

It's what she does

He is the 4th

If you have been intimate w Nate I would go get tested.

Watch out for her

Reach out if you need anything

GUERRA 000145