# Exhibit E



8:58
Requests
Joy Brown
Messenger
Joy Brown
Joy Brown used your phone number to reach you
SUN 9:34 PM
None of it is a lie
We have been together
I was next to him in sept when he lied to you about dating me.
I love David and I apologized to the girls.
In all of this I want you to know I read the letters you wrote in the divore
I read how much you
Decline
Accept

GUERRA 000146



8:58
Requests
Joy Brown
Messenger
I read how much you hurt and how hard it was to deal w all the emotional, verbal abuse and control.
I went thru it all exactly the way you did. Don't let it happen to another woman.
I have been thru more than anyone should have gone they
Try
To not use his kids as leverage again
It was not ok
You did not know the verbal abuse he put
Decline
Accept



GUERRA 000148



GUERRA 000149



GUERRA 000150



GUERRA 000152



GUERRA 000153



GUERRA 000155



GUERRA 000156



GUERRA 000157



GUERRA 000158



GUERRA 000159

9:00
Requests
Joy Brown
Messenger
For my birthday
1:05 AM
All the valentines and st Patrick's gifts for the girls
I picked this
All the crosses for their birthdays
Kendra Scott
Kate spade
Coach wallets
I picked it all
Decline
Accept

GUERRA 000160



8:59
Requests
Joy Brown
Messenger
I have pictures, plane tickets, gifts, sex videos, and text messages going back the whole time. His biggest fear was telling everyone he loved me.
David lies to everyone
He has never left me
He helped me build my house he has stood by my side. You know a coward
What reason do I have to lie?
You called stating that David's mom was worried he didn't get
Decline
Accept

GUERRA 000161