# Exhibit G

# CRIMINAL DOCKET

**COUNTY COURT AT LAW # ___    BEXAR COUNTY, TEXAS**

FUG

**GERARD RICKHOFF
BEXAR COUNTY CLERK**

**VS THE STATE OF TEXAS**

CANTU, MELODY JOY
04/01/18 HARASSMENT
CC6   CAUSE: 601478    TYPE: MB
SID: 1182267  JN: 1876113  DOB: 01/20/76

001478

## ORDERS OF THE COURT

| DATE | |
|---|---|
| 12/21/18 | Notice of Entry of Appearance as Retained Counsel (ATL) |
| 01-17-19 | Notice to Retained Counsel |
| 1-22-19 | RLS 3-11-19 JT PNB |
| 02/04/19 | Motion E-Filed (w) |
| 2-8-19 | RLS 4-8-19 JT PNB |
| 2-26-19 | Notice of Appearance as Retained Counsel w/ Lookine Effort - E.Filer |
| APR 03 2019 | RLS 6/29/19 JT/OSP |
| JUN 18 2019 | N/A Order MPK for defendant + Complained |
| JUN 24 2019 | E Filer Copy  SNR#1 RLS JT/DSA E Filer Copy |
| JUN 24 2019 | ATT'y opp'd cnsdg to fransmth conf time |

ATTORNEY: Dieu Loraine Efron
BAR NO: ___ PH#: ___
ATTORNEY: Co-Counsel Mark Stevens 855-7747 (Fax)
BAR NO: 19184205  PH#: (210) 264-2445

ASST DA: ___
BAR #: ___
COURT REPORTER: ___
COURT COST: ___
WARRANTS: ___
SUBPOENAS: ___
JURY TRIAL: ___
PR BOND FEE: ___
ATTY FEES: ___
                                    TOTAL: ___
PENDING CASES: ___
JAIL TIME CREDIT: ___

DATE FILED: NOV 20 2018       CAPIAS ISSUED: NOV 20 2018

RIGHT THUMB        SIGNATURE

GUERRA 000952

CAUSE NO. 601478LARK

FILED IN MY OFFICE
LUCY ADAME-CLARK
COUNTY CLERK BEXAR CO.
2019 JUN 24 PM 3:05

| | | |
|---|---|---|
| STATE OF TEXAS | ) | COUNTY COURT |
| VS. | ) | AT LAW NUMBER SIX |
| MELODY JOY CANTU | ) | BEXAR COUNTY, TEXAS |

### MOTION TO SET ASIDE INFORMATION FOR FAILURE TO AFFORD CONSTITUTIONAL RIGHT TO SPEEDY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Melody Joy Cantu, pursuant to the Sixth and Fourteenth Amendments to the United States Constitution, Article I, § 10 of the Texas Constitution, and articles 1.03, 1.04 and 1.05 of the Texas Code of Criminal Procedure, moves the Court to set aside the information for failure to afford the defendant a speedy trial, and shows the following in support:

I.

The information in this case was filed on November 20th, 2018, and purports to allege an offense that occurred on or about April 1, 2018..

II.

There are no satisfactory reasons for the delay in bringing defendant to trial. Ms. Cantu and undersigned counsel appeared in Court on April 3, 2019 and counsel and the prosecutor conferred and advised the Court that both sides would benefit from a lengthy reset in order to investigate the merits of the case. The Court gave a reset until June 24, 2019, which is considerably longer than usual, for the investigation to continue. On June 24, 2019, the State announced "not ready." If there was a written motion for continuance, counsel has

1

GUERRA 000953

not seen it. The prosecutor orally announced that his office was still issuing subpoenas in an effort to prove this case, or some other unspecified case or cases. Counsel objected to a reset orally, pointing out that the State could not prove this case, now, or ever, and this Court suggested that a motion to dismiss for want of a speedy trial should be filed.

III.

The defendant has never waived her right to a speedy trial. Indeed, on January 17, 2019, Loraine Efron requested discovery on behalf of Ms. Cantu, and in that request, also a speedy trial.

IV.

The offense allegedly occurred on or about April 1, 2018, well beyond the 8 months necessary to show presumptive prejudice. Leaving this case pending will cause Ms. Cantu actual prejudice, specifically, anxiety, concern, and loss of productivity.

V.

All four of the balancing factors identified in *Barker v. Wingo*, 407 U.S. 514, 530, 92 S. Ct. 2182, 2192, 33 L. Ed. 2d 101 (1972), favor Ms. Cantu, and militate in favor of dismissal. *See Gonzales v. State*, 435 S.W.3d 801, 809 (Tex. Crim. App. 2014).

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully prays that this Court set the matter for a hearing and, after said hearing, that the Court order this information set aside.

**GUERRA 000954**

Respectfully submitted:

/s/ [signature]
MARK STEVENS
310 S. St. Mary's Street
Tower Life Building, Suite 1920
San Antonio, TX 78205-3192
(210) 226-1433
State Bar No. 19184200

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of Motion To Set Aside Information For Failure To Afford Constitutional Right To Speedy Trial has been delivered to the District Attorney's Office, 300 Dolorosa, San Antonio, TX, on this the 24th day of June, 2019.

/s/ [signature]
MARK STEVENS

## ORDER

On this the _____ day of __JUN 2 4 2019__, 2019, came on to be heard defendant's Motion to Set Aside the Information For Failure to Afford Constitutional Right to a Speedy Trial, and said motion is hereby

(GRANTED)   (DENIED)   Wayne A. Christ
                        JUDGE PRESIDING

3

**GUERRA 000955**