# Exhibit I

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO


MELODY JOY CANTU AND DR.
RODRIGO CANTU,

    Plaintiffs,

v.                                  5:20-CV-0746JKP-HJB

DR. SANDRA GUERRA AND DIGITAL
FORENSICS CORPORATION, LLC,

    Defendants.


    The Videotape Deposition of SANDRA GUERRA, taken at the request of the Plaintiffs, before Truenea Teasley, CSR in the State of Texas, pursuant to Federal Rules of Civil Procedure, on Thursday, July 21, 2022, from 10:02 a.m. to 1:30 p.m., at 755 East Mulberry Avenue, Suite 250, San Antonio, Texas 78212, conducted remotely.

1                    A P P E A R A N C E S
2    For the Plaintiffs (Remotely):
3           Tor Ekeland
            Tor Ekeland Law, PLLC
4           30 Wall Street, 8th Floor
            New York, New York 10005
5           tor@torekeland.com
6
7    For the Defendant (Remotely):
8           Brandy Peery
            Cedillo & Mendoza, Inc.
9           755 East Mulberry, Suite 250
            San Antonio, Texas 78212
10          beery@lawdcm.com
11   ALSO PRESENT:
12          Liz Kemp, Videographer
            Melody Cantu
13          Nicole Guitelman
14
15
16                        I N D E X
17   WITNESS:                                              PAGE
18   SANDRA GUERRA, M.D.
19        Examination by MR. EKELAND                          4
20   CHANGES AND SIGNATURE PAGE                             110
21   Certificate of Completion of Deposition                111
22
23
24
25

| | EXHIBITS: | DESCRIPTION | PAGE |
|---|---|---|---|
| 1 | | | |
| 2 | Exhibit A | Notice of Deposition | 5 |
| 3 | Exhibit C | Service Authorization Agreement | 6 |
| 4 | Exhibit D | Wire Transfer | 27 |
| 5 | Exhibit E | Phase I Report | 27 |
| 6 | Exhibit F | Table of Messages | 50 |
| 7 | Exhibit J | Motion for Enforcement | 52 |
| 8 | Exhibit N | Letter Dated 06-01-2018 | 53 |
| 9 | Exhibit I-A | Investigation Report | 58 |
| 10 | Exhibit K-A | E-mail | 61 |
| 11 | Exhibit M | Police Report | 63 |
| 12 | Exhibit R | News Article | 70 |
| 13 | Exhibit K | Letter Dated 09-25-2019 | 77 |
| 14 | Exhibit T | Request for Production | 79 |

15
16
17
18
19
20
21
22
23
24
25

1                   If we could go to the paragraph on the
2    bottom of the page.
3         A.   I have read the statement.
4         Q.   (BY MR. EKELAND)  And you can see the first
5    sentence that says:  DFC engineers acquired and
6    archived the client's LinkedIn and Facebook accounts.
7                   Correct?
8         A.   That is what the statement says.
9         Q.   And do you have any reason to believe that
10   that statement isn't true?
11                  MS. PEERY:  Objection, form.
12        A.   No.
13                  No.
14                  MR. EKELAND:  We can go to page 16,
15   please.
16        Q.   (BY MR. EKELAND)  Directing your attention to
17   the sentence at the top of the page.
18        A.   I have read the statement.
19        Q.   And is it your understanding that DFC's
20   forensic examiners created some links for you?
21                  MS. PEERY:  Objection, form.
22        A.   It is my understanding that DFC, per their
23   report, created some links.
24        Q.   (BY MR. EKELAND)  Is it your testimony that
25   they merely created the links for this report?

1          MS. PEERY:  Objection, form.
2     A.   That is not my statement.
3     Q.   (BY MR. EKELAND)  What is your statement?
4          MS. PEERY:  Form.
5     A.   According to this report, links were created.
6     Q.   (BY MR. EKELAND)  Directing your attention to
7  the second bullet point on the page.
8          MR. EKELAND:  If you would highlight
9  that, please.
10    A.   I have read the statement.
11    Q.   (BY MR. EKELAND)  So you see how it says:
12 Each individual tracking URL captures IP address,
13 operating system, browser, screen resolution and hash
14 information for the device from which the tracking URL
15 is clicked.
16         Do you have any reason to believe that
17 that's not a true statement?
18         MS. PEERY:  Objection, form.
19    A.   I do not have any reason to believe that that
20 is not a true statement.
21    Q.   (BY MR. EKELAND)  As a matter of fact, it's
22 one of the things you were paying DFC $3,000 to do for
23 you.  Correct?
24         MS. PEERY:  Objection, form.
25    A.   This was part of what they did in creating the

1  report.
2    Q. (BY MR. EKELAND) So bringing your attention
3  to the second bullet point up from the bottom with the
4  lead word in bold "First."
5      MR. EKELAND: And if we could get it all
6  the way down to where it says CX_Sandra Guerra.
7    A. I have read the statement.
8    Q. (BY MR. EKELAND) Did you see on the bottom
9  where it says CX_Sandra_Guerra, and there's an
10 https://goo.gl/G5GE9Z?
11     Do you see that?
12     MS. PEERY: Objection, form.
13   A. Yes. You repeated it a little bit
14 incorrectly, but yes, I see what you're referring to.
15 You put an extra G in. But yes, I understand what
16 you're referring to.
17   Q. (BY MR. EKELAND) I defer to you and the text
18 on that.
19     Is it your testimony that that's -- you
20 never sent that link to Sandra Guerra -- Melody Joy
21 Cantu? Excuse me.
22   A. It is my testimony I did not send that link to
23 Melody Joy Cantu.
24   Q. (BY MR. EKELAND) Directing your attention to
25 the last bullet point.

```
 1    A.   I have read the statement.
 2    Q.   Can you see how in the last sentence it says:
 3  You need to send the URL to each suspect on whatever
 4  platform, e-mail, social media, text message works best
 5  for that subject.
 6              Correct?
 7    A.   I see that.  I see the text that is before me,
 8  yes.
 9    Q.   And it's your testimony that you never did any
10  of that?
11              MS. PEERY:  Objection, form.
12    A.   That is correct.
13              MR. EKELAND:  Directing -- if I could get
14  page 19 up.
15              And if we could highlight the client
16  directed tracking URLs section with the two links
17  underneath it.
18    A.   I have read the statement in front of me.
19    Q.   (BY MR. EKELAND)  And so you see the phrase
20  "Client-directed tracking URLs."  Correct?
21    A.   I do see that.
22    Q.   What's your understanding of that phrase?
23              MS. PEERY:  Objection, form.
24    Q.   (BY MR. EKELAND)  You can answer.
25    A.   I didn't write that statement.  I can't
```

1      interpret it.
2           Q.    You see how underneath it, it says:
3      Melody_Cantu, and next to it it says https: and it's
4      followed by some other stuff.
5                 Do you see that?
6           A.    I do.
7           Q.    And it's your testimony here today that you
8      never sent that link to either of the Cantus in any
9      way, shape or form.
10          A.    That is correct.
11          Q.    And do you see where it says Rodrigo_Cantu and
12     there's https: and the rest (indiscernible).  It's your
13     testimony here today that you never sent that link out
14     to either of the Cantus.  Correct?
15          A.    That is correct.
16                MR. EKELAND:  If we could now highlight
17     all the DFC directed tracking URL section.
18          A.    I see the statement.
19          Q.    (BY MR. EKELAND)  And so you see the phrase
20     DFC directed tracking URLs.
21                Correct?
22          A.    I do.
23          Q.    What's your understanding of that phrase?
24                MS. PEERY:  Objection, form.
25          Q.    (BY MR. EKELAND)  You can answer.

1    A.    I didn't write it so I'm not going to
2  speculate what it means.
3    Q.    And so you see underneath it where it says
4  Melody_Joy_from_Teresa and everything that follows in
5  that line?
6    A.    Yes, I do see it.
7    Q.    And it's your testimony here today that that
8  link that starts with the https you never sent to
9  either of the Cantus in any way, shape or form.
10            MS. PEERY:  Objection.
11    A.    That is accurate.
12    Q.    (BY MR. EKELAND)  And directing your attention
13  to the next line, it's Dr.Cantu_from_Melissa, followed
14  by a hypertense link -- hypertense link https.
15            It's your testimony here today that you
16  never sent that link to plaintiffs in any way, shape or
17  form.
18            MS. PEERY:  Objection, form.
19    A.    That is correct.
20    Q.    (BY MR. EKELAND)  And directing your attention
21  to the Melody_Joy_via_Phone and the link that follows
22  that, is it your testimony here today that you never
23  sent that in any way, shape or form to the plaintiff?
24            MS. PEERY:  Objection, form.
25    A.    That is correct.

1            MR. EKELAND:  If we could go to the first
2   bullet point in the box in the bottom of this page
3   right under important.
4       Q.   (BY MR. EKELAND)  Can you let me know when
5   you're done reading.
6       A.   I have read the statement.
7       Q.   And so you've never ever notified DFC that you
8   sent out tracking URLs to the Cantus.  Correct?
9       A.   That is correct.
10           MR. EKELAND:  If you could go to page 21,
11  please.
12      Q.   (BY MR. EKELAND)  And if we could look at
13  the -- you can see the whole thing.
14           Do you see the tracking link up at the
15  top where it says Melody_Joy_via_Phone?
16      A.   I do see that.
17      Q.   And that's one of the DFC directed links we
18  just looked at.  Correct?
19           MS. PEERY:  Objection, form.
20      A.   I assume that it is.  I do not --
21      Q.   (BY MR. EKELAND)  We can match them so I'm not
22  worried about it.
23           And underneath you see --
24           MS. PEERY:  Form.
25      Q.   (BY MR. EKELAND) -- a table that says first

```
 1              CHANGES AND SIGNATURE
 2   PAGE   LINE   CHANGE                    REASON FOR CHANGE
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15      I, SANDRA GUERRA, have read the foregoing
16   deposition and hereby affix my signature that same is
17   true and correct, except as noted herein.
18
19                            _____
                              SANDRA GUERRA
20
        SUBSCRIBED AND SWORN TO before me this the
21
     _____ day of _____, 2022.
22
                              SEAL:
23

     _____
24   NOTARY PUBLIC
     EXPIRES:_____
25
```

```
 1                UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF TEXAS
 3                       SAN ANTONIO
 4
 5   MELODY JOY CANTU AND DR.
     RODRIGO CANTU,
 6
                Plaintiffs,
 7
     v.                                    5:20-CV-0746JKP-HJB
 8
     DR. SANDRA GUERRA AND DIGITAL
 9   FORENSICS CORPORATION, LLC,
10            Defendants.
11
12          CERTIFICATE OF COMPLETION OF DEPOSITION
13       I, TRUENEA TEASLEY, CSR #8719, DO HEREBY CERTIFY
     that on July 21, 2022, the deposition of Sandra Guerra,
14   M.D., was taken before me at the request of, and sealed
     original thereof retained by:
15
16   For the Plaintiffs (Remotely):
          Tor Ekeland
17        Tor Ekeland Law, PLLC
          30 Wall Street, 8th Floor
18        New York, New York 10005
          tor@torekeland.com
19
          I FURTHER CERTIFY that copies of this certificate
20   have been mailed to or delivered to all counsel, and
     parties to the proceedings not represented by counsel,
21   appearing at the taking of the deposition:
22   For the Defendant (Remotely):
          Brandy Peery
23        Cedillo & Mendoza, Inc.
          755 East Mulberry, Suite 250
24        San Antonio, Texas 78212
          beery@lawdcm.com
25
```

1      I FURTHER CERTIFY that examination of this transcript and signature of the witness was reserved by
2  the witness and all parties present.  On _____, 2022, a letter was mailed or
3  delivered to Ms. Brandy Peery regarding obtaining signature of the witness, and corrections, if any, were
4  appended to the original and each copy of this deposition.
5
6      I FURTHER CERTIFY that the cost of the original and one copy of the deposition, including exhibits, to
7  Mr. Tor Ekeland, is $_____.
8
9      I FURTHER CERTIFY that I did administer the oath to the witness herein prior to the taking of this
10 deposition; that I did thereafter report in stenographic shorthand the questions and answers set
11 forth herein, and the foregoing is a true and correct transcript of the proceeding had upon the taking of
12 this deposition to the best of my ability.
13
14      I FURTHER CERTIFY that I am neither employed by nor related to any of the parties or attorneys in this
15 case, and that I have no interest in the final disposition of this case in any court.
16
17
18                            _____
                              TRUENEA TEASLEY, CSR/RPR/CCR
19                            CSR No. 8719
                              License Expires:  09-30-2022
20
21
22
23
24
25