**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MELODY JOY CANTU and** | § | |
| **DR. RODRIGO CANTU,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| | § | |
| V. | § | |
| | § | |
| **DR. SANDRA GUERRA and** | § | |
| **DIGITAL FORENSICS** | § | |
| **CORPORATION, LLC** | § | |
| *Defendants* | § | |

**ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On this date came on to be considered Plaintiffs' Motion for Summary Judgment [Doc. 110] (the "Motion"). Upon due consideration of the Motion and Defendant, Dr. Sandra Guerra's Response to Plaintiffs' Motion for Summary Judgment [Doc. ___ ], the Court finds that the Motion should be **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED** in all respects.

It is so **ORDERED**.


Dated: _____        _____

                                    UNITED STATES DISTRICT JUDGE