UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and <br> DR. RODRIGO CANTU, <br><br> Plaintiffs, <br><br> v. <br><br> DR. SANDRA GUERRA and <br> DIGITAL FORENSICS CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § | SA-20-CV-746-JKP |

## ORDER

Before the Court is the parties' Joint Advisory to the Court Regarding the In-Person Hearing set on November 4, 2022 (Docket Entry 116), wherein the parties advise that they "agree that there are no matters currently set for hearing on November 4, 2022 which require resolution by the Court," and the parties request the hearing be cancelled. It is hereby **ORDERED** that the hearing on November 4, 2022, is **CANCELLED** and the parties are excused from appearing on that date.

It is **FURTHER ORDERED** that Plaintiff Melody Joy Cantu's Notice of Motion for Opposed Protective Order (Docket Entry 101), Defendant, Dr. Sandra Guerra's Motion to Compel Plaintiffs' Responses to Written Discovery and Request for Sanctions (Docket Entry 102), Plaintiffs Melody Joy Cantu's and Dr. Rodrigo Cantu's Notice of Motion [to compel discovery and for sanctions, costs and attorney's fees] (Docket Entry 103), and Defendant, Dr. Sandra Guerra's Motion to Compel Plaintiffs' Responses to Written Requests for Discovery Regarding Plaintiffs' Damages and Requests for Sanctions (Docket Entry 111) are **DENIED AS MOOT**.

All matters for which this case was referred to the Magistrate Judge having been considered and acted upon. Accordingly, it is hereby **FURTHER ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on November 3, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge