# Exhibit 'F'



MCantuProd00193



MCantuProd00194

**Charter Communications**    Jun 23, 2018
to JOYA

**Review your order and appointment details.**

Time Warner Cable is now Spectrum

## Help is on the way.

Your service appointment has been scheduled and we'll be there soon.

Please take a moment to review your appointment details below. You may need your account information in the future, so save or print this email.

Melody Cantu

**Account Number:**
############6364

**Work Order Number:**
###############0001

**Appointment Date:**
Saturday, June 23, 2018

**Technician Arrival Time:**
3:00 PM-4:00 PM

### How we'll contact you

We will be contacting you at the times shown, using the preferred method of contact you've chosen.

*Please be sure someone is available respond to our contact on the day of your appointment. You will be asked to confirm your availability.

You can change your preferred methods of contact using any of the options listed in the "Need to make changes?" section below.

**Need to make changes?**

Simply register at twc.com/account to manage your appointment online or contact us via phone or chat.

**Take control of your account with the My TWC® app.**

Download the FREE My TWC app® for service alerts, account information, pay your bill and more.

MCantuProd00195



**Spectrum**   Aug 16, 2018
to JOY...

To view this email as a web page, go **here**

# Spectrum

## Change of Service Confirmation

Dear **MELODY CANTU**,

Thank you for **your** recent **Spectrum** order.

Per **your** request **your** services have been updated. Please review the information below for expected changes to **your** billing. For detailed information of the changes to **your** recurring monthly charges, one time charges, and prorated billing due to the service change, please review **your** next statement.

If you have questions about **your** order call us at (800) 892-4357.

**Account Information**

Account Number: 6364
Order Number: 1042

**Service Address**

**Services:** TV, Internet, Voice

## Summary of Your Charges

| NEW MONTHLY GRAND TOTAL | |
|---|---:|
| Monthly Charges | $158.95 |
| Estimated taxes, fees and charges | $26.48 |
| **Grand Total** | **$185.43** |

**\*NOTE:** The Grand Total above is an estimate of **your** new monthly charges, including **your** taxes and fees. Please see **your** statement for details concerning **your** services, monthly charges, one time charges and prorate, and important messages concerning **your Spectrum** account.

Thank you for choosing **Spectrum**,

**Spectrum** Support Team

*Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox. If we can be of further assistance, please visit Spectrum Support*

This email was sent to: JOY...

©2018 Charter Communications. All rights reserved | Privacy Policy

This message was sent by Charter Communications

MCantuProd00196

# Your Spectrum service appointment has been confirmed

**Charter Comm...**  Oct 12, 2018
to JOY,

Review your order and appointment details.

Time Warner Cable is now Spectrum

### Help is on the way.

Your service appointment has been scheduled and we'll be there soon.

Please take a moment to review your appointment details below. You may need your account information in the future, so save or print this email.

Melody Cantu

| | |
|---|---|
| | **Account Number:** 6364 |
| | **Work Order Number:** 0001 |
| | **Appointment Date:** Friday, October 12, 2018 |
| | **Technician Arrival Time:** 4:00 PM-5:00 PM |

**How we'll contact you**

Evening before appointment:
Text message to: 210-

1 Hour before appointment start time*:
Text message to: 210-

When your technician is on the way:
Phone call to: 210-

We will be contacting you at the times shown, using the preferred method of contact you've chosen.

*Please be sure someone is available respond to our contact on the day of your appointment. You will be asked to confirm your availability.

You can change your preferred methods of contact using any of the options listed in the "Need to make changes?" section below.

MCantuProd00197





MCantuProd00199


MCantuProd00200



MCantuProd00201



MCantuProd00202



MCantuProd00203



MCantuProd00204



MCantuProd00205


MCantuProd00206