# Exhibit 'H'

## INFORMATION – CLERK'S ORIGINAL

**NAME:** MELODY JOY CANTU

**MG. NO.**    **JN:** 1876113-1    **SID:** 1108267    **COUNTY COURT CASE NO:** 601478

**OFFENSE CODE / CHARGE:** 530940 - HARASSMENT

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.
Cynthia Encina
2018 NOV 20 P 3: 03

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Now comes the undersigned Assistant Criminal District Attorney of Bexar County, Texas, upon the affidavit of affiant, hereto attached and made a part thereof, and in behalf of said State presents in the County Court at Law No. 6 of Bexar County, Texas, that heretofore, to-wit: in said County of Bexar and State of Texas, and before the making and filing of this information,

on or about the 1st Day of April, 2018, MELODY JOY CANTU, hereinafter referred to as defendant, with intent to harass, annoy, alarm, abuse, torment, and embarrass another, namely, Sandra Guerra, hereinafter referred to as complainant, did send repeated electronic communications, to Sandra Guerra in a manner reasonably likely to harass, annoy, alarm, abuse, torment, embarrass, and offend another, to-wit: contact the complainants social media contacts using a social media platform, access the complainants Verizon wireless account without the complainants consent, and contact the complainant on social media;

against the peace and dignity of the State.

Assistant Criminal District Attorney
Bexar County, Texas

**INFORMATION – CLERK'S ORIGINAL**

GUERRA 000957

**WARRANT**

**PROBABLE CAUSE AFFIDAVIT:**

**AT-LARGE CASE**

FILED IN MY OFFICE
GERARD RICKHOFF
COUNTY CLERK BEXAR CO.
Cynthia Encinia
2018 NOV 20 P 3:03

NAME: MELODY JOY CANTU
OFFENSE CODE / CHARGE: 530940 - HARASSMENT

JN: 1876113-1

COUNTY COURT CASE NO: 601478

### PROBABLE CAUSE AFFIDAVIT: AT-LARGE CASE

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me the undersigned authority on this day personally appeared affiant, who after being by me duly sworn on oath, deposes and says that affiant has good reason to believe and does believe that in the County of Bexar and the State of Texas, on or about April 1, 2018, MELODY JOY CANTU committed the offense of HARASSMENT. Affiant's belief is based upon having read San Antonio Police Department offense report under case number 2018188993 concerning MELODY JOY CANTU, in which E Gallardo wrote that Sandra Guerra stated that on or about the 1st Day of April, 2018, MELODY JOY CANTU, hereinafter referred to as defendant, with intent to harass, annoy, alarm, abuse, torment, and embarrass another, namely, Sandra Guerra, hereinafter referred to as complainant, did send repeated electronic communications, to Sandra Guerra in a manner reasonably likely to harass, annoy, alarm, abuse, torment, embarrass, and offend another, to-wit: contact the complainants social media contacts using a social media platform, access the complainants Verizon wireless account without the complainants consent, and contact the complainant on social media;

Detective E Gallardo further wrote in an offense report under the same case number that Sandra Guerra, who lived at 7515 Steeple Course which is located in Bexar County Texas, was able to positively identify the defendant as the person making the repeated electronic communications because complainant knows defendant as someone who used to date her ex-husband and she hired a Digital Forensic Investigative team to see if the defendants IP address was used to access her Verizon wireless account without her consent and the investigative report concluded that the IP address used came from the same area where the defendant lives; that the defendant contacted Stacey Bellinger, the ex-wife of the complainants new boyfriend; that the defendant told Stacey Bellinger that the complainant has a sexually transmitted disease and that Stacey Bellinger should not trust the complainant around the kids she and Mark Bellinger, the complainants new boyfriend, share; that the defendant used social media to contact Stacey Bellinger; the complainant does not have a sexually transmitted disease; that the defendant contacted Humana, the place where the complainant works; that the defendant made a false report to Humana about the complainant in hope of getting the complainant fired from her job; that the defendant has repeatedly contacted the complainant on social media and mentioned a sex video that the complainant might be depicted in; that the complainant fears the defendant might release a sex video electronically; that the complainant feels harassed by the actions of the defendant;

as alleged in the complaint; against the peace and dignity of the State.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on this date: 11-15-18

_____
Assistant Criminal District Attorney
of Bexar County, Texas

COURT FINDS PROBABLE CAUSE on this date: 11-19-18

_____
Judge Presiding

**AT-LARGE AFFIDAVIT – CLERK'S ORIGINAL**

**GUERRA 000958**

3/11

WAR # 1670354
SID # 1108267

COUNTY COURT FUG
BOND: 0000800.00

CAPIAS

NO. 601478

THE STATE OF TEXAS
VS.
CANTU, MELODY JOY
11222 JADESTONE
SAN ANTONIO, TX 78249

IN THE COUNTY COURT
AT LAW NO. 6
BEXAR COUNTY, TEXAS

THE STATE OF TEXAS:

TO ANY PEACE OFFICER OF THE STATE OF TEXAS --

YOU ARE HEREBY COMMANDED TO ARREST CANTU, MELODY JOY SO THAT YOU MAY HAVE THE ACCUSED WHEN REQUIRED BEFORE THE HONORABLE COURT, AT LAW NO. 6 OF BEXAR COUNTY, TEXAS, 1ST FLOOR, ROOM 1045 OF THE BEXAR COUNTY JUSTICE CENTER IN THE CITY OF SAN ANTONIO TO ANSWER AN INFORMATION PENDING AGAINST THE ACCUSED WHEREIN THE ACCUSED IS CHARGED WITH THE OFFENSE OF A MISDEMEANOR , TO WIT:

HARASSMENT

GIVEN AND ATTESTED UNDER MY HAND AND SEAL OF SAID COURTS AT MY OFFICE IN THE CITY OF SAN ANTONIO, THIS DAY NOV 20, 2018 .



GERARD RICKHOFF
BEXAR COUNTY, COUNTY CLERK
BY: Cynthia Encina  DEPUTY

SHERIFF'S RETURN

CAME TO HAND THE ___ DAY ___ A.D., 20___, AND EXECUTED ___ DAY OF ___ A.D., 20___, BY ARRESTING CANTU, MELODY JOY AND CONFINING HIM/HER IN THE JAIL OF THIS COUNTY, TO AWAIT THE FURTHER ORDERS OF THIS COURT.

SHERIFF OF BEXAR COUNTY, TEXAS
BY: _____ DEPUTY

O1CSEAL1

**GUERRA 000959**