Exhibit 'J'

| From: | Sandra Guerra <drsandraguerra@yahoo.com> |
|---|---|
| Sent: | Friday, August 17, 2018 9:49 AM |
| To: | Brent Walters |
| Subject: | Re: Case 157307: Request for additional information |

Brent,

I believe the tracking URL was accessed from me...the date is correct.  But my device is a HP Spectre laptop.  I am not sure about it being an "Edge" device.

I do not have any protected patient information on my personal email.  It should be fine to archive.  I have not received harassing emails from MelodyJoy directly.  I have sent you the emails where my email address was used to sign up for websites without my consent.

Thank you,
Sandra

---

**From:** Brent Walters <Brent.W@digitalforensics.com>
**To:** drsandraguerra@yahoo.com
**Sent:** Monday, August 13, 2018 9:21 AM
**Subject:** RE: Case 157307: Request for additional information

Dear Dr. Guerra,

This email is just an update and follow-up on the items below.

First, our records indicate that the tracking URL "Cx_Sandra_Guerra" was clicked from an Edge device on Saturday, August 11, 2018, from San Antonio. If this was NOT you, please let us know.

Second, would it be possible to archive your email account to which the harassment was directed? We understand there may be HIPAA concerns so if a complete archiving is not possible, please forward all harassing emails or messages to us. When you forward these emails, try to include as much of the email metadata (headers) as possible.

As always, let me know if you have any questions.

Sincerely,

*Brent G. Walters, Esq.*
Phone # (800)-849-6515 Ext - 226
Email: Brent.W@digitalforensics.com



How did I do?  Tell us about your experience

1

D  000055