# Exhibit 'K'

# CRIMINAL DOCKET

**COUNTY COURT AT LAW #** _____ **BEXAR COUNTY, TEXAS**

FUG

**GERARD RICKHOFF**
**BEXAR COUNTY CLERK**

## ORDERS OF THE COURT

VS

**THE STATE OF TEXAS**
CANTU, MELODY JOY
04/01/18 HARRASSMENT
CC6  CAUSE : 601478   TYPE : MB
SID: 1108267 JN: 1876113 DOB: 01/20/76

001478

601478

| DATE | |
|---|---|
| 12/21/18 | Notice of Entry of Appearance as Retained Counsel (mr) |
| 01-17-19 | Notice to Retained Counsel (JG) |
| 1-22-19 | RLS 3-11-19 JT PA3 |
| 02/04/19 | Motion eFiled (JW) |
| 2-8-19 | RLS 4-8-19 JT PA3 |
| 2-26-19 | Notice of Compliance as Retained Counsel w/ Loraine Efron - E-filed |
| APR 03 2019 | RS 6/29/19 JT/OSP [signature] |
| JUN 18 2019 | ATA Oske NOK (by [signature]) |
| | Madi Feff Pending [signature] E |
| | ATTY sp RLS JT 10/29 812/19 [signature] |
| JUN 24 2019 | St/Not RS JT 10/29 812/19 [signature] |
| JUN 24 2019 | ATTY so [signature] [signature] |
| | [signatures] |

**ATTORNEY:** Loraine Efron
**BAR NO:** 24116020  **PH#:** (210) 224-6645
**ATTORNEY:** Co-Cnsl Mark Stevens - 855-7747 (Fax)
**BAR NO:** 19184203  **PH#:**
**ASST DA:**
**BAR #:**
**COURT REPORTER:**
**COURT COST:**
**WARRANTS:**
**SUBPOENAS:**
**JURY TRIAL:**
**PR BOND FEE:**
**ATTY FEES:**  **TOTAL:**
**PENDING CASES:**
**JAIL TIME CREDIT:**
**DATE FILED:** NOV 2 0 2018  **CAPIAS ISSUED:** NOV 2 0 2018

RIGHT THUMB    SIGNATURE