Exhibit 'P'

8:57 AM

06/29/22

**CDR Business IT Solutions LLC**
**Payments and Credits for Melody J. Cantu**
All Transactions

| Type | Num | Date | Amount | Open Balance |
|------|-----|------|--------|--------------|
| Payment | RBL1... | 06/01/2022 | 108.24 | |
| Payment | RBL1... | 05/01/2022 | 108.24 | |
| Payment | RBL1... | 04/01/2022 | 108.24 | |
| Payment | RBL1... | 03/01/2022 | 108.24 | |
| Payment | RBL1... | 02/01/2022 | 108.24 | |
| Payment | RBL1... | 01/01/2022 | 108.24 | |
| Payment | RBL1... | 12/01/2021 | 108.24 | |
| Payment | RBL1... | 11/01/2021 | 108.24 | |
| Payment | RBL1... | 10/01/2021 | 108.24 | |
| Payment | RBL1... | 09/01/2021 | 108.24 | |
| Payment | RBL1... | 08/01/2021 | 108.24 | |
| Payment | RBL1... | 07/01/2021 | 108.24 | |
| Payment | RBL1... | 06/01/2021 | 108.24 | |
| Payment | RBL1... | 05/01/2021 | 108.24 | |
| Payment | RBL1... | 04/01/2021 | 108.24 | |
| Payment | | 03/26/2021 | 108.24 | |
| Payment | RBL1... | 03/01/2021 | 108.24 | |
| Payment | | 01/04/2021 | 108.24 | |
| Payment | RBL1... | 12/01/2020 | 108.24 | |
| Payment | RBL1... | 11/01/2020 | 108.24 | |
| Payment | RBL1... | 10/01/2020 | 108.24 | |
| Payment | RBL1... | 09/01/2020 | 108.24 | |
| Payment | RBL1... | 08/01/2020 | 108.24 | |
| Payment | RBL1... | 07/01/2020 | 108.24 | |
| Payment | RBL1... | 06/01/2020 | 108.24 | |
| Payment | RBL1... | 05/01/2020 | 108.24 | |
| Payment | RBL9... | 04/01/2020 | 108.24 | |
| Payment | RBL9... | 02/01/2020 | 108.24 | |
| Payment | RBL8... | 01/01/2020 | 108.24 | |
| Payment | RBL8... | 01/01/2020 | 108.24 | |
| **Total** | | | **3,247.20** | **0.00** |

**CDR Business IT Solutions LLC**
100 NE Loop 410
Suite 540

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 23243 |
| **Invoice Date:** | 4/1/2022 |
| **Due Date:** | 4/1/2022 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Cisco-Meraki Router 1-Yr. License - billed monthly | | | 99.99 | 99.99T |
| Sales Tax | | | 8.25% | 8.25 |

| | |
|---|---:|
| **Total** | $108.24 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $108.24 |

Dr.CantuProd#000002



Dr.CantuProd#000003

# Invoice
**PAST DUE**

CUSTOMER:Job  Melody J. Cantu          ACCOUNT  Accounts Receivable          TEMPLATE  Attorney's Invoice

INVOICE DATE: 01/15/2019

INVOICE #: 111470

DUE DATE: 01/15/2019

BILL TO:
11222 Jadestone Blvd.
San Antonio, TX 78249

P.O. NUMBER:          TERMS:

| ITEM | DESCRIPTION | QTY. | U/M | RATE | CLASS | AMOUNT | TAX |
|------|-------------|------|-----|------|-------|--------|-----|
| Cisco-Meraki Cloud Mgd. Router | Cisco-Meraki Cloud Mgd. Router | 1 | | -649.99 | | -649.99 | Tax |
| Cisco-Meraki Router Lic./Mo | Cisco-Meraki Router 1-Yr. License - Billed Monthly (Alread billed Jan 2019) | 1 | | 0.00 | | 0.00 | Tax |
| Advanced Security Firewall Rtr. | Wireless Cisco-Meraki Cloud Mgd. Router | 1 | | 999.99 | | 999.99 | Tax |
| Labor for Set-up & Installion | Residential On-Site Labor Hourly Rate During Business Hours (9AM-6PM) | 2 | | 109.99 | | 219.98 | Tax |

TAX  8.25% Tax  (8.25%)  47.02

TOTAL  617.00

PAYMENTS APPLIED  508.76

**BALANCE DUE  108.24**

Your customer can pay online using:
Credit Card/Bank Transfer  Change

CUSTOMER MESSAGE

Dr.CantuProd#000004

| TYPE | NUM | MEMO | DATE | ACCOUNT | AMOUNT |
|---|---|---|---|---|---|
| Payment | | | 01/08/2019 | Undeposited Funds | |
| Payment | | | 01/18/2019 | Undeposited Funds | |
| Payment | RBL26869821 | | 02/01/2019 | Undeposited Funds | |
| Payment | RBL30517121 | | 03/01/2019 | Undeposited Funds | |
| Payment | RBL34168931 | | 04/01/2019 | Undeposited Funds | |
| Payment | RBL58838785 | | 05/01/2019 | Undeposited Funds | |
| Payment | RBL61539345 | | 06/01/2019 | Undeposited Funds | |
| Payment | RBL68856905 | | 08/01/2019 | Undeposited Funds | |
| Payment | | | 10/28/2019 | Undeposited Funds | |
| Payment | RBL7630B675 | | 10/01/2019 | Undeposited Funds | |
| Payment | RBL84080185 | | 12/01/2019 | Undeposited Funds | |
| Payment | RBL84205235 | | 12/01/2019 | Undeposited Funds | |
| Invoice | 111470 | Cisco-Meraki Router & 1-Yr. License (1st Month w/Set-up & Install) | 01/15/2019 | Accounts Receivable | |
| Invoice | 111459 | Cisco-Meraki Router & 1-Yr. License (1st Month) | 01/07/2019 | Accounts Receivable | |
| Invoice | 111507 | Monthly Management & Monitoring of Security Router | 02/01/2019 | Accounts Receivable | |
| Invoice | 111624 | Monthly Management & Monitoring of Security Router | 03/01/2019 | Accounts Receivable | |
| Invoice | 111744 | Monthly Management & Monitoring of Security Router | 04/01/2019 | Accounts Receivable | |
| Invoice | 111920 | Monthly Management & Monitoring of Security Router | 05/01/2019 | Accounts Receivable | |
| Invoice | 112025 | Monthly Management & Monitoring of Security Router | 06/01/2019 | Accounts Receivable | |
| Invoice | 112181 | Monthly Management & Monitoring of Security Router | 07/01/2019 | Accounts Receivable | |
| Invoice | 112330 | Monthly Management & Monitoring of Security Router | 08/01/2019 | Accounts Receivable | |
| Invoice | 112462 | Monthly Management & Monitoring of Security Router | 09/01/2019 | Accounts Receivable | |
| Invoice | 112604 | Monthly Management & Monitoring of Security Router | 10/01/2019 | Accounts Receivable | |
| Invoice | 112724 | Monthly Management & Monitoring of Security Router | 11/01/2019 | Accounts Receivable | |
| Invoice | 112849 | Monthly Management & Monitoring of Security Router | 12/01/2019 | Accounts Receivable | |
| Invoice | 112983 | Monthly Management & Monitoring of Security Router | 01/01/2020 | Accounts Receivable | |
| Sales Receipt | 28880 | POS Receipt# 29670  1/7/19 ET - Melody & Rodrigo Cantu (Exhibit A.C... | 01/27/2019 | Undeposited Funds | |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1201 |
| **Invoice Date:** | 1/3/2019 |
| **Due Date:** | 1/3/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Retainer Funds for Digital Forensic Investigation on Multiple Devices & Cloud Investigation | | | 5,000.00 | 5,000.00 |
| ***No Guarantees - No Refunds*** | | | | |
| No Charge for Digital & Device Storage until end of February 2019 | | | | |
| Sales Tax | | | 8.25% | 0.00 |

| | |
|---|---|
| **Total** | $5,000.00 |
| **Payments/Credits** | -$5,000.00 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000005

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1212 |
| **Invoice Date:** | 1/24/2019 |
| **Due Date:** | 1/25/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Dark Web E-mail Live Web Scan | 11 | | 24.99 | 274.89 |
| joyandtyrus@hotmail.com | | | 0.00 | 0.00 |
| drrodrigocantu@gmail.com | | | 0.00 | 0.00 |
| dr.davidcantu@yahoo.com | | | 0.00 | 0.00 |
| william.ross@students.nisd.net | | | 0.00 | 0.00 |
| maddierosswow@gmail.com | | | | |
| insanity.evee.gamer@gmail.com | | | | |
| xxnephritexx@gmail.com | | | | |
| potatochipscrunch@gmail.com | | | 0.00 | |
| aggiemed98@yahoo.com | | | | |
| Maddierossbasis@gmail.com | | | | |
| bornonfire76@gmail.com | | | | |
| | | | | |
| ***No Guarantees - No Refunds*** | | | | |
| Sales Tax | | | 8.25% | 0.00 |

| | |
|---|---|
| **Total** | $274.89 |
| **Payments/Credits** | -$274.89 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000006

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1220 |
| **Invoice Date:** | 1/26/2019 |
| **Due Date:** | 3/1/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | | |
|---|---|---|
| **Total** | | $108.24 |
| **Payments/Credits** | | -$108.24 |
| **Balance Due** | | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000007

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

|  |  |
|---|---|
| **Invoice #:** | 1256 |
| **Invoice Date:** | 2/23/2019 |
| **Due Date:** | 2/23/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| 2TB Seagate Internal Hard Drive w/Case Data | | | 200.00 | 200.00T |
| Sales Tax | | | 8.25% | 16.50 |

| | | |
|---|---|---|
| | **Total** | $216.50 |
| | **Payments/Credits** | -$216.50 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail | |
|---|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com | |

Dr.CantuProd#000008

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1284 |
| **Invoice Date:** | 4/1/2019 |
| **Due Date:** | 4/1/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | | |
|---|---|---|
| **Total** | | $108.24 |
| **Payments/Credits** | | -$108.24 |
| **Balance Due** | | $0.00 |

| Phone # | E-Mail | |
|---|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com | |

Dr.CantuProd#000009

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

|  |  |
|---|---|
| **Invoice #:** | 1212 CC |
| **Invoice Date:** | 5/1/2019 |
| **Due Date:** | 6/4/2019 |
| **Case:** |  |
| **P.O. Number:** |  |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | Total | $108.24 |
|---|---|---|
| | **Payments/Credits** | -$108.24 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000010

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1316 |
| **Invoice Date:** | 6/1/2019 |
| **Due Date:** | 7/5/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | |
|---|---|
| **Total** | $108.24 |
| **Payments/Credits** | -$108.24 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-0432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000011

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 1355 |
| **Invoice Date:** | 7/1/2019 |
| **Due Date:** | 8/4/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | | |
|---|---:|---:|
| | **Total** | $108.24 |
| | **Payments/Credits** | -$108.24 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr. Cantu Prod#000012

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1407 |
| **Invoice Date:** | 7/22/2019 |
| **Due Date:** | 7/22/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Consultation Services for meeting downtown | 1 | | 150.00 | 150.00T |
| Travel Expenses | 1 | | 75.00 | 75.00 |
| Sales Tax | | | 8.25% | 12.38 |

| | |
|---|---|
| **Total** | $237.38 |
| **Payments/Credits** | -$237.38 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000013

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1417 |
| **Invoice Date:** | 8/1/2019 |
| **Due Date:** | 8/1/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Forensic Analysis - 2 reports | 6 | | 150.00 | 900.00T |
| Notary Public Signature | 1 | | 60.00 | 60.00 |
| Sales Tax | | | 8.25% | 74.25 |

| | |
|---|---|
| **Total** | $1,034.25 |
| **Payments/Credits** | -$1,034.25 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-646-7132 | casemanager@exhibitacfi.com |

Dr.CantuProd#000014

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

**Invoice #:** 1417
**Invoice Date:** 8/1/2019
**Due Date:** 8/1/2019
**Case:**
**P.O. Number:**

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Forensic Analysis - 2 reports | 6 | | 150.00 | 900.00T |
| Notary Public Signature | 1 | | 60.00 | 60.00 |
| Sales Tax | | | 8.25% | 74.25 |

| | Total | $1,034.25 |
|---|---|---|
| | **Payments/Credits** | -$1,034.25 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr. Cantu Prod#000015

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1374 |
| **Invoice Date:** | 8/1/2019 |
| **Due Date:** | 9/4/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | | |
|---|---|---|
| | **Total** | $108.24 |
| | **Payments/Credits** | -$108.24 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000016

**Exhibit A Computer Forensic Investigations, LLC.**

2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1443 |
| **Invoice Date:** | 9/1/2019 |
| **Due Date:** | 10/5/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | | |
|---|---|---|
| | **Total** | $108.24 |
| | **Payments/Credits** | -$108.24 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000017

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---:|---|
| **Invoice #:** | 1471 |
| **Invoice Date:** | 10/1/2019 |
| **Due Date:** | 11/4/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate) | 1 | | 99.99 | 99.99T |
| ***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card*** | | | | |
| $24.99/Month/1TB of Digital Storage | | | | |
| $14.99/Month/Each Laptops, iPads | | | | |
| $9.99/Month/Each Mobile Phones & SD Cards | | | | |
| Sales Tax | | | 8.25% | 8.25 |

| | | |
|---|---|---:|
| | **Total** | $108.24 |
| | **Payments/Credits** | -$108.24 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

Dr.CantuProd#000018

8:45 AM

06/29/22

Accrual Basis

**Exhibit A Computer Forensic Investigations, LLC.**
**Invoices for Melody J. Cantu**
**All Transactions**

| Num | Date | Due Date | Aging | Amount | Open Balance |
|------|------------|------------|-------|-----------|--------------|
| 1471 | 10/01/2019 | 11/04/2019 | | 108.24 | |
| 1443 | 09/01/2019 | 10/05/2019 | | 108.24 | |
| 1374 | 08/01/2019 | 09/04/2019 | | 108.24 | |
| 1417 | 08/01/2019 | 08/01/2019 | | 1,034.25 | |
| 1407 | 07/22/2019 | 07/22/2019 | | 237.38 | |
| 1355 | 07/01/2019 | 08/04/2019 | | 108.24 | |
| 1316 | 06/01/2019 | 07/05/2019 | | 108.24 | |
| 1212 ... | 05/01/2019 | 06/04/2019 | | 108.24 | |
| 1284 | 04/01/2019 | 04/01/2019 | | 108.24 | |
| 1256 | 02/23/2019 | 02/23/2019 | | 216.50 | |
| 1220 | 01/26/2019 | 03/01/2019 | | 108.24 | |
| 1212 | 01/24/2019 | 01/25/2019 | | 274.89 | |
| 1203 | 01/07/2019 | 01/07/2019 | | 7,036.24 | |
| 1201 | 01/03/2019 | 01/03/2019 | | 5,000.00 | |
| **Total** | | | | **14,665.18** | **0.00** |

Dr.CantuProd#000019

# Statement

CDR Business IT Solutions, LLC.

2815 N Loop 1604 E, Suite 111
San Antonio, TX  78232

| Date |
| --- |
| 10/8/2019 |

| To: |
| --- |
| 11222 Jadestone Blvd.<br>San Antonio, TX 78249 |

| Amount Due | Amount Enc. |
| --- | --- |
| $324.72 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 07/01/2019 | INV #112181. Due 07/01/2019. Orig. Amount $108.24. Monthly Management & Monitoring of Security Router --- Monthly Router Lic. & Mngmt. $99.99 --- Tax: 8.25%Tax @ 8.25% = 8.25 | 108.24 | 108.24 |
| 09/01/2019 | INV #112462. Due 09/01/2019. Orig. Amount $108.24. Monthly Management & Monitoring of Security Router --- Monthly Router Lic. & Mngmt. $99.99 --- Tax: 8.25%Tax @ 8.25% = 8.25 | 108.24 | 216.48 |
| 10/01/2019 | INV #112604. Due 10/01/2019. Orig. Amount $108.24. Monthly Management & Monitoring of Security Router --- Monthly Router Lic. & Mngmt. $99.99 --- Tax: 8.25%Tax @ 8.25% = 8.25 | 108.24 | 324.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 108.24 | 108.24 | 0.00 | 108.24 | $324.72 |

Dr.CantuProd#000020

**CDR Business IT Solutions, LLC.**
2815 N Loop 1604 E, Suite 111
San Antonio, TX  78232

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 112330 |
| **Invoice Date:** | 8/1/2019 |
| **Due Date:** | 8/1/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Cantu, Melody J.
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Cisco-Meraki Security Router Monitoring w1YR - License & Management - Billed Monthly | | | 99.99 | 99.99 |
| 8.25% Tax for POS Tax Agency | | | 8.25% | 8.25 |

| | | |
|---|---:|---:|
| | **Total** | $108.24 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $108.24 |

| Phone # | E-Mail |
|---|---|
| 3104912710 | accounting@cdrbiz.com |

Dr.CantuProd#000021

**CDR Business IT Solutions, LLC.**
2815 N Loop 1604 E, Suite 111
San Antonio, TX  78232

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 112181 |
| **Invoice Date:** | 7/1/2019 |
| **Due Date:** | 7/1/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Cisco-Meraki Security Router Monitoring w1YR - License & Management - Billed Monthly | | | 99.99 | 99.99 |
| 8.25% Tax for POS Tax Agency | | | 8.25% | 8.25 |

| | | |
|---|---:|---:|
| | **Total** | $108.24 |
| | **Payments/Credits** | $0.00 |

| Phone # | E-Mail | **Balance Due** | $108.24 |
|---|---|---|---|
| 3104912710 | accounting@cdrbiz.com | | |

Dr.CantuProd#000022

11:51

◀ Mail

🔒 connect.intuit.com

# Exhibit A Computer Forensic Investigations, LLC.

## View invoice and more info ⌃

| | |
|---|---|
| Invoice | 1407 |
| Due date | July 22, 2019 |
| Invoice amount | $237.38 |

### View invoice

### Contact info

## Paid

BALANCE DUE

# $0.00

We sent you and your merchant a confirmation email







## Lisa Warren
To: Melody   Cc: Lisa

8/1/19

# Invoice 1417 from Exhibit A Computer Forensic Investigations, LLC.

📁 Found in Inbox



Exhibit A Computer Forensic Investigations, LLC.

**Invoice** *Due 08/01/2019*
*1417*

Amount Due: **$1,034.25**

Melody Cantu:

Your invoice-1417 for 1,034.25 is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Lisa Warren – Office Manager
Exhibit A Computer Forensic Investigations, LLC
2815 N. Loop 1604 E., Suite 111
San Antonio, TX 78232
Direct: 210-846-9432
forensics@exhibitacfi.com
www.exhibitacfi.com

[View & Pay Invoice]



**Lisa Warren**
Office Manager

phone: (210) 491-2760
email: lwarren@cdrbiz.com

Dr.CantuProd#000024

 

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| Invoice #: | 1212 |
| Invoice Date: | 1/24/2019 |
| Due Date: | 1/25/2019 |
| Case: | |
| P.O. Number: | |

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Dark Web E-mail Live Web Scan | 11 | | 24.99 | 274.89 |
| joyandtyrus@hotmail.com | | | 0.00 | 0.00 |
| drrodrigocantu@gmail.com | | | 0.00 | 0.00 |
| dr.davidcantu@yahoo.com | | | 0.00 | 0.00 |
| william.ross@students.nisd.net | | | 0.00 | 0.00 |
| maddierosswow@gmail.com | | | | |
| insanity.evee.gamer@gmail.com | | | | |
| xxnephritexx@gmail.com | | | | |
| potatochipscrunch@gmail.com | | | 0.00 | |
| aggiemed98@yahoo.com | | | | |
| Maddierossbasis@gmail.com | | | | |
| bornonfire76@gmail.com | | | | |
| | | | | |
| | | | | |
| ***No Guarantees - No Refunds*** | | | | |
| Sales Tax | | | 8.25% | 0.00 |

| | |
|---|---|
| **Total** | $274.89 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $274.89 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

**Melody Joy Cantu**   1/29/19

Begin forwarded message: From...

**Statement**

CDR Business IT Solutions, LLC.

2815 N Loop 1604 E, Suite 111
San Antonio, TX 78232

| Date |
| --- |
| 10/8/2019 |

To:

11222 Jadestone Blvd.
San Antonio, TX 78249

| Amount Due | Amount Enc. |
| --- | --- |
| $324.72 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 07/01/2019 | INV #112181. Due 07/01/2019. Orig. Amount $108.24. Monthly Management & Monitoring of Security Router --- Monthly Router Lic. & Mngmt. $99.99 --- Tax: 8.25%Tax @ 8.25% = 8.25 | 108.24 | 108.24 |
| 09/01/2019 | INV #112462. Due 09/01/2019. Orig. Amount $108.24. Monthly Management & Monitoring of Security Router --- Monthly Router Lic. & Mngmt. $99.99 --- Tax: 8.25%Tax @ 8.25% = 8.25 | 108.24 | 216.48 |
| 10/01/2019 | INV #112604. Due 10/01/2019. Orig. Amount $108.24. Monthly Management & Monitoring of Security Router --- Monthly Router Lic. & Mngmt. $99.99 --- Tax: 8.25%Tax @ 8.25% = 8.25 | 108.24 | 324.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 108.24 | 108.24 | 0.00 | 108.24 | $324.72 |

Dr.CantuProd#000026



AA    🔒 mail.google.com    ↻

'Lisa w...

**Lisa Warren**
to me, dr.davidcantu@yahoo.com
Sep 20, 2019  Details

This message has been modified to fit your screen. Tap here to show original.

## CDR Business IT Solutions, LLC.

| Invoice | Amount |
|---|---|
| *Due:07/01/2019* | Due: **$108.24** |
| *112181* | |

Dear Melody J. Cantu:

Your invoice is attached. Please review and remit payment at your earliest convenience. This payment was declined. Please pay for this online by clicking on the pay button below.

Thank you for your business - we appreciate it very much!

Kind regards,

Lisa Warren - Office Manager
CDR Business IT Solutions
2815 N. Loop 1604 E., Suite 111
San Antonio, TX 78232
Office: 210-491-2710
Direct: 210-727-9809
www.cdrbiz.com

**View & Pay Invoice**

Dr.CantuProd#000027



AA   🔒 mail.google.com   ↻

'Exhibit'

This message has been modified to fit your screen. Tap here to show original.

Mrs. Cantu,

The two charges for the 108.24 are valid for August. The monthly recurring $108.24 is for your router.

Then on the Exhibit A side there is the monthly charge for the storage for $108.24.

I just sent over the two invoices for the CDR side. I need to review the payments that went through and I will get back to you.

Thank you.

Dr.CantuProd#000028