Exhibit 'T'

```
Melody J Cantu
5600 Babcock Road
Apt. 7106
San Antonio TX 78240
Home: (210)435-5765
Business: (210)    -
Home Fax: (210)    -
```

9/1/2016 - Melody Ross: Progress Note: 9/1/16

Melody Ross: Progress Note: 9/1/16
Mood is mixed.  States that she is confused about the relationship with David.  She wants more now and wants him to lessen his relationship with family and focus more on her.  Suggested that it might be an unreal expectation to ask him to disconnect from family.  Encouraged her to acknowledge his accomplishments and not emphasise his mistakes.  Be the better person and take the high ground.

3/26/2018 - Melody Ross-Cantu

Melody Ross-Cantu: Progress Note; 3/26 18  Second session this day
Met with client for a second time to finish discussing topics we were working on earlier.  At this session, client
starts off mildly tearful and cursing her ex.  She talked what a bad person he was and how upset she is with him.



3/26/2018 - Melody Ross: Progress Note: 3/26/18

Melody Cantu: Progress Note: 3/26/18

Mood is depressed and anxious. States that she continues to go up and down with her relationship with David Cantu, her exhusband. They have continued to see each other over the past 3 years but he does not disclose this to his family. She states that she is the other woman and feels like she is hidden from the family and must be careful not to be seen out with David for fear of him getting in trouble.

She states that she wants to break the cycle with him and go on with her life. She is asking me to help her. We agreed to work on it one day at a time.

MCantuFinalProd#Bates000831

4/2/2018 - Melody Ross-Cantu: Progress Note: 4/2/18

Melody Ross-Cantu: Progress Note: 4/2/18
Mood is anxious and depressed. Client disclosed that she confronted her ex's exwife and ex at a restaurant and informed her that she and David, her ex had been together for the last 3 years as a secret.
Client sent pictures and text copies to both David's ex and David's parents. She disclosed many intimate details about them and their relationship as well as pictures and letters and texts.
Client expressed no regret for what she did but at times is fearful that she will never be able to see David again. States that she wants it over with then states how she wants him to change and come back into her life.
Encouraged client to move on and let go. Do not send anymore texts or calls.



4/9/2018 - Joy Ross: Progress Note: 4/9/18

Joy Ross: Progress Note: 4/9/18
Mood is mixed. Continues to report sadness regarding her relationship with David. She reports that she continues to feel hurt and confusion regarding the relationship and why it didn't work out.
Focusing on family and herself. Wants to be happy and healthy.

4/23/2018 - Joy Ross: Progress Note: 4/23/18

Joy Ross: Progress Note: 4/23/18
Client states that she is extremely stressed by the rift between her and her ex, David. She states that she feels
betrayed and things that he may have been having an affair with his exwife, Sandy.

4/30/2018 - Joy Ross: Progress Note: 4/30/18

Joy Ross: Progress Note: 4/30/18
Mood is mixed. Reports having a good weekend with a guy she dated last year for a while. She went to fiesta and had a good time and went to the coast. She states that it was strictly platonic. She likes him but states that she is not ready to get involved. I agreed with the client. She states that she is still grieving over the breakup and does not feel safe and sure of her emotions at this time. Encouraged the client to deal with her grieving first and not allow herself to get involved with someone at this time.



5/7/2018 - Melody Ross: Progress Note: 5/7/18

Melody Ross: Progress Note: 5/7/18
Mood is mixed. Mildly depressed and anxious. Going to San Diego on Friday to meet new guy she has been dating. Still ruminating some over decision not to speak to David, her ex when he requested through me to speak with her. Encouraged her to move on and not continue to look back. She agreed to do so.

5/14/2018 - Melody Ross: Progress Note: 5/14/18

Melody Ross: Progress Note: 5/14/18
Mood is mixed with anxiety and some depression. Ex husband, David has been contacting her to try and get back together. She is overwhelmed and not sure what she wants to do. I encouraged her to not do anything at this time other than take care of herself and think this situation through.
She agreed to do so.
She found that new guy, Paul she has gone out with went to strip club and got very drunk. She is very disturbed by this behavior as it reminds her of her ex who did the same thing and hooked up with strippers.

MCantuFinalProd#Bates000837

5/21/2018 - Joy Ross: Progress Note: 5/21/18

Joy Ross: Progress Note: 5/21/18
Mood is mixed. States that she and David, her ex are trying to work things out. Skype session with both of them. Urged them to take it one day at a time and not be tainted by other people's issues.

6/4/2018 - Melody Cantu: Progress Note: 6/4/18

Melody Ross: Progress Note: 6/4/18
Mood is mixed.  Angered by spouse's exwife reporting her to CPS for an event that never took place when she was alleged to have stuck her daughter with a fork.
Client got married last Thursday to David, her ex.

6/19/2018 - Melody J Ross-Cantu: Progress Note: 6/19/18

Melody J. Ross-Cantu: Progress Note: 6/19/18
Client reports that David, her spouse was reported by his ex, Sandra to have physically abused David/Sandra's children. The case was investigated and found to have no merit. She is feeling overwhelmed by what she believes to be harrassment by Sandra.
Tearful at times. Reports that she has been having panic attacks. Skin is boken out and weight gain.

9/11/2018 - Joy Ross-Cantu: Progress Note: 9/11/18

**Joy Ross-Cantu: Progress Note: 9/11/18**
Mood is mixed.  Client and spouse are doing OK.



11/20/2018 - Melody Ross-Cantu: Progress Note: 11/20/18

Melody Ross-Cantu: Progress Note: 11/20/18

Mood appears to be depressed and anxious. Appearances is disheveled with disheveled hair and clothing.  Facial skin appears to be irritated and client appears to have gained substantial weight. Client states that she is feeling overwhelmed by the current legal and emotional issues around her spouses kids and ex wife.  Client states that there continues to be numerous issues with the legal and civil proceedings around David, her spouses kids and spouse.  There is reported to be both civil and criminal pursuits against the David's ex wife and custody issues with children.

Concern was expressed in regard to the toll that all of this appears to be taking on the client..  She stated that she feels that she has no choice but to pursue it for her sense of safety and  Davids long term relationship with his two girls.

Client states that she is avoidence and will not go out by herself locally for fear of running into David's kids or family.  She is becoming more reclusive and is reported to be becoming agoraphobic.  Suggested that it will be hard to help her much with that until such time as the legal issues are resolved., but we could try and help her to be stable as much as possible.  She expressed interest in us working on that.  We agreed to try and skype weekly until such a time that she can make it to my office.

12/10/2018 - Joy Ross-Cantu: Progress Note: 12/10/18

Joy Ross-Cantu: Progress NOte: 12/10/18
Mood is depressed and anxious. Reports that she only goes out at late night. Afraid of running into them. OCD is worse with more compulsions. Angry at spouse as well . Developed Shojgruns Disease. Additional heart issues have surfaced. Reports taht her appetite has been gone for about a week. Has lost 12 pounds with hair loss and chest pain.

12/26/2018 - Melody J Ross-Cantu: Progress Note: 12/26/18

Melody Ross-Cantu: Progress Note: 12/26/18 SKYPE
Mood is anxious and depressed.  Client is tearful.  Client states that she is feeling overwhelmed from her recent jail booking.  She states that she feels wronged by spouse's ex.  She reminded me that there was never any physical threats or contact when she engaged spouses ex, Sandy.  Client burst into tears asking "why is this happening to me?  I didn't do anything to her).

2/4/2019 - Joy Ross-Cantu: Progress Note: 2/4/19

Joy Ross-Cantu: Progress Note: 2/4/19
Mood is mixed.  Client states that she is overwhelmed by all that has traspired since the issures with spouse's ex
began.  She states that her health continues to fail with issues with lymph nodes.  Had a biopsy last week and will
get the results on Wednesday of this week.  Client fears that it might be cancer.
States that her OCD has spiraled out of control and she is afraid that nothing can be done to help her at this point.
She is spening much of her time ruminating and has increased avoidance.  She barely leaves the house.  She
states that she has become fearful of running into spouses ex or her children.  She has become more irrational
about that fear which concerns this therapist.  My concerns for her developing agoraphobia were voiced.  Client
stated that she believes that she is already agoriaphobic at this time.
Client's symptoms are the worst I have seen in her during the time I have know her.
Appearance is disheveled with no makeup and unkept hair.  Eye contact is poor and affect is moderately depressed
and anxious.

2/20/2019 - Melody Ross: Progress Note: 2/20/19

Melody Ross: Progress Note: 2/20/19
Mood is depressed and anxious as measured by poor posture looking downward, fidgety, low volume and frequent crying.  States that she is feeling overwhelmed at his point and does not know how much more "she can handle". Denies any suicidal intent.  States that she has lost in excess of 10 pounds in the last month.
Client complained of feeling extreme fatigue. She continues to avoid crowds or going out.  Has been buying groceries to be delivered.  Hypervigilant to cars parked on her street.  Increased agitation and feelings of panic occuring more frequently.  Ruminates "constantly".  Complains that it is getting increasing more difficult to do her job due to the ruminatioins as well as her moods.
Appearance is slighly discheveled with soilded sweater and unkept hair and no makeup.

2/23/2019 - Melody Cantu: Progress Note: 2/23/19

Melody Cantu: Progress Note: 2/23/19

Met with client and her oldest daughter, Maddie. This session was at the request of the client due to her concerns about her daughter due to the stress associated with the issues involving her spouse's, David, ex wife. Maddie, who is typically a excellent student has been having difficulty in school with her grades slipping significantly. Maddie states that she is angry with David's ex wife for making things so stressful on her mom and their family. (Client showed significant anger). I suggested to mom that she try to keep the issues around the issues with Sandy away from the children. She stated that she tries very hard to keep them away, but Maddie has a tendancy to ease drop. She and David have gone to the garage and the car to talk at times to avoid the kids hearing about the legal issues with Sandy. Maddie expressed significant concern for her mother's mentaL health and and well being, Stated that she is afraid that Sandy will hurt her mom.
Maddie reports anxiety and some depression. (Decreased energy, bouts of crying, anger, lashing out, decreased motivation and bouts of excessive fear. Her hands were sweaty as well).

Appearance was slightly disheveled and very thin. Eye contact was limited. Tearful at times. Hyper at times. Communication was challenging at times. Maddie is very bright and understands various concepts well. Yet, she acted very young for her age.
Mother stated that Maddie has ben very neglectful of hygiene such as brushing teeth, showering regularly and her appearance. Her appetite has been up and down. Her sleep fluctuates.
Melody and I discussed some strategies to help her daughter such as more reassurance that things would be OK and keeping any information away from Maddie. When Maddie states that she wants to "help". Tell her that she helps most when she takes care of herself. Client stated that she is trying, but it is hard right now due to her own depression.
The client blames herself for her daughter condition. She stated that all of the chaos and mental issues with her are affecting her family, her work and her general health. Client was tearful expressing sadness for both her daughter's and her situation.
Mood was moderately depressed and anxious. Appearance ance continues to be disheveled with lack of makeup and unkept appearance. (Client historically never left her house with out full makeup and dressed very well). Client informed this therapist that her medications don't seem to be helping with her sleep, anxiety or depression. She is going to talk with Dr. again, but is not optimistic since he had reportedly told her that he could not help her much more with medications until she can get her life sorted out a little better.

3/6/2019 - Joy Cantu: Progress Note: 3/6/19

Joy Cantu: Progress Note: 3/6/19
Shkyped with client due to being unable to travel to my office.  She reports that she only gets out of her bed to work.  She spends most of her time in her bed when not working or taking care of her kids.
Client reports that her psyciatrist increased her Zoloft from 50mg daily to 100mg for one weekand then to 150mg.
Client reports an increase in her OCD with skin picking,  picking her nose until it bleeds as well as an increase in ruminatgion and checking.  (This is possibly the worst I haved seen her OCD in all the years I have know her).

MCantuFinalProd#Bates000848

ATTENTION You are reading a REDACTED copy of the record. Do not share with anyone entitled under confidential laws

## INVESTIGATION REPORT

> **Case Name: Guerra,Sandra**
> **Case #: 47037427**

| | | | |
|---|---|---|---|
| **Intake Received:** | 05/29/2018 | **Caseworker:** | Wolfe,Chloe |
| **Investigation Initiated:** | 05/31/2018 | **Supervisor:** | Smiley,Tammy M |
| **Investigation Completed:** | 06/06/2018 | **County:** | BEXAR |
| **Investigation Approved:** | 06/07/2018 | **Office:** | 3635 SE MILITARY DR |
| **Overall Disposition:** | Ruled Out | | SAN ANTONIO, TX 78223-0990 |
| **Recommended Action:** | Close - Abbreviated INV | | |
| **Safety Plan Completed:** | No | | |
| **Sensitive Case:** | No | | |
| **Priority:** | 2 | | |
| **Multiple Referral:** | | | |

| | |
|---|---|
| **Intake Received:** | 05/29/2018 |
| **Stage ID:** | 70928301 |
| **Stage Type:** | PHAB2 |



*Document worker safety issues, special or sensitive case handling information on the Special Handling Window.*

## GENERAL INFORMATION/DESCRIPTION:

The information in this internet report narrative has not been edited by Statewide Intake personnel.

**People Information**
========================================

**Primary Alleged Victim Information**

Cantu, Sofia Elena

**Provide details about this person's school/day care or after school program/workplace including name and address:** Sofia is a Junior in high school at Brandies High School. Brandies address is 13011 Kyle Seale Parkway

**Where is this person right now?** School and home

**Share other relevant information about this person:** High achieving academic and extra-curricular student. Dance team. Ballet Company. Dual credit and AP classes. Very bright and articulate.

**Person in Home Information**

Cantu, Maya Isabella

**\*How is this person involved in the incident?** Alleged Victim

**Provide details about this person's school/day care or after school program/workplace including name and address:** Maya is a Freshman at International School of the Americas, a magnet school at Lee High School. Address of Lee is 1400 Jackson Keller, San Antonio, TX, 78213

**Where is this person right now?** School/Home

DFPS RMG 000001

ATTENTION: You are reading a RESTRICTED copy of the record. Do not share with anyone entitled under confidential laws

**Share other relevant information about this person:** Maya is a smart, articulate, mature young lady who is a straight A student and plays varsity Softball for Lee High School.

## Person in Home Information

Cantu, Rodrigo David

**\*How is this person involved in the incident?** Alleged Perpetrator

**How often does this person have contact with the alleged victim and in what capacity?** Dr. Rodrigo David Cantu is the father and has joint custody of Sofia and Maya (divorced from me/custodial parent for 10 years). They have been at his home every Thursday and every other weekend for most of the time since divorce in 2009.

**Provide details about this person's school/day care or after school program/workplace including name and address:** Dr. Rodrigo David Cantu (goes by David) lives at 423 Heather Ridge, San Antonio, TX 78230. He is starting a new job as a primary care doctor with MedFirst Primary Care at Medical Center (june 1) at 5979 Babcock Rd, San Antonio, TX 78240 Previous employer is Humana/MCCI.

**Where is this person right now?** Home Or at this ex-wife's and current Fiancée's house (Melody Joy Brown Cantu)

**Share other relevant information about this person:** David is a large man with a history of a short temper displayed at work and home. He was married to the abuser (Melody Joy Brown Cantu), divorced her and now has resumed his relationship with her (engaged or remarried).

## Person in Home Information

Cantu, Melody Joy

**\*How is this person involved in the incident?** Alleged Perpetrator

**How often does this person have contact with the alleged victim and in what capacity?** During her marriage to the victim's father, she has equal access that he had including most Thursdays and every other weekend. After 2015, she had no access. But she is remarrying the victim's father and is planning on resuming access to the victims.

**Provide details about this person's school/day care or after school program/workplace including name and address:** Melody Joy Brown Cantu (goes by Joy) works from home fro USAA as a gemologist. She lives at 11222 Jadestone Blvd, San Antonio, TX 78249

**Where is this person right now?** Home

**Share other relevant information about this person:** Joy was married to the victim's father for approxiamately a year, divorced but stayed in a relationship with David. Now engaged and planning to marry. She has 3 biological children in the home.

## Person Involved Outside the Home

Cantu, Rodrigo David

**\*How is this person involved in the incident?** Neither/Unknown

**Provide details about this person's school/day care or after school program/workplace including name and address:** R. David Cantu Sr is the paternal grandfather of victims. He is a retired school teacher in the Rio Grande Valley in Edinburg, Texas

**Where is this person right now?** Home

DFPS RMG 000002

"ATTENTION. You are reading a REDACTED copy of the record. Do not share with anyone not entitled under confidential laws."

**Share other relevant information about this person:** David Sr. was told first hand of the abuse by his son, Dr. David Cantu.

## Additional Information Person Can Provide
==========================================

Delgado, Benjamin

**What additional information can this person provide?** Ben Delgado was the step-father of the victims at the time of the events. He heard the victims recount the story of the events immediately after.

## Program Selection
==========================================

**Are you reporting about a child or an adult:** Child

**Where did the alleged abuse, neglect, or exploitation occur:** Child's Home or School OR Other

## Allegations
==========================================

Allegation Type: Emotional abuse / Psychological state

**Who is the alleged victim?** Cantu,Maya,Isabella, Cantu,Sofia,Elena

**Who is the alleged perpetrator?** Cantu,Melody,Joy, Cantu,Rodrigo,David

**When did the incident happen? If there is not a specific date, provide a timeframe.** In Sept/Oct 2015, while Rodrigo David Cantu had weekend possession of the victims,

**What are your concerns about the child's emotional state/behaviors? Select all that apply:** Crying Excessively,Sad,Withdrawn

'DFPS.RMG'000003

ATTENTION: You are reading a REDACTED copy of the record. Do not share with anyone entitled under confidential laws.

**Describe your concerns:** These highly functional teenagers are now spontaneously crying, withdrawn and solemn fearing they will be forced to re-engage with their father and his love.

**Explain what the parent is doing if the child's emotional state/behavior is caused by the parent's actions:** The father is suing to gain access to the confidential counseling notes. He has refused to go to family counseling. He has not reached out to his children since reconciling with Joy but tells others they are ignoring him. He is suing their mother requesting jail time. The father is supporting Joy to cyber bully their mother as well.

**Do you have other concerns about emotional abuse or psychological state?** Yes, I have significant concerns about emotional abuse of the children.

The almost adult children do not want to interact with their father or his fiancée/wife.

## Safety Concerns

=========================================

## Family Dynamics

=========================================

Indication of Alcohol and Drug Abuse

> **Which substance is abused? Select all that apply:** Prescription pain medications, Ritalin, Adderall, Other prescribed medications
>
> **List the other prescribed medications:** Unknown. David is able to prescribe and behaviors are highly erratic, pressured, desperate lately. Joy's son takes medication for ADHD.
>
> **By whom and how frequently is each substance being used?** Unknown.
>
> **Explain if the substance abuse is impairing the parent's/caregiver's ability to adequately supervise or provide for the child's needs:** Substances can cause emotional instability which is evident in both David and Joy.
>
> **Explain if drugs are manufactured in the home:** unlikely.
>
> **Does the child have access to the substances or paraphernalia?** No

Safety Concerns

> **Explain if there are concerns about weapons:** Yes, both David and Joy have concealed handguns and they have been used in disagreements to threaten each other or themselves. This was information shared from David while they were broken up. Joy has told him she would make sure his children remember how she would hurt him (while broken up). She told him she would hire someone to hurt him and make his family remember it. David is a doctor with prescribing ability.
>
> **Explain if anyone is affiliated with a gang:** Unknown.
>
> **Explain if there are people, pets, or conditions that could be a danger:** The 3 biological children of Joy and Sofia and Maya are in danger. David offers no protection. The victims can't go out in public without fear of being accosted by Joy anywhere.

## Family Dynamics

=========================================

Domestic Violence

> **Describe your concerns about domestic violence including the severity and frequency:**
> David's mother witnessed Joy

DFPS.RMG*000004

ATTENTION You are reading a REDACTED copy of the record. Do not share with anyone entitled under confidential laws
stab her own daughter with a fork.

**Explain if weapons are used or objects thrown during the incidents of domestic violence:** Yes, weapons have been used to threaten self harm while locked in a bathroom and as threats to each other. This is according to David ███████████████

**Explain if the child has ever been injured or intervened in an incident of domestic violence:** David's mother has witnessed Joy stab her daughter with a fork.

**Do you have other concerns about domestic violence?** Yes, Joy and Dave both have terrible escalations of fights that spill over to the children. ████████████████████████████████████ David and Joy have been physically violent with each other that he now denies, except to say he has been a "horrible husband". ██████████████ ████

==========================================

**How did you find out about this situation?** ████████████████████████████████████████ ████████████

E-Report assessed by Carina Rodriguez, SWI IV

**CONCLUSIONS:**
    **CPS, PHAB, P2**

MO stabbed minor's hand with a fork. MO has a history of violent behavior towards other and mental health issues. MO and STFA engage in domestic violence in the home. There are concerns for the safety of minor while in the care of MO. It's not clear when the incident happened.

No match found.

**LOCATING INFORMATION:** Directions. When the family is home. Where the victim can be seen.

---

## Allegation Detail

| Victim | Allegation | Alleged Perpetrator | Disposition | Severity | Child Fatality Allegation |
|--------|-----------|--------------------|-------------|----------|---------------------------|
| Cantu, Sofia Elena | Physical Abuse | Cantu, Melody | R/O | | NA |

The children were observed to be free from marks and bruising and there was no outcry made. Ms. Guerra denies her children ever having any marks or bruising.

| | | | | | |
|--------|-----------|--------------------|-------------|----------|---------------------------|
| Cantu, Maya Isabella | Physical Abuse | Cantu, Melody | R/O | | NA |

The children were observed to be free from marks and bruising and there was no outcry made. Ms. Guerra denies her children ever having any marks or bruising.

---

## Person List

DFPS.RMG*000005

ATTENTION You are reading a REDACTED copy of the record Do not share with anyone entitled under confidential laws

## Principal Information

| **Name:** Cantu,Maya Isabella | | **Person ID:** 95397308 | |
|---|---|---|---|
| Rel/Int: | Step-Sibling | Role: | No Role |
| DOB: | 12/22/2002 | DOD: | |
| Age: | 15 | Death Reason: | |
| Gender: | Female | Date of Removal: | |
| Race: | White | Ethnicity: | Hispanic |
| Address: | 7515 STEEPLE CRSE | Characteristics: | No Characteristics Applicable |
| | SAN ANTONIO,Texas 78256-1604 | | |

| **Name:** Cantu,Sofia Elena | | **Person ID:** 95397307 | |
|---|---|---|---|
| Rel/Int: | Oldest Victim | Role: | No Role |
| DOB: | 12/16/2000 | DOD: | |
| Age: | 17 | Death Reason: | |
| Gender: | Female | Date of Removal: | |
| Race: | White | Ethnicity: | Hispanic |
| Address: | 7515 STEEPLE CRSE | Characteristics: | No Characteristics Applicable |
| | SAN ANTONIO,Texas 78256-1604 | | |

| **Name:** Cantu,Melody | | **Person ID:** 87202769 | |
|---|---|---|---|
| Rel/Int: | Parent | Role: | No Role |
| DOB: | 01/20/1976 | DOD: | |
| Age: | 42 | Death Reason: | |
| Gender: | Female | Date of Removal: | |
| Race: | White | Ethnicity: | Not Hispanic |
| Address: | 11222 JADESTONE BLVD | Characteristics: | No Characteristics Applicable |
| | SAN ANTONIO,Texas 78249-5008 | | |

| **Name:** Cantu,Rodrigo David | | **Person ID:** 95397309 | |
|---|---|---|---|
| Rel/Int: | Parent | Role: | Unknown |
| DOB: | 08/24/1972 | DOD: | |
| Age: | 45 | Death Reason: | |
| Gender: | Male | Date of Removal: | |
| Race: | White | Ethnicity: | Hispanic |
| Address: | 423 HEATHER RDG | Characteristics: | No Characteristics Applicable |
| | SAN ANTONIO,Texas 78260-2604 | | |

| **Name:** Guerra,Sandra | | **Person ID:** 95397306 | |
|---|---|---|---|
| Rel/Int: | Parent | Role: | No Role |
| DOB: | 12/01/1970 | DOD: | |
| Age: | 47 | Death Reason: | |
| Gender: | Female | Date of Removal: | |
| Race: | White | Ethnicity: | Hispanic |
| Address: | 7515 STEEPLE CRSE | Characteristics: | No Characteristics Applicable |
| | SAN ANTONIO,Texas 78256-1604 | | |

| **Name:** Gonzalez,Leticia | | **Person ID:** 95465018 | |
|---|---|---|---|
| Rel/Int: | Babysitter | Role: | No Role |
| DOB: | 11/28/1965 | DOD: | |
| Age: | 52 | Death Reason: | |

DFPS RMG 000006

ATTENTION: You are reading a REDACTED copy of the record. Do not share with anyone not entitled under confidential laws

| | | | |
|---|---|---|---|
| **Gender:** | Female | **Date of Removal:** | |
| **Race:** | White | **Ethnicity:** | Hispanic |
| **Address:** | 7517 STEEPLE CRSE | **Characteristics:** | No Characteristics Applicable |
| | SAN ANTONIO,Texas 78256-1604 | | |

| **Name:** Cantu,Rodrigo David | | **Person ID:** 95397311 | |
|---|---|---|---|
| **Rel/Int:** | Grandparent Paternal | **Role:** | Unknown |
| **DOB:** | 05/29/1949 | **DOD:** | |
| **Age:** | 69 | **Death Reason:** | |
| **Gender:** | Male | **Date of Removal:** | |
| **Race:** | White | **Ethnicity:** | Hispanic |
| **Address:** | 3505 S VETERANS BLVD | **Characteristics:** | No Characteristics Applicable |
| | EDINBURG,Texas 78542-9157 | | |

## Collateral Information

| **Name:** Delgado,Benjamin | **Rel/Int:** Other | **Gender:** Male |
|---|---|---|
| **Name:** Cantu,Beatrice | **Rel/Int:** Grandparent Paternal | **Gender:** Female |

## Criminal History

| **Name:** Cantu,Maya Isabella | **Date of Search:** 05/30/2018 |
|---|---|

**Type of Search:** DPS Criminal History

| **Name:** Cantu,Sofia Elena | **Date of Search:** 05/30/2018 |
|---|---|

**Type of Search:** DPS Criminal History

| **Name:** Cantu,Melody | **Date of Search:** 05/30/2018 |
|---|---|

**Type of Search:** DPS Criminal History

| **Name:** Cantu,Rodrigo David | **Date of Search:** 05/30/2018 |
|---|---|

**Type of Search:** DPS Criminal History

DFPS RMG 000007

ATTENTION: You are reading a REDACTED copy of the record. Do not share with anyone not entitled under confidential laws.

**Name:** Cantu,Rodrigo David                                    **Date of Search:** 05/30/2018

**Type of Search:**DPS Criminal History



**Name:** Cantu,Melody                                    **Date of Search:** 06/04/2018

**Type of Search:**DPS Criminal History



**Name:** Gonzalez,Leticia                                    **Date of Search:** 06/06/2018

**Type of Search:**DPS Criminal History



**Name:** Guerra,Sandra                                    **Date of Search:** 06/01/2018

**Type of Search:**DPS Criminal History



## SDM Safety and Risk Assessments Summary

**Household:**   Guerra,Sandra

| Date of Assessment | Assessment Type | Safety Decision | Final Risk Level |
|---|---|---|---|
| 05/31/2018 | Safety - Initial | Safe | |

## Services and Referrals

No Services/Referrals.

**Family Response:**
**Comments:**        family did not need services

## Investigation Information

DFPS RMG 000008

ATTENTION: You are reading a REDACTED copy of the record. Do not share with anyone not entitled under confidential laws

Did CPS and Law Enforcement make first contact jointly?
Why Not?
Comments:

Did the worker audiotape or videotape interviews with children?          Yes
Why not all interviews?
Comments:

Were photographs taken of each child involved in the investigation?       Yes
Why Not?
Comments:

Gave copy of the Parent's Guide to the parent (including absent parent) or legal guardian and       Yes
to the alleged perpetrator.

Notified parent (including absent parent) or legal guardian of interview or examination of a        Yes
child within 24 hours of contact with child.

Were multiple person identification numbers found on any principal in the a/n history
search?
If Yes, were the multiple person identification numbers merged?

Was methamphetamine manufacturing alleged at intake?                     No

Was methamphetamine manufacturing discovered/confirmed during investigation?    No

Abbreviated Investigation?                                               Yes

Was a Family Team Meeting offered?                                       No
If yes, did it occur?                                                    No

Were there indications any child was the subject of sex trafficking by a person who was not     No
within CPS jurisdiction to investigate?

Were there indications any child was the subject of labor trafficking by a person who was not    No
within CPS jurisdiction to investigate?

## EA Eligibility Application/Determination

**Determination:**
Emergency Assistance eligibility does not need to be determined since risk is not indicated.

## Investigation Contacts

**Stage Entered:** INT
**Contact Date and Time:** 05/29/2018 8:57 PM
**Type:** Notification                    **Attempted:** No          **Contacted By:** Rodriguez,Noemi
**Purpose:** Notif/ of LE                                            **Names:** Law Enforcement
**Method:** Letter Sent
**Location:**

**Stage Entered:** INV

DFPS RMG 000009

CAUTION: You are reading a REDACTED copy of the record. Do not share with anyone entitled under confidential laws.

**Contact Date and Time:** 05/31/2018 10:00 AM
**Type:** Contact
**Purpose:** Initial                           **Attempted:** No
**Method:** Face to Face
**Location:** School
**Narrative:**

    **Contacted By:** Wolfe,Chloe
    **Names:** Sofia Cantu

### 5.31.18 FTF Sofia Cantu - Step-Sibling Bandiese High School

CW arrived at school and received permission from school staff to speak with Sofia. CW explained role with the department and she promised to tell the truth.

DOB: 12.16.00
Age: 17
Grade: 11th
210.441.8141

She denies anyone telling her that CW was coming to see her today. MO is Sandra Guerra and FA is Rodrigo David Cantu. She lives with Ms. Guerra and sister Maya, she denies anyone else living in the home. Her home is clean and she eats every day. She knows the emergency number is 911. She denies taking medication every day. She denies there being any guns or weapons in the home. Drugs are narcotics and inhalants and prescription drugs. She denies anyone in her home using drugs. Alcohol is wine and hard liquor, she reports that MO drinks occasionally. She reports that MO drinks one glass of wine once a week. She denies every being arrested or on probation for anything. She denies every experimenting with any drugs or alcohol. She denies anyone in the home fighting, she reports that sometimes she argues with her sister or her dad. She reports that the arguments usually stop by coming to an agreement. She reports that MO disciplines her by taking away her car, phone and not allowing her to go out. She reports that Mr. Cantu disciplines her the same way. She denies sexual abuse. She reports that if someone were to ever hurt her she would tell her parents and the police.

**In regards to the allegations:** She reports that she is supposed to see Mr. Cantu on Thursdays and every other weekend. She reports that she has not seen Mr. Cantu for about 2 months now. She reports that it was her decision not to see Mr. Cantu. She is refusing to see Mr. Cantu because she reports that on April 1st she was having dinner with Mr. Cantu and her sister at Pei Wei. She states that they ran into her MO and invited her to join them then out of no where Melody Joy Brown (ex-step-mother) approached the table and wanted to speak to the girls and Ms. Guerra. She wanted them to forgive her for what she had done 3 years ago. Sofia states that she was shocked to find out that Mr. Cantu had still been seeing her even though he had divorced her 3 years ago. Sofia describes 'Joy' to be "dangerous" and "aggressive." She reports that her, her sister and MO got up from the table and headed to their car to leave. She stated that Joy came after them wanting to talk, but she stated that Joy was yelling at them. Sofia stated that Joy makes her feel "panicked" and "unsafe."

CW asked what happened 3 years ago. She reports that Joy used to always yell at her and her sister for being "bad" children and telling her that she needed to go to boarding school. Sofia denies knowing why Joy would act this way towards her when she did nothing wrong. She reports that Joy would always tell her that her and her sister were setting a bad example for Joy's three children. She denies Joy every hitting or being physical with her. She reports that her FA would never tell Joy anything so she would always tell her MO to come pick her up. She denies Joy ever locking her up any where.

She reports that Joy's children names are Lily, Stewart, and Madeline. She denies knowing where they go to school and denies knowing their last names. She reports that they used to go to school at Hardy Oak Elementary school.

She denies seeing DV, but she reports that Mr. Cantu has opened up to her Ms. Guerra since he has been divorced from Joy. She reports that the following is second- hand knowledge. She reports that Mr. Cantu told her Ms. Guerra that Joy used to hit him and used to hold a gun to his head and also threaten to hire a hit man to kill him, and also threaten to kill herself.

She reports that Joy would discipline her own children by yelling at them or spanking them. She reports that Joy would spank them with her hand on their butt.

She reports that MO works for Humana Insurance, she reports that Ms. Guerra is a doctor.

She denies knowing of Joy stabbing anyone.

DFPS RMG 000010

ATTENTION You are reading a REDACTED copy of the record. Do not share with anyone entitled under confidential laws.

She reports that Mr. Cantu and Joy have been harassing Ms. Guerra, aunt, uncle, and grandparents. She reports that Joy has been calling Ms. Guerra work and slandering her name at work, she reports that Joy signed MO up for a sex website, and she reports that Joy has been trying to hack into Ms. Guerra bank account.

She states that she thinks that Joy and Mr. Cantu have someone's phone tapped because they know more information than they need to know. She denies knowing how they know this information. She reports that FA has been telling his own parents that Ms. Guerra is a bad mother. Sofia states that Ms. Guerra offered to do a mediation, but Mr. Cantu denied so now they are going to court sometime in June.

Sofia was observed to be free from marks and bruising. Pictures were taken and will be uploaded to IMPACT.

**Stage Entered:** INV
**Contact Date and Time:** 05/31/2018 11:00 AM                                                **Contacted By:** Wolfe,Chloe
**Type:** Contact                                    **Attempted:** No                          **Names:** Maya Cantu
**Purpose:** Gather/Obtain Info
**Method:** Face to Face
**Location:** School
**Narrative:**

### 5.31.18 FTF Maya Cantu - Step-sibling Lee High school
CW arrived at school and received permission from school staff to speak with Maya. CW explained role with the department and Maya promised to tell the truth.

DOB: 12.22.02
Age: 15
Grade: 9th
Phone: 210.441.8118

MO is Sandra Guerra and FA is Rodrigo David Cantu. She lives with Ms. Guerra and her sister, she reports that they also have a Nanny. The Nanny's name is Letty, but she denies knowing her last name. She reports that the home is clean and she eats every day. She denies taking medication, she knows the emergency number is 911. She denies there being any guns or weapons in the home. Drugs are marijuana, cocaine, and heroin. She denies anyone in the home using drugs. Alcohol is beer, wine, and vodka. She reports that MO drinks wine occasionally, she reports that Ms. Guerra usually drinks it at restaurants. She reports that Ms. Guerra usually only has one glass of wine when she does drink. She reports that MO usually disciplines her by taking away her phone and she is not able to go out with her friends. She reports that Mr. Cantu disciplines the same way as MS. Guerra. She denies anyone in her home fighting, she reports that sometimes she argues with her Ms. Guerra or sister. She reports that the arguments usually stop because they walk away from each other. She denies sexual abuse, she reports that if someone were to ever try to hurt her she would tell her Ms. Guerra.

**In regards to the allegations:** She reports that she has not seen Mr. Cantu since Easter. She stated that prior to that it was every Thursday and every other weekend when she would see Mr. Cantu. She reports that she has not seen Ms. Cantu since Easter because she has no desire to.

She reports that on Easter, she went to eat at Pei Wei with her dad and sister. She reports that they ran into her Ms. Guerra that evening and so Mr. Cantu invited her to eat with them. She reports that Mr. Cantu went to the restroom and then took a phone call, she stated that it seemed like Mr. Cantu was "stalling." She reports that when they were getting ready to leave, "Joy" (ex-step-mother) approached her Mr. Cantu and Ms. Guerra and her and her sister in the parking lot and asked for a moment to talk, but Ms. Guerra denied wanting to talk to her and told the girls to go with her. So the girls started running towards Ms. Guerra car and Joy began to yelling at Ms. Guerra, her and her sister as they were trying to get to their car. She reports that Joy was yelling things such as "your dad has been lying to yall, we've been in a relationship all along." Maya reports that Ms. Guerra and her sister were crying in the car, but she denies crying she just stated that she was shocked because she thought Mr. Cantu had divorced Joy three years ago and she had not seen Joy in such a long time.

She reports that when Joy was married to Mr. Cantu, Joy was not the nicest person. She denies Joy ever hitting her or her sister. She reports that Joy was verbally abusive towards her and her sister by making them feel like "crap" for things that were not a big deal. She reports that Joy would get upset about small things. She reports that Joy one time got upset with Maya for choosing to go play in her softball game rather than spending time with the family. She reports that Joy would blame her for the issues that Mr. Cantu and Joy had in their marriage. She reports that Mr. Cantu and Joy would argue in

DFPS.RMG.000011

ATTENTION  You are reading a REDACTED copy of the record  Do not share with anyone entitled under confidential laws

their bedroom and yell at each other. She denies knowing what they were arguing about and denies knowing why they were arguing because she could never make out the words that were being said. She denies ever seeing DV between Joy and Mr. Cantu.

She denies Joy ever locking her or her sister in a room. She denies ever seeing or knowing of Joy ever stabbing anyone. She reports that Joy would spank her own children by spanking them with her hand on their butt. She reports that Joy would also make her children stand against the wall and put their nose against the wall. She denies Joy ever calling her or her sister names, she reports that Joy would only say that they were "bad" kids.



Maya was observed to be free from marks and bruising. Pictures were taken and will be uploaded to IMPACT.

**SDM Safety Assessment** INV Stage
**Date of Assessment:** 05/31/2018                                      **Date Completed:** 06/01/2018
**Assessment Type:** Initial                                            **Safety Decision:** Safe
**Children/Caregivers Assessed:** Sandra Guerra, Maya Cantu, Sofia Cantu   **Household:** Guerra,Sandra
**Safety Assessment Discussion:** The children were observed to be free from marks and bruising, there were no outcries made, the children live with Ms. Guerra and they have not had contact with their father since April 1, 2018.
**Current Danger Indicators:**
**Safety Interventions:**

**Stage Entered:** INV
**Contact Date and Time:** 05/31/2018 6:30 PM
**Type:** Contact                          **Attempted:** No              **Contacted By:** Wolfe,Chloe
**Purpose:** Gather/Obtain Info                                          **Names:** Sandra Guerra
**Method:** Telephone Call To                                                    Sandra Guerra
**Location:**
**Narrative:**

    **5.31.18 TCT Sandra Guerra MO 2104419618**
    CW called Ms. Guerra to inform her that her children were seen and to conduct interview.

    DOB: 12.1.70
    SSN: 451.77.4936
    Work: She is a physician at Humana

    She reports that Maya and Sofia are her only children and she denies them having any physical or mental health issues.

    She denies having any physical or mental health issues herself, denies DV, denies CPS and criminal history, denies

DFPS RMG 000012

ATTENTION: You are reading a redacted copy of the record. Do not share with anyone not entitled under confidential laws.

having a history with drugs or alcohol, and denies ever experiencing abuse or neglect as a child. She disciplines the girls which means they are not allowed to go out with their friends. She reports that they have a Nanny at the home who comes every once in awhile to clean the home, her name is Letty Gonzalez 210.569.2936.

**In regards to the allegations:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓ She reports that 3 years ago her ex-husband divorced his wife, Joy, which everyone was happy about because she reports that her girls would always say Joy was aggressive. She reports that Joy would get upset with the girls being in extracurricular activities. She reports that her girls called her one evening to come pick them up from Mr. Cantu home because Joy had been yelling at them and telling them they were "bad" children. She denies her girls ever mentioning anything about Joy calling them names or ever hitting them. Ms. Guerra reports that FA and Joy divorced was finalized in 2016. She reports that she has had a good/civil relationship with Mr. Cantu. However, she states that this past Easter (April 1, 2018), she was having dinner with Mr. Cantu and the girls and then when they were leaving the parking lot Joy came out of nowhere and demanding to speak with Ms. Guerra and the girls to apologize for the past. Ms. Guerra refused to listen to Joy and started to run to her car with the girls. She reports that Joy chased after them yelling and stated that Mr. Cantu was telling Joy to stop but she denies her listening to him. MO reports that she was scared of Joy because she knows Joy carries a handgun, but she denies the handgun being present. Ms. Guerra reports that they did not go straight home because she knows Joy knows where she lives. Ms. Guerra denies Joy ever being physical with her and Ms. Guerra reports that she attempted to get a protective order against Joy but it was denied because Joy has never actually caused any physical harm.

Ms. Guerra denies knowing how true the DV is because she reports that Mr. Cantu would tell her that Joy would threaten him, but Ms. Guerra reports that they were not in a relationship at this time so she states that she only took what Mr. Cantu said "with a grain of salt" because he could have just been bad mouthing Joy just because they were not together.

CW asked about the stabbing incident that was mentioned in the report and Ms. Guerra reports ▓▓▓▓▓▓▓▓▓▓ one time her ex-mother-in-law saw Joy "stab" on of her own children in the hand with a fork. ▓▓▓▓▓▓▓▓▓▓▓▓ She denies witnessing the incident ▓▓▓▓▓▓▓▓▓▓ She denies knowing when the incident occurred, but she reports that one of Joy's children was at the dinner table eating and he wanted another bread roll instead of eating the rest of his food and that is when Joy "stabbed" him with a fork. Ms. Guerra ex-mother-in-law is Beatrice Cantu 956.343.7254.

Ms. Guerra informed CW that she did not want to send her children with FA if she is going to be back with Joy. CW informed Ms. Guerra that CW does not have control over that and reports that if Ms. Guerra does not agree with the custody arrangement then they need to go back to court and also informed Ms. Guerra that CPS does not get involved with custody issues. Ms. Guerra stated that she understood and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that her children did not feel safe with Joy.

**Stage Entered:** INV
**Contact Date and Time:** 06/01/2018 8:50 AM                                        **Contacted By:** Wolfe,Chloe
**Type:** Contact                                    **Attempted:** No               **Names:** Other
**Purpose:** Gather/Obtain Info
**Method:** Telephone Call To
**Location:**
**Narrative:**
**6.1.18 ATCT Beatrice Cantu - PGMO 9563437254**

CW attempted to call Ms. Cantu but she did not answer so a voicemail was left to call back. Ms. Cantu called back a few minutes later. She reports that in 2015, Joy was verbally abusive to her grandchildren Sofia and Maya. She reports that Joy would yell at them, but she never witnessed this she only knows because her granddaughters told her about it. She reports that Joy was also verbally abusive towards her son, Mr. Cantu, and she reports that Mr. Cantu stayed with Joy for as long as her could because he was scared of her. Ms. Cantu reports that she has threatened Joy to back off before Joy finds out how she really can be. Ms. Cantu reports that Mr. Cantu disclosed to her and her husband that him and Joy had Domestic violence, but Ms. Cantu denies ever witnessing any domestic violence. Ms. Cantu denies seeing Joy and her children since 2015. When CW asked if Ms. Cantu had ever witnessed Joy "stab" her children with a fork, Ms. Cantu stated yes and that they were eating breakfast and one to her children was not wanting to eat so Joy "poked" her child with a fork on the side of their rib cage. She denies the child being left with any marks or bruising and denies the child bleeding. She reports that this happened back in 2013. Ms. Cantu stated that they recently found out that Mr. Cantu was involved with Joy again and they are all strongly against it. Ms. Cantu denies wanting her granddaughters to go around Joy.

DFPS.RMG*000013

MCantuFinalProd#Bates001524

ATTENTION: You are reading a REDACTED copy of the record. Do not share with anyone entitled under confidential laws.

**TCF Rodrigo David Cantu FA 2104140409**

CW called Mr. Cantu to inform him of CPS case and that his children were seen.

Relationship Status: Divorced

Work: Baptist Health System (Mon.-Fri- 8AM-5PM)

He denies having any physical or mental health issues, denies ever experiencing abuse or neglect as a child, denies having a history with drugs or alcohol, denies CPS and criminal history, denies DV, and reports that he disciplines his children by verbally correcting them or taking away privileges such as a car or going out with friends.

**In regards to the allegations:** Mr. Cantu denies there ever being any Domestic violence between him and Joy. He reports that his family called in a CPS case on him because they do not approve of him dating/re-marrying Joy. CW informed Mr. Cantu that CW cannot confirm or deny who made CPS report. Mr. Cantu reports that his family does not approve of Joy because she has lectured his own children in the past. He reports that in 2015, Joy found Sofia's diary where she was discussing inappropriate things that she had done with a boy so Joy had lectured Sofia in front of him. He also reports that Maya would not participate in family events such as birthday parties for Joy's children so Maya would get lectured about that as well. He reports that his girls did not like being lectured at by Joy so they went home and cried to their mother and Mr. Cantu's family. He reports that ever since then his family and daughters have not liked Joy. He reports that he divorced Joy in 2016 for the sake of his family but states that he continued to be in a relationship with her even after the divorce. He reports that he kept their relationship private and hidden away because he did not want his family to find out and give him a hard time about it. He reports that on Easter day, he was having dinner with his girls and Ms. Guerra and when they were leaving Joy pulled into the parking lot and asked to apologize to the girls, but he reports that Ms. Guerra and the girls wanted no part of it and they ran off to their car. He denies Joy chasing after them. CW asked why Mr. Cantu made a harassment report against Joy if him and Joy have never had Domestic violence, he reports that he made the report because he felt forced to by Ms. Guerra and reports that Ms. Guerra wanted to seek a protective order against Joy but it was denied. CW asked if Mr. Cantu had ever told anyone that him and Joy have had Domestic violence, but he denied ever telling anyone that. He denies Joy ever stabbing anyone.

Mr. Cantu reports that he tried to make a CPS report (case ID: 70924140), but he stated that it did not make it past in-take and he was informed by intake that what he was reporting was not a CPS issue. Mr. Cantu reports that he served Ms. Guerra with some enforcement paper work in order to see his girls. He reports that Ms. Guerra has been keeping his children away from him and he denies his girls wanting to see him as well because he is back in a relationship with Joy.

**TCF Sandra Guerra MO**

CW received phone call from Ms. Guerra stating that she realizes that this is a custody battle rather than a CPS report and wanted to know if she could take back the case and shut it down. CW informed her that it was already too late. Ms. Guerra reports that she does not want to cause any more drama.

**TCT Leticia Gonzalez. Cousin/babysitter.**

The worker called Leticia on her phone and she stated the following. Leticia Gonzalez was born on 11/28/65.

She states that she lives with Sandra Guerra and her family and has lived there for 12 years. She has been the caretaker to the children for the whole time. She sees the children every day and thinks they are a wonderful family. She believes that Sandra is an awesome mother and gives all of her attention to her children. She has never seen the children marks and bruises and states that she trust Sandra with all her heart.

Mrs. Gonzalez stated she does not have any criminal or CPS history. She's never been in a domestically violent relationship and was never abused neglected as a child. She denied any drug use and alcohol use, but states that she does take high blood pressure medications. She does not have any mental health issues or any other physical health issues. She denied any counseling. Mrs. Gonzalez states that if she find something wrong with the children she would definitely call the authorities.

**TCT Melody Joy Brown Cantu PP 2104255765**

CW called Joy to inform her about the CPS case and wanted to schedule a time to meet up. Joy automatically started yelling on the phone at CW and was telling CW that she is not going to participate with investigation since she has not seen Mr. Cantu's daughters since 2015. She stated that this was a retaliation case against her because Mr. Cantu family found out that they are back together. CW informed Joy that CW is not allowed to confirm or deny who made CPS report, but Joy continued to yell even louder and demanded that it was Mr. Cantu's family or Ms. Guerra. She expressed that Ms. Guerra has made her life a "living hell" and denies her ever being happy for them. Joy reports that she has no desire to see Mr. Cantu's daughters ever again. CW asked what happened on Easter evening and Joy reports that she found out that Mr. Cantu was having dinner with his girls and Ms. Guerra so he went to meet them in the parking lot to inform them that Mr. Cantu had been lying to them all these years and that they were still in a relationship. Joy also reports that she

DFPS RMG*000014

ATTENTION. You are reading a ████ACTED copy of the record. Do not share with anyon██ ot entitled under confidential laws.'

broke up with Mr. Cantu that time as well because she was tired of keeping their relationship a secret. Joy denies chasing after Ms. Guerra and the girls. CW asked Joy if she had ever stabbed her own children and Joy became furious on the phone and yelled at the top of her lungs at CW, she denied stabbing her children. She stated that CW cannot go speak to her children at school either. CW tired to calm Joy down by informing her that CW denies having any concerns but that it is policy to meet with the "Alleged Perpetrator" in person. Joy continued to be erratic on phone and informed CW that she will not be meeting with CW in person and that she wanted a copy of the report. CW informed her that she cannot get that until case is closed, but Joy became upset with this response and stated that she is going to get her lawyer involved and pursue criminal charges against Ms. Guerra for making false allegations against her.

### Email from Berry Efron - Lawyer for Mr. Cantu and Joy

CW received an email from Mr. Efron informing CW that he is Mr. Cantu's and Joy's lawyer and that all communication needed to take place through him. CW informed Mr. Efron of the situation and he reports that he will be speaking with Mr. Cantu and Joy.

**Stage Entered:** INV
**Contact Date and Time:** 06/06/2018 1:30 PM
**Type:** Contact                                      **Attempted:** No                **Contacted By:** Wolfe,Chloe
**Purpose:** Staffed Case                                                              **Names:** DFPS Personnel
**Method:** Staffing
**Location:** DFPS Office
**Narrative:**

#### 6.6.18 Dispositional Staffing

This case is being close, ruled out, and abbreviated. This case is clearly not a CPS issue and more of a custody issue. ████
████████████████████████████ The children were observed to be free from marks and bruising and there was no outcry made. There is no reason for CPS to be involved with this family. The children reside with Ms. Guerra and they are refusing to go with their father because he is back in a relationship with Joy. Mr. Cantu and Joy do not reside in the same residence and Joy has not had contact with the girls since 2015.

### Conclusion Template

**CPS History:**
**Sandra Guerra MO**
No previous CPS history
**Rodrigo Cantu FA**
No previous CPS history

**Criminal History:**
**Sandra Guerra MO**
████

**Rodrigo Cantu FA**
████

**Absent Father:** N/A
**Home Visit:** N/A
**Drug Test Results:** N/A
**Family risk level:** N/A

-
-

**Stage Entered:** INV
**Contact Date and Time:** 06/11/2018 9:54 AM
**Type:** Parent/Guardian Letter                       **Attempted:** No                **Contacted By:** Otto,Chelsey
                                                                                       **Names:** Sandra Guerra

'DFPS.RMG'000015

'ATTENTION You are reading a REDACTED copy of the record Do not share with anyone entitled under confidential laws '

**Purpose:** Parent/Guardian                                          Sandra Guerra
**Method:** Letter Sent
**Location:**

**Stage Entered:** INV
**Contact Date and Time:** 06/11/2018 9:54 AM
**Type:** Parent/Guardian Letter              **Attempted:** No        **Contacted By:** Otto,Chelsey
**Purpose:** Parent/Guardian                                          **Names:** Melody Cantu
**Method:** Letter Sent
**Location:**

**Stage Entered:** INV
**Contact Date and Time:** 06/11/2018 9:54 AM
**Type:** Parent/Guardian Letter              **Attempted:** No        **Contacted By:** Otto,Chelsey
**Purpose:** Parent/Guardian                                          **Names:** Rodrigo Cantu
**Method:** Letter Sent
**Location:**

**Stage Entered:** INV
**Contact Date and Time:** 06/26/2018 2:00 PM
**Type:** Parent/Guardian Letter              **Attempted:** No        **Contacted By:** Humphrey,Lila
**Purpose:** Parent/Guardian                                          **Names:** Melody Cantu
**Method:** Letter Sent
**Location:**

## Relationship Information

| Associated Person | PID | Relationship | End | Context Person | PID |
|---|---|---|---|---|---|
| No Family Tree relationships exist. | | | | | |

'DFPS RMG'000016

MCantuFinalProd#Bates001527



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-5045

March 6, 2019

Dr. John Seals

RE:   Short Term Disability (STD) Benefits
      USAA
      Claim #: 6186045
      Claimant: Melody Cantu
      Claimant D.O.B.: January 20, 1976

Dear Dr. John Seals:

We are the Disability Claim Administrator for your patient, Melody Cantu.

To evaluate Ms. Cantu's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

* All treatment notes, diagnostic test results, procedure reports, therapy notes, and specific restrictions and limitations from February 1, 2019 through the present, as well as a treatment plan and an estimated return to work date.

We ask that you provide this information by March 12, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-5045 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

1  of 2

MCantuFinalProd#Bates001528

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Kimberly Gardea
Disability Claims Manager
Phone No.: (800) 320-7585 Ext. 41568
Secure Fax No.: (603) 559-5045

2 of 2



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

March 14, 2019

Dr. John Seals

RE:     Short Term Disability (STD) Benefits
        USAA
        Claim #: 6186045
        Claimant: Melody Cantu
        Claimant D.O.B.: January 20, 1976

Dear Dr. John Seals:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible
for managing claims for Short Term Disability (STD) benefits under USAA's Group Disability Plan.
We are writing in reference to Melody Cantu's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to you. This is the second
request for this information. Further delay may result in an adverse claim determination. Please
submit the requested information by March 27, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brianna Sanders
Disability Case Manager
Phone No.: (800) 320-7585 Ext. 41574
Secure Fax No.: (603) 422-0119

Attachments:   6186045-REQUEST-PROVIDER-03.06.2019

1  of  1

MCantuFinalProd#Bates001530



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-5045

| | |
|---|---|
| **Date:** March 6, 2019 | |
| **To:**   DR JOHN SEALS | |
| **Attn:** | |
| **Fax:**   (210) 615-2233 | |
| **From:** Kimberly Gardea<br>Disability Claims Manager<br>Phone No.: Phone No.: (800) 320-7585<br>Secure Fax No.: (603) 559-5045 | |
| **Total Pages**<br>(Including Cover):     3 | |
| **RE:** | |
| **Claim #:**   6186045<br>**Claimant:**  Melody Cantu | |
| **USAA** | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

MCantuFinalProd#Bates001531



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 422-0119

Date:  March 14, 2019

To:    DR JOHN SEALS

Attn:   medical records

Fax:    (210) 615-2233

From:  Brianna Sanders
       Disability Case Manager
       Phone No.: Phone No.: (800) 320-7585
       Secure Fax No.: (603) 422-0119

Total Pages
(Including Cover):    5

RE:

Claim #:    6186045
Claimant:   Melody Cantu

USAA

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a
Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and
read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance
Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías.
Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally
privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any
dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in
error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout
thereof.

MCantuFinalProd#Bates001532



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-5045

March 20, 2019

Dr. John Seals

RE:     Short Term Disability (STD) Benefits
        USAA
        Claim #: 6186045
        Claimant: Melody Cantu
        Claimant D.O.B.: January 20, 1976

Dear Dr. John Seals:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible
for managing claims for Short Term Disability (STD) benefits under USAA's Group Disability Plan.
We are writing in reference to Melody Cantu's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Seals. This is the third
request for this information. Further delay may result in an adverse claim determination. Please
submit the requested information by March 26, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Kimberly Gardea
Disability Claims Manager                *This is the 1st time*
Phone No.: (800) 320-7585 Ext. 41568     *we received a request.*
Secure Fax No.: (603) 559-5045

Attachments:   6186045-REQUEST-PROVIDER-03.14.2019

*1 Page attached*
*pt seen only once in 2019.*

1  of 1

*Faxed 3-20-19*



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-5045

Date:  March 20, 2019

To:    DR JOHN SEALS

Attn:

Fax:   (210) 615-8120

From:  Kimberly Gardea
       Disability Claims Manager
       Phone No.: Phone No.: (800) 320-7585
       Secure Fax No.: (603) 559-5045

Total Pages
(Including Cover):    7

RE:

Claim #:   6186045
Claimant:  Melody Cantu

USAA

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 320-7585 and permanently shred the original and any copy of any fax and any printout thereof.

MCantuFinalProd#Bates001534



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (800) 320-7585
Secure Fax No.: (603) 559-5045

April 25, 2019

Dr. John Seals

RE:    Short Term Disability (STD) Benefits
       USAA
       Claim #: 6186045
       Claimant: Melody Cantu
       Claimant D.O.B.: January 20, 1976

*1 page of records + this sheet*

Dear Dr. John Seals:

We are the Disability Claim Administrator for your patient, Melody Cantu.

To evaluate Ms. Cantu's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

• All treatment notes, diagnostic test results, procedure reports, therapy notes, and specific restrictions and limitations from March 15, 2019 through the present, as well as a treatment plan and an estimated return to work date.

We ask that you provide this information by May 1, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 559-5045 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

*Faxed 4-25-19*

1  of 2

MCantuFinalProd#Bates001535

# DIGITAL FORENSICS

## Phase I

## Evaluation Report

| Received | |
|---|---|
| Completed | 8/22/2018 |

| Case Number | 157307 |
|---|---|
| Examiner Name | 223 |

MCantuFinalProd#Bates001536

# TABLE OF CONTENTS

CLIENT DIRECTIVES.............................................................................................................................. 3

BACKGROUND..................................................................................................................................... 3

FORENSIC SCOPE OF WORK................................................................................................................ 4

    PHASE I SCOPE OF WORK............................................................................................................... 4

    PHASE II SCOPE OF WORK.............................................................................................................. 4

CYBER HARASSMENT DOCUMENTATION ........................................................................................... 7

    ATTEMPTED PHONE HACKING ...................................................................................................... 7

    IDENTITY THEFT AND MISAPPROPRIATION.................................................................................. 8

    SUSPICIOUS LINKEDIN ACCOUNT "GARY MORIN" .................................................................... 11

    ONLINE HARASSMENT................................................................................................................. 12

WEB INVESTIGATION ........................................................................................................................ 13

    INFO ABOUT MELODY JOY BROWN CANTU ............................................................................... 13

TRACKING URLs................................................................................................................................. 16

    TRACKING URL RESULTS ............................................................................................................. 20

ENGINEER'S SUMMARY AND RECOMMENDATIONS ........................................................................ 23

CONCLUSION..................................................................................................................................... 24

APPENDIX A – SAMPLE POLICE REPORT .......................................................................................... 25

| 3

## CLIENT DIRECTIVES

DR. SANDRA GUERRA (the "Client") has requested the following:

1. Conduct a digital investigation on a known suspect; and
2. Discover the identity of an unknown cyber-harasser.

## BACKGROUND

By the work of an unknown person, the Client has been the victim of:

1. Attempted Phone Hacking: attempted intrusion into Client's mobile phone account via Client's mobile phone service provider;
2. Identity Theft and Misappropriation: the creation of accounts on dating websites using Client's email address; and
3. Defamation: Untrue statements concerning the Client which harms the Client.

In addition to the above, the Client has also been the victim of harassment caused by MELODY JOY BROWN CANTU when the Client's social network received unwanted messages disparaging the Client's character from Ms. Cantu.

Cyber harassment - also known as cyber bullying or internet harassment --refers to the malicious use of technology to willfully and deliberately HARASS, HARM, or DEFAME another individual or entity.

MCantuFinalProd#Bates001538

## FORENSIC SCOPE OF WORK

### PHASE I SCOPE OF WORK

1. The scope of work for a Phase I Evaluation of a cyber harassment digital forensics case is to record and document the online harassment, harm, or defamation.

2. Phase I includes the collection, extraction, recovery, and preservation of all data from available client devices and online accounts and performing an extensive search of the online presence of the suspects based on the information provided.

3. Phase I also includes the creation of tracking URLs to target at the suspect(s). The client will send the tracking URLs to the suspect(s) and Digital Forensics Corporation (DFC) will monitor the tracking URLs for any activity by the suspect(s).

### PHASE II SCOPE OF WORK

1. A Phase II Examination for cyber harassment is primarily an external action phase for a digital forensics investigation which may include initiating a legal proceeding for the purposes of issuing a subpoena against any third-party entities (such as internet service providers (ISPs), phone service providers (PSPs), or online service providers (OSPs)) to discover the suspects' true identities.

2. Phase II includes the creation of a searchable archive of all data successfully collected, extracted, recovered, and preserved, from all devices and/or accounts, as part of Phase I.

3. A Phase II Examination will also include the all information discovered by DFC's exhaustive web investigation of the suspect(s) based on the results of the Phase I Evaluation.

4. If the client is interested in proceeding to Phase II, the client needs to file a police report at the local police station to document the cyber harassment or cyber fraud. The client should attach the entire "Phase I Evaluation Report" to the police report as documentation of the cyber harassment or cyber fraud.

   a. If, prior to the conclusion of the Phase I Investigation, the client has already filed a police report with the client's local jurisdiction, the client should "supplement" the existing police report by including a copy of this "Phase I Evaluation Report".

5. In Phase II, the client will need to provide the following to Digital Forensics Corporation (DFC):

   • Copy of filed and time-stamped police report (which has been supplemented with DFC's Phase I Evaluation Report).

6. In Phase II, Digital Forensics Corporation (DFC) will provide any IP addresses obtained as a result of DFC's tracking URLs engineered specifically for the client. If a suspect clicks on a DFC tracking URL, the IP address of the individual will be relayed to DFC. With additional legal work, the IP address can be used to determine the physical location and/or identity of the suspect.

7. In Phase II, Digital Forensics Corporation will coordinate with and support an outside attorney who will file the official legal pleadings and discovery requests in order to obtain any information associated with the suspects which may be retained by third-parties (such as ISPs, PSPs, or OSPs). The filed police report (containing the Pha-

Evaluation Report), results of DFC's tracking URL campaign, and any additional information provided by the client such as an affidavit will be used for the official legal

> Many internet service, phone service, and online service providers have very specific requirements regarding the release of their clients' personal information; therefore, it is very important to structure and submit a formal request in the correct and proper form according to all the requirements.

inquiry.

a. Please note that in an official legal inquiry such as a complaint to discover the identity of a cyber harasser, a party (such as an ISP or social media website) may decline or object to a legal request for information about the identity of account owners and/or subscribers. In that case, DFC will continue supporting and coordinating with the outside attorney to provide a response to the objection or file another subpoena to obtain relevant information regarding the identity of the individual of interest. The client understands that this process may involve additional costs to account for additional subpoenas being served. DFC services will only cover supporting an outside attorney for serving the additional subpoena; however, DFC cannot represent the client in court. DFC is not a lawfirm and will not represent you in any legal capacity. If authorized, we will attempt to locate a licensed attorney to represent you and that engagement will be between you and the attorney and governed by the terms of an engagement agreement. The engagement letter will state that you agree that DFC may be engaged in a consulting capacity with the attorney(s) and any compensation will be governed by DFC's agreement with the attorney assigned to your case.

8. Although DFC cannot guarantee any particular outcome, the intent of a Phase II Investigation is to assist the client in preparation for legal action against the actual person(s) responsible for the cyber harassment or other fraud.

Page | 7

# CYBER HARASSMENT DOCUMENTATION

Digital Forensics Corporation performed investigation and documentation of attempted phone hacking, identity theft and misappropriation, and defamation. DFC engineers acquired all evidence related to the acts described above. This evidence is documented below.

## ATTEMPTED PHONE HACKING

An unknown malicious hacker attempted to gain access to Client's Verizon mobile phone account (account number 521731356-00001) (the "Verizon Account"). The Client's account came under attack at the following times:

| Date | Time |
|------|------|
| May 16, 2018 | 1:15 PM |
| May 18, 2018 | 12:32 AM |
| May 18, 2018 | 11:46 AM |
| May 20, 2018 | 9:32 AM |
| May 24, 2018 | 2:42 PM |
| May 31, 2018 | 4:22 PM |
| June 2, 2018 | 10:20 PM |
| June 6, 2018 | 11:07 AM |

On June 8, 2018, at 1:15 AM, Verizon notifed Client that the Verizon Account would have its online account access removed due to an excessive and suspicious number of failed log-in attempts on the Verizon Account's voicemail. As a result, the Client could only restore voicemail access by agreeing to remove online account access.

## IDENTITY THEFT AND MISAPPROPRIATION

**The Client's email address (drsandraguerra@yahoo.com) was used by an unknown individual to create profiles on two social media websites dedicated to people with sexually transmitted diseases. These accounts were both created with the nickname "MonkeyBar1970".**

**Client contacted the websites and asked them to suspect and/or remove the accounts. One of the websites, positivesingles.com at 416-682-1072 via Lisa John, informed Client that the account MonkeyBar1970 was set up with Client's email from IP 72.179.171.30 at 4:26 PM on Tuesday, May 22, 2018, from an iPhone. This IP address is located somewhere in the greater San Antonio area. No other information about who created MonkeyBar1970 was available.**

Evidence showing "MonkeyBar1970" existed but has since been removed.

IP Address from which the MonkeyBar1970 account was created is located in San Antonio.



Positivesingles.com is a Florida-based website and subject to the laws of Florida.

---

Showing results for: positivesingles.com
Original Query: positivesingles.com

## Contact Information

### Registrant Contact
Name  Moniker Privacy Services
Organization  Moniker Privacy Services
Mailing Address  2320 NE 9th St
Second Floor  Fort Lauderdale FL
33301 US
Phone  +1 8006896311
Ext
Fax  +1 9545859186
Fax Ext
Email
e810aa3c058043b11429de6b1564
87930525dcad480cb1fa6c42408f2
9ibf1e8@positivesingles.com whoi
sproxy org

### Admin Contact
Name  Moniker Privacy Services
Organization  Moniker Privacy
Services
Mailing Address  2320 NE 9th St
Second Floor  Fort Lauderdale FL
33304 US
Phone  +1 8006886311
Ext
Fax  +1 9545859186
Fax Ext
Email
e810aa3c058043b11429de6b1564
87930525dcad480cb1fa6c42408f2
9ibf1e8@positivesingles.com whoi
sproxy org

### Tech Contact
Name  Moniker Privacy Services
Organization  Moniker Privacy
Services
Mailing Address  2320 NE 9th St
Second Floor, Fort Lauderdale FL
33304 US
Phone  +1 8006886311
Ext
Fax  +1 9545859186
Fax Ext
Email
e810aa3c058043b11429de6b1564
87930525dcad480cb1fa6c42408f2
9ibf1e8@positivesingles.com whoi
sproxy org

---

On August 21, 2018, DFC contacted the second website, hsvsingles.com, was contacted at
888-494-2850 via customer service agent "Rose". HSVSingles said they could not reveal the IP
address from which the account MonkeyBar1970 was created, but would do so upon receipt
of a copy of a police report filed in this matter. They requested the time-stamped police
report be faxed to them at 866-599-9719 (ATTN: Donna).

HSVsingles.com is a Florida-based website and subject to the laws of Florida.

---

*Showing results for: hsvsingles.com*
Original Query: hsvsingles.com

## Contact Information

**Registrant Contact**
Name  Dating Media Group
Organization  Dating Media Group
Mailing Address  6919 W
BROWARD BLVD  STE 270
Plantation FL 33317 US
Phone  +18007702715
Ext
Fax
Fax Ext
Email helpdesk@dmgbill com

**Admin Contact**
Name  Dating Media Group
Organization  Dating Media Group
Mailing Address  6919 W
BROWARD BLVD  STE 270
Plantation FL 33317 US
Phone  +18007702715
Ext
Fax
Fax Ext
Email helpdesk@dmgbill com

**Tech Contact**
Name  Dating Media Group
Organization  Dating Media Group
Mailing Address  6919 W
BROWARD BLVD  STE 270
Plantation FL 33317 US
Phone  +18007702715
Ext
Fax
Fax Ext
Email helpdesk@dmgbill com

---

## SUSPICIOUS LINKEDIN ACCOUNT "GARY MORIN"

**DFC Engineers acquired and archived the Client's LinkedIn and Facebook accounts. The LinkedIn user "Gary Morin" contacted Client. Gary Morin is believed to be a fake account. Gary Morin has sent a request for adding to Sandra Guerra's friends of LinkedIn.**

- **"Gary Morin to Sandra Guerra,"5/22/18, 1:46 AM" INCOMING"**

## ONLINE HARASSMENT

The Client's social media contacts were harassed and the Client defamed by the online Facebook username "Joy Brown" and LinkedIn username "Melody Joy Cantu". On May 20, 2018, Melody Joy Cantu contacted Nate Bellinger, the Client's friend, on LinkedIn. Mr. Bellinger has no knowledge of Joy Brown, online or offline. On May 20, 2018, Joy Brown contacted Mr. Bellinger's ex-wife, Stacey Bellinger, through Facebook. Ms. Bellinger also had no prior knowledge of Joy Brown, online or offline. Client believes Joy Brown and Melody Joy Cantu are usernames of Melody Joy Brown Cantu, Client's ex-husband's current wife.



## WEB INVESTIGATION

Forensic Examiner conducted Web Investigation to identify additional information regarding individuals responsible or suspected of harassment.

### INFO ABOUT MELODY JOY BROWN CANTU

Our engineers performed a thorough web-search using advanced tools and techniques. As the result of the reconnaissance phase, the following information about investigated person was found:







**SOURCE:** Facebook
**URL:** https://www.facebook.com/joy.brown.7967
**IDENTIFIERS:** Possible Match   Joy Cantu   Joy Brown 7967
**IP:** 31.13.76.70
**SCORE:** Exact

Joy Cantu

Timeline   About   Friends   Photos   More ▾

DO YOU KNOW JOY?

To see what she shares with friends, send her a friend request

Photos

Joy Cantu updated her cover photo
July 21 at 7:58 PM
Finally Together!

Friends

MCantuFinalProd#Bates001549

## Comprehensive Report

**Comprehensive Report**
Date: 08/21/2018
Reference ID: NONE

Report Legend
[D]    - Deceased Person

Relatives
> - 1ˢᵗ Degree of Separation
>> - 2ⁿᵈ Degree of Separation
>>> - 3ʳᵈ Degree of Separation

### Subject Information

(Best Information for Subject)

Name: MELODY JOY CANTU (05/30/2014 to 06/04/2018)
Name: MELODY JOY ROSS (06/01/2003 to 04/25/2018)
Name: MELODY JOY BROWN (12/01/1994 to 04/01/2017)
Name: JOY BROWN (09/01/2001 to 07/12/2016)

Name: JOY ROSS (07/02/2004 to 11/02/2013)
Name: MELODY JOY BEAN (07/01/1999 to 02/01/2009)
Date of Birth: **01/20/1976**, Born 42 years ago

Other Names Associated with Subject
None found

Other DOBs Associated with Subject
None found

Possible Phones Associated with Subject:
(210) 425-5765 **(CT)** (Mobile) (86%)
(210) 290-9734 **(CT)** (ActiveLandLine) (78%)
(210) 277-0817 **(CT)** (LandLine) (66%)
(210) 392-5275 **(CT)** (Mobile) (66%)
(210) 641-9811 **(CT)** (LandLine) (66%)
(210) 688-0656 **(CT)** (66%)
(512) 733-1619 **(CT)** (66%)
(512) 864-9533 **(CT)** (66%)
(608) 278-1319 **(CT)** (LandLine) (66%)

### Indicators

Bankruptcies: No
Liens: No
Judgments: No
Properties: Yes
Corporate Affiliations: No
Criminal/Traffic: No
Global Watch Lists Match: Yes

**Email Addresses Associated with Subject**
joyandtyrus@hotmail.com
lmnceen-15@hotmail.com
aross2@sabc.rr.com

FORENSIC EXAMINATION DISCLOSURE:  **Forensic Examiner searched for information using a variety of third-party resources.  As a result, data contained in this report might include false positives, and might require further verification.**

## TRACKING URLs

Our forensic examiners have created some links that will help us identify people, but we need your cooperation.

- Tracking URLs are links which send back information to the link creator when the link is clicked by a device on the internet.

- Each individual tracking URL captures IP address, operating system, browser, screen resolution, and hash information for the device from which the tracking URL is clicked. This information can be used in court proceedings to determine the identity of anonymous or unknown online individuals.

- In this case, the Forensic Examiner created unique tracking URLs for the client to send or target at the suspects.

- **FIRST:** Please click the following links, which will provide us with your IP address so we can exclude it from the results (to prevent false-positives in case you accidentally click on any of the others).

    NOTE: Click on ONE link per device (so if you have 2 phones and a laptop, click on a separate link for each device). If you need additional links, let us know.

    Cx_Sandra_Guerra:          https://goo.gl/J5GE9Z

- **NEXT:** Our forensic examiner created the following tracking URLs the suspect(s). They are designed to help us identify suspects in your case. You need to send the URL to each suspect on whatever platform (email, social media, text message) works best for that suspect.

### * * * DO NOT CLICK ON THESE LINKS YOURSELF * * *

- You need to include the link in a message containing something the suspect might be interested enough to click on: **DO NOT MENTION THE REAL PURPOSE BEHIND THE LINK.** The message could be something like "I'd like to send you money," or "You will not believe this," **along with that URL created for that suspect**. Be creative, but do not reveal what the link really is.

- Ideally, a separate tracking URL should be sent to each and every device and/or account from/to which the harassment has occurred or is occurring.

- The tracking URLs can be sent either as embedded hyperlinked text (see (i) below) or as a stand-alone link separate from the text (see (ii) below). We suggest sending the ‑‑‑‑king URL using method (i), an embedded hyperlink, if possible.

### (i): An example of sending a tracking URL as a link embedded in the text.



### (ii): An example of sending a tracking URL as a stand-alone link.



- Once a tracking URL link is accessed, DFC will receive a report with the detected IP address and location from which tracking URL access is detected, which then will be used to identify the Internet Service Provider (ISP) and the approximate location of the suspect.

- Below are the unique tracking URLs created for this case:

## Client-directed tracking URLs

Melody_Cantu:                         https://goo.gl/QTLpCG

Rodrigo_Cantu:                        https://goo.gl/yMEEVj

## DFC-directed tracking URLs

Melody_Joy_From_Teresa:               https://goo.gl/9gqCA1

Dr.Cantu_From_Melissa:                https://goo.gl/7fifqF

Melody_Joy_via_Phone:                 https://goo.gl/sCbwZZ


**if additional tracking URLs are needed, more can be created.**

---

IMPORTANT NOTE:

- **Client is advised to notify DFC immediately after sending tracking URLs to the missing individual. DFC examiners will immediately start IP address tracking.**

- **If the client accidentally clicks on a tracking URL, the client should immediately notify DFC to avoid false positives.**

- **If additional tracking URLs be needed, the client should let DFC know and more tracking URLs will be provided.**

- **Any information obtained, including IP addresses, will be extracted, analyzed, and provided to the client in a Phase II report.**

---

## TRACKING URL RESULTS

- In the Phase I Process, the DFC Forensic Examiner created specific Tracking URLs to send to the individuals performing the alleged harassing.

- Tracking URLs were sent to the appropriate communication platform for the suspects to click on. When activated tracking URLs capture recipient's geographic location (city) and IP address. IP address can provide approximate location.

- Once a tracking URL link is accessed, the DFC will receive a report with the detected IP address and location from which tracking URL access is detected, which then will be used to identify the Internet Service Provider (ISP).

Sample DFC-created tracking URLs targeted at suspect.



- **Below are the preliminary results and IP Information of the tracking URLs activated to date:**

**Tracking Link:**        **"Melody_Joy_via_Phone"**        https://goo.gl/sCbwZZ

| First Click | 2018-08-21 12:42:08 |
|---|---|
| IP Address | 72.179.164.76 |
| User OS | Mac OS X |
| User Agent | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_11_1) AppleWebKit/601.2.4 (KHTML, like Gecko) Version/9.0.1 Safari/601.2.4 facebookexternalhit/1.1 Facebot Twitterbot/1.0 |
| Device | Safari |
| | |
| Second Click | 2018-08-21 12:42:14 |
| IP Address | 72.179.164.76 |
| User OS | iPhone |
| User Agent | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_11_1) AppleWebKit/601.2.4 (KHTML, like Gecko) Version/9.0.1 Safari/601.2.4 facebookexternalhit/1.1 Facebot Twitterbot/1.0 Mozilla/5.0 (Macintosh; Intel Mac OS X 10_11_1) AppleWebKit/601.2.4 (KHTML, like Gecko) Version/9.0.1 Safari/601.2.4 facebookexternalhit/1.1 Facebot Twitterbot/1.0 |
| Device | Safari |

Device and OS Information – **Device and OS information can be important circumstantial and/or corroborating evidence when attempting to discover the true identity of an unknown or anonymous harasser.**

The IP discovered as a result of this tracking link is located in San Antonio.



# ENGINEER'S SUMMARY AND RECOMMENDATIONS

- **Based on the evidence provided to Digital Forensics Corporation by Client and Digital Forensics Corporation's independent investigation,** we conclude that a Phase II Forensics Examination is recommended.

- **Phase I Evaluation Report is intended for internal communication between client and Digital Forensics Corporation; and informs the client about relevance of findings.** Phase I is not intended for use in courtrooms, presentation to opposing counsel, arbitration, and any other legal proceedings.

- Phase II Full Examination Report is admissible in court, and includes a notarized Affidavit of the authenticity of digital evidence.

## CONCLUSION

**PHASE II FORENSIC EXAMINATION – Phase II is intended to** discover the identity of the **perpetrator(s) and/or suspect(s), as well as eliminate potential persons of interest. The results of the tracking URLs, which report back to Digital Forensics Corporation the IP address of the device when and if the URL is clicked, will be used in the process of discovering the true identity of the suspect(s). If these efforts are unsuccessful in discovering the true identity of the suspect, DFC will assist the client in resorting to legal action to compel the relevelant parties (internet service provider, phone service provider, and online service provider) to produce evidence related to the suspect.**

**The client is advised to:**

- **File a police report with the appropriate police department and attach a copy of this Phase I Evaluation Report to it (or add it as a "supplement" if a police report already exists);**

- **Provide a time-stamped copy of the police report, containing this Phase I Evaluation Report, to DFC;**

- **Send out DFC's tracking URLs to the suspect(s) and click on the tracking URL for the client him/herself; and**

- **Alert DFC of any ongoing cyber harassment.**

**Although Digital Forensics Corporation uses the best available forensic practices and technologies, DFC cannot guarantee any particular outcome or that any specific information will be discovered during a forensic examination.**

## APPENDIX A – SAMPLE POLICE REPORT

Case Number: _____

Date: _____

Reporting Officer: _____

Prepared By: _____


Incident Type:     Cyber Harassment.

Attempted Phone Hacking;

Identity Theft and Misappropriation;

Defamation;

Victim(s):     Dr. Sandra Guerra

Address: _____

_____

Evidence:     Digital Forensics Corporation's *Phase I Evaluation Report*

(attached hereto as **Exhibit A**)


I, Dr. Sandra Guerra, am a victim of cyber harassment, attempted phone hacking, identity theft and misappropriation, and defamation.

First beginning on or about May 16, 2018, , I began to be cyber harassed. The harassment included attempted phone hacking, identity theft and misappropriation, and defamation, among other things. This harassment was conducted by an UNKNOWN person(s). This harassment is documented in the Phase I Evaluation Report attached hereto as **Exhibit A**. As a result of this harassment, I have been HARMED personally and professionally.


I have hired a digital forensics company, Digital Forensics Corporation, to conduct an independent investigation. They are currently working on identifying the individual(s) responsible for this cyber harassment and assisted me with documentation of cyber harassment as indicated in the report attached hereto as **Exhibit A**.

I am interested in identifying and pursuing legal action against the individual or individuals responsible for this harassment against myself, my friends, and my family.

Name: _____

Date: _____

ORDER # 21-7128  •  CLINI-REC® CHART ORGANIZING DIVIDERS  •  © 1984 BIBBERO SYSTEMS, INC.  •  PETALUMA, CA.
TO REORDER CALL TOLL FREE: (800) BIBBERO (800-242-2376) OR FAX (800) 242-9330      MFG IN U.S.A.

MCantuFinalProd#Bates001562

MCantuFinalProd#Bates001563

# WAVi Wellness Report

(Anonymized) Female, 40   Generated: 12/19/2018 8:46 PM

## References

### P300

Gordeev, S. (2007). The use of endogenous P300 event-related potentials of the brain for assessing cognitive functions in healthy subjects and in clinical practice. *Human Physiology, 33*(2), 236-246.

Iragui, V. J., Kutas, M., Mitchiner, M. R., & Hillyard, S. A. (1993). Effects of aging on event-related brain potentials and reaction times in an auditory oddball task. *Psychophysiology, 30*(1), 10-22.

### Reaction Time

Fun, P. A., & Lachman, M. E. (2008). Age differences in reaction time and attention in a national telephone sample of adults: Education, sex, and task complexity matter. *Developmental Psychology, 44*(5), 1421-1429.

### Trail Making

Ashendorf, L., Jefferson, A. L., O'Connor, M. K., Chaisson, C., Green, R. C., & Stern, R. A. (2008). Trail making test errors in normal aging, mild cognitive impairment, and dementia. *Archives of Clinical Neuropsychology, 23*(2), 129-137.

Tombaugh, T. N. (2004). Trail Making Test A and B: Normative data stratified by age and education. *Archives of Clinical Neuropsychology, 19*(2), 203-214.

### Theta Beta Ratio

Monastra, W. J., Lubar, J. F., Linden, M., VanDeusen, P., Green, G., Wing, W., ... Fenger, T. N. (1999). Assessing attention deficit hyperactivity disorder via quantitative electroencephalography: An initial validation study. *Neuropsychology, 13*(3), 424-433.

Snyder, S., & Hall, J. (2006). A meta-analysis of quantitative EEG power associated with attention-deficit hyperactivity disorder. *Journal of Clinical Neurophysiology, 23*(5), 440-455.

### Alpha F3/F4

Thibodeau, R., Jorgensen, R. S., & Kim, S. (2006). Depression, anxiety, and resting frontal EEG asymmetry: A meta-analytic review. *Journal of Abnormal Psychology, 115*(4), 715-729.

Generated by WAVi Desktop (5F10z) 6.4.7.2. The report is for research use only. Not for use in diagnostic procedures.

Page 9 of 9

MCantuFinalProd#Bates001564

# WAVi Wellness Report

(Anonymized) Female, 42 - Generated: 12/17/2018 6:46 PM

## Coherence Band Table, Eyes Closed P300
### Session 1 (12/13/2018)

**Abbreviation Key**
D → Delta (1.0 - 4.0 Hz)
T → Theta (4.0 - 7.0 Hz)
A → Alpha (8.0 - 12.0 Hz)
B → Beta (13.0 - 30.0 Hz)
N → Number of included locations

**Color Key**
(Difference from reference session)
≤ -100%    0%    ≥ +100%



Generated by WAVi Desktop (BETA) 6.9.7.2. This report is for research use only. Not for use in diagnostic procedures.
Page 8 of 9

MCantuFinalProd#Bates001565

# WAVi Wellness Report

(Anonymized) Female, ?,? – Generated: 11/13/2018 6:46 PM

## Magnitude Band Tables, Eyes Closed P300

(UNITS: Total peak-peak microvolts within each band)



**Band Ranges**
Delta: 1.0 - 4.0 Hz
Theta: 4.5 - 7.5 Hz
Alpha: 8.0 - 12.0 Hz
Beta: 13.5 - 30.0 Hz

**Color Key**
(Difference from reference session)

### Session 1 (11/13/2018)

| LOC | DELTA | THETA | ALPHA | BETA | NUMING |
|---|---|---|---|---|---|
| FP1 | | | | | |
| FP2 | | | | | |
| F3 | | | | | |
| F4 | | | | | |
| F7 | | | | | |
| F8 | | | | | |
| C3 | | | | | |
| C4 | | | | | |
| P3 | | | | | |
| P4 | | | | | |
| O1 | | | | | |
| O2 | | | | | |
| T3 | | | | | |
| T4 | | | | | |
| T5 | | | | | |
| T6 | | | | | |
| FZ | | | | | |
| CZ | | | | | |
| PZ | | | | | |

MCantuFinalProd#Bates001566

# WAVi Wellness Report

(Anonymous) Female, 43    Generated 12/17/2018 8:46 PM

## Coherence Network Graphs

Row shows color-mapped coherence between head locations.

# COHERENCE



MCantuFinalProd#Bates001567

# WAVi Wellness Report

(Anonymized) Female, 12) – Generated: 12/13/2018 8:46 PM

### Eyes Closed P300 Alpha Peaks

Color Key

Session 1
(12/13/2018)

FP1
10 0

FP2
10 0

F7
10 0

F3
10 0

FZ
10 0

F4
10 0

F8
10 0

F3
10 0

C3
10 0

CZ
10 0

C4
10 0

T4
10 0

T5
10 0

P3
10 0

PZ
10 0

P4
10 0

T6
10 0

O1
10 0

O2
10 0

MCantuFinalProd#Bates001568

# WAVi Wellness Report

(Anonymized) Female, 43   Generated: 12/13/2018 8:46 PM

**Eyes Closed P300 Z Scores**
**Session 1 (12/13/2018)**

Band Ranges
Delta: 1.0 - 4.0 Hz | Theta: 4.5 - 7.5 Hz
Alpha: 8.0 - 12.0 Hz , Beta: 12.5 - 30.0 Hz

Color Key

| DELTA | THETA | ALPHA | BETA |
|-------|-------|-------|------|

ABSOLUTE POWER

RELATIVE POWER

Z Scores above 3.0 and below -3.0    AMPLITUDE ASYMMETRY

Z Scores above 3.0 and below -3.0    COHERENCE

MCantuFinalProd#Bates001569



# WAVi Wellness Report

(Anonymized) Female, 4? · Generated: 12/17/2018 8:46 PM

### P300 Common/Rare Comparison - Session 1 (12/13/2018)

For only one session, the common responses are compared to the rare responses.

**Color Key**

Common ▆▆  Rare ▆▆

Largest depths between 200-700 msec are reported. P300s typically occur between 240 and 450 msec. Probable depth and latency of true P300 is indicated on 1st page of report.



Black dotted lines at 300 msec post stimulus.

Generated by WAVi Desktop (BETA) 6.1.7.3. This report is for research use only. Not for use a diagnostic procedure.

Page 3 of 9

MCantuFinalProd#Bates001570

# WAVi Wellness Report

(Anonymized) Female, 42 -- Generated: 12/17/2018 8:46 PM

## Trend Graphs

I indicates test-retest ranges.

**Color Key**

Session 1 ▮













Generated by WAVi Desktop (BETA) 6.5.7.1. This report is for research use only. Not for use in diagnostic procedures.

Page 5 of 9

MCantuFinalProd#Bates001571

# WAVi Wellness Report

(Anonymized) Female, 43    Generated 13/13/2018 6:46 PM    *Melody Cantu  1/20/76*



| Session Number (Created Date) | Original Title | Reason for Visit | Followup | Change | Hrs. of Sleep / Hrs. Since Meal |
|---|---|---|---|---|---|
| Session 1 (13/13/2018) | Routine | Other | No | N/A | 4-6 & 3 |

**Symbol Key:** ⊡ = Low Data Yield, # = Sync Blinks which may affect accuracy of reported P300 depth

| Screening Scores | Session 1 (13/13/2018) | Ref. Range (40 yrs) |
|---|---|---|
| Mini Mental State Examination (MMSE) For all ages. | N/A | ≥ 24 |
| Hamilton Anxiety Rating Scale (HAMA) For all ages. | N/A | ≤ 17 |
| Geriatric Depression Scale (GDS) For older adults. | N/A | ≤ 5 |
| **Performance Assessments** | | |
| Physical Reaction Time | 279 (±75) ms | 300-375 ms |
| Trail Making Test A | N/A | 23-46 sec |
| Trail Making Test B | N/A | 54-98 sec |
| **Evoked Potentials (Best Central Parietal)** | | |
| Audio P300 Delay | 352 ms | 270-325 ms |
| Test/Retest Change | | ±20% |
| Audio P300 Voltage | 16.4 μV | 10-20 μV |
| Test/Retest Change | | ±20% |
| **State (Power)** | | |
| CZ Eyes Closed Theta/Beta | 0.6 | 0.8-4.0 |
| P3/P4 Eyes Closed Alpha | 6.4 | 0.8-6.2 |

**Maximum P300 Test Depth (μV)**



Session 1



Milliseconds range (>40) 500

Generated by WAVi Desktop (BETA) 0.9.7.1. This report is for research use only. Not for use in diagnostic procedures.
Page 1 of 9

MCantuFinalProd#Bates001572

## Medication Schedule

FOR

Maria

| Date | A.M. | NOON | P.M. | BEDTIME |
|------|------|------|------|---------|
| | LEXAPRO | | | TRAZ |
| 1/11 → 1/16 | 5 mg (16) | | | 5 mg |
| 1/17 → 1/22 | 10 mg (11 | | | |
| 1/23 → (←1/31) | 15 mg (18) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

John Seals, M.D.
210-613-2222

Blood level to be obtained: ___/___/___

Follow up: 1 month



John Raymond Seals, M.D.
Texas Neuroscience Institute
4410 Medical Drive
San Antonio, TX 78229

Melcer + Andy.
DOB 1-26-74          Date 1/14/15

R (Please Print)

LEXAPRO 5mg
Digi # 45

Trap # 30

MCantuFinalProd#Bates001574

Name: _Mekhy Cantu_                           _727_
Address: _202 Weldin Blvd A, X_
Aud de/Date: _1-20-12_          Date: _2-3-12_

√√ Wael 20%
30 [illegible]
*2 [illegible] 2 *a



Klonopin 0.5mg

Disp # 60

Sig: p.o. a.m.



JOHN G SEALS MD
MT MEDICAL DRIVE
SAN ANTONIO TX
Phone #



Name: Mary Cruz

Address:







DEA# AS591-6050

CTRL# 1735PT2 42169

JOHN B SEALS MD
11 2 MEDICAL DRIVE
SUITE 349
SAN ANTONIO TX 78229
Phone # (210) 615-2225

Name: Melody Curtin               SATX

Address: 11222 Jadestone Blvd   78249

Age or DOB: 1-20-76          Date: 1-5-18

Vyvanse 20mg
Sig: 1 po gain
Disp: #30 (thirty)

125mg

Practitioner Signature   Required Substitution Permitted

Pharmacist Signature

## Medication Schedule

FOR

Melany

| Date | A.M. Buspar (10) | NOON | P.M. | BEDTIME Buspar (10) |
|------|------|------|------|---------|
| 7/5 → 7/11 | — | | | ½ |
| 7/12 → 7/18 | ½ | | | ½ |
| 7/18 → 7/25 | ½ | | | 1 |
| 7/26 → | 1 | | | 1 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

John Seals, M.D.
210-615-2222

Blood level to be obtained: __/__/__

Follow up: 1 MONTH

---

DEA: _____

John Raymond Seals, M.D.
Texas Neurosciences Institute
4410 Medical Drive
Suite 240
San Antonio, TX 78229

Name: Melany Cantu

Address: _____   Date: 7/5/18

R (Please Print)

Buspar 10 mg
Disp # 60
Sig : P.O. BID

[signature] M.D.

MCantuFinalProd#Bates001581







1300 East Campbell Road
Richardson, TX 75081



# FAX - CONFIDENTIAL

**From:** Prior Authorization Department, Aetna Pharmacy Management

**Phone number:** 1-855-240-0535

**Fax number:** 1-877-269-9916

## For your convenience, we now accept prior authorization requests online 24/7

- No fax machines, no phone hold times
- Many requests are approved instantly
- Submit requests online 24 hours a day

## You can submit a prior authorization request three ways:

| Electronic prior authorization (ePA) | Phone | Fax |
|---|---|---|
| **Process time: 4 - 5 minutes\*** <br> • Sign up online at <br> **covermymeds.com/epa/aetna** <br> • Or, call **1-866-452-5017** to get started with ePA | **Process time: 10 - 15 minutes\*** <br> • Call us with your PA request during business hours at **1-855-240-0535** <br> • Business hours <br> 8:30 a.m. - 5:00 p.m. CT | **Process time: 24 - 72 hours\*** <br> • Fax your PA request to **1-877-269-9916** |

\*Process times may vary depending on whether other information, such as medical records, require additional review.

**Disclaimer:**

This message is intended only for the use of the individual or entity to which it is addressed and may contain confidential and/or proprietary information. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you received this communication in error, please contact the sender at the phone number above and then destroy this document immediately. Thank you, Aetna Inc.

**Notice to the Recipient(s) of Information**

Information disclosed to you pertaining to certain conditions, such as treatment for alcohol or drug abuse, HIV/AIDS and other sexually transmitted diseases, behavioral health, and genetic marker information is protected by various federal and state laws which prohibit any further disclosure of this information to you without the written consent of the person for whom it pertains or as otherwise permitted by such laws. Any unauthorized further disclosure in violation of state or federal law may result in a fine or jail sentence or both. A general authorization for the release of medical or other information is NOT sufficient consent for release of these types of information. The federal rule at 42 CFR part 2 restricts the use of the information disclosed to criminally investigate or prosecute any alcohol or drug abuse patient.

The recipient of this fax may make a request to opt out of receiving telemarketing fax transmissions from CVS Caremark. There are numerous ways you may opt out. The recipient fax toll-free number is 800-378-3207 and/or fax the opt-out request to 401-652-0893, at any time, 24 hours a day/7 days a week. The recipient fax also send an opt-out request via email to do_not_call@cvscaremark.com, at opt-out request is only valid if it (1) identifies the number to which the request relates, and (2) if the person sending the request does not subsequently permit us the opt-out request. The opt-out request by facsimile advertisements to such person/entity at that particular number. CVS Caremark is required by law to honor an opt-out request within thirty days of receipt. An opt-out request will not opt you out of purely informational, non-advertisements, such as prior authorization requests and notices.

This document may contain confidential or privileged information. If you think you have received this message in error, please contact the sender and then destroy this document immediately. Thank you. Aetna Pharmacy Management offers to an internal business unit of Aetna Health Management, LLC. Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

© 2013 Aetna Inc.
SM-0862 (11/03/17)

Prior Authorization Assistance by

# Walgreens

Pharmacy Address:
8193 BABCOCK RD
SAN ANTONIO, TX 78240

ell   (210) 690-9023
fax   (210) 690-9086

## COMPLETE THIS FORM ONLINE



## Complete a Prior Authorization for Vyvanse

Dear Prior Authorization staff,

We have started an electronic prior authorization (ePA) to accelerate the PA process for your patient. The patient's health plan needs additional information to make its determination. Access and submit this ePA using the instructions below.

To submit the PA for Melody Cantu:

1. Go to key.covermymeds.com and click "Enter a Key"

2. Enter the patient's last name and date of birth and the key

   Key  GXXXXX
   Patient Last Name  Cantu
   DOB  2/12/2018

3. Complete the form and click Send to Plan

Please notify us when you receive a determination from the plan.

Sincerely,

Walgreens #3504

*Approved via covermymeds (a)*
*on 3/11/20 4:15pm*

powered by **covermymeds**

The document(s) accompanying this transmission may contain confidential health information that is legally protected. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless permitted or required by law or regulation. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please contact (1-3), 690-9023 immediately and arrange for the return or destruction of these documents.

# Medication Schedule

FOR

M. Cantu

| Date | A.M. | NOON | P.M. | BEDTIME |
|---|---|---|---|---|
| 9/25 - 141 | | | | 15 ₹  1 ₹ |
| 141 → | | | | 26 ₹  1 ₹ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**John Seals, M.D.**
210-615-2222

Blood level to be obtained: ___ / ___ / ___     Follow up: ___ / ___ / ___

10/9/18 - Zwrint

REW

John Raymond Seals, M.D.
Texas Neuroscience Institute

San Antonio, TX 78229

Name  Melody Cantu     Date  9/25/18

Address _____

R (Rawa Phar)

BusPar 15mg
Disp # 60
Sig : 1D Bin

Klonopin 1mg
Disp # 60
Sig : BID

(Signature) M.D.

# Medication Schedule

## FOR

| Date | A.M. | NOON | P.M. | BEDTIME |
|------|------|------|------|---------|
| 10/10/18 → | Bvs/m Sug (⅓) | | | B s/se 20 ag (1⅓) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**John Seale, M.D.**
/10 4 15 2222

Blood level to be obtained:   /  /

Follow up:  2 weeks

## Medication Schedu.

### FOR

| Date | A.M. | NOON | P.M. | BEDTIME | |
|------|------|------|------|---------|---|
| | Brovine | | | Rostone | Albuter |
| 10/23, 24, 25, 26 | 5 | | | 15 | 5 mg |
| 10/27, 28, 29, 30 | X | | | 15 | 5 mg |
| 10/31, 11/1, 2, 3 | X | | | 10 | 5 mg |
| 11/4 →→ | X | | | X | (? 10) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John Seals, M.D.
210-615-2222

Blood level to be obtained: __/__/__    Follow up: __/__/__

CRM 10/8

---

DEAR ___

JOHN RAYMOND SEALS, M.D.
TEXAS _____ INSTITUTE
8810 _____ Drive
Suite 440
San Antonio, TX 78229

Name ___ Melody Cantu

Address ___ Date 10/23/18

R (Please Print)

Albuterol 5mg

Disp # 60

Sig ÷ 10 g HS

Ref 5 ___ PRN NR

# Walgreens

## Prior Authorization Needed

6363 BABCOCK ROAD
SAN ANTONIO, TX 78240
Tel  210 690 9025  Fax  210 690 5086

Date  10/24/2018                                              Time  2 36 PM

### Prescriber Information:

| | | | |
|---|---|---|---|
| Physician: | JOHN SEALS | Phone | 210 615 2222 |
| Address: | 4110 MEDICAL DR | Fax | 210 615 4129 |
| | SAN ANTONIO, TX 782292855 | DEA # | AG5914025 |

### Patient Information:

| | | | |
|---|---|---|---|
| Patient: | MELODY CANTU | Birth Date | 01 20 1976 |
| Address: | 11222 JADESTONE BLVD **PASSWORD | Med Record # | |
| | JEWELS** | Phone | 210 425 5765 |
| | SAN ANTONIO, TX 782496008 | | |

### Prescription Information:

| | | | |
|---|---|---|---|
| Rx Number: | 1761440 02504 | Requested PFU Time | 10/24/2018 02 46 PM |
| Drug | ARIPIPRAZOLE 5MG TABLETS | Qty | 60 |
| Generic For: | ABILIFY 5MG TABLETS | Last Refill | 10/24/2018 |
| Sig: | TAKE 2 TABLETS BY MOUTH EVERY | | |
| | NIGHT AT BEDTIME | | |

### Message:

Plan does not cover this medication. Please call plan at (800) 2646231 to initiate prior authorization or call/fax pharmacy to change medication. Patient ID # is W230224989.

#00434

In accordance with state regulations, a generic will be substituted unless otherwise indicated.

☐ Dispense as Written/Brand Medically Necessary

Initiated on calling on 10/25/18

**Please fax back to Walgreens at:**
210-690-5086

@ 4:44pm +

Ability 5mg → 1 tab qty 30 refills 3

## PRESCRIPTIONS

PATIENT _Melody Cantu_

DATE _10/30/17_            INITIALS _DE_

MEDICATION _Abilify_    DOSE _5mg_    SIG _HS_    QTY _30_

REFILLS _3_   PHARMACY _Walgreens_    PHONE _(210)690-9025_

---

DATE _____            INITIALS _____

MEDICATION _____   DOSE _____   SIG _____ QTY _____

REFILLS _____ PHARMACY _____   PHONE _____

---

DATE _____            INITIALS _____

MEDICATION _____   DOSE _____   SIG _____ QTY _____

REFILLS _____ PHARMACY _____   PHONE _____

---

DATE _____            INITIALS _____

MEDICATION _____   DOSE _____   SIG _____ QTY _____

REFILLS _____ PHARMACY _____   PHONE _____

---

DATE _____            INITIALS _____

MEDICATION _____   DOSE _____   SIG _____ QTY _____

REFILLS _____ PHARMACY _____   PHONE _____

---

## Medication Schedule

for

ZOLOFT

| Date | A.M. | NOON | P.M. | BEDTIME |
|------|------|------|------|---------|
| | ZOLOFT | | | |
| 3/11 | 1/2 TAB | | | |
| 5/18 | 1 TAB | | | |
| 3/14 | 1 1/2 mg. | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**John Seals, M.D.**
210 417 5552

Blood level to be obtained. __ / __

Follow up. 6 WEEKS

---

DEA# BS2719024

**John Raymond Seals, M.D.**
Brain Restoration Institute
8018 Wurzbach Blvd.
Suite 140
San Antonio, TX 78229

Name _____ Mary Cantu _____

Address N.B. Ligon Rd.   Date 3/11/1

R

Zoloft 50mg
Disp # 60
Sig 2 Tabs PO. q. am

_____

MCantuFinalProd#Bates001591

# Controlled Substance Second Prescription Refill Request

6730 BABCOCK ROAD
SAN ANTONIO TX 78249
Tel  210-690-8025  Fax  210-690-8086

Date  03/06/2019                                                            Time  5:12 PM

## Prescriber Information

Physician   JOHN SIALS                                Phone  210-615-9999
Address     4110 MEDICAL DR                           Fax    210-615-9120
            SAN ANTONIO TX 78229-5455                 DEA #  A?????????

## Patient Information

Patient   MELODY CANTU                                Birthdate  01/20/19??
Address   11???? ??????? BLVD ??PASSWORD             Med Record #
          JII WILEST                                  Phone  210-425-6765
          SAN ANTONIO, TX 78249-0000

## Medication History  Note: A new prescription is required to continue therapy pursuant to 21 CFR § 1306.22 Refill and 1306.05(f)

Rx Number   1767059-09708                             Requested C U Time  03/06/2019 11:00AM
Drug        CLONAZEPAM 1MG TABLETS                    Prescribed Qty  60
Generic For KLONOPIN 1MG TABLETS                     Last Refill  01/29/2019
Sig         TAKE 1 TABLET BY MOUTH TWICE DAILY

This current prescription for your patient has no refills remaining or is about to expire. If you want to continue therapy for your patient, as indicated above please prepare and issue a valid signed written prescription to the pharmacy in the space above, or authorize a verbal prescription directly to the pharmacist.

J Denied

Patient Name  Melody Cantu              Date 3-6-19
Patient Address  11?? Jamarye Blvd San Antonio, TX 77249
Drug and Strength  Clonazepam  1 mg tablets
Directions:  1 PO B.I



Quantity: # 60            Refills: 4

Prescriber

If you confirm with state regulations a permit will be submitted unless otherwise indicated

☐ Dispense as Written/Brand Medically Necessary

### Please fax back to Walgreens at  210-690-5086

This communication is intended for the use of the individual or entity to which it is addressed and may contain information that may be confidential...

MCantuFinalProd#Bates001592

# Prescription Refill Request

Date  08 12 2019                                              Time   10 29 AM

## Prescriber Information

Physician    JOHN NEALS                              Phone  210 617 2222
Address      4441 UP    AL DR                         Fax    210 617 4520
             SAN ANTONIO TX 78229 26 56              DEA #  ASSS1GUDE

## Patient Information

Patient      MELODY CANTU                            Birthdate  01 20 1974
Address      11222 JAZ L STONE BLVD **PASSWORD       Med Record #
             JR AVE 311                               Phone  210 425 4 55
             SAN ANTONIO TX 78229 0108

## Prescription Information

Rx Number    1414746 00450 8                          Requested Fill Time  08 12 2019 11 58AM
Drug         ALLOPUR NOL 300MG TABLET TS             Prescribed  Qty  60
Generic For  Z LOP B T 300M 2 TABLE T S              Last Refill  07 12 2019
Qty          TAKE 2 TABLE T S A M OUTHB Y M ON
             MOURNENCE

---

☐ Dispatch

☑ If there are NO changes to the Rx please
  circle REFILL # of Authorized Refills:                ☐ If there ARE changes to the Rx please
                                                          check box and write in changes.
  PRN ( 6 )  5   4   3   2   1
                                                        ☐ Drug _____
                                                        ☐ Directions _____
☐ Authorized as a 90 day supply
  PLUS # of additional Refills.
  PRN  3  2  1  0
                                                        ☐ Refills _____   Qty _____

Authorized by   _____  M D

---

It is unlawful with duly repetitions a generic will be substituted unless otherwise indicated
☐ Important to Authorize generic y necessary

---

**Please fax back to Walgreens at 210 680 1080**

This request contains information for the use of the individual or entity to which it is addressed and may contain information that is privileged confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient you are hereby notified that any dissemination distribution or copying of this communication is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us at the above address via the US postal service. Thank you.



MCantuFinalProd#Bates001593

# Controlled Substance Prescription Refill Request

CVS PHARMACY #06540
SAN ANTONIO, TX 78240
Tel 210 690 4125 Fax 210 690 5066

Date: 01/26/2020                                          Time: 10:57 AM

## Prescriber Information:
Prescriber:   JOHN DIAZ MD
Address:      HH CLINICAL DR
              SAN ANTONIO TX 78258555

Phone: 210 615 2000
Fax: 210 615 2010
DEA #: A5799025

## Patient Information:
Patient:   MELODY CANTU
Address:   17720 JACKSTONE BLVD TRANSWOOD
           JIMMIE ST
           SAN ANTONIO TX 78206508

Birthdate: 01/20/1976
Med Record #:
Phone: 210 425 1765

## Medication History  Write a new prescription is required to continue therapy pursuant to 21 C.F.R § 98 1305.3(a) and 1306.07(d)

Rx Number:    145759/0000504
Drug:         CLONAZEPAM TABLETS 1 MG
Generic for:
Sig:          TAKE 1 TABLET BY MOUTH TWICE DAILY

Requested Date/Time: 01/26/2020 10:57PM
Prescribed Qty: 60
Last Refill: 01/21/2019

The current prescription for your patient has no refills remaining or is about to expire. If you want to continue therapy for your patient as indicated above, please prepare and fax a valid signed written prescription to the pharmacy in the space below, or authorize a verbal prescription directly to the pharmacist.

☐ Denied

Patient Name: *Melody Cantu*
Patient Address: *7772 Jackstone Blvd Suite 77249*
Drug and Strength: *Clonazepam 1mg tab*
Directions: *1 po bid*

Date: *1-27-2020*

Quantity: *60 #60*      Refills: *5*

Prescriber: 

In accordance with phone/phone 1 prescriber be authorized verbal therapeutic indicated

☐ Dispense As Written/Brand Medically Necessary

### Please fax back to Walgreens at  210 690 5066

The information in this fax is intended only for the use of the person or entity to which it is addressed and may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. postal service. Thank you.

## Prescription Refill Request

[illegible address]
[illegible]
Tel [illegible] Fax [illegible]

Date: 05/09/2020                                                                 Time: 12:22 AM

**Prescriber Information:**

Physician: JOHN M ALS                                             Phone: 210-615-2222
Address: [illegible] DR                                           Fax: 210-615-2120
[illegible] SAN ANTONIO, TX [illegible]

**Patient Information:**

Patient: WILLODY CANTU                                            Birthdate: 01/20/1978
Address: [illegible]                                              Med Record #
JH [illegible]                                                    Phone: 210-[illegible]
SAN ANTONIO, TX [illegible]

**Prescription Information:**

Rx Number: [illegible]                                Requested R'fil Time: 05/10/2020 [illegible]
Drug: [illegible] SCRUG TABLETS                       Prescribed Qty: 60
Generic For: [illegible] TABLETS                      Last Refill: 05/08/2020
Sig: [illegible]

---

☐ Denied _____

✗ If there are NO changes to the Rx please
circle TOTAL # of Authorized Refills

PRN  ⓪  1  2  3  4  5

☐ Authorized as a 90 day supply
PLUS # of additional Refills

PRN  0  1  2  3

☐ If there ARE changes to the Rx please
check box and write in changes

☐ Drug _____

☐ Directions:

☐ Refills _____  ☐ Qty _____

Authorized Date: 5-11-2020        Authorized By: Kim

[illegible fine print]

Please fax back to Walgreens at: 800-249-9483

[illegible fine print paragraph]



MCantuFinalProd#Bates001595

## PRESCRIPTIONS

PATIENT _Melody Cantu_

DATE _10-20-2020_                                      INITIALS _KD_

MEDICATION _Zoloft_   DOSE _100mg_   SIG _2po gam_   QTY _60_

REFILLS _2_   PHARMACY _Walgreens_   PHONE _830-249-9565_

DATE _____                                      INITIALS _____

MEDICATION _____   DOSE _____   SIG _____   QTY _____

REFILLS _____   PHARMACY _____   PHONE _____

DATE _____                                      INITIALS _____

MEDICATION _____   DOSE _____   SIG _____   QTY _____

REFILLS _____   PHARMACY _____   PHONE _____

DATE _____                                      INITIALS _____

MEDICATION _____   DOSE _____   SIG _____   QTY _____

REFILLS _____   PHARMACY _____   PHONE _____

DATE _____                                      INITIALS _____

MEDICATION _____   DOSE _____   SIG _____   QTY _____

REFILLS _____   PHARMACY _____   PHONE _____

| MEDICATIONS AND OTHER THERAPEUTIC MODALITIES | | | | ALLERGIES-DRUG REACTIONS: | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **PATIENT** | | | | | PHONE NO: | | | | |
| **PHARMACY / THERAPIST** | | | | | PHONE NO: | | | | |
| Problem Number or Letter | MEDICATION / SIGNATURE / AMOUNT DISPENSED | NURSE to REFILL | DATE Start | Stop | REFILLS / DATE / STRENGTH / INITIALS | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |
| | | YES NO | | | | | | | |

**JOHN R. SEALS, M.D.**
Initial Evaluation

Date: 1 / 10 / 18

Name: CANTU (last) MELODY (first) DOB: 1-20-76 Age: 41

accompanied by:

Referral Source: | Primary Care: | Other: | Historian:

**Chief Complaint:** Migraine (Richard Taylor). Rheumotology - Mongani

**History:** (2001) GRAVES 2002 → Hashimoto — RESOLVED.

Q.D. → Resolved ē Lt
DM → preg → thyroid - d/c'd post preg.
Migraines - identified triggers (since
1 ē 1 yr - ē 3rd preg ē 35 -
hemiplegic → hx sensory lightning bolt → arm.
Ocular scotomata / tunnel vision
ē vomiting - 1½ shr - Avastin
ē preg -

Adopted in childhood → VSSA (comm Dept) - very preserved -

- TPM -
- β blocker
- Effexor x 2 yrs
- Rtp -
- Zoloft x 4 y
- LAE
- Cabarete closed shingy head
- Clawing
- Depression Anxiety Forever
- OCD - Depr Ellen?
- Single parent ē 12 yr
- Bawon / heroin
- Grandma T.V.
- Kristi —

Mood↑

Gestation, Labor, Delivery NFTPL&D | Birth Wt. | Perinatal History | School: 5th ed | (4 recently?) is clawing
no trauma / concussions baseball | Grade: away from work.

**Development:** Normal Delayed
Sat up Crawled Walked Words Sentences:
dull screen 15 hrs (home) USAA

Electronics: MAX = 2.

Behaves cooperatively (Tramadol) & furosemide every day [Zydec Riv]

Medication(s): Unisom / Losartan 25 mg - 135/90.

**Allergies:** Takes longer - Seasonal Bugs- Diamones.
blood disorder / shes

**Family History:** mom crawled TV
epileptic
divorced 2½ yr ago.

**Sleep:** Environment: DI/MS
Bedtime: 10:00 Asleep: 4:00 Latency: — Sleep Duration 15 min → 3-4 hrs (Cantu 8pm)
Wake: _____ a.m. school During the night _____ OOB/Activity
_____ a.m. weekend Snores Apnea Bruxism Enuresis
Sleepwalk/Sleeptalk Migration RLS "Restless" Parasomnias Dream

**EXAMINATION:** Ht. _____ Wt. 190 FOC: _____ cm
155→190 gbren
in 1 yr ↓ wkt

**General:**

**Skin:**

**C.N. II-XII:**
**Motor:**
Gait & Stance:
Fixed Posture:
Mimicking Hand Postures: | Synkinesis:
Paralysis:
Spasticity: Dystonia:
Tics: Motor: Vocal:
Abnormal Movements

**Sensory**
Graphesthesia:
Stereognosis:

**Cerebellar**
Ataxia:
Tremor:
Dysmetria:

**Reflexes:** DTR's Babinski's Supportive Pathologic

**Writing/Drawing:** attached

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine Amb. Video
MRI:
Consult:
Medication (Changes): Lexapro Levapro 10→20
Zoloft ↑
Seroquel 10th

**FOLLOWUP:**
Blood Level:
Lab/Blood Tests: _____ Days
_____ Weeks
3 Month

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 2, 8, 18

Last Visit:   1-10-18

| Name: CANTU _last_ | MELODY _first_ | DOB: 1-20-76 | Age: 42 | Accompanied by: |
|---|---|---|---|---|

Referral Source: ___   Primary Care: ___

**Diagnosis:** 1      2      3

**Interim History:**
Re: 1  2  3  other ___

Problems since last visit:  **Y  N**

Adverse (exaggerated) responses → Seroquel.
(dldd·

W/AE· intermittant./ Random/ variable.
"no Migraine"

**Development/School:**   Grade/ Regular/ Sp. Ed

**Diet:** Regular     Restricted

**Behavior:**
ADHD/ADD          OCD          "spacedout" ā Lexapro
Anxiety ↓          Explosive          (10 y)
Depression          Aggressive          Can't follow conversation
TT          Tics

**EXAMINATION:** Ht. ___   Wt. 92   B.P. ___   FOC: ___

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Potika | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine(Kapvay) | |
| Guanfacine(Intuniv) | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Straterra | |
| Buspar | |
| Abililify | |
| Risperdal | |
| SSRIs 1  2  3  4  5  6 (7) 8 | |
| Other | 10 mg |

**Electronics:** ___

**Sleep:** Environment: Heating blanket DI/MS
Bedtime: 9:30/10:30  school ___ asleep
___ weekend/holidays
Wake a.m  6:10  school ___ During the night: Y  N
___ weekend/holidays  Snores ___ Apnea
Bruxism  Migration  Enuresis  Sleepwalk/Sleeptalk
RLS   "Restless"  Parasomnias ___ Dream recall
Nightmares/Night terrors ___ Rocking/Head banging
Naps ___ EDS ___
Rested in a.m.?  Y (N)  +/-
Mood in a.m.: Constantly tired -

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine   Amb.   Video ___   Blood Level: ___
MRI: ___   Lab/Blood Tests: ___
Consult: Lexapro
Medication Changes: Abt 1½ - ? ½
Other: ___
Vyvanse 70y

Melatonin

**FOLLOWUP:**
___ Days
___ Weeks
1 Months

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 3, 6, 18

Last Visit: 2-8-18

Name: CANTU _last_   MELODY _first_   DOB: 1-20-76   Age: 42   Accompanied by: Self

Referral Source: _____   Primary Care: _____

**Diagnosis:** 1 SLEEP   2 ANXIETY / Depression   3 C.

**Interim History:**
Re: 1  2  3  other _____

Problems since last visit:  **Y**  N

Describe MIND DREAM - LETTERS / AUTONOMIC N.S. RESPONSE

DOESN'T WANT TO SLEEP

STRESSFUL EVENT PENDING

**Development/School:**   Grade/ Regular/ Sp. Ed

**Diet:** Regular   Restricted

**Electronics:**

**Behavior:**
ADHD/ADD
Anxiety ↓2,
Depression ↓2,
TT
OCD
Explosive
Aggressive
Tics

**EXAMINATION:** Ht. _____ Wt. 192 B.P. _____ FOC: _____

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Potika | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine(Kapvay) | |
| Guanfacine(Intuniv) | |
| Focalin | |
| Vyvanse | 2 Day — NO HELP. |
| Intuniv | |
| Straterra | |
| Buspar | |
| Abililify | |
| Risperdal | ALT. 5/10 |
| SSRIs 1  2  3  4  5  6 ⑦ 8 | SEROQUEL (AT) |
| Other | |

**Sleep:** Environment: _____   DI/MS
Bedtime: _____ school _____ asleep
_____ weekend/holideays
Wake a.m _____ school   During the night: Y  N
_____ weekend/holideays   Snores _____ Apnea
Bruxism  Migration  Enuresis  Sleepwalk/Sleeptalk
RLS   "Restless"  Parasomnias _____ Dream recall
Nightmares/Night terrors _____ Rocking/Head banging
Naps _____ EDS
Rested in a.m.?  Y  N  +/-
Mood in a.m.: _____

"SEE THE FUTURE". LOOKING FOR
PRESCIENT.   SIGNS.

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine   Amb.   Video
MRI:
Consult:
Medication Changes:
Other:

Klonapin 0.5

**FOLLOWUP:**
Blood Level: _____
Lab/Blood Tests: _____ Days
_____ Weeks
_____ Months

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 7, 5, 18                                                    Last Visit: 3-6-18

Name: CANTU _last_          MELODY _first_          DOB: 1-20-76          Age: 42          Accompanied by:

Referral Source:                                    Primary Care:

Diagnosis: 1          2          3

**Interim History:**
Re: 1  2  3 other

Problems since last visit:  **Y   N**

3 day migraine — unaccounted
visual — nausea / smell sensitivity
    ( vpzm ⊘ 5☉)
    ×1 hr.

stress related
    c̄
Pain attacks — worse

LABS – APR – Amy had intuniv

**Development/School:** _____ Grade/ Regular/ Sp. Ed

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| (Klonapin) (0.5) | – sleeping thru night |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Potika | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine(Kapvay) | |
| Guanfacine(Intuniv) | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Strattera | |
| Buspar | |
| Abililify | |
| Risperdal | d/o Ae |
| SSRIs  1  2  3  4  5  6 (7) 8 | |
| Other | |

**Diet:** Regular     Restricted

**Electronics:**

**Sleep:**  Environment:                    DI/MS
Bedtime: _____ school _____ asleep
_____ weekend/holidays
Wake a.m _____ school  During the night: Y  N
_____ weekend/holidays  Snores     Apnea
Bruxism  Migration  Enuresis  Sleepwalk/Sleeptalk
RLS     "Restless"  Parasomnias     Dream recall
Nightmares/Night terrors     Rocking/Head banging
Naps _____ EDS
Rested in a.m.?  Y  N  +/-
Mood in a.m.:

**Behavior:**
ADHD/ADD          OCD
Anxiety           Explosive
Depression        Aggressive
TT                Tics

**EXAMINATION:  Ht. _____ Wt. _____ B.P. _____ FOC: _____**
192

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine   Amb.   Video
MRI:
Consult:
Medication Changes:
Other:

Blood Level: _____
Lab/Blood Tests: _____
Buspar 40
↑ 1-1.

**FOLLOWUP:**
_____ Days
_____ Weeks
_____ Months

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 1 25/18

Account number

| Name: CANTU | MELODY | DOB: 1-20-76 | Age: 42 | Last Visit: 7-5-18 |

| Referral Source: | Primary Care: | Other HCP: | Historian: |

**Diagnosis:** 1          2          3

**Interim History:** Re: 1  2  3  other_____

Problems since last visit:   Y   N

Hormon in July
Sleep deprivation;
Aware of everything around her but not conversation

- Ocular infections
mouth dry / fatigue
can't focus.
Sjogrens.
+ SSP          Mrs Gaeler  - Randolph Pollock -
**Development/School:**  Grade/ Regular/ Sp. Ed       "photos"
spinabed

sleep deprived

**Behavior**: ADHD/ADD/Aggressive/ Explosive/ TT/ Anxiety/ Depression/OCD/Tics

- husbands &
harming her

Swimming v/ hr          agoraphobia

**Diet:** Regular      Restricted        **Electronics:**   can't go to
mall

| Medication: | Level/Date |
| --- | --- |
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | (0.5) 45. |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | |
| Trileptal | +5 wks |
| Vimpat | |
| Zonegran | MTX (10 us) |
| Clonidine | 30 quads |
| Focalin | |
| Vyvanse | d/c'd. |
| Intuniv | Folate |
| Buspar | (15) 15 #8 |
| Imipramine | only. |
| Risperdal | |
| SSRIs 1 2 3 4 5 6 7 | |
| Trazodone | |
| Other | Melatonin |

**Sleep:** Environment: 12:30      DI/MS
Bedtime: 8.30 school Asleep: ____ Latency: ____

weekend/holideays
Wake: ____ a.m school  During the night Y/N
          a.m weekend/holideays  Snores      Apnea
Bruxism  Enuresis  Sleepwalk/Sleeptalk
Migration RLS      "Restless"  Parasomnias
Dream recall
Nightmares/Night terrors      Rocking/Head banging
Naps          EDS

**EXAMINATION: Ht.** ____  Wt. 200  **B.P.** ____  **FOC:** ____
↑ 8#

| **IMPRESSION:** | **DISPOSITION:** | | **FOLLOWUP:** |
| --- | --- | --- | --- |
| | EEG: Routine   Amb.   Video | Blood Level: ____ | |
| | MRI: ____ | Lab/Blood Tests: ____ | ____ Days |
| | Consult: Buspar 15-20 | | ____ Weeks |
| | Medication Changes: Klonapin | | ____ Months |
| **Data Reviewed:** | Other: (1...?2 (#8) | | |




# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 10, 9, 18

Account number

Name: CANTU        MELODY        DOB: 1-20-76        Age: 42        Last Visit: 9-25-18

Referral Source:        Primary Care:        Other HCP:        Historian:

**Diagnosis:** 1        2        3

**Interim History:** Re: 1  2  3  other_____

Problems since last visit:  Y   N

Conflict c̄ husbands ex. → accusing Melody of
all sorts of neg.
behavior

lock down @ home -

Deposition tomorrow :-

Kids doing worse

She feels she is being stalked

Plan to move out of state - now paranoid due to
threats from 3rd party.
⊕

**Development/School:**        Grade/ Regular/ Sp. Ed

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/(Anxiety)/Depression/OCD/Tics

**Diet:** Regular        Restricted        **Electronics:**

**EXAMINATION:** Ht.        Wt. 206        B.P.        FOC:

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| (Klonapin) | 0.5 2 HS |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine | |
| Focalin | |
| (Vyvanse) | d/c'd |
| Intuniv | |
| (Buspar) | 15 → 20 HS |
| Imipramine | |
| Risperdal | |
| SSRIs  1  2  3  4  5  6  7 | |
| Trazodone | |
| Other | |
| | Melatonin |

**Sleep:**  Environment:        ✓        DI/MS
Bedtime: 8:30 school  Asleep: ✓  Latency:
_____ (9 hr) weekend/holidays
Wake: 6  a.m school   During the night Y/N
        a.m. weekend/holidays   Snores   Apnea
Bruxism   Enuresis   Sleepwalk/Sleeptalk
Migration RLS   "Restless"  Parasomnias
Dream recall
Nightmares/Night terrors   Rocking/Head banging
Naps  ∅  EDS   groggy in Am

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine   Amb.   Video
MRI:
Consult:
Medication Changes:
Other:
↑ Buspar 5-20

**FOLLOWUP:**
Blood Level:
Lab/Blood Tests:        Days
        2 Weeks
        Months

**JOHN R. SEALS, M.D.**
Follow-up Evaluation

Date: 10.23.18

Account number

Name: CANTU          MELODY          DOB: 1-20-76          Age: 42          Last Visit: 10-9-18

Referral Source:          Primary Care:          Other HCP:          Historian:

**Diagnosis:** 1          2          3

**Interim History:** Re: 1 2 3 other_____

Problems since last visit:   Y   N

Anxiety &d-
Still conflict c husbands ex
therapist — not helping
Wants to leave town — trip out of town - ↓ pulse
                        return to town - ↑ pulse
Paranoid
Won't leave house c David.

**Development/School:**          Grade/ Regular/ Sp. Ed

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/OCD/Tics

**Diet:** Regular          Restricted

**Electronics:**

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Buspar | (15) 5 - 20 |
| Imipramine | |
| Risperdal | |
| SSRIs 1 2 3 4 5 6 ⑦ PE | |
| Trazodone | |
| Other | |
| | Melatonin |

**Sleep:** Environment:          DI/MS
Bedtime: _____ school Asleep: _____ Latency: _____
_____ weekend/holidays
Wake: _____ a.m school _____ During the night Y/N
          a.m. weekend/holideays  Snores    Apnea
Bruxism   Enuresis   Sleepwalk/Sleeptalk
Migration RLS   "Restless"  Parasomnias
Dream recall
Nightmares/Night terrors   Rocking/Head
banging
Naps          EDS          wakes screaming

**EXAMINATION: Ht.** _____ **Wt** 200 **B.P.** _____ **FOC:** _____
230 x 6#

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine    Amb.    Video _____
MRI: _____
Consult: _____
Medication Changes: _____
Other: _____
Abilify 5 mg -
          to ↑ 10 →

**Blood Level:** _____
**Lab/Blood Tests:** _____

**FOLLOWUP:**
_____ Days
_____ Weeks
_____ Months

MCantuFinalProd#Bates001605

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 12/6/18

Account number

| | | | |
|---|---|---|---|
| Name: CANTU | MELODY | DOB: 1-20-76 | Age: 42   Last Visit: 10-23-18 |

| Referral Source: | Primary Care: | Other HCP: | Historian: Self |
|---|---|---|---|

**Diagnosis:** 1          2          3

**Interim History:** Re: 1  2  3  other_____

Problems since last visit: Y   N

Mediation progressing

Abilify — A+ (Adverse response).

Still lots of conflict - Ground father abusive.

HOA son - middle of conflict / court order of custody

She is being threatened w false allegations change

w caplit function in (accused of "shooting up" depo.

**Development/School:**   Grade/ Regular/ Sp. Ed

**Behavior**: ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/(OCD)/Tics
(Better)

**Diet:** Regular   Restricted

**Electronics:**

**EXAMINATION:** Ht.    Wt.    B.P.    FOC:
20⁴
↑4⁸

Buspar 5 - 15 -

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | 0.5  Hz |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Buspar | 15 mg HS - |
| ~~Imipramine~~ | |
| Risperdal | |
| SSRIs  1  2  3  4  5  6  7 | |
| Trazodone | |
| Other | |
| | Melatonin |

**Sleep:**  Environment:                    DI/MS
Bedtime:          school  Asleep:        Latency:

_____ weekend/holidays
Wake:    a.m school    During the night Y/N
            a.m weekend/holidays   Snores    Apnea
Bruxism  Enuresis  Sleepwalk/Sleeptalk
Migration RLS      "Restless"  Parasomnias
Dream recall
Nightmares/Night terrors     Rocking/Head
banging
Naps              EDS

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine   Amb.   Video
MRI:
Consult:
Medication Changes:
Other:

No AS
until court
case resolved.

**FOLLOWUP:**
Blood Level:
Lab/Blood Tests:          Days
                                  Weeks
                                  Months

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 3ƨ ,19                                    Account number

Name: CANTU          MELODY          DOB: 1-20-76      Age: 43    Last Visit: 12-6-18

Referral Source:          Primary Care:          Other HCP:          Historian:

**Diagnosis:** 1          2          3

**Interim History:** Re: 1  2  3 other_____

Problems since last visit:  Y   N

Arrested 12/24/18 —
3/27 - court case +
↑OCD — skin picking, nail picking etc
  — Cleaning
  — not eating
  — Verbal unrest / can't go out
  — Stays in bedroom / can't go out
Sent kids for internet safety training —
  Matty - troubled by absence —  4-5 hrs.

credit card
stolen —

4/8/19 - Criminal Trial —

**Development/School:**     Grade/ Regular/ Sp. Ed

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonopin (0.5) 2 HS | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Buspar | 5 - 15 |
| Imipramine | |
| Risperdal | |
| SSRIs  1 (2) 3 4 5 6 (7) | Abilify NE |
| Trazodone | ele |
| Other (2011)  Melatonin | |

**Behavior**: ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/OCD/Tics

**Diet:** Regular     Restricted          **Electronics:**

**Sleep:**   Environment:                              DI/MS
Bedtime:          school  Asleep:          Latency:

                    weekend/holideays
Wake:          a.m school          During the night Y/N
               a.m weekend/holideays  Snores    Apnea
Bruxism   Enuresis   Sleepwalk/Sleeptalk
Migration RLS        "Restless" Parasomnias
Dream recall
Nightmares/Night terrors      Rocking/Head
banging
Naps          EDS

**EXAMINATION: Ht.     Wt.     B.P.     FOC:**
190
414#

| **IMPRESSION:** | **DISPOSITION:** | **FOLLOWUP:** |
|---|---|---|
| | EEG: Routine   Amb.   Video      Blood Level: | _____ Days |
| | MRI:                    Lab/Blood Tests: | _____ Weeks |
| | Consult: | |
| | Medication Changes: Zoloft (50) ↑ 1/2→1-1½ | _____ Months |
| **Data Reviewed:** | Other: | |

**JOHN R. SEALS, M.D.**
Follow-up Evaluation

Date: 4/2/19

Account number

| Name: CANTU | MELODY | DOB: 1-20-76 | Age: 43 | Last Visit: 3-5-19 |
|---|---|---|---|---|

| Referral Source: | Primary Care: | Other HCP: | Historian: |
|---|---|---|---|

**Diagnosis:** 1          2          3

**Interim History:** Re: 1  2  3  other_____

Problems since last visit:  Y    N

Filing grievance against atty.
New at Hornsby.
filing discussing,
↑ anxiety /↓ OCD /↑ picking —

**Development/School:**     Grade/ Regular/ Sp. Ed

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/OCD/Tics

**Diet:** Regular     Restricted

**Electronics:**

**Medication:**                              Level/Date
Aptiom
Banzel
Depakote
Felbatol
Fycompa
Keppra
Klonapin   1mg
Lamictal
Lyrica
Neurontin
Onfi
Oxtellar
Topamax
Trileptal
Vimpat
Zonegran
Clonidine
Focalin
Vyvanse
Intuniv
Buspar  5-7/
Imipramine
Risperdal
SSRIs  1  2  3  4  5  6  7
Trazodone  50  2 1/2  ↑
Other
                        Melatonin

**Sleep:**  Environment:                         DI/MS
Bedtime: _____ school  Asleep: _____ Latency:
_____
                    weekend/holideays
Wake: _____ a.m school ___ During the night Y/N
          a.m.weekend/holideays  Snores    Apnea
Bruxism  Enuresis  Sleepwalk/Sleeptalk
Migration RLS    "Restless" Parasomnias
Dream recall
Nightmares/Night terrors ____ Rocking/Head banging
Naps          EDS

**EXAMINATION:** Ht. _____ Wt. _____ B.P. _____ FOC: _____
181
46#

? Cymurin Rx:               Hevin —

**IMPRESSION:**

**Data Reviewed:**

**DISPOSITION:**
EEG: Routine   Amb.   Video
MRI:
Consult:
Medication Changes:
Other:

Blood Level:
Lab/Blood Tests: _____
Same

**FOLLOWUP:**
_____ Days
_____ Weeks
_____ Months

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 7/24/19                                                    Account number

| Name: CANTU | MELODY | DOB: 1-20-76 | Age: 43 | Last Visit: 4-2-19 |

Referral Source:          Primary Care:          Other HCP:                    Historian:

**Diagnosis:** 1 Anxiety/Dep. 2          3

**Interim History:** Re: 1 2 3 other_____

Problems since last visit:  Y   N

Aug 23 — COURT DATE
SWEATING while sleeping
KLONAPIN — NOT EFFECTIVE FOR SLEEP
ARRESTED FOR FALSE ACCUSATIONS → Dropped charge
New attorney → ⊕  Credit card → FRAUD
Moving due to "NOT BEING SAFE" —
        Boerne

Husband's ID stolen —

**Development/School:**          Grade/ Regular/ Sp. Ed

**Medication:**                                    Level/Date
- Aptiom
- Banzel
- Depakote
- Felbatol
- Fycompa
- Keppra
- (Klonapin)  1mg  ✓
- Lamictal
- Lyrica
- Neurontin
- Onfi
- Oxtellar
- Topamax
- Trileptal
- Vimpat
- Zonegran
- Clonidine
- Focalin
- Vyvanse
- Intuniv
- Buspar  5-15
- Imipramine
- Risperdal
- SSRIs  1 ②3 4 5 6 7
- Trazodone (50mg) ½ tab AM → ⊕
- Other
            Melatonin

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/OCD/Tics

**Sleep:**  Environment:
Bedtime:____ school  Asleep:____  Latency:____
            weekend/holidays
Wake:____ a.m school____ During the night Y/N
       a.m weekend/holidays  Snores  Apnea
Bruxism  Enuresis  Sleepwalk/Sleeptalk
Migration RLS  "Restless"  Parasomnias
Dream recall
Nightmares/Night terrors  Rocking/Head banging
Naps          EDS

**Diet:** Regular  Restricted          **Electronics:**

**EXAMINATION:** Ht.____ Wt.____ B.P.____ FOC:____
208
← 4 mo
↑ 24#

**IMPRESSION:**

**DISPOSITION:**                    **FOLLOWUP:**
EEG: Routine  Amb.  Video      Blood Level:____
MRI:____                        Lab/Blood Tests:____ Days
Consult:____                              ____ Weeks
Medication Changes:____        Refuse Klonapin will  ② Months
Other:____
**Data Reviewed:**             defer until court date

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 2/10/2020

Account number

Name: CANTU          MELODY          DOB: 1-20-76     Age: 44     Last Visit: 7-24-19

Referral Source:          Primary Care:          Other HCP:          Historian: SELF

**Diagnosis:** 1          2          3

**Interim History:** Re: 1  2  3  other _____

Problems since last visit:  Y   N

Coroners Report -

D/C Klonopin.

Tried to ↓ Zoloft → AB → Back to

multiple horse accidents - falling off → R
          out Nov Dec. - concussion - EK- N
                    clust - pleural effusion
                    stressed. - bruise
Cardiology: from Garza - diastolic dysfunction

**Development/School:**     Grade/ Regular/ Sp. Ed

Bone graft in foot (twice stepped).

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/OCD/Tics

Legal strife continues (husband [?t Mal lies]

**Diet:** Regular ✓ Restricted          **Electronics:** (temporary)

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine | Spironolactone |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Buspar | |
| Imipramine | |
| Risperdal | |
| SSRIs  1 (2) 3 4 5 6 7 | Benadryl ? |
| Trazodone (50) 150 ? | |
| Other | |
| | Melatonin |

**Sleep:**  Environment:          DI/MS
Bedtime: ____ school Asleep: ____ Latency: ____
_____ weekend/holidays
Wake: ____ a.m school     During the night Y/N
          a.m. weekend/holidays  Snores     Apnea
Bruxism   Enuresis   Sleepwalk/Sleeptalk
Migration RLS     "Restless"  Parasomnias
Dream recall
Nightmares/Night terrors     Rocking/Head banging
Naps          EDS

**EXAMINATION: Ht.     Wt.     B.P.     FOC:**
          226
          ↑ 18#

Exercising Raned - 1

**IMPRESSION:**

**DISPOSITION:**
EEG: Routine   Amb.   Video
MRI: ____
Consult: ____
Medication Changes: ____
Other: ____

**Data Reviewed:**

**FOLLOWUP:**
Blood Level: ____
Lab/Blood Tests: ____     ____ Days
          ____ Weeks
          ____ Months

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 8/20/2020

Account number

| Name: CANTU | MELODY | DOB: 1-20-76 | Age: 44 | Last Visit: 2-10-2020 |
|---|---|---|---|---|

| Referral Source: | Primary Care: | Other HCP: | Historian: |
|---|---|---|---|

| Diagnosis: 1 | 2 | 3 |
|---|---|---|

**Interim History:** Re: 1  2  3  other_____

Problems since last visit:   Y    N

Fels →
Passing out, foot injury →
Cardiac eval, saw Gorza.
Rheumatologist.
had tubes removed from fallopium (2012) tubes.
Removed → did "everything" joints better 6/8/20
↓ bloating, hair ↑,

? Dx Sjogrens. →↓ SSR

- PTSD -
- Anxiety?

**Development/School:**       Grade/ Regular/ Sp. Ed

in Federal court – suing stalker – etc.

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/OCD/Tics

Migraine 2days. Hypervigilant.
Vertigo +1 –    – won't leave house – etc.

| **Diet:** Regular       Restricted | **Electronics:** |
|---|---|

**EXAMINATION:** Ht.       Wt. ()  B.P.       FOC:_____
218

| **Medication:** | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | Spironolactone |
| Trileptal | |
| Vimpat | |
| Zonegran | |
| Clonidine | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Buspar | |
| Imipramine | |
| Risperdal | Vimson 4 |
| SSRIs  1 (2) 3  4  5  6  7 | |
| Trazodone  100 →. | |
| Other | |
| Imigine coffwhea Melatonin | |
| | San Aurstin. |

**Sleep:**  Environment: disruption    DI/MS
Bedtime: 9:00  school  Asleep:       Latency:
_____
weekend/holidays
Wake:_____   a.m school     During the night Y/N
a.m.weekend/holidays   Snores       Apnea
Bruxism    Enuresis    Sleeptalk/Sleeptalk
Migration RLS       "Restless"  Parasomnias
Dream recall
Nightmares/Night terrors       Rocking/Head banging
Naps             EDS

| **IMPRESSION:** | **DISPOSITION:** | **FOLLOWUP:** |
|---|---|---|
| | EEG: Routine   Amb.   Video       Blood Level:_____ | _____ Days |
| | MRI:_____       Lab/Blood Tests:_____ | _____ Weeks |
| | Consult:_____ Zoloft 150.- | (2) Months |
| | Medication Changes:_____ | |
| **Data Reviewed:** | Other:_____ | |

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 9-28-2020

Account number

| Name: CANTU | MELODY | DOB: 1-20-76 | Age: 44 | Last Visit: 8-20-2020 |

Referral Source: | Primary Care: | Other HCP: | Historian: _Self_

**Diagnosis:** 1 Sleep Disorder  2 Anxiety  3

**Interim History:** Re: 1 2 3 other_____

Problems since last visit:   Y   N

- New twists in Federal Ct —
- Subpoena Co — that is ahead up, her sooth cards etc, etc.
- Took her off Lunesta
  C
Anxiety ↑↑ → Sleep Disruption
  └→ Zoloft not as snappy / not sound sensitive

Coils Removed — 3x

**Development/School:**   Grade/ Regular/ Sp. Ed

Upon "Y Sleep" Stays home — cares for horses

**Medication:**                                    Level/Date

| Medication | |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Nuvellar | |
| Topamax | |
| Trileptal | Spironolactone 50 (✓) |
| Vimpat | |
| Zonegran | |
| Clonidine | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Buspar | |
| Imipramine | |
| Risperdal | |
| SSRIs  1  ②  3  4  5  6  7 | |
| Trazodone — 150 (✓) | |
| Other | |

Melatonin

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/Anxiety/Depression/(OCD)/Tics

Shaking both arms in repose
Dizzy w/o standing
GI symptom (constipation).

Oral feet together
w/ing doors.

**Diet:** Regular    Restricted

← Calf

**Electronics:**

**Sleep:**  Environment:                    DL/MS
Bedtime: 10:00 school  Asleep:__ Latency:__
(x 1 yr)  1½ hr → water soaked
                              └→ screen/use pad
Wake:  a.m. school   During the night Y/N  A-Gatw
       a.m. weekend/holidays  Snores   Apnea
Bruxism   Enuresis   Sleepwalk/Sleeptalk
Migration RLS   "Restless"  Parasomnias
Dream recall —
Nightmares/Night terrors   Rocking/Head banging
Naps            EDS   Vivid dreams
                            Guns in face

**EXAMINATION:**  Ht.___  Wt.___  B.P.___  FOC:___
205
413.

**IMPRESSION:**

**DISPOSITION:**
EEG: Routine  Amb.  Video   Blood Level:____
MRI:____                    Lab/Blood Tests:____
Consult:____
Medication Changes:____
Other:____  ↑ Zoloft 200. —  call 1 wk

**Data Reviewed:**

**FOLLOWUP:**
___ Days
② Weeks
② Months

# JOHN R. SEALS, M.D.
## Follow-up Evaluation

Date: 11, 9 2020                                                          Account number _____

Name: CANTU          MELODY          DOB: 1-20-76          Age: 44     Last Visit: 9-28-2020

Referral Source: _____     Primary Care: _____     Other HCP: _____     Historian: Self

**Diagnosis:** 1 Anxiety     2 Sleep D.O.     3

**Interim History:** Re: 1  2  3  other _____

Problems since last visit:  Y   N

Anxiety ↓ — not as jumpy ~

Sleep: still problematic

Court — grinds on. — in court 11/17/20.

Physically exhausted —
  Reflux, constipation.
  Joints/dizziness better since coil removed
  better balance on horse.
See chiropractor today —

**Development/School:**     Grade/ Regular/ Sp. Ed

(R) arm weakness ~

**Behavior:** ADHD/ADD/Aggressive/ Explosive/ TT/ (Anxiety)/ Depression/ (OCD)/ Tics

Not seeing psychologist (retired).

checking
doors, lights,
horses

**Diet:** Regular     Restricted

**Electronics:** ✓

| Medication: | Level/Date |
|---|---|
| Aptiom | |
| Banzel | |
| Depakote | |
| Felbatol | |
| Fycompa | |
| Keppra | |
| Klonapin | |
| Lamictal | |
| Lyrica | |
| Neurontin | |
| Onfi | |
| Oxtellar | |
| Topamax | |
| Trileptal | Spironolactone |
| Vimpat | |
| Zonegran | |
| Clonidine | |
| Focalin | |
| Vyvanse | |
| Intuniv | |
| Buspar | |
| Imipramine | Advil PM. |
| Risperdal | |
| SSRIs  1 (2) 3  4  5  6  7 | |
| Trazodone  200 (↑) | |
| Other | |
|  | Melatonin |

**Sleep:**  Environment: _____     (DI/MS)
Bedtime: 9:00  school  Asleep: _____  Latency: _____
                                      Night sweats / 1 hr
  weekend/holidays     2-3 hrs —
Wake: 7:45 a.m. school _____  During the night (Y)/N
  a.m. weekend/holidays     Snores     Apnea
Bruxism   Enuresis   Sleepwalk/Sleeptalk
Migraion   RLS     "Restless"   Parasomnias
Dream recall
Nightmares/Night terrors _____ Rocking/Head banging
Naps _____     EDS

**EXAMINATION:  Ht. _____  Wt. _____  B.P. _____  FOC: _____**

216
↑ AHK

**IMPRESSION:**

**Data Reviewed:** Video of horse riding

**DISPOSITION:**
EEG: Routine   Amb.   Video
MRI: _____
Consult: _____
Medication Changes: ① Medication same
Other: _____

**FOLLOWUP:**
Blood Level: _____
Lab/Blood Tests: _____ Days
_____ Weeks
_____ Months

### JOHN R. SEALS M.D.
### TREATMENT UPDATE NOTES

PATIENT Melody Cantu

D.O.B. 1-20-76

**DATE**

| | |
|---|---|
| 1/10/18 | NP |
| 1/15/18 | Patient called, seroquil – could not wake up slept all night and the next day. Lexapro take at night |
| | Lexapro 10mg → 1 1/2 AM → go back to 1AM    fu 2/8/18 |
| | Seroquil 50mg → 1 HT → Dlc by    per Dr.    CB 425-5745 |
| | patient    Seals – FUR a week-schedule |
| 2/8/18 | FU              left voicemail @ 2:22pm |
| 3/6/18 | FU              on 1/15/18 |
| 7-5-18 | FU |
| 9/25/18 | NS – FU |
| 10/9/18 | fu |
| 10/23/18 | FU |
| 12-6-18 | FU |
| 12/7/18 | Patient called: She was at a medical conference over the weekend and had a brain scan done. It showed interesting findings, where her (L) hemisphere would talk to her (R) hemisphere, also black area on her scan, as well as a vacation incident that she had over a year where she had vision loss several times. She's concerned and would like an MRI with and without contrast. None      FU 12/06/18    per Dr. Seals he would like to see the      CB 210.425.5745 data before moving forward with an MRI |

Dr. Cantu (husband)
(210) 414-0409

MCantuFinalProd#Bates001614

### JOHN R. SEALS M.D.
### TREATMENT UPDATE NOTES

PATIENT _Melody Cantu_      D.O.B. _1-20-76_

DATE

| |
|---|
| 3-5-19 FU |
| 4/2/19 FU |
| 7-24-19 FU |
| 2-10-2020 FU |
| 8-20-2020 FU |
| 9-28-2020 FU |
| 11-9-2020 FU |