Exhibit 'X'



2815 N Loop 1604 E STE 111
San Antonio, TX 78232
(210) 846-9432 • (877) 445-5362
CaseManager@ExhibitACFI.com
License # A16118

## Forensic Service Agreement

Date: 1/3/19

Case Type: ☐Divorce ☐Corporate ☐Civil ☐Child Custody ☐Domestic ☐Criminal

### Agency/Organization Name & Information

Name: Melody Cantu          Company: _____

Address: 11222 Jodestone Blvd          Suite/Apt: _____

City: San Antonio          State: TX          Zip Code: 78249

Phone: 210 425·5765          Alternate Phone: _____

Email Address: joyandtyrus@gmail.com

### Attorney Information

Attorney Name: Civil· Barry Efron          Law Firm: _____
Criminal: Lorane Efron

Phone: _____          Alternate Phone: _____

Email Address: _____

### Opposing Attorney Information

Attorney Name: Tina Torres + DA          Law Firm: _____

Phone: _____          Alternate Phone: _____

Email Address: _____

### Please list keywords you would like to be searched.

Verizon Log In                                                          Melody's
Nate Bellinger (Ex-wife's Lover) Screen Shots of child's iPad on phone
Dates for snap shots/screen shots were taken on
Digital forensic Corp is the company that "hacked" into Melody's devices.
Shawn or Sean McCarthy, Nov. 15th Routed "Favorites" Photos @ 12:01 AM

### Please provide any special instructions.

Router message "Allow Access" - A friend tried to remote in on 11/15/18,
                                                              but was unable
What when hacked or got into the devices                      access the
                                    + (lock in ibooks)        network through
                                                              the router.
Initials: RE MQC          For how long

                          6/6/18          1 | Page
(herpes singles.com)      Snap Shot/Screen Shot          Exhibit A Computer Forensic Investigations, LLC.
in May 2018           Items #002480's - needs text conversations 210-441-9618
Nov. 16th 9:56am - Nov.24th +25th log photos of the router.
Needs the reports   Screen Shot of the admition of hiring a digital forensic Co
                    by 1/22/19

## Terms and Conditions:

AGREEMENT, made on ___1 / 3 / 19___ between _Melody Cantu_
(hereinafter referred to as "Client"), and Exhibit A Computer Forensic Investigations, a computer forensic and electronic discovery corporation, with its office located at 2815 N Loop 1604 E STE 111, San Antonio, Texas 78232.

Whereas, Exhibit A Computer Forensic Investigations agrees to put forth its best effort to supply Client with the professional services to perform computer forensic acquisitions and investigations, electronic discovery, cell phone forensic analysis, expert professional testimony and background checks (hereinafter "Services"), and Client agrees to utilize Exhibit A Computer Forensic Investigations for such purposes:

1.  SOLE AGREEMENT

This Forensic Service Agreement (hereinafter "Agreements") shall supersede all prior agreements and understandings between the parties with respect to the subject hereof.  Additional agreements and documents between the parties, such as proposals from Exhibit A Computer Forensics, written acceptances by the Client, or purchase orders may be attached as addenda to this Agreement.  This Agreement may not be changed or terminated verbally by or on behalf of either party.

2.  TERM OF AGREEMENT

This Agreement shall terminate one year from date of signed Agreement.  Either party may terminate this Agreement by giving to the other party at least thirty (30) days prior written notice without incurring any additional charges.

3.  PAYMENT                    $5,000

A **minimum, non-refundable fee of $2,500.00** will be due before start of work. If forensic analysis is requested, **payment in full is required** before start of work.  Exhibit A Computer Forensic Investigations will charge for all time spent on behalf of the client, requested services including but not limited to: evidence acquisition, data recovery, media or data transfer, time spent preparing for and participating in depositions, correspondence (phone, email, text, or walk in), travel time and expenses, expert professional testimony, or other matters within its expertise.  Client agrees that the specified hourly rate will be applied towards the retaining fee. If retainer is exhausted prior to completion, Exhibit A Computer Forensics will stop work and convey status of work with client to determine if additional retainer should be allocated in order to continue to work.  If work is to continue past the minimum retainer, a prepaid time block format will be paid by the client prior to continuation of work with the designated rate applied towards the block amount.  If client chooses not to continue work at any time, Exhibit A Computer Forensics will turn over to client all evidence collected to that point providing any and all outstanding charges have been paid. (continued on next page)

Initials:

2 | P a g e
Exhibit A Computer Forensic Investigations, LLC.

PAYMENT (continued)

All invoices are due and payable upon receipt. All Services must be paid in full before any final reports, documents, media, etc. are released to Client. Invoices more than 30 days past due will be subject to collections. Client will be liable for any and all fees associated with the collection process.

4. CONFIDENTIAL INFORMATION

Unless otherwise required by law, Client and Exhibit A Computer Forensic Investigations each expressly undertake to retain in confidence and to require their respective employees and contractors to retain in confidence all information, materials, and know-how exchanged in connection with this Agreement and identified as being proprietary, privileged, and/or confidential to which, by the nature of the particular disclosure, ought in good faith to be treated as proprietary, privileged, and/or confidential (hereinafter "Confidential Information"). Exhibit A Computer Forensic Investigations and Client each further agree that they will make no use of such Confidential Information except as consistent with the terms and purpose of this Agreement or with the specific prior written consent of the other party. Notwithstanding the foregoing, each party may disclose Confidential Information on a "need to know" basis to its respective legal counsel, accountants, and financial advisors.

Client understands that if Exhibit A Computer Forensic Investigations encounters evidence of a violation of state or federal law, Exhibit A Computer Forensic Investigations may be legally required to report the evidence to law enforcement or other appropriate entities (i.e. prosecutor, judge, etc.). In the event that this engagement is to provide services in a criminal defense, Exhibit A Computer Forensic Investigations will provide the information to the criminal defense attorney; the information will not be reported to law enforcement by Exhibit A Computer Forensic Investigations unless it is of a nature that would require the defense attorney to disclose it. Child pornography is illegal to possess and will be immediately reported to law enforcement.

5. INSTRUCTIONS FROM ATTORNEY

In the case of any Services performed in connection with or anticipation of any legal action, Client agrees that Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client's attorney and shall work through such attorney in performing all Services. In the event that Client is a law firm or attorney and has engaged Exhibit A Computer Forensic Investigations to perform Services on behalf of a third party client, Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client and shall work through Client in performing all such Services.

Initials: _RPC MJC_

MCantuFinalProd#Bates001721

## 6. ACKNOWLEDGEMENT OF EXISTING CONDITIONS

Client acknowledges that the equipment, data, media or other electronic devices (hereinafter "Digital Artifacts") targeted for inspection may be damaged prior to Exhibit A Computer Forensic Investigations receipt, and Client further acknowledges that the efforts of Exhibit A Computer Forensic Investigations and/or its suppliers to complete the Services may result in the destruction of or further damage to the Digital Artifacts. Exhibit A Computer Forensic Investigations for itself and its suppliers will not assume responsibility for additional damage that may occur to the Client's Digital Artifacts during Exhibit A Computer Forensic Investigations efforts to complete the Services.

## 7. CLOUD ACCOUNT AUTHORIZATION

Client affirms that he/she has full legal rights to the following accounts and gives Exhibit A Computer Forensic investigations, authorization to access and acquire data from the following account:

Online Account Name: *joyandtyrus@gmail.com*

User Name: *Jay Cantu*

Password: *pldq221112014*

Online Account Name: *joy-andtyrus@hotmail.com*

User Name: _____

Password: _____

## 8. WARRANTIES AND REMEDIES

Recovery of desired forensic data is **NOT GUARANTEED OR WARRANTIED** in any way by Exhibit A Computer Forensic Investigations. Each Digital Artifact which will be returned to Client shall be on an "as is" basis without any warranties, express or implied, and specifically excluding any implied warranty of merchantability and fitness for a particular purpose, or for loss or damage thereto in transit or while in Exhibit A Computer Forensic Investigations' possession. **IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVIE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF. THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.**

Initials: *RAC MJC*

4 | P a g e
Exhibit A Computer Forensic Investigations, LLC.

MCantuFinalProd#Bates001722

9.  OWNERSHIP OR RIGHT OF POSSESSION

Client warrants to Exhibit A Computer Forensic Investigations that it is the owner of, and/or has the right to be in possession of, all Digital Artifacts furnished to Exhibit A Computer Forensic Investigations; that Client has permission and/or rights to enter and acquire/capture any and all Digital Artifacts from premises where computer evidence may be located; that Client hereby grants permission and/or rights to Exhibit A Computer Forensic Investigations to enter and acquire/capture any and all Digital Artifacts from premises; and that Client will defend, at its expense, indemnify, and hold Exhibit A Computer Forensic Investigations and its suppliers harmless against any damages or expenses that my occur (including reasonable attorneys' fees), and pay any cost, damages, or attorneys' fee awarded against Exhibit A Computer Forensic Investigations resulting from Client's breach of this section.

10. LIABILITY OF EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS AND ITS PERSONNEL

Exhibit A Computer Forensic Investigations agrees to hold Client harmless from any and all injury to persons or damage to the property of Client or of any employee of Client which arises out of Exhibit A Computer Forensic Investigation's negligent performance under this Agreement, provided that


Client expressly agrees that Exhibit A Computer Forensic Investigations shall not be liable to Client for any act or omission of Exhibit A Computer Forensic Investigations which is the cause of loss or injury to Client or any third party.  Notwithstanding any other provision of this termination hereof for any losses, claims, costs, or damages arising out of any cause whatsoever, whether at law, in equity or otherwise, shall in no event exceed the total amount actually paid by the Client to Exhibit A Computer Forensic Investigations in respect of Services performed hereunder.  IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVIE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF.  THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.

Initials: _RAC MGC_

MCantuFinalProd#Bates001723

## 11. CONTROLLING LAW AND ARBITRATION

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas. In the unlikely event that a dispute arises between Customer and Exhibit A Computer Forensic Investigations, RELATED IN ANY WAY TO THIS AGREEMENT SHALL BE RESOLVED BY BINDING ARBITRATION UNDER THE COMMERCIAL ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION. In the event legal action or arbitration is commenced by either party in connection with this Agreement, and Exhibit A Computer Forensic Investigations results as prevailing party, Client agrees to recover Exhibit A Computer Forensic Investigations reasonable attorneys' fees and costs, including expert witness' costs, expended by Exhibit A Computer Forensic Investigations in connection with such action.

## 12. NOTICES

Any and all notices, invoice, requests, demands, and communications provided for by this Agreement shall be in writing and shall be effective when delivered in person, sent by facsimile with confirmation, sent via email with confirmation, or upon receipt via U.S. Mail postage prepaid, with return receipt requested, as follows:

To Exhibit A Computer Forensic Investigations
2815 N Loop 1604 E STE 111
San Antonio, TX 78232

Initials:

6 | P a g e
Exhibit A Computer Forensic Investigations, LLC.

## Signature Page:

**DISCLAIMER: I understand the following:**

_RDC_ (Initial)   Exhibit A does **NOT** warrant success or any particular result or conclusion.

_RDC_ (Initial)   Investigation of mobile devices will vary according to model of phone, operating system and user preferences.

_RDC_ (Initial)   The retainer agreed by the Client and Exhibit A is valid and can be used for up to 6-months from the date of this agreement. Exhibit A does **NOT** refund the retainer amount.

IN WITNESS WHEREOF, the parties have entered into this Agreement as of the date indicated herein.

**APPROVE: CLIENT**

Client Name: (print) _Melody Cantu o Rodrigo Cantu_   Date: _1/3/19_

Signature: _MJ Cantu_ _____

**ACCEPTED: EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS, LLC.**

By: _Elle Tobias_   Date: _1/3/19_

Signature: _Elle Tobias_

_Free storage until 4/1/19._
_No Charge Storage until 4/1/19 - CASE still open._
_2/23/19: We provided an external drive (2 TB) For Mark Stevens, Attorney._

MCantuFinalProd#Bates001725



2815 N Loop 1604 E STE 111
San Antonio, TX 78232
(210) 846-9432 • (877) 445-5362
CaseManager@ExhibitACFI.com
License # A16118

## Forensic Service Agreement

Date: __6/7/19__

Case Type: ☐Divorce ☐Corporate ☐Civil ☐Child Custody ☐Domestic ☐Criminal

### Agency/Organization Name & Information

Name: __Melody J Cantu__   Company: _____

Address: __11222 Jadestone Blvd__   Suite/Apt: _____

City: __San Antonio__   State: __TX__   Zip Code: __78249__

Phone: __210 425 5765__   Alternate Phone: _____

Email Address: __bigdiamondsrock@protonmail.com__

### Attorney Information

Attorney Name: __Mark Stevens__   Law Firm: __Mark Stevens Law__

Phone: _____   Alternate Phone: _____

Email Address: _____

### Opposing Attorney Information

Attorney Name: _____   Law Firm: _____

Phone: _____   Alternate Phone: _____

Email Address: _____

### Please list keywords you would like to be searched.

_____
_____
_____
_____

### Please provide any special instructions.

Open hotmail and search squeaker 2 emails
will come up. One is a phishing email
ordered a dog collar. The second is the request
for them to be sent. Please track
who it is so we can prosecute

Initials: __MJC__

1 | Page
Exhibit A Computer Forensic Investigations, LLC.

## Terms and Conditions:

AGREEMENT, made on __6 / 7 / 19__ between __Melody J Cantu__
(hereinafter referred to as "Client"), and Exhibit A Computer Forensic Investigations, a computer
forensic and electronic discovery corporation, with its office located at 2815 N Loop 1604 E STE 111, San
Antonio, Texas 78232.

Whereas, Exhibit A Computer Forensic Investigations agrees to put forth its best effort to supply Client
with the professional services to perform computer forensic acquisitions and investigations, electronic
discovery, cell phone forensic analysis, expert professional testimony and background checks
(hereinafter "Services"), and Client agrees to utilize Exhibit A Computer Forensic Investigations for such
purposes:

1. SOLE AGREEMENT

This Forensic Service Agreement (hereinafter "Agreements") shall supersede all prior agreements
and understandings between the parties with respect to the subject hereof. Additional agreements
and documents between the parties, such as proposals from Exhibit A Computer Forensics, written
acceptances by the Client, or purchase orders may be attached as addenda to this Agreement. This
Agreement may not be changed or terminated verbally by or on behalf of either party.

2. TERM OF AGREEMENT

This Agreement shall terminate one year from date of signed Agreement. Either party may
terminate this Agreement by giving to the other party at least thirty (30) days prior written notice
without incurring any additional charges.

3. PAYMENT

A **minimum, non-refundable fee of $5,000.00** will be due before start of work. If forensic analysis is
requested, **payment in full is required** before start of work. Exhibit A Computer Forensic
Investigations will charge for all time spent on behalf of the client, requested services including but
not limited to: evidence acquisition, data recovery, media or data transfer, time spent preparing for
and participating in depositions, correspondence (phone, email, text, or walk in), travel time and
expenses, expert professional testimony, or other matters within its expertise. Client agrees that
the specified hourly rate will be applied towards the retaining fee. If retainer is exhausted prior to
completion, Exhibit A Computer Forensics will stop work and convey status of work with client to
determine if additional retainer should be allocated in order to continue to work. If work is to
continue past the minimum retainer, a prepaid time block format will be paid by the client prior to
continuation of work with the designated rate applied towards the block amount. If client chooses
not to continue work at any time, Exhibit A Computer Forensics will turn over to client all evidence
collected to that point providing any and all outstanding charges have been paid. (continued on next
page)

Initials: mJC

PAYMENT (continued)

All invoices are due and payable upon receipt.  All Services must be paid in full before any final reports, documents, media, etc. are released to Client.  Invoices more than 30 days past due will be subject to collections.  Client will be liable for any and all fees associated with the collection process.

4.  CONFIDENTIAL INFORMATION

Unless otherwise required by law, Client and Exhibit A Computer Forensic Investigations each expressly undertake to retain in confidence and to require their respective employees and contractors to retain in confidence all information, materials, and know-how exchanged in connection with this Agreement and identified as being proprietary, privileged, and/or confidential to which, by the nature of the particular disclosure, ought in good faith to be treated as proprietary, privileged, and/or confidential (hereinafter "Confidential Information").  Exhibit A Computer Forensic Investigations and Client each further agree that they will make no use of such Confidential Information except as consistent with the terms and purpose of this Agreement or with the specific prior written consent of the other party.  Notwithstanding the foregoing, each party may disclose Confidential Information on a "need to know" basis to its respective legal counsel, accountants, and financial advisors.

Client understands that if Exhibit A Computer Forensic Investigations encounters evidence of a violation of state or federal law, Exhibit A Computer Forensic Investigations may be legally required to report the evidence to law enforcement or other appropriate entities (i.e. prosecutor, judge, etc.).  In the event that this engagement is to provide services in a criminal defense, Exhibit A Computer Forensic Investigations will provide the information to the criminal defense attorney; the information will not be reported to law enforcement by Exhibit A Computer Forensic Investigations unless it is of a nature that would require the defense attorney to disclose it.  Child pornography is illegal to possess and will be immediately reported to law enforcement.

5.  INSTRUCTIONS FROM ATTORNEY

In the case of any Services performed in connection with or anticipation of any legal action, Client agrees that Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client's attorney and shall work through such attorney in performing all Services.  In the event that Client is a law firm or attorney and has engaged Exhibit A Computer Forensic Investigations to perform Services on behalf of a third party client, Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client and shall work through Client in performing all such Services.

Initials: _mqe_____

MCantuFinalProd#Bates001728

## 6. ACKNOWLEDGEMENT OF EXISTING CONDITIONS

Client acknowledges that the equipment, data, media or other electronic devices (hereinafter "Digital Artifacts") targeted for inspection may be damaged prior to Exhibit A Computer Forensic Investigations receipt, and Client further acknowledges that the efforts of Exhibit A Computer Forensic Investigations and/or its suppliers to complete the Services may result in the destruction of or further damage to the Digital Artifacts.  Exhibit A Computer Forensic Investigations for itself and its suppliers will not assume responsibility for additional damage that may occur to the Client's Digital Artifacts during Exhibit A Computer Forensic Investigations efforts to complete the Services.

## 7. CLOUD ACCOUNT AUTHORIZATION

Client affirms that he/she has full legal rights to the following accounts and gives Exhibit A Computer Forensic investigations, authorization to access and acquire data from the following account:

*Facebook*

Online Account Name: *Melody Joy*

User Name: *joyandtyrus@hotmail.com*

Password: *bluesapphire.1*

Online Account Name: *joyandtyrus@hotmail.com*

*Hotmail.com*

User Name: _____

Password: *Earlybird1*

## 8. WARRANTIES AND REMEDIES

Recovery of desired forensic data is **NOT GUARANTEED OR WARRANTIED** in any way by Exhibit A Computer Forensic Investigations.  Each Digital Artifact which will be returned to Client shall be on an "as is" basis without any warranties, express or implied, and specifically excluding any implied warranty of merchantability and fitness for a particular purpose, or for loss or damage thereto in transit or while in Exhibit A Computer Forensic Investigations' possession.  **IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVIE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF.  THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.**

Initials: *MJC*

MCantuFinalProd#Bates001729

9.  OWNERSHIP OR RIGHT OF POSSESSION

Client warrants to Exhibit A Computer Forensic Investigations that it is the owner of, and/or has the right to be in possession of, all Digital Artifacts furnished to Exhibit A Computer Forensic Investigations; that Client has permission and/or rights to enter and acquire/capture any and all Digital Artifacts from premises where computer evidence may be located; that Client hereby grants permission and/or rights to Exhibit A Computer Forensic Investigations to enter and acquire/capture any and all Digital Artifacts from premises; and that Client will defend, at its expense, indemnify, and hold Exhibit A Computer Forensic Investigations and its suppliers harmless against any damages or expenses that my occur (including reasonable attorneys' fees), and pay any cost, damages, or attorneys' fee awarded against Exhibit A Computer Forensic Investigations resulting from Client's breach of this section.

10. LIABILITY OF EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS AND ITS PERSONNEL

Exhibit A Computer Forensic Investigations agrees to hold Client harmless from any and all injury to persons or damage to the property of Client or of any employee of Client which arises out of Exhibit A Computer Forensic Investigation's negligent performance under this Agreement, provided that Client expressly agrees that Exhibit A Computer Forensic Investigations shall not be liable to Client for any act or omission of Exhibit A Computer Forensic Investigations which is the cause of loss or injury to Client or any third party.  Notwithstanding any other provision of this termination hereof for any losses, claims, costs, or damages arising out of any cause whatsoever, whether at law, in equity or otherwise, shall in no event exceed the total amount actually paid by the Client to Exhibit A Computer Forensic Investigations in respect of Services performed hereunder.  IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVIE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF.  THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.

Initials: _MQC_

MCantuFinalProd#Bates001730

## 11. CONTROLLING LAW AND ARBITRATION

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas. In the unlikely event that a dispute arises between Customer and Exhibit A Computer Forensic Investigations, RELATED IN ANY WAY TO THIS AGREEMENT SHALL BE RESOLVED BY BINDING ARBITRATION UNDER THE COMMERCIAL ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION. In the event legal action or arbitration is commenced by either party in connection with this Agreement, and Exhibit A Computer Forensic Investigations results as prevailing party, Client agrees to recover Exhibit A Computer Forensic Investigations reasonable attorneys' fees and costs, including expert witness' costs, expended by Exhibit A Computer Forensic Investigations in connection with such action.

## 12. NOTICES

Any and all notices, invoice, requests, demands, and communications provided for by this Agreement shall be in writing and shall be effective when delivered in person, sent by facsimile with confirmation, sent via email with confirmation, or upon receipt via U.S. Mail postage prepaid, with return receipt requested, as follows:

> To Exhibit A Computer Forensic Investigations
> 2815 N Loop 1604 E STE 111
> San Antonio, TX 78232

## 13. DATA AND DEVICE STORAGE

Client agrees that Exhibit A Computer Forensic Investigations has the right to charge monthly storage fees for all Digital Data and/or Devices after 30-days of signing this agreement and should there by sign Exhibit A Computer Forensic Investigation's Credit Card Authorization Form.

Initials: [signature]

MCantuFinalProd#Bates001731

## Signature Page:

**DISCLAIMER:  I understand the following:**

_MAC_ (Initial)   **Exhibit A does NOT warrant success or any particular result or conclusion.**

_MAC_ (Initial)   **Investigation of mobile devices will vary according to model of phone, operating system and user preferences.**

_MAC_ (Initial)   **The retainer agreed by the Client and Exhibit A is valid and can be used for up to 6-months from the date of this agreement. Exhibit A does NOT refund the retainer amount.**


***ITEMS OR DATA LEFT 30-DAYS WITHOUT A STORAGE AGREEMENT, WILL BE CONSIDERED ABANDONED BY CLIENT WILL BE REMOVED FROM OUR FILES AND THIS CASE WILL BE CONSIDERED OFFICIALLY CLOSED.***


IN WITNESS WHEREOF, the parties have entered into this Agreement as of the date indicated herein.

APPROVE: **CLIENT**

**Client Name: (print)** _Melody J Cantu_   **Date:** _6/7/19_

**Signature:** _MJCantu_


ACCEPTED: **EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS, LLC.**

**By:** _____   **Date:** _____

**Signature:** _____

MCantuFinalProd#Bates001732

**Exhibit A Computer Forensic Investigations, LLC.**

2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

Invoice #: 1256
Invoice Date: 2/23/2019
Due Date: 2/23/2019
Case:
P.O. Number:

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| 2TB Seagate Internal Hard Drive w/Case Data | | | 200.00 | 200.00T |
| Sales Tax | | | 8.25% | 16.50 |

| | | |
|---|---|---|
| | **Total** | $216.50 |
| | **Payments/Credits** | -$216.50 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

MCantuFinalProd#Bates001733

**Exhibit A Computer Forensic Investigations, LLC.**

2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1212 |
| **Invoice Date:** | 1/24/2019 |
| **Due Date:** | 1/25/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Dark Web E-mail Live Web Scan | 11 | | 24.99 | 274.89 |
| joyandtyrus@hotmail.com | | | 0.00 | 0.00 |
| drrodrigocantu@gmail.com | | | 0.00 | 0.00 |
| dr.davidcantu@yahoo.com | | | 0.00 | 0.00 |
| william.ross@students.nisd.net | | | 0.00 | 0.00 |
| maddierosswow@gmail.com | | | | |
| insanity.evee.gamer@gmail.com | | | | |
| xxnephritexx@gmail.com | | | | |
| potatochipscrunch@gmail.com | | | 0.00 | |
| aggiemed98@yahoo.com | | | | |
| Maddierossbasis@gmail.com | | | | |
| bornonfire76@gmail.com | | | | |
| | | | | |
| ***No Guarantees - No Refunds*** | | | | |
| Sales Tax | | | 8.25% | 0.00 |

| | |
|---|---|
| **Total** | $274.89 |
| **Payments/Credits** | -$274.89 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

## Payment Receipt

**Exhibit A Computer Forensic Investigations, LLC.**
**2815 N. Loop 1604 E.**
**STE 111**
**San Antonio, TX 78232**

**Received From:**
Melody J. Cantu
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| | | | |
|---|---|---|---|
| **Date Received** | 02/23/2019 | **Payment Amount** | $491.39 |
| **Payment Method** | MasterCard | | |
| **Check/Ref. No.** | | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 01/24/2019 | 1212 | -$166.65 |
| 02/23/2019 | 1256 | -$216.50 |

Page 1

MCantuFinalProd#Bates001735

Exhibit A Computer Forensic Investigations, LLC.
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

02/23/2019

SALE                                                        Total:      $491.39

MasterCard
xxxxxxxxxxxx0538

Exp. Date:        xx / xx
Entry Mode:       Swiped
Name:             Cantu, Rodrigo

Auth. Code:       02208J           QuickBooks Trans. No:
Trans. ID:        PG0208180000     Merchant No.:        5247710016986903
Terminal ID:      -                AID                                 -

Thank you for your business

CUSTOMER COPY

MCantuFinalProd#Bates001736

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1220 |
| **Invoice Date:** | 1/26/2019 |
| **Due Date:** | 3/1/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate)<br>***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card***<br>$24.99/Month/1TB of Digital Storage<br>$14.99/Month/Each Laptops, iPads<br>$9.99/Month/Each Mobile Phones & SD Cards | 1 | | 99.99 | 99.99T |
| Sales Tax | | | 8.25% | 8.25 |

| | | |
|---|---|---|
| | **Total** | $108.24 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $108.24 |

| Phone # | E-Mail | |
|---|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com | |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 1256 |
| **Invoice Date:** | 2/23/2019 |
| **Due Date:** | 2/23/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| 2TB Seagate Internal Hard Drive | | | 200.00 | 200.00T |
| Sales Tax | | | 8.25% | 16.50 |

| | |
|---|---:|
| **Total** | $216.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $216.50 |

| Phone # |
|---|
| 210-846-9432 |

| E-Mail |
|---|
| casemanager@exhibitacfi.com |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

|  |  |
|---|---|
| **Invoice #:** | 1203 |
| **Invoice Date:** | 1/7/2019 |
| **Due Date:** | 1/7/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Documentation/Processing Fee | 1 | | 200.00 | 200.00T |
| Forensic Imaging - Binary Data Capture (Google Cloud, SD Card, Router & Laptop) | 4 | | 500.00 | 2,000.00T |
| Credit for Forensic Imaging (Credit for Router) | 1 | | -500.00 | -500.00T |
| | | | 0.00 | 0.00 |
| Imaging & Digital Forensic Mobile Device (2 Mobile Phones + 2 iPads) | 4 | | 1,195.00 | 4,780.00T |
| Investigator's version Reports (2 Mobile Phones + 2 iPads) | 4 | | 500.00 | 2,000.00T |
| No Charge for 4 Investigator's Version Reports (2 Mobile Phones + 2 iPads) | 4 | | -500.00 | -2,000.00T |
| Gmail Account Cloud Investigation | 1 | | 1,000.00 | 1,000.00T |
| Gmail Account Cloud Investigation (Credit w/No Report & No Image) | 1 | | -1,000.00 | -1,000.00T |
| No Charge for the Flash Drive w/4 Investigator's Version Reports (for the 4 Mobile Devices) | 1 | | -99.99 | -99.99T |
| Retainer Funds (Credit) | | | -5,000.00 | -5,000.00 |
| ***No Guarantees - No Refunds*** | | | | |
| No Charge for Digital & Device Storage until end of February 2019 | | | | |
| Sales Tax | | | 8.25% | 526.35 |

|  |  |
|---|---|
| **Total** | $1,906.36 |
| **Payments/Credits** | -$1,906.36 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1203 |
| **Invoice Date:** | 1/7/2019 |
| **Due Date:** | 1/7/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Documentation/Processing Fee | 1 | | 200.00 | 200.00T |
| Forensic Imaging - Binary Data Capture (Google Cloud, SD Card, Router & Laptop) | 4 | | 500.00 | 2,000.00T |
| Credit for Forensic Imaging (Credit for Router) | 1 | | -500.00 | -500.00T |
| | | | 0.00 | 0.00 |
| Imaging & Digital Forensic Mobile Device  (2 Mobile Phones + 2 iPads) | 4 | | 1,195.00 | 4,780.00T |
| Investigator's version Reports (2 Mobile Phones + 2 iPads) | 4 | | 500.00 | 2,000.00T |
| No Charge for 4 Investigator's Version Reports (2 Mobile Phones + 2 iPads) | 4 | | -500.00 | -2,000.00T |
| Gmail Account Cloud Investigation | 1 | | 1,000.00 | 1,000.00T |
| Gmail Account Cloud Investigation (Credit w/No Report & No Image) | 1 | | -1,000.00 | -1,000.00T |
| No Charge for the Flash Drive w/4 Investigator's Version Reports (for the 4 Mobile Devices) | 1 | | -99.99 | -99.99T |
| Retainer Funds (Credit) | | | -5,000.00 | -5,000.00 |
| ***No Guarantees - No Refunds*** | | | | |
| No Charge for Digital & Device Storage until end of February 2019 | | | | |
| Sales Tax | | | 8.25% | 526.35 |

| | |
|---|---|
| **Total** | $1,906.36 |
| **Payments/Credits** | -$1,906.36 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1203 |
| **Invoice Date:** | 1/7/2019 |
| **Due Date:** | 1/7/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Documentation/Processing Fee | 1 | | 200.00 | 200.00T |
| Forensic Imaging - Binary Data Capture (Google Cloud, SD Card, Router & Laptop) | 4 | | 500.00 | 2,000.00T |
| Credit for Forensic Imaging (Credit for Router) | 1 | | -500.00 | -500.00T |
| | | | 0.00 | 0.00 |
| Imaging & Digital Forensic Mobile Device (2 Mobile Phones + 2 iPads) | 4 | | 1,195.00 | 4,780.00T |
| Investigator's version Reports for Two Phones (2 Mobile Phones + 2 iPads) | 4 | | 500.00 | 2,000.00T |
| Gmail Account Cloud Investigation | 1 | | 1,000.00 | 1,000.00T |
| Gmail Account Cloud Investigation (Credit w/No Report & No Image) | 1 | | -1,000.00 | -1,000.00T |
| Prepare Report and place on media (for the 4 Mobile Devices) | 1 | | 99.99 | 99.99T |
| Retainer Funds (Credit) ***No Guarantees - No Refunds*** No Charge for Digital & Device Storage until end of February 2019 | | | -5,000.00 | -5,000.00 |
| Sales Tax | | | 8.25% | 707.85 |

| | |
|---|---|
| **Total** | $4,287.84 |
| **Payments/Credits** | -$2,036.24 |
| **Balance Due** | $2,251.60 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |



**E**XHIBIT **A**
COMPUTER FORENSICS

2815 N Loop 1604 E STE 111
San Antonio, TX 78232
(210) 846-9432 • (877) 445-5362
CaseManager@ExhibitACFI.com
License # A16118

## Forensic Service Agreement

Date: 1/3/19

Case Type: ☐Divorce  ☐Corporate  ☐Civil  ☐Child Custody ☐Domestic  ☐Criminal

### Agency/Organization Name & Information

Name: Melody Cantu          Company: _____

Address: 11222 Jadestone Blvd          Suite/Apt: _____

City: San Antonio          State: TX     Zip Code: 78249

Phone: 210 425·5765          Alternate Phone: _____

Email Address: joyandtyrus@gmail.com

### Attorney Information

Attorney Name: Civil· Barry Efron          Law Firm: _____
Criminal· Lorane Efron

Phone: _____          Alternate Phone: _____

Email Address: _____

### Opposing Attorney Information

Attorney Name: Tina Torres + DA          Law Firm: _____

Phone: _____          Alternate Phone: _____

Email Address: _____

### Please list keywords you would like to be searched.

Verizon Log In
Nate Bellinger (Ex-wife's Lover) Screen Shots of child's iPad on Melody's phone
Dates for snap shots/screen shots were taken on
Digital forensic Corp is the company that "hacked" into Melody's devices.
Shawn or Sean McCarthy, Nov. 15th Routed "Favorites" Photos @ 12:01 AM

### Please provide any special instructions.

Router message "Allow Access" - A friend tried to remote in on 11/15/18,
but was unable
What when hacked or got into the devices    access the
                                            network through
+    (lock in ibooks)                       the router.
Initials: RH MQC        + for how long

(herpes singles.com)        6/6/18        1 | Page
in May 2018        Snap Shot/Screen Shot    Exhibit A Computer Forensic Investigations, LLC.
Nov.16th 9:56am -    Items#0024805 - needs text conversations 210-441-9618
Needs the reports    Nov.26th +25th log photos of the router.
                     Screen Shot of the admition of hiring a digital forensic Co
                     by 1/22/19

**Terms and Conditions:**

AGREEMENT, made on __1__ / __3__ / __19__ between __Melody Cantu__
(hereinafter referred to as "Client"), and Exhibit A Computer Forensic Investigations, a computer
forensic and electronic discovery corporation, with its office located at 2815 N Loop 1604 E STE 111, San
Antonio, Texas 78232.

Whereas, Exhibit A Computer Forensic Investigations agrees to put forth its best effort to supply Client
with the professional services to perform computer forensic acquisitions and investigations, electronic
discovery, cell phone forensic analysis, expert professional testimony and background checks
(hereinafter "Services"), and Client agrees to utilize Exhibit A Computer Forensic Investigations for such
purposes:

1. **SOLE AGREEMENT**

This Forensic Service Agreement (hereinafter "Agreements") shall supersede all prior agreements
and understandings between the parties with respect to the subject hereof. Additional agreements
and documents between the parties, such as proposals from Exhibit A Computer Forensics, written
acceptances by the Client, or purchase orders may be attached as addenda to this Agreement. This
Agreement may not be changed or terminated verbally by or on behalf of either party.

2. **TERM OF AGREEMENT**

This Agreement shall terminate one year from date of signed Agreement. Either party may
terminate this Agreement by giving to the other party at least thirty (30) days prior written notice
without incurring any additional charges.

3. **PAYMENT**   $5,000

A **minimum, non-refundable fee of $2,500.00** will be due before start of work. If forensic analysis is
requested, **payment in full is required** before start of work. Exhibit A Computer Forensic
Investigations will charge for all time spent on behalf of the client, requested services including but
not limited to: evidence acquisition, data recovery, media or data transfer, time spent preparing for
and participating in depositions, correspondence (phone, email, text, or walk in), travel time and
expenses, expert professional testimony, or other matters within its expertise. Client agrees that
the specified hourly rate will be applied towards the retaining fee. If retainer is exhausted prior to
completion, Exhibit A Computer Forensics will stop work and convey status of work with client to
determine if additional retainer should be allocated in order to continue to work. If work is to
continue past the minimum retainer, a prepaid time block format will be paid by the client prior to
continuation of work with the designated rate applied towards the block amount. If client chooses
not to continue work at any time, Exhibit A Computer Forensics will turn over to client all evidence
collected to that point providing any and all outstanding charges have been paid. (continued on next
page)

Initials: [signature]

MCantuFinalProd#Bates001743

PAYMENT (continued)

All invoices are due and payable upon receipt. All Services must be paid in full before any final reports, documents, media, etc. are released to Client. Invoices more than 30 days past due will be subject to collections. Client will be liable for any and all fees associated with the collection process.

4.   CONFIDENTIAL INFORMATION

Unless otherwise required by law, Client and Exhibit A Computer Forensic Investigations each expressly undertake to retain in confidence and to require their respective employees and contractors to retain in confidence all information, materials, and know-how exchanged in connection with this Agreement and identified as being proprietary, privileged, and/or confidential to which, by the nature of the particular disclosure, ought in good faith to be treated as proprietary, privileged, and/or confidential (hereinafter "Confidential Information"). Exhibit A Computer Forensic Investigations and Client each further agree that they will make no use of such Confidential Information except as consistent with the terms and purpose of this Agreement or with the specific prior written consent of the other party. Notwithstanding the foregoing, each party may disclose Confidential Information on a "need to know" basis to its respective legal counsel, accountants, and financial advisors.

Client understands that if Exhibit A Computer Forensic Investigations encounters evidence of a violation of state or federal law, Exhibit A Computer Forensic Investigations may be legally required to report the evidence to law enforcement or other appropriate entities (i.e. prosecutor, judge, etc.). In the event that this engagement is to provide services in a criminal defense, Exhibit A Computer Forensic Investigations will provide the information to the criminal defense attorney; the information will not be reported to law enforcement by Exhibit A Computer Forensic Investigations unless it is of a nature that would require the defense attorney to disclose it. Child pornography is illegal to possess and will be immediately reported to law enforcement.

5.   INSTRUCTIONS FROM ATTORNEY

In the case of any Services performed in connection with or anticipation of any legal action, Client agrees that Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client's attorney and shall work through such attorney in performing all Services. In the event that Client is a law firm or attorney and has engaged Exhibit A Computer Forensic Investigations to perform Services on behalf of a third party client, Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client and shall work through Client in performing all such Services.

Initials: _RAC MJC_

3 | P a g e
Exhibit A Computer Forensic Investigations, LLC.

## 6. ACKNOWLEDGEMENT OF EXISTING CONDITIONS

Client acknowledges that the equipment, data, media or other electronic devices (hereinafter "Digital Artifacts") targeted for inspection may be damaged prior to Exhibit A Computer Forensic Investigations receipt, and Client further acknowledges that the efforts of Exhibit A Computer Forensic Investigations and/or its suppliers to complete the Services may result in the destruction of or further damage to the Digital Artifacts.  Exhibit A Computer Forensic Investigations for itself and its suppliers will not assume responsibility for additional damage that may occur to the Client's Digital Artifacts during Exhibit A Computer Forensic Investigations efforts to complete the Services.

## 7. CLOUD ACCOUNT AUTHORIZATION

Client affirms that he/she has full legal rights to the following accounts and gives Exhibit A Computer Forensic investigations, authorization to access and acquire data from the following account:

Online Account Name: _joyandtyrus@gmail.com_

User Name: _Jay Cantu_

Password: _pld9221112014_

Online Account Name: _joy-andtyrus@hotmail.com_

User Name: _____

Password: _____

## 8. WARRANTIES AND REMEDIES

Recovery of desired forensic data is **NOT GUARANTEED OR WARRANTIED** in any way by Exhibit A Computer Forensic Investigations.  Each Digital Artifact which will be returned to Client shall be on an "as is" basis without any warranties, express or implied, and specifically excluding any implied warranty of merchantability and fitness for a particular purpose, or for loss or damage thereto in transit or while in Exhibit A Computer Forensic Investigations' possession.  **IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF.  THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.**

Initials: _RAC MJC_

4 | P a g e
Exhibit A Computer Forensic Investigations, LLC.

MCantuFinalProd#Bates001745

9.  OWNERSHIP OR RIGHT OF POSSESSION

Client warrants to Exhibit A Computer Forensic Investigations that it is the owner of, and/or has the right to be in possession of, all Digital Artifacts furnished to Exhibit A Computer Forensic Investigations; that Client has permission and/or rights to enter and acquire/capture any and all Digital Artifacts from premises where computer evidence may be located; that Client hereby grants permission and/or rights to Exhibit A Computer Forensic Investigations to enter and acquire/capture any and all Digital Artifacts from premises; and that Client will defend, at its expense, indemnify, and hold Exhibit A Computer Forensic Investigations and its suppliers harmless against any damages or expenses that my occur (including reasonable attorneys' fees), and pay any cost, damages, or attorneys' fee awarded against Exhibit A Computer Forensic Investigations resulting from Client's breach of this section.

10. LIABILITY OF EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS AND ITS PERSONNEL

Exhibit A Computer Forensic Investigations agrees to hold Client harmless from any and all injury to persons or damage to the property of Client or of any employee of Client which arises out of Exhibit A Computer Forensic Investigation's negligent performance under this Agreement, provided that


Client expressly agrees that Exhibit A Computer Forensic Investigations shall not be liable to Client for any act or omission of Exhibit A Computer Forensic Investigations which is the cause of loss or injury to Client or any third party.  Notwithstanding any other provision of this termination hereof for any losses, claims, costs, or damages arising out of any cause whatsoever, whether at law, in equity or otherwise, shall in no event exceed the total amount actually paid by the Client to Exhibit A Computer Forensic Investigations in respect of Services performed hereunder.  IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVIE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF.  THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.

Initials:  _RAC MGC_

MCantuFinalProd#Bates001746

## 11. CONTROLLING LAW AND ARBITRATION

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas. In the unlikely event that a dispute arises between Customer and Exhibit A Computer Forensic Investigations, RELATED IN ANY WAY TO THIS AGREEMENT SHALL BE RESOLVED BY BINDING ARBITRATION UNDER THE COMMERCIAL ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION. In the event legal action or arbitration is commenced by either party in connection with this Agreement, and Exhibit A Computer Forensic Investigations results as prevailing party, Client agrees to recover Exhibit A Computer Forensic Investigations reasonable attorneys' fees and costs, including expert witness' costs, expended by Exhibit A Computer Forensic Investigations in connection with such action.

## 12. NOTICES

Any and all notices, invoice, requests, demands, and communications provided for by this Agreement shall be in writing and shall be effective when delivered in person, sent by facsimile with confirmation, sent via email with confirmation, or upon receipt via U.S. Mail postage prepaid, with return receipt requested, as follows:

To Exhibit A Computer Forensic Investigations
2815 N Loop 1604 E STE 111
San Antonio, TX 78232

Initials:

6 | Page
Exhibit A Computer Forensic Investigations, LLC.

**Signature Page:**

**DISCLAIMER:** I understand the following:

_RDC_ (Initial) Exhibit A does **NOT** warrant success or any particular result or conclusion.

_RDC_ (Initial) Investigation of mobile devices will vary according to model of phone, operating system and user preferences.

_RDC_ (Initial) The retainer agreed by the Client and Exhibit A is valid and can be used for up to 6-months from the date of this agreement. Exhibit A does **NOT** refund the retainer amount.

IN WITNESS WHEREOF, the parties have entered into this Agreement as of the date indicated herein.

**APPROVE: CLIENT**

Client Name: (print) _Melody Cantu o Rodrigo Cantu_ Date: _1/3/19_

Signature: _MJ Cantu_

**ACCEPTED: EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS, LLC.**

By: _Elle Tobias_ Date: _1/3/19_

Signature: _Elle Tobias_

_Free storage until 4/1/19._
_No Charge Storage until 4/1/19 - CASE still OPEN._
_2/23/19: We provided an external drive (2 TB) for Mark Stevens, Attorney._

MCantuFinalProd#Bates001748



2815 N Loop 1604 E STE 111
San Antonio, TX 78232
(210) 846-9432 • (877) 445-5362
CaseManager@ExhibitACFI.com
License # A16118

## Forensic Service Agreement

Date: **6/7/19**

Case Type: ☐Divorce  ☐Corporate  ☐Civil  ☐Child Custody  ☐Domestic  ☐Criminal

### Agency/Organization Name & Information

Name: **Melody J Cantu**          Company: _____

Address: **11222 Jadestone Blvd**          Suite/Apt: _____

City: **San Antonio**          State: **TX**          Zip Code: **78249**

Phone: **210 425 5765**          Alternate Phone: _____

Email Address: **bigdiamondsrock@protonmail.com**

### Attorney Information

Attorney Name: **Mark Stevens**          Law Firm: **Mark Stevens Law**

Phone: _____          Alternate Phone: _____

Email Address: _____

### Opposing Attorney Information

Attorney Name: _____          Law Firm: _____

Phone: _____          Alternate Phone: _____

Email Address: _____

### Please list keywords you would like to be searched.

_____
_____
_____
_____

### Please provide any special instructions.

*Open hotmail and search squeaker 2 emails will come up. One is a phishing email ordered a dog collar. The second is the request for item to be sent. Please track who it is so we can prosecute*

Initials: **MJC**

1 | Page

Exhibit A Computer Forensic Investigations, LLC.

## Terms and Conditions:

AGREEMENT, made on __6_/_7_/_19__ between __Melody J Cantu__
(hereinafter referred to as "Client"), and Exhibit A Computer Forensic Investigations, a computer
forensic and electronic discovery corporation, with its office located at 2815 N Loop 1604 E STE 111, San
Antonio, Texas 78232.

Whereas, Exhibit A Computer Forensic Investigations agrees to put forth its best effort to supply Client
with the professional services to perform computer forensic acquisitions and investigations, electronic
discovery, cell phone forensic analysis, expert professional testimony and background checks
(hereinafter "Services"), and Client agrees to utilize Exhibit A Computer Forensic Investigations for such
purposes:

1.   SOLE AGREEMENT

This Forensic Service Agreement (hereinafter "Agreements") shall supersede all prior agreements
and understandings between the parties with respect to the subject hereof. Additional agreements
and documents between the parties, such as proposals from Exhibit A Computer Forensics, written
acceptances by the Client, or purchase orders may be attached as addenda to this Agreement. This
Agreement may not be changed or terminated verbally by or on behalf of either party.

2.   TERM OF AGREEMENT

This Agreement shall terminate one year from date of signed Agreement. Either party may
terminate this Agreement by giving to the other party at least thirty (30) days prior written notice
without incurring any additional charges.

3.   PAYMENT

A **minimum, non-refundable fee of $5,000.00** will be due before start of work. If forensic analysis is
requested, **payment in full is required** before start of work. Exhibit A Computer Forensic
Investigations will charge for all time spent on behalf of the client, requested services including but
not limited to: evidence acquisition, data recovery, media or data transfer, time spent preparing for
and participating in depositions, correspondence (phone, email, text, or walk in), travel time and
expenses, expert professional testimony, or other matters within its expertise. Client agrees that
the specified hourly rate will be applied towards the retaining fee. If retainer is exhausted prior to
completion, Exhibit A Computer Forensics will stop work and convey status of work with client to
determine if additional retainer should be allocated in order to continue to work. If work is to
continue past the minimum retainer, a prepaid time block format will be paid by the client prior to
continuation of work with the designated rate applied towards the block amount. If client chooses
not to continue work at any time, Exhibit A Computer Forensics will turn over to client all evidence
collected to that point providing any and all outstanding charges have been paid. (continued on next
page)

Initials: __mJC__

MCantuFinalProd#Bates001750

PAYMENT (continued)

All invoices are due and payable upon receipt.  All Services must be paid in full before any final reports, documents, media, etc. are released to Client.  Invoices more than 30 days past due will be subject to collections.  Client will be liable for any and all fees associated with the collection process.

4.   CONFIDENTIAL INFORMATION

Unless otherwise required by law, Client and Exhibit A Computer Forensic Investigations each expressly undertake to retain in confidence and to require their respective employees and contractors to retain in confidence all information, materials, and know-how exchanged in connection with this Agreement and identified as being proprietary, privileged, and/or confidential to which, by the nature of the particular disclosure, ought in good faith to be treated as proprietary, privileged, and/or confidential (hereinafter "Confidential Information").  Exhibit A Computer Forensic Investigations and Client each further agree that they will make no use of such Confidential Information except as consistent with the terms and purpose of this Agreement or with the specific prior written consent of the other party.  Notwithstanding the foregoing, each party may disclose Confidential Information on a "need to know" basis to its respective legal counsel, accountants, and financial advisors.

Client understands that if Exhibit A Computer Forensic Investigations encounters evidence of a violation of state or federal law, Exhibit A Computer Forensic Investigations may be legally required to report the evidence to law enforcement or other appropriate entities (i.e. prosecutor, judge, etc.).  In the event that this engagement is to provide services in a criminal defense, Exhibit A Computer Forensic Investigations will provide the information to the criminal defense attorney; the information will not be reported to law enforcement by Exhibit A Computer Forensic Investigations unless it is of a nature that would require the defense attorney to disclose it.  Child pornography is illegal to possess and will be immediately reported to law enforcement.

5.   INSTRUCTIONS FROM ATTORNEY

In the case of any Services performed in connection with or anticipation of any legal action, Client agrees that Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client's attorney and shall work through such attorney in performing all Services.  In the event that Client is a law firm or attorney and has engaged Exhibit A Computer Forensic Investigations to perform Services on behalf of a third party client, Exhibit A Computer Forensic Investigations shall take instructions with regard to the Services from Client and shall work through Client in performing all such Services.

Initials: _mqe_

MCantuFinalProd#Bates001751

6.   ACKNOWLEDGEMENT OF EXISTING CONDITIONS

Client acknowledges that the equipment, data, media or other electronic devices (hereinafter "Digital Artifacts") targeted for inspection may be damaged prior to Exhibit A Computer Forensic Investigations receipt, and Client further acknowledges that the efforts of Exhibit A Computer Forensic Investigations and/or its suppliers to complete the Services may result in the destruction of or further damage to the Digital Artifacts.  Exhibit A Computer Forensic Investigations for itself and its suppliers will not assume responsibility for additional damage that may occur to the Client's Digital Artifacts during Exhibit A Computer Forensic Investigations efforts to complete the Services.

7.   CLOUD ACCOUNT AUTHORIZATION

Client affirms that he/she has full legal rights to the following accounts and gives Exhibit A Computer Forensic investigations, authorization to access and acquire data from the following account:

*(handwritten note in margin: Facebook)*

Online Account Name: _Melody Joy_

User Name: _joyandtyrus@hotmail.com_

Password: _bluesapphire.1_

Online Account Name: _joyandtyrus@hotmail.com_

*(handwritten note in margin: Hotmail.com)*

User Name: _____

Password: _Earlybird1_

8.   WARRANTIES AND REMEDIES

Recovery of desired forensic data is **NOT GUARANTEED OR WARRANTIED** in any way by Exhibit A Computer Forensic Investigations.  Each Digital Artifact which will be returned to Client shall be on an "as is" basis without any warranties, express or implied, and specifically excluding any implied warranty of merchantability and fitness for a particular purpose, or for loss or damage thereto in transit or while in Exhibit A Computer Forensic Investigations' possession.  **IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVIE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF.  THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.**

Initials: _MJC_

MCantuFinalProd#Bates001752

9.   OWNERSHIP OR RIGHT OF POSSESSION

Client warrants to Exhibit A Computer Forensic Investigations that it is the owner of, and/or has the right to be in possession of, all Digital Artifacts furnished to Exhibit A Computer Forensic Investigations; that Client has permission and/or rights to enter and acquire/capture any and all Digital Artifacts from premises where computer evidence may be located; that Client hereby grants permission and/or rights to Exhibit A Computer Forensic Investigations to enter and acquire/capture any and all Digital Artifacts from premises; and that Client will defend, at its expense, indemnify, and hold Exhibit A Computer Forensic Investigations and its suppliers harmless against any damages or expenses that my occur (including reasonable attorneys' fees), and pay any cost, damages, or attorneys' fee awarded against Exhibit A Computer Forensic Investigations resulting from Client's breach of this section.

10. LIABILITY OF EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS AND ITS PERSONNEL

Exhibit A Computer Forensic Investigations agrees to hold Client harmless from any and all injury to persons or damage to the property of Client or of any employee of Client which arises out of Exhibit A Computer Forensic Investigation's negligent performance under this Agreement, provided that Client expressly agrees that Exhibit A Computer Forensic Investigations shall not be liable to Client for any act or omission of Exhibit A Computer Forensic Investigations which is the cause of loss or injury to Client or any third party.  Notwithstanding any other provision of this termination hereof for any losses, claims, costs, or damages arising out of any cause whatsoever, whether at law, in equity or otherwise, shall in no event exceed the total amount actually paid by the Client to Exhibit A Computer Forensic Investigations in respect of Services performed hereunder.  IN NO EVENT SHALL EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS BE LIABLE TO CUSTOMER FOR ANY SPECIAL, INDIRECT, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVIE DAMAGES, INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, REVENUES, OR GOODWILL, HOWEVER CAUSED, WHETHER FOR BREACH OF CONTRACT, NEGLIGENCE, OR OTHERWISE, AND WHETHER OR NOT EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS HAS BEEN ADVISED OF THE POSSIBILITY THEROF.  THIS LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY PROVIDED HEREIN.

Initials: _____

MCantuFinalProd#Bates001753

## 11. CONTROLLING LAW AND ARBITRATION

This Agreement shall be governed by and construed in accordance with the laws of the State of Texas. In the unlikely event that a dispute arises between Customer and Exhibit A Computer Forensic Investigations, RELATED IN ANY WAY TO THIS AGREEMENT SHALL BE RESOLVED BY BINDING ARBITRATION UNDER THE COMMERCIAL ARBITRATION RULES OF THE AMERICAN ARBITRATION ASSOCIATION. In the event legal action or arbitration is commenced by either party in connection with this Agreement, and Exhibit A Computer Forensic Investigations results as prevailing party, Client agrees to recover Exhibit A Computer Forensic Investigations reasonable attorneys' fees and costs, including expert witness' costs, expended by Exhibit A Computer Forensic Investigations in connection with such action.

## 12. NOTICES

Any and all notices, invoice, requests, demands, and communications provided for by this Agreement shall be in writing and shall be effective when delivered in person, sent by facsimile with confirmation, sent via email with confirmation, or upon receipt via U.S. Mail postage prepaid, with return receipt requested, as follows:

To Exhibit A Computer Forensic Investigations
2815 N Loop 1604 E STE 111
San Antonio, TX 78232

## 13. DATA AND DEVICE STORAGE

Client agrees that Exhibit A Computer Forensic Investigations has the right to charge monthly storage fees for all Digital Data and/or Devices after 30-days of signing this agreement and should there by sign Exhibit A Computer Forensic Investigation's Credit Card Authorization Form.

Initials:

MCantuFinalProd#Bates001754

## Signature Page:

**DISCLAIMER:  I understand the following:**

_(Initial)   **Exhibit A does NOT warrant success or any particular result or conclusion.**

_(Initial)   **Investigation of mobile devices will vary according to model of phone, operating system and user preferences.**

_(Initial)   **The retainer agreed by the Client and Exhibit A is valid and can be used for up to 6-months from the date of this agreement. Exhibit A does NOT refund the retainer amount.**

***ITEMS OR DATA LEFT 30-DAYS WITHOUT A STORAGE AGREEMENT, WILL BE CONSIDERED ABANDONED BY CLIENT WILL BE REMOVED FROM OUR FILES AND THIS CASE WILL BE CONSIDERED OFFICIALLY CLOSED.***

IN WITNESS WHEREOF, the parties have entered into this Agreement as of the date indicated herein.

APPROVE: **CLIENT**

**Client Name: (print)** _Melody J Cantu_ **Date:** _6/7/19_

**Signature:** _MJ Cantu_

ACCEPTED: **EXHIBIT A COMPUTER FORENSIC INVESTIGATIONS, LLC.**

**By:** _____  **Date:** _____

**Signature:** _____

7 | P a g e
Exhibit A Computer Forensic Investigations, LLC.

MCantuFinalProd#Bates001755

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

Invoice #: 1256
Invoice Date: 2/23/2019
Due Date: 2/23/2019
Case:
P.O. Number:

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| 2TB Seagate Internal Hard Drive w/Case Data | | | 200.00 | 200.00T |
| Sales Tax | | | 8.25% | 16.50 |

| | | |
|---|---|---|
| **Total** | | $216.50 |
| **Payments/Credits** | | -$216.50 |
| **Balance Due** | | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---:|:---|
| **Invoice #:** | 1212 |
| **Invoice Date:** | 1/24/2019 |
| **Due Date:** | 1/25/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Dark Web E-mail Live Web Scan | 11 | | 24.99 | 274.89 |
| joyandtyrus@hotmail.com | | | 0.00 | 0.00 |
| drrodrigocantu@gmail.com | | | 0.00 | 0.00 |
| dr.davidcantu@yahoo.com | | | 0.00 | 0.00 |
| william.ross@students.nisd.net | | | 0.00 | 0.00 |
| maddierosswow@gmail.com | | | | |
| insanity.evee.gamer@gmail.com | | | | |
| xxnephritexx@gmail.com | | | | |
| potatochipscrunch@gmail.com | | | 0.00 | |
| aggiemed98@yahoo.com | | | | |
| Maddierossbasis@gmail.com | | | | |
| bornonfire76@gmail.com | | | | |
| | | | | |
| ***No Guarantees - No Refunds*** | | | | |
| Sales Tax | | | 8.25% | 0.00 |

| | | |
|---|---:|---:|
| | **Total** | $274.89 |
| | **Payments/Credits** | -$274.89 |
| | **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

## Payment Receipt

**Exhibit A Computer Forensic Investigations, LLC.**
**2815 N. Loop 1604 E.**
**STE 111**
**San Antonio, TX 78232**

**Received From:**

Melody J. Cantu

Melody J. Cantu

11222 Jadestone Blvd.

San Antonio, TX 78249

| | | |
|---|---|---|
| **Date Received** | 02/23/2019 | **Payment Amount**    $491.39 |
| **Payment Method** | MasterCard | |
| **Check/Ref. No.** | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 01/24/2019 | 1212 | -$166.65 |
| 02/23/2019 | 1256 | -$216.50 |

MCantuFinalProd#Bates001758

Exhibit A Computer Forensic Investigations, LLC.
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

02/23/2019

SALE                                                        Total:        $491.39

MasterCard
xxxxxxxxxxxx0538

| Exp. Date: | xx / xx | | |
| Entry Mode: | Swiped | | |
| Name: | Cantu, Rodrigo | | |
| Auth. Code: | 02208J | QuickBooks Trans. No: | |
| Trans. ID: | PG0208180000 | Merchant No.: | 5247710016986903 |
| Terminal ID: | - | AID | - |

Thank you for your business

CUSTOMER COPY

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1220 |
| **Invoice Date:** | 1/26/2019 |
| **Due Date:** | 3/1/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Monthly Storage of Data & Devices (Reduced Rate)<br>***Reg. Fee is $114.93/Month for 2TB of Data Storage & 5 Devices: 1 Laptop, 1 Mobile Phone, 2 iPad & 1 SD Card***<br>$24.99/Month/1TB of Digital Storage<br>$14.99/Month/Each Laptops, iPads<br>$9.99/Month/Each Mobile Phones & SD Cards | 1 | | 99.99 | 99.99T |
| Sales Tax | | | 8.25% | 8.25 |

| | |
|---|---|
| **Total** | $108.24 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $108.24 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1256 |
| **Invoice Date:** | 2/23/2019 |
| **Due Date:** | 2/23/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| 2TB Seagate Internal Hard Drive | | | 200.00 | 200.00T |
| Sales Tax | | | 8.25% | 16.50 |

| | |
|---|---|
| **Total** | $216.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $216.50 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitcfi.com |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1203 |
| **Invoice Date:** | 1/7/2019 |
| **Due Date:** | 1/7/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**
Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Documentation/Processing Fee | 1 | | 200.00 | 200.00T |
| Forensic Imaging - Binary Data Capture (Google Cloud, SD Card, Router & Laptop) | 4 | | 500.00 | 2,000.00T |
| Credit for Forensic Imaging (Credit for Router) | 1 | | -500.00 | -500.00T |
| | | | 0.00 | 0.00 |
| Imaging & Digital Forensic Mobile Device  (2 Mobile Phones + 2 iPads) | 4 | | 1,195.00 | 4,780.00T |
| Investigator's version Reports (2 Mobile Phones + 2 iPads) | 4 | | 500.00 | 2,000.00T |
| No Charge for 4 Investigator's Version Reports (2 Mobile Phones + 2 iPads) | 4 | | -500.00 | -2,000.00T |
| Gmail Account Cloud Investigation | 1 | | 1,000.00 | 1,000.00T |
| Gmail Account Cloud Investigation (Credit w/No Report & No Image) | 1 | | -1,000.00 | -1,000.00T |
| No Charge for the Flash Drive w/4 Investigator's Version Reports (for the 4 Mobile Devices) | 1 | | -99.99 | -99.99T |
| Retainer Funds (Credit) | | | -5,000.00 | -5,000.00 |
| ***No Guarantees - No Refunds*** | | | | |
| No Charge for Digital & Device Storage until end of February 2019 | | | | |
| Sales Tax | | | 8.25% | 526.35 |

| | | |
|---|---|---|
| **Total** | | $1,906.36 |
| **Payments/Credits** | | -$1,906.36 |
| **Balance Due** | | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1203 |
| **Invoice Date:** | 1/7/2019 |
| **Due Date:** | 1/7/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Documentation/Processing Fee | 1 | | 200.00 | 200.00T |
| Forensic Imaging - Binary Data Capture (Google Cloud, SD Card, Router & Laptop) | 4 | | 500.00 | 2,000.00T |
| Credit for Forensic Imaging (Credit for Router) | 1 | | -500.00 | -500.00T |
| | | | 0.00 | 0.00 |
| Imaging & Digital Forensic Mobile Device  (2 Mobile Phones + 2 iPads) | 4 | | 1,195.00 | 4,780.00T |
| Investigator's version Reports (2 Mobile Phones + 2 iPads) | 4 | | 500.00 | 2,000.00T |
| No Charge for 4 Investigator's Version Reports (2 Mobile Phones + 2 iPads) | 4 | | -500.00 | -2,000.00T |
| Gmail Account Cloud Investigation | 1 | | 1,000.00 | 1,000.00T |
| Gmail Account Cloud Investigation (Credit w/No Report & No Image) | 1 | | -1,000.00 | -1,000.00T |
| No Charge for the Flash Drive w/4 Investigator's Version Reports (for the 4 Mobile Devices) | 1 | | -99.99 | -99.99T |
| Retainer Funds (Credit) | | | -5,000.00 | -5,000.00 |
| ***No Guarantees - No Refunds*** | | | | |
| No Charge for Digital & Device Storage until end of February 2019 | | | | |
| Sales Tax | | | 8.25% | 526.35 |

| | |
|---|---|
| **Total** | $1,906.36 |
| **Payments/Credits** | -$1,906.36 |
| **Balance Due** | $0.00 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitcfi.com |

MCantuFinalProd#Bates001763

**Exhibit A Computer Forensic Investigations, LLC.**
2815 N. Loop 1604 E.
STE 111
San Antonio, TX 78232

# Invoice

| | |
|---|---|
| **Invoice #:** | 1203 |
| **Invoice Date:** | 1/7/2019 |
| **Due Date:** | 1/7/2019 |
| **Case:** | |
| **P.O. Number:** | |

**Bill To:**

Melody J. Cantu
11222 Jadestone Blvd.
San Antonio, TX 78249

| Description | Hours/Qty | U/M | Rate | Amount |
|---|---|---|---|---|
| Documentation/Processing Fee | 1 | | 200.00 | 200.00T |
| Forensic Imaging - Binary Data Capture (Google Cloud, SD Card, Router & Laptop) | 4 | | 500.00 | 2,000.00T |
| Credit for Forensic Imaging (Credit for Router) | 1 | | -500.00 | -500.00T |
| | | | 0.00 | 0.00 |
| Imaging & Digital Forensic Mobile Device (2 Mobile Phones + 2 iPads) | 4 | | 1,195.00 | 4,780.00T |
| Investigator's version Reports for Two Phones (2 Mobile Phones + 2 iPads) | 4 | | 500.00 | 2,000.00T |
| Gmail Account Cloud Investigation | 1 | | 1,000.00 | 1,000.00T |
| Gmail Account Cloud Investigation (Credit w/No Report & No Image) | 1 | | -1,000.00 | -1,000.00T |
| Prepare Report and place on media (for the 4 Mobile Devices) | 1 | | 99.99 | 99.99T |
| Retainer Funds (Credit) | | | -5,000.00 | -5,000.00 |
| ***No Guarantees - No Refunds*** | | | | |
| No Charge for Digital & Device Storage until end of February 2019 | | | | |
| Sales Tax | | | 8.25% | 707.85 |

| | |
|---|---|
| **Total** | $4,287.84 |
| **Payments/Credits** | -$2,036.24 |
| **Balance Due** | $2,251.60 |

| Phone # | E-Mail |
|---|---|
| 210-846-9432 | casemanager@exhibitacfi.com |