IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MELODY JOY CANTU** and **DR. RODRIGO CANTU,** *Plaintiffs* | § § § § § § § § § § § § § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| V. | | |
| **DR. SANDRA GUERRA** and **DIGITAL FORENSICS CORPORATION, LLC** *Defendants* | | |

**ORDER GRANTING DEFENDANT, DR. SANDRA GUERRA'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFFS' REPLY TO DR. GUERRA'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

On this date came on to be considered Defendant, Dr. Sandra Guerra's Motion for Leave to file her Sur-Reply to Plaintiffs' Reply to Dr. Guerra's Response to Plaintiffs' Motion for Summary Judgment [Doc. _____] (the "Motion"). Upon due consideration of the Motion, the Court finds that the Motion should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that Defendant, Dr. Sandra Guerra's Motion for Leave to file her Sur-Reply to Plaintiffs' Reply to Dr. Guerra's Response to Plaintiffs' Motion for Summary Judgment is **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that Defendant, Dr. Sandra Guerra, is granted leave of court to file her Sur-Reply to Plaintiffs' Reply to Dr. Guerra's Response to Plaintiffs' Motion for Summary Judgment.

It is so **ORDERED**.

Dated: _____    _____
                                                                        UNITED STATES DISTRICT JUDGE