# EXHIBIT L

## Supplemental Responses – Joint Advisory
## Defendant Dr. Guerra's Second Set of Interrogatories for Plaintiff Melody Joy Cantu

See below Plaintiff Melody Joy Cantu's supplemental responses to Dr. Guerra's Second Request for Production of Documents #20-30:

**Request For Production No. 20:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Danielle Wollervweron regarding any matter that is the subject of this lawsuit.

> Objections: Seeks information and materials constituting Plaintiff's private and/or confidential information and is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

> Response: Subject to and without waiving the foregoing objection, see Plaintiff Melody Joy Cantu's Second Production; Plaintiff will supplement if additional information presents itself.

> **Supplemental Response**: MCantuFinalProd#Bates 001163 (Ms. Wollervweron was served by Defense Council but they never scheduled depo); MCantu2Prod# Bates 000207-000213.

**Request For Production No. 21:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Rene Charles regarding any matter that is the subject of this lawsuit.

> Objection: Rene Charles is no longer a potential witness in this matter.

> **Supplemental Response**: MCantuFinalProd#Bates001156; 001145- 001146; 001006 - 001072; 000493-000559.

**Request For Production No. 22:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Dottie Laster regarding any matter that is the subject of this lawsuit.

> Objections: Seeks information and materials constituting Plaintiff's private and/or confidential information and is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.

>Response: Subject to and without waiving the foregoing objection, see Plaintiff Melody Joy Cantu's Second Production; Plaintiff will supplement if additional information presents itself.
>
>**Supplemental Response**: MCantuFinalProd#Bates 001088 (Dottie Lester will not be witness in case unless as she cannot afford an attorney); MCantuFinalProd#Bates 000930; 001084; MCantu2Prod#Bates 00214-000216; MCantuFinalProd#Bates 001164; 001084; MCantu2Prod#Bates000214-000216; Dr.CantuProd#000048.

**Request For Production No. 23:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Kristina Prewit regarding any matter that is the subject of this lawsuit.

>Objection: Kristina Prewit is no longer a potential witness in this matter.
>
>Response: See Plaintiff Dr. Rodrigo Cantu first production.
>
>**Supplemental Response**: Dr.CantuProd#000342-346.

**Request For Production No. 24:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Sheri Makowski regarding any matter that is the subject of this lawsuit.

>Objection: Sheri Makowski is no longer a potential witness in this matter.
>
>Response: See Plaintiff Dr. Rodrigo Cantu first production.
>
>**Supplemental Response:** MCantuFinalProd#Bates001136.

**Request For Production No. 25:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Jackie Johnston regarding any matter that is the subject of this lawsuit.

>Objections: Seeks information and materials constituting Plaintiff's private and/or confidential information and is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence.
>
>Response: Subject to and without waiving the foregoing objection, see Plaintiff Melody Joy Cantu's Second Production; Plaintiff will supplement if additional information presents itself.

**Supplemental Response**: MCantuFinalProd#Bates00165 (contact from defence council); MCantuFinalProd#Bates001101; 001089-001190; 000934-001005; MCantu2Prod#Bates000217-000227.

**Request For Production No. 26:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Daniel Hammerschmidt regarding any matter that is the subject of this lawsuit.

    Objection: Daniel Hammerschmidt is no longer a potential witness in this matter.

    **Supplemental Response**: MCantuFinalProd#Bates 000605-000795.

**Request For Production No. 27:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Sameer Kinra regarding any matter that is the subject of this lawsuit.

    Objection: Sameer Kinra is no longer a potential witness in this matter.

    **Supplemental Response**: MCantuFinalProd#Bates 001135.

**Request For Production No.28:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Janet Betts regarding any matter that is the subject of this lawsuit.

    Objection: Janet Betts is no longer a potential witness in this matter.

    **Supplemental Response**: MCantuFinalProd#Bates001158; 000560-000604.

**Request For Production No. 29:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Lorena M. Hernandez regarding any matter that is the subject of this lawsuit.

    Objection: Lorena M. Hernandez is no longer a potential witness in this matter.

    **Supplemental Response**: Lorena M. Hernandez is no longer a potential witness in this matter. No texts are in Plaintiff's possession.

**Request For Production No. 30:**

All communications (including, without limitation, emails, text messages, Facebook messenger, and all other social media platforms) between You and Keira Schwartz Dux regarding any matter that is the subject of this lawsuit.

Objection: Keira Schwartz Dux is no longer a potential witness in this matter.

**Supplemental Response**: MCantuFinalProd#Bates001147-001155; 001157; 001137-001144; 001134; 001083; 000229.