# EXHIBIT M

**Supplemental Responses – Joint Advisory**
**Defendant Dr. Guerra's First Set of Interrogatories for Plaintiff Melody Joy Cantu**

1. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00186-87 (Purchase of replacement MacBook).

2. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00186-87 (Purchase of replacement MacBook).

3. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00186-87 (Purchase of replacement MacBook).

4. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00196-87(Purchase of replacement MacBook).

5. **$28,139.065**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' malicious prosecution of Plaintiff Melody Joy Cantu. *See* Dr.CantuProd#000036, 000049 (Bills for Attorney Loraine Efron); Dr.CantuProd#000029-30 (Bail costs related to malicious prosecution); MCantuFinalProd#000931-000933 PlaintiffsSuppDisc#00193-94,

PlaintiffsSuppDisc#00198-200 (Bills for defense attorney Mark Stevens); PlaintiffSuppDisc#00142, 00150, 00151, 00176 (Loss related to time off Plaintiff Melody Cantu had to take from work to deal with the malicious prosecution); PlaintiffSuppDisc#00188-192 (Dropbox fees for criminal defense files related to malicious prosecution).

6. **$28,139.065**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' malicious prosecution of Plaintiff Melody Joy Cantu. *See* Dr.CantuProd#000036, 000049 (Bills for Attorney Loraine Efron); Dr.CantuProd#000029-30 (Bail costs related to malicious prosecution); MCantuFinalProd#000931-000933 PlaintiffsSuppDisc#00193-94, PlaintiffsSuppDisc#00198-200 (Bills for defense attorney Mark Stevens); PlaintiffSuppDisc#00075 (Loss related to time off Plaintiff Melody Cantu had to take from work to deal with the malicious prosecution); PlaintiffSuppDisc#00188-192 (Dropbox fees for criminal defense files related to malicious prosecution).

7. **$14,101.73**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' intentional infliction of emotional distress, these costs are ongoing and subject to increase. *See* MCantuFinalProd#000799-000800 (Medical service, not including medications for Dr. Seals); MCantuFinalProd#000805-000828; 001619-001642 (Medical services received from Dr. Pollock); PlaintiffsSuppDisc#00142, 00150, 00151, 00176 (Loss related to time off Plaintiff Melody Cantu had to take off work to deal with Defendants' intentional infliction of emotional distress).

8. **$14,101.73**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' intentional infliction of emotional distress, these costs are ongoing and subject to increase. *See* MCantuFinalProd#000799-000800 (Medical service, not including medications for Dr. Seals); MCantuFinalProd#000805-000828; 001619-001642 (Medical services received from Dr. Pollock); PlaintiffsSuppDisc#00142, 00150, 00151, 00176 (Loss related to time off Plaintiff Melody Cantu had to take off work to deal with Defendants' intentional infliction of emotional distress).

9. **$232,313.49**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Melody Joy Cantu and are subject to increase. *See* MCantuFinalProd#Bates 000796-828 (Therapy bills from Dr. Murphy), MCantuFinalProd#Bates 001619-001679 (Therapy bills from Dr. Seals); MCantuProd#Bates 000829-000848 (Doctor's notes from Dr. Murphy); MCantuProd#Bates 001512-001615 (Investigative Report and Billing); Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); PlaintiffsSuppDisc#00075 (Loss of 401k profit by having to withdraw to deal with this

case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#111 (Kelmar Security bills); PlaintiffsSuppDisc#00201-03 (cost of replacing iPads).

10. **$232,313.49**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Melody Joy Cantu and are subject to increase. *See* MCantuFinalProd#Bates 000796-828 (Therapy bills from Dr. Murphy), MCantuFinalProd#Bates 001619-001679 (Therapy bills from Dr. Seals); MCantuProd#Bates 000829-000848 (Doctor's notes from Dr. Murphy); MCantuProd#Bates 001512-001615 (Investigative Report and Billing); Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); PlaintiffsSuppDisc#00075 (Loss of 401k profit by having to withdraw to deal with this case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#111 (Kelmar Security bills); PlaintiffsSuppDisc#00201-03 (cost of replacing iPads).

11. **$232,313.49**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Melody Joy Cantu and are subject to increase. *See* MCantuFinalProd#Bates 000796-828 (Therapy bills from Dr. Murphy), MCantuFinalProd#Bates 001619-001679 (Therapy bills from Dr. Seals); MCantuProd#Bates 000829-000848 (Doctor's notes from Dr. Murphy); MCantuProd#Bates 001512-001615 (Investigative Report and Billing); Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); PlaintiffsSuppDisc#00075 (Loss of 401k profit by having to withdraw to deal with this case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#000111 (Kelmar Security bills); PlaintiffsSuppDisc#00201-03(cost of replacing iPads).

12. **$232,313.49**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Melody Joy Cantu and are subject to increase. *See* MCantuFinalProd#Bates 000796-828 (Therapy bills from Dr. Murphy), MCantuFinalProd#Bates 001619-001679 (Therapy bills from Dr. Seals); MCantuProd#Bates 000829-000848 (Doctor's notes from Dr. Murphy); MCantuProd#Bates 001512-001615 (Investigative Report and Billing); Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); PlaintiffsSuppDisc#00075 (Loss of 401k profit by having to withdraw to deal with this case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#111 (Kelmar Security bills); PlaintiffsSuppDisc##00201-03 (cost of replacing iPads).

13. **$242,146.79**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' malicious prosecution of Plaintiff Melody Joy Cantu. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); Dr.CantuProd#000036, 000049 (Bills for Attorney Loraine Efron); Dr.CantuProd#000029-30 (Bail costs related to malicious prosecution); MCantuFinalProd#000931-000933 PlaintiffsSuppDisc#00193-94, PlaintiffsSuppDisc#00198-200 (Bills for defense attorney Mark Stevens); PlaintiffsSuppDisc#00123, MCantuFinalProd#000228 (Bills for family attorney Barry Efron).

14. **$249,146.79**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' malicious prosecution of Plaintiff Melody Joy Cantu. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); Dr.CantuProd#000036, 000049 (Bills for Attorney Loraine Efron); Dr.CantuProd#000029-30 (Bail costs related to malicious prosecution); MCantuFinalProd#000931-000933, PlaintiffsSuppDisc#00193-94, PlaintiffsSuppDisc#00198-200 (Bills for defense attorney Mark Stevens); PlaintiffsSuppDisc#00123, MCantuFinalProd#000228 (Bills for family attorney Barry Efron).

15. **$29,129.73.** Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' intentional infliction of emotional distress upon Plaintiff Melody Joy Cantu. *See* MCantuFinalProd#000799-000800 (Medical service, not including medications for Dr. Seals); MCantuFinalProd#000805-000828; 001619-001642 (Medical services received from Dr. Pollock); PlaintiffsSuppDisc##00142, 00150, 00151, 00176 (Loss related to time off Plaintiff Melody Cantu had to take off work to deal with Defendants' intentional infliction of emotional distress); PlaintiffsSuppDisc#00116-00118 (Loss related to Ms. Cantu's FMLA leave).

16. **$29,129.73.** Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' intentional infliction of emotional distress upon Plaintiff Melody Joy Cantu. *See* MCantuFinalProd#000799-000800 (Medical service, not including medications for Dr. Seals); MCantuFinalProd#000805-000828; 001619-001642 (Medical services received from Dr. Pollock); PlaintiffsSuppDisc#00142, 00150, 00151, 00176 (Loss related to time off Plaintiff Melody Cantu had to take off work to deal with Defendants' intentional infliction of emotional distress); PlaintiffsSuppDisc#00116-00118 (Loss related to Ms. Cantu's FMLA leave).

17. **$10,000,000.00**. Jointly and Severally between Defendants Dr. Guerra and DFC for punitive damages related to Defendants' unlawful conduct.

18. **$10,000,000.00**. Jointly and Severally between Defendants Dr. Guerra and DFC for punitive damages related to Defendants' unlawful conduct.

Plaintiffs also seek full attorney's fees for Tor Ekeland Law, PLLC, jointly and severally between Defendants Dr. Guerra and DFC, related to this case. As of this writing $209,979.89 has been billed for time and expenses. This amount is subject to increase.