# EXHIBIT N

**Supplemental Responses – Joint Advisory**
**Defendant Dr. Guerra's First Set of Interrogatories for Plaintiff Dr. Rodrigo Cantu**

1. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00186-87 (Purchase of replacement MacBook).

2. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00186-87 (Purchase of replacement MacBook).

3. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00186-87 (Purchase of replacement MacBook).

4. **$18,415.61**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' unlawful conduct. *See* Dr.CantuProd#000001-28 (Computer Forensic Investigations, LLC retainer and billing records, expenses are ongoing and subject to increase); Dr.CantuProd#000005 (retainer agreement signed with Computer Forensic Investigations, LLC); MCantuProd00193-206 (service appointment scheduling and billing from Spectrum Cable to identify the issue with Plaintiff's internet network, and photos of cable splicing); PlaintiffSuppDisc#00186-87 (Purchase of replacement MacBook).

5. **$4,000.00**. PlaintiffSuppDisc#00142, 00150-51, 00167-68, 00176 (Time off for Plaintiff Melody Joy Cantu's court dates).

6. **$4,000.00**. PlaintiffSuppDisc#00142, 00150-51, 00167-68, 00176 (Time off for Plaintiff Melody Joy Cantu's court dates.

7. **$5,460.00**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' intentional infliction of emotional distress, these costs are ongoing and subject to increase. *See* HIPPA forms for request for records have been signed and submitted to Defendant Dr. Guerra; PlaintiffsSuppDisc#00184-85. (Medical Services provided to Dr. Cantu).

8. **$5,460.00**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' intentional infliction of emotional distress, these costs are ongoing and subject to increase. *See* HIPPA forms for request for records have been signed and submitted to Defendant Dr. Guerra; PlaintiffsSuppDisc#00184-85. (Medical Services provided to Dr. Cantu).

9. **$316,615.76**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Dr. Rodrigo Cantu and are subject to increase. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); MCantuFinalProd#001081-82, 001245-46 (Loss of 401k profit by having to withdraw to deal with this case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#111 (Kelmar Security bills); PlaintiffsSuppDisc#00201-03 (replacement of unusable iPads affected by Defendants' computer intrusion).

10. **$316,615.76**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Dr. Rodrigo Cantu and are subject to increase. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); MCantuFinalProd#001081-82, 001245-46 (Loss of 401k profit by having to withdraw to deal with this case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#111 (Kelmar Security bills); PlaintiffsSuppDisc#00201-03 (replacement of unusable iPads affected by Defendants' computer intrusion).

11. **$316,615.76**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Dr. Rodrigo Cantu and are subject to increase. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); MCantuFinalProd#001081-82, 001245-46 (Loss of 401k profit by having to withdraw to deal with this case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#111 (Kelmar Security bills); PlaintiffsSuppDisc#00201-03 (replacement of unusable iPads affected by Defendants' computer intrusion).

12. **$316,615.76**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' unlawful conduct. These bills continue to accumulate for Plaintiff Dr. Rodrigo Cantu and are subject to increase. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase); MCantuFinalProd#001081-82, 001245-46 (Loss of 401k profit by having to withdraw to deal with this case); MCantuFinalProdBates#001680-1682 (Hawk Security Service bills); PlaintiffsSuppDisc#111 (Kelmar Security bills); PlaintiffsSuppDisc#00201-03 (replacement of unusable iPads affected by Defendants' computer intrusion).

13. **$217,066.79**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' malicious prosecution of Plaintiff Melody Joy Cantu. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase).

14. **$217,066.79**. Jointly and severally between Defendants Dr. Guerra and DFC for consequential damages related to Defendants' malicious prosecution of Plaintiff Melody Joy Cantu. *See* Attorney Affidavit of Tor Ekeland (Attorney's fees for this case, subject to ongoing increase).

15. **$5,460.00**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' intentional infliction of emotional distress, these costs are ongoing and subject to increase. *See* HIPPA forms for request for records have been signed and submitted to Defendant Dr. Guerra; PlaintiffsSuppDisc#00184-85. (Medical Services provided to Dr. Cantu).

16. **$5,460.00**. Jointly and severally between Defendants Dr. Guerra and DFC for compensatory damages related to Defendants' intentional infliction of emotional distress, these costs are ongoing and subject to increase. *See* HIPPA forms for request for records have been signed and submitted to Defendant Dr. Guerra; PlaintiffsSuppDisc#00184-85. (Medical Services provided to Dr. Cantu).

17. **$10,000,000.00**. Jointly and Severally between Defendants Dr. Guerra and DFC for punitive damages related to Defendants' unlawful conduct.

18. **$10,000,000.00**. Jointly and Severally between Defendants Dr. Guerra and DFC for punitive damages related to Defendants' unlawful conduct.

Plaintiffs also seek full attorney's fees for Tor Ekeland Law, PLLC, jointly and severally between Defendants Dr. Guerra and DFC, related to this case. Currently, $209,979.89 has been billed for time and expenses. This amount is subject to increase.