# EXHIBIT O

FUG

001 CC   601478

**CRIMINAL DOCKET**

COUNTY COURT AT LAW # _____   BEXAR COUNTY, TEXAS

**GERARD RICKHOFF**
**BEXAR COUNTY CLERK**

VS

**THE STATE OF TEXAS**
CANTU, MELODY JOY

04/01/18 HARASSMENT
CCS   CAUSE: 601478   TYPE: MB
SID: 1108267 JN: 1876113 DOB: 01/20/76

**ORDERS OF THE COURT**

| DATE | |
|------|--|
| 12/21/18 | Notice of Entry of Appearance as Retained Counsel (AR.) |
| 01-17-19 | Notice of Assumed Criminal File |
| 1-22-19 | MLS 3-11-15 JT PR3 |
| 02/04/19 | MOTION EFILed (bw) |
| 2-8-19 | RS 4-8-15 JT PR3 |
| 2-26-19 | Notice of Appearance for Retained Counsel w/ Waiver of Error E-filed |
| APR 03 2019 | RS 6/28/19 JT |
| JUN 18 2019 | |
| JUN 24 2019 | |

ATTORNEY: Lorain, Efron
BAR NO: 084 Co: 20 PH#: (210) 212-6635
CO-Counsel Mark Stevens-855-7747 (fax)
ATTORNEY: 147 862 500   PH#:
BAR NO:

ASST DA: _____
BAR #: _____

COURT REPORTER: _____
COURT COST: _____
WARRANTS: _____
SUBPOENAS: _____
JURY TRIAL: _____
PR BOND FEE: _____
ATTY FEES: _____                TOTAL: _____

PENDING CASES: _____
JAIL TIME CREDIT: _____

DATE
FILED: NOV 20 2018

CAPIAS
ISSUED: NOV 20 2018

RIGHT THUMB          SIGNATURE

GUERRA 000952