# EXHIBIT R







GUERRA 000197



Seriously, have a Happy Mother's Day!

Sandy,
Having teenage daughters, I thought this card very appropriate! Thank you for being such a great mom to their kids. "Great" doesn't do you justice. I'm so blessed to be in this parenting thing with you! Have a great day. David

GUERRA 000198