# EXHIBIT S



# TEXAS MEDICAL BOARD

November 26, 2018

RODRIGO DAVID CANTU MD
423 HEATHER RIDGE
SAN ANTONIO TX 78260

ID#: 463264

**NOTICE OF DENIAL OF REGISTRATION**
**Important Information – Please Read**

Dear Dr. Cantu,

You are being contacted as a result of a computerized match, based on identifiers such as social security number, name, and date of birth. This matching process is performed by the Texas Office of the Attorney General - Child Support Division in order to notify licensing boards that you may have defaulted on your child support payments for six months or more prior to the date of this notice.

Holders of professional/occupational licenses or permits in Texas who are identified as being in child support default are not eligible for license or permit registration until they have entered into a payment agreement with the Attorney General's Office.

In order to register your license/permit, you must contact the Office of the Attorney General to make payment arrangements and obtain a release. If you have not already received a letter from the Child Support Division with the contact information for the local Child Support office in your area, you should receive one shortly. If you have any questions regarding child support payment arrangements, please contact the Texas Office of the Attorney General - Child Support Division at 1-800-252-8014.

You will not be eligible to register your license, which expires on 11/30/2018, unless we have received a notice of release from the Child Support Division. Please note that it may take several weeks to resolve this matter.

If you have any questions, you may contact me via email, to my attention at Registrations@tmb.state.tx.us.

Sincerely,


Adriana Leal
Registrations Department
Texas Medical Board

Location Address:
333 Guadalupe, Tower 3, Suite 610
Austin, Texas 78701

Mailing Address:
P.O. Box 2029 MC 245
Austin, Texas 78768-2029
www.tmb.state.tx.us

Contact Information:
Phone 512.305.7030
registrations@tmb.state.tx.us

GUERRA 000968