# EXHIBIT T



**From:** David Cantu <dr.davidcantu@yahoo.com>
**To:** Sandra <drsandraguerra@yahoo.com>
**Sent:** Monday, July 9, 2018 at 10:43:31 AM CDT
**Subject:** Re: June Child Support Deposit returned by bank

Ok. I'll send a new check to your address.

Rodrigo D Cantu
On Friday, July 6, 2018, 4:30 PM, Sandra <drsandraguerra@yahoo.com> wrote:

> The June check will need to be reissued by you to me. I have spoken to my bank and they cannot reprocess it after it was rejected for insufficient funds. The fee was $5.
> Sandra
>
> On Jul 6, 2018, at 1:38 PM, David Cantu <dr.davidcantu@yahoo.com> wrote:
>
>> It's been corrected. Go ahead and re-deposit. The July check should arrive today or tomorrow by USPS.
>>
>> Rodrigo D Cantu
>> On Friday, July 6, 2018, 1:10 PM, Sandra <drsandraguerra@yahoo.com> wrote:
>>
>>> Dave,
>>> The June child support check was deposited immediately after the court date a week ago which was still before the end of the month. It has been returned by your bank.
>>> Please let me know how this will be corrected.
>>> Sandra
>>>
>>> Sent from my iPhone



**From:** David Cantu <dr.davidcantu@yahoo.com>
**To:** Sandra <drsandraguerra@yahoo.com>
**Cc:** Barry Efron <befron@efron-efron.com>; tina@tinatorreslaw.com <tina@tinatorreslaw.com>
**Sent:** Friday, September 7, 2018 at 08:54:21 PM CDT
**Subject:** Re: Sept Child Support Payment not received

I sent it by mail this morning. I'm sorry for the delay. It will come on time in the future.

Rodrigo D Cantu

On Friday, September 7, 2018, 8:52 PM, Sandra <drsandraguerra@yahoo.com> wrote:

> David,
> I am writing to make you aware your September 2018 child support payment has not arrived by mail. It was due on the first of the month. Please correct this as soon as possible.
> Sandra

**GUERRA 001008**