# EXHIBIT U

Central File Maintenance
P O BOX 12048
AUSTIN, TX 78711-2048



CHILD SUPPORT DIVISION

SANDRA GUERRA
410 E ROSEWOOD AVE
SAN ANTONIO, TX 78212-2514-10

Date: December 31, 2018
Custodial Parent: SANDRA GUERRA
Non-Custodial Parent: RODRIGO DAVID CANTU
Attorney General Case #: 0011977508

Dear *SANDRA GUERRA*,

Enclosed is a legal document called an "Affidavit of Direct Payments." This form is used to document child and medical support payments made directly to you by the non-custodial parent (in any form), including payments received in the form of cash or check or from a Military Allotment, Trust Fund or Escrow Account. It should not include any payments made through a county registry or the State Disbursement Unit (SDU).

Select the appropriate option on this form to indicate whether or not you have received any support payments directly from the non-custodial parent. If you have received support payments directly from the non-custodial parent, be sure to list the corresponding payment dates and amounts in the spaces provided at the bottom of this form.

A Notary Public must notarize this affidavit after witnessing you sign it. Do not sign this form until you are instructed to do so by the Notary Public. This form can be notarized by a Notary Public at your local child support office.

Please return the Affidavit of Direct Payments to the local office either

- by mail (in the enclosed, postage-paid envelope) or
- in person

As mentioned above, this form must be completed, signed and notarized before it can be processed.

**Returning This Form:** Please note that it is **very important** that you complete this form, have it notarized and return it to our office, <u>even if no direct payments were received</u>. Returning this form assists us in processing your case. When completing this form, if no direct payments were received, please be sure to select the **first check box** (to indicate you have received no direct support payments).

If the information requested in this form is not provided, the following may occur:
- If you receive TANF, your noncooperation will result in a report to the Health and Human Services Commission (HHSC) to stop cash benefits for you and your family.
- If you receive Medicaid, your noncooperation will stop your Medicaid benefits. Your children will continue to receive Medicaid.
- If you do not receive TANF or Medicaid, we may close your case.

**Reminder:** Child and medical support payments are to be made to the State Disbursement Unit at the address below:
SDU
P.O. Box 659791
San Antonio, Texas 78265-9791

If you have any questions concerning this form, please contact your local child support office.

June 2012

1A007-ce

**GUERRA 000969**

OAG Case #: 0011977508



OFFICE OF THE ATTORNEY GENERAL
STATE OF TEXAS
CHILD SUPPORT DIVISION

## CUSTODIAL PARENT'S AFFIDAVIT OF DIRECT PAYMENTS

**Note:** This form is used to document child and medical support payments made **directly** to the **custodial parent** by the **non-custodial parent** (in any form), **including** payments received in the form of cash or check or from a Military Allotment, Trust Fund or Escrow Account. This **excludes** payments made through a county registry or State Disbursement Unit (SDU).

I, __Sandra Guerra__, the custodial parent:

- certify that **either:**   [Please select one of the options below]

   ☐ I have not received any support payments (in any form) **directly** from _____, the non-custodial parent, including payments from a Trust Fund, Escrow Account or Military Allotment, and any payments I received were sent to me from either the county registry or the State Disbursement Unit (SDU) **or**

   ☑ the list of support payments provided below (including all dates and amounts) is a correct list of payments I received directly from __Rodrigo David Cantu__, the non-custodial parent, and that these payments were not sent to me from either the county registry or the State Disbursement Unit (SDU)

- authorize and request the Office of the Attorney General of Texas to disclose this document, in its entirety, to __Rodrigo David Cantu__ (the person from whom the below support payments were received) and file it with the court

__Sandra Guerra__      01/09/2019
Custodial Parent's Signature     Date

State of Texas
County of _____

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public,

by __Sandra Guerra__, this __9th__ day of __January__, 20__19__.

__Coralee Hermes__ (Notary Public)

CORALEE A HERMES
Notary ID #7659358
My Commission Expires
July 31, 2022

**Support Payments Made Directly to the Custodial Parent by the Non-Custodial Parent**

- Includes Payments in the form of cash or check or from a Military Allotment, Trust Fund or Escrow Account
- Excludes Payments made through the County Registry or State Disbursement Unit (SDU)

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 09/2009 | 2281.00 | 07/2010 | 2281.00 | 05/2011 | 2281.00 | 03/2012 | 2281.00 | 01/2013 | 2281.00 |
| 10/2009 | 2281.00 | 08/2010 | 2281.00 | 06/2011 | 2281.00 | 04/2012 | 2281.00 | 02/2013 | 2281.00 |
| 11/2009 | 2281.00 | 09/2010 | 2281.00 | 07/2011 | 2281.00 | 05/2012 | 2281.00 | 03/2013 | 2281.00 |
| 12/2009 | 2281.00 | 10/2010 | 2281.00 | 08/2011 | 2281.00 | 06/2012 | 2281.00 | 04/2013 | 2281.00 |
| 01/2010 | 2281.00 | 11/2010 | 2281.00 | 09/2011 | 2281.00 | 07/2012 | 2281.00 | 05/2013 | 2281.00 |
| 02/2010 | 2281.00 | 12/2010 | 2281.00 | 10/2011 | 2281.00 | 08/2012 | 2281.00 | 06/2013 | 2281.00 |
| 03/2010 | 2281.00 | 01/2011 | 2281.00 | 11/2011 | 2281.00 | 09/2012 | 2281.00 | 07/2013 | 2281.00 |
| 04/2010 | 2281.00 | 02/2011 | 2281.00 | 12/2011 | 2281.00 | 10/2012 | 2281.00 | 08/2013 | 2281.00 |
| 05/2010 | 2281.00 | 03/2011 | 2281.00 | 01/2012 | 2281.00 | 11/2012 | 2281.00 | 09/2013 | 2281.00 |
| 06/2010 | 2281.00 | 04/2011 | 2281.00 | 02/2012 | 2281.00 | 12/2012 | 2281.00 | 10/2013 | 2281.00 |

Cause #: 2008CI18856      Total of all direct payments: $253,191.00   Continues on back

Texas Government Code § 559 gives you the right to review and request correction of information on this form.

AFFIDAVIT OF DIRECT PAYMENTS (August 2011)                    1A007-ce

**GUERRA 000970**

| | |
|---|---|
| 11/2013 | 2281.00 |
| 12/2013 | 2281.00 |
| 01/2014 | 2281.00 |
| 02/2014 | 2281.00 |
| 03/2014 | 2281.00 |
| 04/2014 | 2281.00 |
| 05/2014 | 2281.00 |
| 06/2014 | 2281.00 |
| 07/2014 | 2281.00 |
| 08/2014 | 2281.00 |
| 09/2014 | 2281.00 |
| 10/2014 | 2281.00 |
| 11/2014 | 2281.00 |
| 12/2014 | 2281.00 |
| | |
| 01/2015 | 2281.00 |
| 02/2015 | 2281.00 |
| 03/2015 | 2281.00 |
| 04/2015 | 2281.00 |
| 05/2015 | 2281.00 |
| 06/2015 | 2281.00 |
| 07/2015 | 2281.00 |
| 08/2015 | 2281.00 |
| 09/2015 | 2281.00 |
| 10/2015 | 2281.00 |
| 11/2015 | 2281.00 |
| 12/2015 | 2281.00 |
| | |
| 01/2016 | 2281.00 |
| 02/2016 | 2281.00 |
| 03/2016 | 2281.00 |
| 04/2016 | 2281.00 |
| 05/2016 | 2281.00 |
| 06/2016 | 2281.00 |
| 07/2016 | 2281.00 |
| 08/2016 | 2281.00 |
| 09/2016 | 2281.00 |
| 10/2016 | 2281.00 |
| 11/2016 | 2281.00 |
| 12/2016 | 2281.00 |

| | |
|---|---|
| 01/2017 | 2281.00 |
| 02/2017 | 2281.00 |
| 03/2017 | 2281.00 |
| 04/2017 | 2281.00 |
| 05/2017 | 2281.00 |
| 06/2017 | 2281.00 |
| 07/2017 | 2281.00 |
| 08/2017 | 2281.00 |
| 09/2017 | 2281.00 |
| 10/2017 | 2281.00 |
| 11/2017 | 2281.00 |
| 12/2017 | 2281.00 |
| | |
| 01/2018 | 2281.00 |
| 02/2018 | 2281.00 |
| 03/2018 | 2281.00 |
| 04/2018 | 2281.00 |
| 05/2018 | 2281.00 |
| 06/2018 | 2281.00 |
| 07/2018 | 2281.00 |
| 08/2018 | 2281.00 |
| 09/2018 | 2281.00 |
| 10/2018 | 2281.00 |
| 11/2018 | 2281.00 |

Total on front page

*Sandra Guerra*