# EXHIBIT Y

# San Antonio Police Department

| Offense Case # | Incident Type | CFS Number |
|---|---|---|
| SAPD18067174 | POLICE REPORT | SAPD-2018-0355566 |

| Primary Offense | | |
|---|---|---|
| HARASSMENT | | Page 3 of 3 |

| Date / Time Occurred | Date / Time Reported |
|---|---|
| 4/1/2018 15:00 to 4/2/2018 12:00 | 4/2/2018 12:47 |

**Street Address:** 
**Unit Type:**
**Unit No.** 
**City:** SAN ANTONIO 
**State:** Texas 
**Zip:** 
**Building No:** 
**Floor No:**
☐ Student 
**Employer:** 
**Occupation:**

### Other Person Employer Address

**Street Address:** 
**Unit Type:**
**Unit No.** 
**City:** SAN ANTONIO 
**State:** Texas 
**Zip:** 
**Building No:** 
**Floor No:**

### Details

**Work Phone:** 
**Hours of Employment:** to 
**Hair Color:** Gray Or Partially Gray 
**Hair Length:** Shoulder 
☐ Glasses
**Eye Color:** Hazel 
**Build:** Medium 
**Facial Hair:** 
**Voice:** EFFEMINATE 
**Complexion:** Medium
**Ethnicity:** Hispanic 
**Demeanor:** Cooperative

**Narrative Legend**
SP1 = 
V1 = CANTU, RODRIGO DAVID
O1 = GUERRA, SANDRA

**Narrative Information**

I was dispatched for a harassment report. Upon my arrival I contacted V1 who stated SP1, V1's second ex wife has been repeatedly calling V1 threatening to send intimate photos of V1 and SP1 to V1's family. V1 stated since yesterday SP1 has called him more than fifty times and has also been repeatedly sending V1 text messages. V1 stated in the text messages SP1 told V1 she was going to send intimate pictures of him and SP1 to V1's parents if V1 does not take her back. V1 stated SP1 has also been sending messages to O1, V1's first ex wife, also threatening to send intimate pictures of V1 and O1 from when V1 and O1 were married. V1 stated he divorced SP1 last year but SP1 continues to call and harass V1. V1 and O1 stated last night they went to out for dinner with their children when SP1 started calling and text messaging V1. V1 stated SP1 was upset because V1 was having dinner with O1 and their children. V1 stated he ignored SP1's calls and text messages. V1 and O1 stated when they left the restaurant, SP1 was waiting in the parking lot and started yelling and arguing with V1 and O1. V1 and O1 stated they left the location because they did not want any trouble from SP1. O1 stated around 0300 hrs SP1 started sending O1 messages via text and Facebook telling O1 she was going to post pictures of V1 and O1. SP1 repeatedly has sent electronic communications to V1 in a manner to harass and embarrass V1.

GUERRA 000002