# Exhibit 'A'

Filed Under Seal.

Exhibit A has been emailed to opposing counsel and the Court.