# Exhibit 'E'

MAURO F. RUIZ
ATTORNEY AT LAW
RUIZ@MRUIZLAW.COM



RUIZ LAW FIRM

118 W. PECAN BLVD.
MCALLEN, TEXAS 78501

TEL. (956) 259-8200
FAX. (956) 259-8203

July 21, 2020

Via CM 7018 0680 0000 0868 5467, RRR

TEXAS WORKFORCE COMMISSION
CIVIL RIGHTS DIVISION
101 East 15th St., Room 144T
Austin, Texas 78778-0001

Re:   Employer:   Humana
      Claimant:   Sandra Guerra



EXHIBIT 1A

Dear Sir/Madam:

Enclosed please find the fully executed intake Questionnaire regarding the above matter.

Should you need any additional information, please do not hesitate to call me.

Sincerely,

RUIZ LAW FIRM, P.L.L.C.

Mauro F. Ruiz

MFR/hlm
Enclosure

MCantuProd00097

WWW.MRUIZLAW.COM

## U.S. Postal Service CERTIFIED MAIL® RECEIPT
Domestic Mail Only

7018 0680 0000 0868 5467

Certified Mail Fee: $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $
Total Postage and Fees: $ 6.90
Sent To: TWCCRD
Street and Apt. No., or PO Box No.:
City, State, ZIP+4: Austin, TX 78778

---

### SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
**Texas Workforce Comission**
**Civil Rights Division**
101 East 15th St., Guadalupe CRD
Austin, Texas 78778-0001

9590 9402 3706 7335 4955 69

2. Article Number (Transfer from service label)
7018 0680 0000 0868 5467

### COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
Texas Workforce Commission
101 E. 15th Street, Austin, TX 78778
JUL 27 2020

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

MCantuProd00098

| EMPLOYMENT DISCRIMINATION COMPLAINT FORM | TWCCRD# |
|---|---|
| Texas Workforce Commission Civil Rights Division | |
| Please return this form by: | EEOC# |
| Mail: 101 East 15th Street, Guadalupe CRD, Austin, TX 78778-0001 | |
| Email: EEOIntake@twc.state.tx.us | |
| Telephone: (888) 452-4778 *or* | |
| Fax: (512) 482-8465 (Please include a cover sheet with your name and the total # of pages) | |

| Please indicate if you have previously filed this complaint with any of the agencies below: | DATE RECEIVED (For Office Use Only): |
|---|---|
| ☐ Texas Workforce Commission Civil Rights Division (TWCCRD) | |
| ☐ Equal Employment Opportunity Commission (EEOC) | |
| ☐ City of Austin Equal Employment and Fair Housing Office | |
| ☐ Corpus Christi Human Relations Division | |
| ☐ Fort Worth Human Relations Department | |

Please be sure you provide all the information requested. For Assistance, send an E-mail to EEOIntake@twc.state.tx.us or call us at (888) 452-4778. (Ofrecemos asistencia en Español)

| Complainant Full Name: | Complainant Representative (Optional): *(If you are represented by an attorney, please have them submit a letter of representation)*: |
|---|---|
| Sandra Guerra | Mauro F. Ruiz and Ruiz Law Firm, PLLC |
| Address Line 1: 410 E. Rosewood Ave. | Address Line 1: 118 W. Pecan Blvd. |
| Address Line 2: | Address Line 2: |
| City/State/Zip: San Antonio, Texas 78212 | City/State/Zip: McAllen, Texas 78501 |
| Home Phone #: | Phone #: (956) 259-8200 |
| Other Phone #: | Fax #: (956) 259-8203 |
| Email: | |
| Preferred Form of Contact: (Please check) | mruiz@mruizlaw.com & tbelez@mruizlaw.com |
| ☒ E-mail ☒ Telephone | |
| Date Hired: 10/2012 Position held: V.P. Chief Medical Officer | HR Personnel Officer/EEO Officer/or Highest Ranking Officer on work site: |
| Still employed? ☐ Yes ☒ No | Ricky Edwards |
| Name of Employer *(Please be sure to give the complete Company name and address where you physically worked)* | 15 or more employees: ☒ Yes ☐ No |
| ...mana | |
| Company Address | Company Officer Address |
| Address Line 1: 8123 Datapoint | Address Line 1: |
| Address Line 2: | Address Line 2: |
| City/State/Zip: San Antonio, Texas 78229 | City/State/Zip: Louisville, Kentucky |
| Phone #: (502) 318-9457 | Phone #: (502) 714-4429 |

| BASIS: I believe I have been discriminated against in violation of state law (Texas Labor Code, Chapter 21) and federal law (ADEA, GINA, Title VII, ADAAA), as follows: | ☐ Age *(You must be 40 years of age or older to qualify)*: Date of Birth: ___/___/___ Month/day/year Age at time of incident: ___ | ☒ Color *(Based on skin color)*: ☐ Black ☒ Brown ☐ White ☐ Other: | ☐ Disability: ☐ Disabled ☐ History of disability ☐ Regarded as disabled *(Pregnancy is NOT a disability unless you are regarded as disabled.)* |
|---|---|---|---|
| Please mark only the basis you believe were the reasons you were discriminated. | ☐ GINA (Genetic Information Non-discrimination Act) | ☒ National Origin: ☐ African-American ☐ Anglo/Caucasian ☐ East Indian ☐ Hispanic ☒ Mexican ☐ Other: | ☐ Race: ☐ American Indian/Alaskan Native ☐ Asian/Pacific Islander ☐ Black ☐ White ☐ Other: |
| EXAMPLE: If your treatment was because of your race, then check only the box by your race. | ☐ Religion: ☐ Baptist ☐ Catholic ☐ Jewish ☐ Muslim ☐ Other: | ☐ Retaliation: ☐ Assisted another filing discrimination ☐ Filed a complaint of discrimination ☐ Participated in discrimination investigation. ON THIS DATE: ___/___/___ Month/day/year | ☒ Sex: ☒ Female ☐ Female/Pregnancy ☐ Male |

MCantuProd00099

Form 1000    Revised: 03/2017

| Employment Harms or Actions (Mark all that apply) | | |
|---|---|---|
| ☐ Demotion (D1) | ☐ Layoff (L1) | ☐ Suspension (S5) |
| ☒ Discharge (D2) | ☐ Promotion (P3) | ☐ Terms & Conditions (T2) |
| ☐ Discipline (D3) | ☐ Reasonable Accommodation (R6) | ☐ Training (T4) |
| ☐ Harassment (H1) | ☐ Severance Pay (B5) | ☐ Wages (W1) |
| ☐ Hiring (H2) | ☐ Sexual Harassment (S4) | ☐ Other: |

The following questions are regarding the employment harms or actions taken against you.
(Each incident must be within **180 days** of the date you submit your complaint to the TWCCRD.)

**DATE(S) DISCRIMINATION TOOK PLACE (Month/Day/Year)**
Earliest (Month/Day/Year): 2/18/2020
Latest (Month/Day/Year): 2/18/2020
☐ CONTINUING ACTION

**Name and Position Title of person(s) who did the harm:**
Brent Densford - Senior VP Humana

(If filing under race, color, national origin, religion, sex, age, please provide the race, color, national origin, religion, sex, or age of the person(s) discriminating against you:)
White male

**Did you complain of discrimination to your employer?** ☐ Yes ☒ No
If Yes, date of complaint: ___/___/___ (Month/Day/Year)
Name and Position Title of person(s) you complained to:

**Explain why you believe the employment harm(s) and/or action(s) were discriminatory:**
I was terminated by a white male, Brent Densford, for a false reason. I was falsely accused of harassment. The alleged false complaint against me was retaliatory and made by an associate who I had disciplined three (3) days earlier. I was the only Hispanic female vice president, and progressive discipline was not afforded to me in violation of the Humana policy. I do not believe a thorough investigation was performed. A White Anglo male associate made stereotypical comments about women and Hispanics. He was not investigated or terminated. I was replaced by White Anglo males: 1) Dr. Robert Johnson (White Anglo Male): assigned 1/2 of Dr. Guerra's job duties/position and 2) Joseph "Joe" Kennedy (White Anglo Male): assigned 1/2 of Dr. Guerra's job duties/position

**Employer's reason for its action:**
Alleged inappropriate relationship and inappropriate communication with an associate.

**Are there other employees treated more fairly than you?** ☒ Yes ☐ No
If Yes, please provide the information below:

| Full Name and Position Title | (If filing under race, color, national origin, religion, sex, and/or age, please provide the race, color, national origin, religion, sex, or age of the person(s) treated more fairly than you.) |
|---|---|
| 1) Tray Cockrell: The family of Tray Cockrell, Chief of Staff for Humana, was committing fraud on the TRICARE program which is managed by Humana for the U.S. Government. Tray Cockrell was not investigated by Humana nor did he suffer any adverse employment action. | |
| 2) Neil Mullany: Vice President/Chief Operating Officer for Human Military. Over paid and under paid providers. We were penalized in the millions of dollars. He did not suffer any adverse employment action. Mullany's team overcharged insureds' bank accounts for medical premiums because of clerical errors, causing overdrafts and other disruptions to insureds. | |

3) Eric Lisle: Vice President. Sexually harassed females. He was given the option to voluntarily separate rather than face an adverse personnel action.
4) Phil White: Chief Information Officer for Humana. He was laterally transferred despite poor work performance. Did not suffer an adverse personnel action.
5) Alan Wheatly: Senior Vice President of Human. Engaged in sexual harassment/relations with a subordinate and was later beaten up by woman's husband in front of Humana tower in Louisville, Kentucky. He suffered no adverse personnel action. In fact, he was promoted.

MCantuProd00100

BEFORE ME, the undersigned authority, on this day personally appeared Sandra Guerra, who being duly sworn stated:

My name is Sandra Guerra. I am over the age of twenty-one (21). I am of sound mind and fully capable of making this verification. I verify that the factual information contained in this Employment Discrimination Complaint Form (Form 1000) is both true and correct.

Affiant further sayeth not.

_Sandra Guerra_

SUBSCRIBED AND SWORN TO BEFORE ME on the 21th day of July 2020, ~~2019,~~ to certify which witness my hand seal of office.

TOMASA A BELEZ
Notary ID # 12234977
My Commission Expires
February 24, 2021

_T. Belez_
Notary Public, State of Texas

What are you seeking as a resolution to your case?
Monetary relief.

What is the most convenient method to contact you:
☒ Email: mruiz@mruizlaw.com & tbelez@mruizlaw.com   ☒ Telephone: (956) 259-8200

_Sandra Guerra_                                 7.21.2020
Signature                                        Date

MCantuProd00101