# Exhibit 'G'

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SANDRA GUERRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-21-CA-882-FB |
| | ) | |
| HUMANA, and HUMANA GOVERNMENT | ) | |
| BUSINESS, INC. d/b/a Humana, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (docket no. 11), filed by the parties on December 7, 2021. The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed with prejudice, with each party to bear their own respective costs, expenses, and attorneys' fees. Although a dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, the parties have requested an order from this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the Joint Stipulation of Dismissal With Prejudice (docket no. 11) signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted by plaintiff against defendants are DISMISSED WITH PREJUDICE, with each party to bear their own respective costs, expenses, and attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 8th day of December, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE