# Exhibit 'H'

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELODY JOY CANTU and | § | |
| DR. RODRIGO CANTU, | § | |
| *Plaintiffs*, | § | |
| | § | |
| V. | § | CASE NO.: 5:20-CV-00746-JKP (HJB) |
| | § | |
| DR. SANDRA GUERRA and | § | |
| DIGITAL FORENSICS | § | |
| CORPORATION, LLC | § | |
| *Defendants*. | § | |

# ORDER GRANTING PLAINTIFFS MELODY JOY CANTU'S AND RODRIGO CANTU'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Upon due consideration by the Court of Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment, the Court finds that the Motion should be **GRANTED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment is **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that Plaintiffs Melody Joy Cantu and Rodrigo Cantu are granted leave of court to file their Supplemental Motion for Summary Judgment.

It is so **ORDERED**.

Dated:_____                    _____
                                          UNITED STATES DISTRICT JUDGE