**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MELODY JOY CANTU and** | § | |
| **DR. RODRIGO CANTU,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| | § | |
| V. | § | |
| | § | |
| **DR. SANDRA GUERRA and** | § | |
| **DIGITAL FORENSICS** | § | |
| **CORPORATION, LLC** | § | |
| *Defendants* | § | |

### ORDER (I) DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND (II) GRANTING DEFENDANTS' REQUEST FOR SANCTIONS AGAINST PLAINTIFFS

On this date came on to be considered Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment [Doc. 120] (the "Plaintiffs' Motion for Leave") and Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs [Doc. _____] ("Defendants" Response"). Upon due consideration of the Motion and Defendants' Response, the Court finds that the Motion should be **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment is **DENIED** in all respects.

**IT IS FURTHER ORDERED** that Defendants' Request for Sanctions set forth Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs is **GRANTED** in all respects.

**IT IS FURTHER ORDERED** that Plaintiffs, Melody Joy Cantu and Dr. Rodrigo Cantu, shall, pursuant to   Rule 11(c)(2) / Rule 16(f)(1)(C) pay Defendant, Dr. Sandra Guerra, $_____ for the reasonable attorneys' fees incurred by Defendant, Dr. Guerra, as a result of the Motion filed by Plaintiffs *and* shall tender such amount to Defendant, Dr. Sandra Guerra's counsel of record within seven (7) days of the date hereof.

**IT IS FURTHER ORDERED** that Plaintiffs, Melody Joy Cantu and Dr. Rodrigo Cantu, shall, pursuant to  Rule 11(c)(2) / Rule 16(f)(1)(C) pay Defendant, Digital Forensics Corporation, LLC, $_____ for the reasonable attorneys' fees incurred by Defendant, Digital Forensics Corporation, LLC, as a result of the Motion filed by Plaintiffs *and* shall tender such amount to Defendant, Dr. Sandra Guerra's counsel of record within seven (7) days of the date hereof.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel shall, pursuant to  Rule 11(c)(2) / Rule 16(f)(1)(C) pay Defendant, Dr. Sandra Guerra, $_____ for the reasonable attorneys' fees incurred by Defendant, Dr. Guerra, as a result of the Motion filed by Plaintiffs *and* shall tender such amount to Defendant, Dr. Sandra Guerra's counsel of record within seven (7) days of the date hereof.

**IT IS FURTHER ORDERED** that Plaintiffs' counsel shall, pursuant to  Rule 11(c)(2) / Rule 16(f)(1)(C) pay Defendant, Digital Forensics Corporation, LLC, $_____ for the reasonable attorneys' fees incurred by Defendant, Digital Forensics Corporation, LLC, as a result of the Motion filed by Plaintiffs *and* shall tender such amount to Defendant, Dr. Sandra Guerra's counsel of record within seven (7) days of the date hereof.

It is so **ORDERED**.


Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE