UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MELODY JOY CANTU and
DR. RODRIGO CANTU,**

    *Plaintiffs*,

v.                                                                                    Case No. SA-20-CV-0746-JKP

**DR. SANDRA GUERRA and
DIGITAL FORENSICS
CORPORATION,**

    *Defendants*.

## TRIAL SCHEDULING ORDER

Although dispositive motions remain pending, the Court finds this case sufficiently ready for jury trial to issue this order to control the disposition of this case.

1. At least fourteen days before the date of the Final Pretrial Conference, the parties shall file a proposed Final Joint Pretrial Order and any matter listed in W.D. Tex. Civ. R. 16(f), including any motion in limine.

   In accordance with Local Rule 7(g), the Court may deny a motion in limine "unless the movant advises the court within the body of the motion that counsel for the parties have conferred in a good-faith attempt to resolve the matter by agreement and certifies the specific reason that no agreement could be made." Furthermore, motions in limine should not simply seek compliance with a particular evidentiary rule. Any motion in limine must be confined to matters actually in dispute.

   In addition to listing all exhibits expected to be offered as required by Local Rule 16(f)(4), counsel will make all exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before the final pretrial conference. The exhibit list should clearly reflect whether a particular exhibit is objected to or whether there are no objections to the exhibit.

   **Do not provide paper exhibits to the Court.** All exhibits must be uploaded to box.com. Do not upload exhibits until you receive the link from the Courtroom Deputy, Magda Muzza (Magda_Muzza@txwd.uscourts.gov).

   Exhibits must be uploaded using a specific naming convention, which can be found at https://www.txwd.uscourts.gov/for-attorneys/jers-jury-evidence-recording-system/ click on Batch Import Requirements for updated requirements.

Exhibits will be displayed to the Court and presented to the witness from your laptop. Paper exhibits may be displayed from the ELMO projector provided in the Courtroom.

The Court recommends that the parties file **joint exhibits** to the extent possible.

Further information on submitting exhibits may be requested from Courtroom Deputy Magda Muzza via email or at 210-244-5021.

The witness list required by Local Rule 16(f)(5) shall include a brief statement of the nature of the testimony.

Information required by Local Rule 16(f)(7) shall include all instructions, definitions, and special interrogatories, with authority.

If the proposed Final Joint Pretrial Order includes a matter listed in Local Rule 16(f), the parties do not need to separately file such matter.

Attorneys for all parties are responsible for preparing the Final Joint Pretrial Order, which must contain the following:

> (a) a short statement identifying the Court's jurisdiction. If there is an unresolved jurisdictional question, state it;
>
> (b) a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties;
>
> (c) a summary of the remaining claims and defenses of each party;
>
> (d) a list of facts all parties have reached agreement upon;
>
> (e) a list of contested issues of fact;
>
> (f) a list of the legal propositions that are not in dispute;
>
> (g) a list of contested issues of law;
>
> (h) an estimate of the length of trial;
>
> (i) the signatures of all attorneys; and
>
> (j) a place for the date and the signature of the presiding judge.

2. The undersigned will conduct voir dire. Specific questions or concerns that arise during voir dire may be brought to the bench.

3. At least seven days before the Final Pretrial Conference, each party shall serve and file the matters set out in Local Rule 16(g).

4. The Final Pretrial Conference will be held on **Thursday, September 7, 2023**, **at 10:00 AM** in Courtroom B on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, 78207. Any motion in limine will be heard on this date. Counsel should confer prior to this hearing on any issues raised in such a motion or in the Joint Pretrial Order. Any party intending to use a demonstrative exhibit should provide the same to opposing counsel at least three days prior to the Final Pretrial conference so that if any objections or issues are raised about the demonstrative exhibit, they can be addressed at the final pretrial conference.

5. **JURY TRIAL** is set for **Monday, September 11, 2023**, **at 9:30 AM**. in Courtroom B on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas, 78207.

6. If the case settles, the parties shall immediately notify the Court by phone call and by filing an Advisory to the Court.

   **It is so ORDERED this 2nd day of August 2023.**

   *(signature)*
   **JASON PULLIAM**
   **UNITED STATES DISTRICT JUDGE**