IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and **DR. RODRIGO CANTU,** *Plaintiffs* | § § § § § § § § § § § § § § |
| V. | |
| **DR. SANDRA GUERRA** and **DIGITAL FORENSICS CORPORATION, LLC** *Defendants* | |

CASE NO.: 5:20-CV-00746-JKP (HJB)

**DEFENDANT'S MOTION FOR LEAVE TO FILE DEFENDANTS' SUR-REPLY TO PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR SANCTIONS AGAINST PLAINTIFFS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Local Rule CV-7(E)(1), Defendants, DR. SANDRA GUERRA ("Dr. Guerra") and DIGITAL FORENSICS CORPORATION, LLC ("DFC" and, together with Dr. Guerra, "Defendants"), hereby request leave to file Defendants' Sur-Reply to Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs [Doc. 122] and, in support thereof, respectfully shows unto the Court as follows:

**ARGUMENT AND AUTHORITIES**

1. On July 17, 2023, Plaintiffs filed Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment [Doc. 120]. However, Plaintiffs failed to address or identify a single "good cause" factor for consideration under Rule 16(b) in Plaintiffs' Motion for Leave.

2. Defendants timely filed their Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs [Doc. 121] on July 24, 2023. Plaintiffs subsequently filed Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs [Doc. 122] (the "Reply") on July 31, 2023.

3. Plaintiffs' Reply contains new legal and factual arguments not previously asserted in Plaintiffs' Motion for Leave. Specifically, Plaintiffs' Reply now includes a Rule 16(b) analysis and Plaintiffs' new factual and legal contentions regarding each of the four factors that must be considered in determining whether Plaintiffs have satisfied their burden of showing good cause to allow leave to file Plaintiffs' Proposed Supplemental Motion for Summary Judgment.

4. Therefore, Defendants respectfully requests leave to file Defendants' Sur-Reply to address Plaintiffs' new arguments and legal analysis contained in Plaintiffs' Reply. In accordance with Local Rule CV-7(b), a copy of the Defendants' proposed Sur-Reply to Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs is included with this Motion for Leave.

Dated:  August 7, 2023.                    Respectfully submitted,

**DAVIS, CEDILLO & MENDOZA, INC.**

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 822-1151

By:     */s/Ricardo G. Cedillo*
   RICARDO G. CEDILLO
   Texas State Bar No. 04043600
   rcedillo@lawdcm.com
   BRANDY C. PEERY
   Texas State Bar No. 24057666
   bpeery@lawdcm.com

   ATTORNEYS FOR DEFENDANT, DR. SANDRA GUERRA

-AND-

**APPLE & FINK, L.L.P.**

735 Plaza Blvd., Suite 200
Coppell, Texas 75019
Telephone No.: (972) 315-1900
Telecopier No.: (972) 315-1955

By:     */s/J. David Apple*
   J. DAVID APPLE
   Texas State Bar No. 01278850
   jdapple@applefinklaw.com

   ATTORNEYS FOR DEFENDANT, DIGITAL FORENSICS CORPORTION, LLC

## **CERTIFICATE OF SERVICE**

I certify that on the 7th day of August 2023 a true and correct copy of the foregoing was electronically via the CM/ECF System to all counsel of record.

                */s/Ricardo G. Cedillo*
                RICARDO G. CEDILLO