IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and § <br> **DR. RODRIGO CANTU,** § <br> *Plaintiffs* § <br> § <br> § <br> § <br> V. § <br> § <br> **DR. SANDRA GUERRA** and § <br> **DIGITAL FORENSICS** § <br> **CORPORATION, LLC** § <br> *Defendants* § | **CASE NO.: 5:20-CV-00746-JKP (HJB)** |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE
DEFENDANTS' SUR-REPLY TO PLAINTIFFS' REPLY TO DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR
SANCTIONS AGAINST PLAINTIFFS**

On this date came on to be heard Defendants' Motion for Leave to File Defendants' Sur-Reply to Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs [Doc._____] (the "Motion"). Upon due consideration of the Motion, the Court finds that the Motion should be **GRANTED** in all respects.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Leave to File Defendants' Sur-Reply to Plaintiffs' Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs is **GRANTED** in its entirety.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule CV-7(B), the Clerk shall promptly docket Defendants' Sur-Reply to Plaintiffs' Reply to Defendants' Response in

Opposition to Plaintiffs' Motion for Leave to File Supplemental Motion for Summary Judgment and Request for Sanctions Against Plaintiffs.

    It is so **ORDERED.**

Dated: _____       _____
                                                                      UNITED STATES DISTRICT JUDGE