# Exhibit 'B'

# Michael Hassard

| | |
|---|---|
| **From:** | Brandy Peery <bpeery@lawdcm.com> |
| **Sent:** | Thursday, August 3, 2023 4:52 PM |
| **To:** | Michael Hassard; David Apple; Ricardo Cedillo; Derick Rodgers; jrios@therioslawfirm.com; lewis.harley@harleylawgroup.com |
| **Cc:** | Tor Ekeland; Tauseef Ahmed; Ricardo Cedillo |
| **Subject:** | RE: Continuance - Cantu et al v. Guerra et al |

Michael-

Although we can sympathize with your scheduling conflicts, the Court, by setting this case for trial in less than 6 weeks on September 11, 2023, has sent a clear message to the parties that there will be no further delays in the final disposition of this lawsuit.  The message has been received and Defendants recognize they are not in any position to oppose the will of the Court or its inherent authority to control its docket. Therefore, Defendants and their respective counsel are working diligently to rearrange their schedules and conflicting trial settings to comply with the Court's order.  I have conferred with DFC's counsel, David Apple, and, for the foregoing reasons, we cannot agree to Plaintiffs' request for a continuance of this case, let alone a 6-month continuance until February 2024.

**Brandy C. Peery**
**Shareholder**



*Note: New Suite Number*

| | |
|---|---|
| OFFICE: | 210-822-6666 |
| FAX: | 210-660-3795 |
| EMAIL: | bpeery@lawdcm.com |
| ADDRESS: | 755 E. Mulberry Ave., Suite 250 |
| | San Antonio, Texas 78212 |

The information contained in this e-mail is attorney-client privileged and confidential information intended only for the use of the intended recipient or agent responsible to deliver it to the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 210/822-6666 and please return the original message to us at the following address via the U.S. Postal Service. Davis, Cedillo & Mendoza, Inc., 755 E Mulberry Suite 500, San Antonio, Texas 78212. As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.  Communications by email are not intended to and should not be construed to create any contractual or other legal obligation unless the context of the email unequivocally indicates an intention by the sender of this  email to create a legally binding obligation.

**From:** Michael Hassard <Michael@torekeland.com>
**Sent:** Thursday, August 3, 2023 11:49 AM
**To:** David Apple <jdapple@applefinklaw.com>; Ricardo Cedillo <rcedillo@lawdcm.com>; Brandy Peery <bpeery@lawdcm.com>; Derick Rodgers <drodgers@lawdcm.com>; les@buy-lawfirm.com; jrios@therioslawfirm.com; lewis.harley@harleylawgroup.com
**Cc:** Tor Ekeland <tor@torekeland.com>; Tauseef Ahmed <tauseef@torekeland.com>
**Subject:** [External] Continuance - Cantu et al v. Guerra et al

Counsel,

The Court has scheduled a pre-trial conference in the above referenced matter for September 7, 2023, and a jury trial for September 11. These dates do not work for us. We have a federal criminal trial in Washington D.C. scheduled to begin on September 14, with a pretrial conference scheduled on September 6. The case is titled *c* Mr. Sterlingov faces a potential life sentence.

Accordingly, we will need to file for a continuance in this case.  Would you oppose any continuance filed on these grounds. If not, we'd like to work with you to propose dates that work for both sides. We are available in February and would like to schedule this trial for then. Would February work for you?

Michael Hassard
Associate
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY 10005
p. 718-737-7264

michael@torekeland.com
torekeland.com