# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO

---

MELODY JOY CANTU AND DR. RODRIGO CANTU,

        Plaintiffs,

    v.

DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC,

        Defendants.

5:20-CV-0746 JKP – HJB

---

## Proposed Order for Plaintiffs' Opposed Motion for an Ends of Justice Continuance of Trial

Upon due consideration of Plaintiffs' Opposed Motion for an Ends of Justice Continuance, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the current trial date in the above captioned matter of September 11, 2023, be moved to _____.

It is so **ORDERED**.

Dated: _____     _____

                                                                       **HON. JUDGE JASON K. PULLIAM**
                                                                       UNITED STATES DISTRICT JUDGE