IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and § | |
| **DR. RODRIGO CANTU,** § | |
| *Plaintiffs* § | |
| § | |
| § | **CASE NO.: 5:20-CV-00746-JKP (HJB)** |
| § | |
| V. § | |
| § | |
| **DR. SANDRA GUERRA** and § | |
| **DIGITAL FORENSICS** § | |
| **CORPORATION, LLC** § | |
| *Defendants* § | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' OPPOSED MOTION FOR AN ENDS OF JUSTICE CONTINUANCE OF TRIAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME, Defendants, DR. SANDRA GUERRA ("Dr. Guerra") and DIGITAL FORENSICS CORPORATION, LLC ("DFC" and, together with Dr. Guerra, "Defendants"), and hereby file Defendants' Response to Plaintiffs' Opposed Motion for an Ends of Justice Continuance of Trial [Doc. 122] and, in support thereof, respectfully shows unto the Court as follows:

1. The United States Supreme Court has held that district courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.[1]  This case has been pending for over 3 years, and Defendants interpreted the Court's order setting this matter for pre-trial on September 7, 2023 and jury trial on September 11, 2023 as a loud and clear message that the Court expected an imminent final

---

[1] *Dietz v. Bouldin,* 136 S. Ct. 1885, 1892 (2016) (citations omitted).

disposition of this lawsuit whether by a jury trial on the merits or otherwise. Nevertheless, as noted in Plaintiffs' motion, Defendants respectfully defer to the power of the Court to control its docket with respect to Plaintiffs' motion for continuance.

2. Defendants are ready to proceed with pre-trial on September 7, 2023 and jury trial on September 11, 2023. Plaintiffs have had years to prepare for trial in this case. Although Plaintiffs state that Mr. Tor Ekeland and Mr. Michael Hassard are scheduled to appear in a pre-trial hearing in another matter on September 6, 2023, Plaintiffs do not assert that Mr. Ekeland or Mr. Hassard have a scheduling conflict on September 7, 2023 which prevents one or both of them from attending the Final Pretrial Conference currently scheduled in this matter on that date.

3. Moreover, the Court has significantly narrowed the scope of the claims and issues of fact to be submitted to the jury at trial on September 11, 2023 by dismissing 12 of the 14 claims asserted by Plaintiffs against Dr. Guerra [Doc. 126]. As a result, the estimated length of trial should be markedly reduced, and Mr. Ekeland and Mr. Hassard are not scheduled to appear in any other court on September 11 – 13, 2023.

4. In addition, Plaintiffs do not make any mention of the availability of Plaintiffs' local counsel, Rain Minns, of the Rain Minns Law Firm, P.C.,[2] to appear on behalf of Plaintiffs for the Final Pretrial Conference on September 7, 2023 or for jury trial on September 11, 2023.

WHEREFORE, PREMISES CONSIDERED, Defendants, DR. SANDRA GUERRA and DIGITAL FORENSICS CORPORATION, LLC, reiterate that they defer to the Court's inherent authority to manage its own docket. However, if the Court were to grant Plaintiffs' motion for continuance, Defendants respectfully pray that this Court limit such continuance to only a reset of the jury trial date but otherwise order that all current pre-trial filing deadlines set forth in

---

[2] *See e.g.,* Doc. 7 and Doc. 95.

paragraphs 1 and 3 of the Trial Scheduling Order [Doc. 123] and the current date of the Final Pretrial Conference on September 7, 2023 shall remain the same; and grant Defendants all such other and further relief, both general and special, at law or in equity, to which they may be justly entitled.

Dated:  August 15, 2023.

Respectfully submitted,

**DAVIS, CEDILLO & MENDOZA, INC.**

McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone No.: (210) 822-6666
Telecopier No.: (210) 822-1151

By:    */s/Ricardo G. Cedillo*
   RICARDO G. CEDILLO
   Texas State Bar No. 04043600
   rcedillo@lawdcm.com
   BRANDY C. PEERY
   Texas State Bar No. 24057666
   bpeery@lawdcm.com

   ATTORNEYS FOR DEFENDANT, DR. SANDRA GUERRA

-AND-

**APPLE & FINK, L.L.P.**

735 Plaza Blvd., Suite 200
Coppell, Texas 75019
Telephone No.: (972) 315-1900
Telecopier No.: (972) 315-1955

By:    */s/J. David Apple*
   J. DAVID APPLE
   Texas State Bar No. 01278850
   jdapple@applefinklaw.com

   ATTORNEYS FOR DEFENDANT, DIGITAL FORENSICS CORPORTION, LLC

**CERTIFICATE OF SERVICE**

 I certify that on the 15th day of August 2023 a true and correct copy of the foregoing was electronically via the CM/ECF System to all counsel of record.

          */s/Ricardo G. Cedillo*
          RICARDO G. CEDILLO