IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MELODY JOY CANTU** and **DR. RODRIGO CANTU,** *Plaintiffs* § § § § § § § § § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| V. § § | |
| **DR. SANDRA GUERRA** and **DIGITAL FORENSICS CORPORATION, LLC** *Defendants* § § § § | |

## ORDER DENYING PLAINTIFFS' OPPOSED MOTION FOR AN ENDS OF JUSTICE CONTINUANCE OF TRIAL

On this date came on to be considered Plaintiffs' Opposed Motion for an Ends of Justice Continuance of Trial [Doc. 122] (the "Plaintiffs' Motion for Continuance") and Defendants' Response to Plaintiffs' Opposed Motion for an Ends of Justice Continuance of Trial [Doc. _____] ("Defendants' Response").

(a) Upon due consideration of Plaintiffs' Motion for Continuance and Defendants' Response, the Court finds that Plaintiffs' Motion for Continuance should be **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Opposed Motion for an Ends of Justice Continuance of Trial is **DENIED** in all respects.

*OR*

(a)  Upon due consideration of Plaintiffs' Motion for Continuance and Defendants' Response, the Court finds that Plaintiffs' Motion for Continuance should be **GRANTED IN PART** and **DENIED IN PART**.

**IT IS THEREFORE ORDERED** that **JURY TRIAL** is set for _____, 2023 at _____ A.M. in Courtroom B on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas 78207.

**IT IS FURTHER ORDERED** that the parties shall comply with all current pre-trial filing deadlines set forth in paragraphs 1 and 3 of the Trial Scheduling Order [Doc. 123].

**IT IS FURTHER ORDERED** that the Final Pretrial Conference will be held on **Thursday, September 7, 2023 at 10:00 A.M.** in Courtroom B on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas 78207 in accordance with paragraph 4 of the Trial Scheduling Order [Doc. 123].

It is so **ORDERED**.

Dated: _____         _____
                                         UNITED STATES DISTRICT JUDGE