# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO

_____

MELODY JOY CANTU AND DR. RODRIGO                    5:20-CV-0746 JKP – HJB
CANTU,

Plaintiffs,

v.

DR. SANDRA GUERRA and DIGITAL
FORENSICS CORPORATION, LLC,

Defendants.

_____

## SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval by the Court, Plaintiffs Melody Joy Cantu

and Dr. Rodrigo Cantu substitute Michael Hassard, NY Bar No. 5824768 as counsel of record in

place of Rain Minns.


New Counsel                                         Withdrawing Counsel
Michael Hassard                                     Rain Minns
NY Bar No.: 5824768                                 Rain Minns Law Firm
Tor Ekeland Law, PLLC                               4412 Spicewood Springs Rd.
30 Wall St., 8th Floor                              Suite 500
New York, NY                                        Austin, TX
(718) 737-7264                                      (512) 372-3222
michael@torekeland.com                              rain@rainminnslaw.com

**CONSENT**

I consent to the above substitution.

_____
Melody Joy Cantu
August 18, 2023

I consent to the above substitution.

_____
Dr. Rodrigo Cantu
August 18, 2023

I consent to the above substitution.

_____
Rain Minns
August 18, 2023

I consent to the above substitution.

_____
Michael Hassard
August 18, 2023

The substitution is hereby approved and so ORDERED.

Date:_____        _____
                                HON. JASON K. PULLIAM
                                UNITED STATES DISTRICT JUDGE

Brooklyn, NY
Dated:  August 18th, 2023

Respectfully submitted,

/s/ Michael Hassard
(NY Bar No. 5824768)
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
(718) 737 - 7264
michael@torekeland.com


/s/ Tor Ekeland
(NY Bar No. 4493631)
*Pro Hac Vice*
Tor Ekeland Law, PLLC
30 Wall Street, 8th Floor
New York, NY
(718) 737 - 7264
tor@torekeland.com


*Counsel for Plaintiffs Melody Joy Cantu and Dr. Rodrigo Cantu*

**Certificate of Service**

I certify that on this 21st of August 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the parties on record.

/s/ Michael Hassard