# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **MELODY JOY CANTU and** | § | |
| **DR. RODRIGO CANTU,** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | **CASE NO 5:20-CV-00746-JKP (HJB)** |
| | § | |
| V. | § | |
| | § | |
| **DR. SANDRA GUERRA and** | § | |
| **DIGITAL FORENSICS** | § | |
| **CORPORATION, LLC** | | |
| *Defendants* | | |

## ORDER DENYING PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL

On this date came on to be considered Plaintiffs' Motion to Substitute Counsel (Document No. 129) and Defendants' Response in Opposition to Plaintiffs' Motion to Substitute Counsel (Doc. No. _____).  The Court has carefully considered the motion and response and finds that Plaintiffs' Motion to Substitute Counsel should be **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Substitute Counsel (Document No. 129) is **DENIED** in all respects.

**IT IS FURTHER ORDERED** that Rain Levy Minns is not permitted to withdraw as counsel of record for Plaintiffs in this matter at this time.

It is so **ORDERED.**

Dated: _____          _____
                                       UNITED STATES DISTRICT JUDGE